CAUSE NO. 2020-38738

| | | |
|---|---|---|
| JETALL COMPANIES, INC., | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HOOVER SLOVACEK LLP, | § | |
| Defendant. | § | 164th JUDICIAL DISTRICT |

## ASSIGNMENT OF JUDGMENT

On October 31, 2020, judgment (the "Judgment") was rendered in the above-referenced cause in favor of Hoover Slovacek LLP against Jetall Companies, Inc. Additionally, this Court found, in the Judgment, inter alia, that:

> Jetall has sued opposing attorneys, who represent parties adverse to Jetall, on multiple occasions in the past;
>
> Jetall has been sanctioned multiple times in past litigation for engaging in improper and repugnant actions, in courts of law;
>
> Jetall brought this lawsuit for an improper purpose, which was to harass and increase the cost of litigation and to cause opposing counsel to personally incur unnecessary expenses so as to dissuade its opposing counsel from representing parties adverse to Jetall; and,

**WHEREAS**, on March 29, 2022, the Houston Court of Appeals, Fourteenth District, affirmed the Judgment, in Cause No. 14-20-00691-CV.

**WHEREAS**, on September 23, 2022, the Supreme Court of Texas, denied Jetall Companies, Inc.'s petition for review, in Cause No. 22-0553.

**WHEREAS**, on November 1, 2022, the Houston Court of Appeals, Fourteenth District, issued its mandate, in Cause No. 14-20-00691-CV.

**WHEREAS**, Hoover Slovacek LLP assigns, as stated herein, all of their rights, title and interest to the Judgment against Jetall Companies, Inc.; and

WHEREAS, Hoover Slovacek LLP and John Quinlan, Osama Adullatif, and Omar Khawaja (the "Assignees") desire to place of record the assignment and acknowledge that the Judgment, in favor of Hoover Slovacek LLP belongs to the Assignees, in an equal and undivided interest.

**IT IS, THEREFORE, AGREED AS FOLLOWS:**

Hoover Slovacek LLP, in consideration for good and valuable consideration in hand paid by the Assignees, the receipt and sufficiency of which is hereby acknowledged, hereby assigns, sets over, and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Hoover Slovacek LLP's rights, title, and interest, in the Judgment rendered in this cause on October 31, 2020.

The Effective Date of this assignment is February 17, 2023.

**HOOVER SLOVACEK LLP**                **OMAR KHAWAJA**

_____               _____

Print: T. Michael Ballases              Print: _____

It's: Partner


**JOHN QUINLAN**                        **OSAMA ADULLATIF**

_____               _____

Print: _____        Print: _____

WHEREAS, Hoover Slovacek LLP and John Quinlan, Osama Adullatif, and Omar Khawaja (the "Assignees") desire to place of record the assignment and acknowledge that the Judgment, in favor of Hoover Slovacek LLP belongs to the Assignees, in an equal and undivided interest.

IT IS, THEREFORE, AGREED AS FOLLOWS:

Hoover Slovacek LLP, in consideration for good and valuable consideration in hand paid by the Assignees, the receipt and sufficiency of which is hereby acknowledged, hereby assigns, sets over, and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Hoover Slovacek LLP's rights, title, and interest, in the Judgment rendered in this cause on October 31, 2020.

The Effective Date of this assignment is February 17, 2023.

**HOOVER SLOVACEK LLP**

_____
Print: T. Michael Ballases

It's: Partner

**OMAR KHAWAJA**

_____
Print: _____

**JOHN QUINLAN**

_____
Print: JOHN QUINLAN

**OSAMA ADULLATIF**

_____
Print: _____

911114\00002\01648000.WPD 1

2

WHEREAS, Hoover Slovacek LLP and John Quinlan, Osama Adullatif, and Omar Khawaja (the "Assignees") desire to place of record the assignment and acknowledge that the Judgment, in favor of Hoover Slovacek LLP belongs to the Assignees, in an equal and undivided interest.

IT IS, THEREFORE, AGREED AS FOLLOWS:

Hoover Slovacek LLP, in consideration for good and valuable consideration in hand paid by the Assignees, the receipt and sufficiency of which is hereby acknowledged, hereby assigns, sets over, and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Hoover Slovacek LLP's rights, title, and interest, in the Judgment rendered in this cause on October 31, 2020.

The Effective Date of this assignment is February 17, 2023.

**HOOVER SLOVACEK LLP**

_[signature]_

Print: T. Michael Ballases

It's: Partner

**OMAR KHAWAJA**

Print: _____

**JOHN QUINLAN**

Print: _____

**OSAMA ADULLATIF**

_[signature]_

Print: 2-22-2023

HREP/Jetall et al.   182   Exhibit 2

WHEREAS, Hoover Slovacek LLP and John Quinlan, Osama Adullatif, and Omar Khawaja (the "Assignees") desire to place of record the assignment and acknowledge that the Judgment, in favor of Hoover Slovacek LLP belongs to the Assignees, in an equal and undivided interest.

IT IS, THEREFORE, AGREED AS FOLLOWS:

Hoover Slovacek LLP, in consideration for good and valuable consideration in hand paid by the Assignees, the receipt and sufficiency of which is hereby acknowledged, hereby assigns, sets over, and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Hoover Slovacek LLP's rights, title, and interest, in the Judgment rendered in this cause on October 31, 2020.

The Effective Date of this assignment is February 17, 2023.

**HOOVER SLOVACEK LLP**

_____

Print: T. Michael Ballases

It's: Partner

**OMAR KHAWAJA**

_____

Print: Omar Khawaja

**JOHN QUINLAN**

_____

Print: _____

**OSAMA ADULLATIF**

_____

Print: _____