## UNSWORN DECLARATION OF CHRISTOPHER WYATT

THE STATE OF TEXAS §
COUNTY OF HARRIS §

Christopher Wyatt makes this unsworn declaration pursuant to CPRC 132.001 and states as follows:

1. "My name is Christopher Wyatt. My date of birth is November 30, 1961. My address is 406 Spring Lakes Haven, Spring, Texas 77373. I have personal knowledge of all the facts stated in this declaration. I am in all respects qualified to make this declaration. Further, the contents of this declaration are true and correct. I declare under penalty of perjury that the following is true and correct.

2. I began working for or with Jetall Companies, Inc. ("Jetall") through my employment with Oasis Outsourcing VI, Inc., on or about July of 2019. Jetall is owned and controlled by Ali Choudhri ("Choudhri"). At some point thereafter, I became the Chief Operating Officer of Jetall. Choudhri occasionally asked me to perform favors for him outside my scope of work, personally, or for other companies owned and or controlled by Choudhri. I ceased working for or with Jetall and Choudhri in any capacity in late 2020.

3. I became familiar with the workings of Jetall and Choudhri. I personally witnessed Choudhri frequently transfer money between various entities he owns or operates or controls in disregard of their corporate formalities or without consideration between the entities, and how he used company assets to pay for his and other's personal expenses, as well as transactions that took place regarding the various Naissance business entities and the 2425 West Loop South property (the "Property").

4. I believe that the document titled "Assignment of Naissance Galleria, LLC and Naissance Capital Real Estate LTD", attached hereto as Exhibit A, is a falsified document. My belief is based upon the following reasons:

    i. I was familiar with transactions that that took place regarding various the Naissance business entities and the Property due to my direct interactions with Choudhri and Azeemeh Zaheer. While it may have been Choudhri's desire to take over management and control of the Naissance entities, Azeemeh Zaheer never agreed to make Choudhri the managing member of any Naissance entity.

    ii. Choudhri has a reputation for and is known to falsify, alter, and manipulate documents. I am personally aware of at least one occasion where Choudhri sought to falsify, alter, or manipulate documents. Choudhri also has a reputation for being dishonest and untruthful.

      iii.    It was Choudhri's pattern and practice to have all signatories initial those documents he intended to preserve as true and accurate, unmodified documents in one of the bottom corners. Exhibit A contains no such initials.

      iv.    Due to my familiarity with the transactions involving the Property and Azeemeh Zaheer, I became familiar with her signature. The signatures on Exhibit A do not appear to be Azeemeh Zaheer's signature."

_____
Christopher Wyatt

Executed in Harris County, Texas, on August 25th, 2022.

ASSIGNMENT OF NAISSANCE GALLERIA, LLC
AND NAISSANCE CAPITAL REAL ESTATE LTD

By means of this ASSIGNMENT, Naissance Capital Real Estate, Ltd., as Managing Member of Naissance Galleria, LLC, hereby irrevocably assigns the authority herein described to Ali Choudhri on the following terms and conditions:

1. All of the powers, rights, privileges, duties, and discretion vested in the Managing Member in the Amended and Restated Limited Liability Company Agreement of Naissance Galleria, LLC and Naissance Capital Real Estate Ltd. (a copy of which is attached hereto as **Exhibit A**).

2. The effective date of this assignment is July ____, 2020. The assignment shall be irrevocable.

3. The assignment in this document shall not be sub-delegated.

4. For clarity purposes, this assignment relates to properties within the United States and does not include any properties or assets in the United Kingdom.

_____
Naissance Capital Real Estate, Ltd.
Azeemeh Zaheer
Authorized Signatory

Date: July 3 2020

_____
Naissance Galleria, LLC
Azeemeh Zaheer
Authorized Signatory

Date: July 3 2020

**Exhibit A to Christopher Wyatt Declaration**

**HREP/Jetall, et al.        21                Exhibit 6**