THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Galleria Loop Note Holder LLC**
1001 West Loop S, Suite 700
Houston, TX 77027

Bank of Houston
4400 Post Oak Parkway,
Suite 250, 77027

10010357

**** TWO HUNDRED FOUR THOUSAND ONE HUNDRED SIXTY EIGHT AND 00/100 DOLLARS

TO THE
ORDER OF

07/10/2020          $204,168.00*

UNITED STATES TREASURY

United States Treasury
P.O. Box 1214
Charlotte, NC 28201

For offer #1008-21942
Shahnaz Chouska   SSN 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



SECURITY FEATURES INCLUDED. DETAILS ON BACK.   Authorized Signature

10010357 ⑆111903591⑆ 403147                    ⑈00204168000⑈

DATE:07/10/2020   CK#:10010357   TOTAL:$204,168.00*   BANK:Galleria Loop Note Holder LLC(1001000)

0059177000?
083120

CHOU8921724416885067031420190178
200712 07142020

091000022  08312020
E 3816 10 600 PKT 01
577495961

15397...2659
US BANK...CA
20-09...
DR IRS...
CREDIT TO
>123...