**PERSONAL FINANCIAL STATEMENT**

As of: **11.15.21**

| | |
|---|---|
| Name | **Ali Choudhri** |
| Business Phone | ( 713 ) 789-7654 |
| Residence Address | 1001 W Loop South Ste 700 |
| City, State & Zip Cd | Houston, TX 77027 |
| Business Name of Appliocant/Borrower | |
| Email Address | |

*best estimates only*

| ASSETS | (Omit Cents) | LIABILITIES | (Omit Cents) |
|---|---|---|---|
| Cash on Hand & in Banks | $ 12,725,700 | Accounts Payable | $ |
| Savings Accounts | $ 517,000 | Notes Payable to Banks and Others (Describe in Section 2) | $ |
| IRA or Other Retirement Account | $ | | |
| Accounts & Notes Receivable | $ 52,387,400 | Accounts & Notes Payable | $ |
| Life Insurance - Cash Surrender Value Only (Com[plete Section 8) | $ | Installment Account (Auto) Monthly Payment(s) $ 2000 | $ 0 |
| Stocks and Bonds (Describe in Section 3) | $ 0 | Installment Account (Other) Monthly Payment(s) $ | $ |
| Real Estate (Describe in Section 4) | $ 282,403,000 | Mortgages on Real Estate (Describe in Section 4) | $ 102,410,000 |
| Automobile(s) - Present Value | $ 175,000 | Unpaid Taxes (Describe in Section 6) | $ |
| Other Personal Property (Describe in Section 5) | $ 327,000 | Other Liabilities (Describe in Section 7) | $ |
| Other Assets (Describe in Section 5) | $ 315,000 | Total Liabilities | $ 102,410,000 |
| | | **NET WORTH** | $ **246,440,100** |
| **Total** | $ 348,850,100 | **Total** | $ 348,850,100 |

| Section 1. Sources of Income | | Contingent Liabilities | |
|---|---|---|---|
| Salary | $ | As Endorser or Co-Maker | $ |
| Net Investment Income | $ 7,428,110 | Legal Claims & Judgements | $ |
| Real Estate Income | $ 512,807 | Provision for Federal Income Taxes | $ |
| Other Income (Describe Below) | $ 0 | Other Special Debt | $ |
| Description of other income in Section 1. | | | |



EXHIBIT B

**Exhibit 21**

SBA Form 413 (10-87)

| **Section 2. Notes Payable-Banks/Others:** | | | (Use attachments if necessary. Each attachment must be identified as a part of this statement and signed). | | | |
|---|---|---|---|---|---|---|
| Name and Address of Noteholder(s) | | Original Balance | Current Balance | Payment Amount | Frequency (monthly,etc) | Collateral, How Secured, Endorsed |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

best estimates only

**Exhibit 21**

SBA Form 413 (10-87)

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| draft |  |  |  |  |  |  |  |  |  |

**Exhibit 21**

SBA Form 413 (10-87)

Section 3. Stocks and Bonds (Use separate Sheets if necessary).

| No. of Shares | Names of Securities | Cost | Market Value Quot'n Exch | Date / Amount | Total Value | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | TOTALS | | | | | |

Section 4. Real Estate Owned. (List each parcel seperately. Use supplemental sheets if necessary. Each sheet must be identified as a supplement to this statement and signed).

| Address - Type of Property | Title is in the name of: | Date Purchased | Original Cost | Present estimated Value | Mortgage estimated Balance | Amount of Payment | Status of Mortgage |
|---|---|---|---|---|---|---|---|
| SEE ATTACHESD SCHEDULES | | | | | $0 | $0 | 0 |
| | | | | | $0 | $0 | 0 |
| | | | | | $0 | $0 | 0 |
| | | | | $282,403,000 | $102,410,000 | $0 | 0 |

Section 5. Other Property (Describe and if any is mortgaged

escribe)

NONE

Section 7. Unpaid Taxes (Describe in detail, as to type, to

NONE

NONE

ny and beneficiaries).

1

**Exhibit 21**

|  | Signature |  | Signature |  |  |
|---|---|---|---|---|---|
|  | Social Security No. |  | Social Security No. |  | Date |

**Exhibit 21**

|  | VALUE ASSETS | LIABILITIES |
|---|---|---|
| **SCHUMIER(2.5 ACRES LAND)** | $ 375,000.00 |  |
| 2500 W LOOP SOUTH (OFFICE BLDG)% | $ 13,000,000.00 | $ 3,500,000.00 |
| 105 A DETERING (SINGLE FAM HOUSE) | $ 500,000.00 | $ 192,000.00 |
| **GULF SOUTH PROPS BRICK HOUSE JOES CRAB%** | $ 1,500,000.00 |  |
| 801 MALONE (SINGLE FAM HOUSE) | $ 500,000.00 | $ 247,000.00 |
| CHARLESTON (SINGLE FAM HOUSE) | $ 200,000.00 | $ 15,000.00 |
| 205-207 MALONE (SINGLE FAM HOUSE) | $ 550,000.00 | $ 175,000.00 |
| BLOSSOM (LOT MEMORIAL PARK) | $ 995,000.00 | $ 328,000.00 |
| 0 Terrace (Glen cove Lot in Memorial Park) | $ 1,125,000.00 | $ 550,000.00 |
| **9201 Memorial** | $ 4,500,000.00 | $ - |
| **2727 Kirby** | $ 2,700,000.00 | $ - |
| **4521 San Felipe PH** | $ 3,700,000.00 | $ - |
| San Gabreal UT Student Housing (Austin) | $ 1,151,000.00 | $ 103,000.00 |
| Shepherd and Westheimer | $ 8,500,000.00 | $ 3,700,000.00 |
| **Brown Lee Multi Family Austin downtown** | $ 3,807,000.00 | $ - |
| **2401 Fountainview %** | $ 2,800,000.00 | $ - |
| 2425 W LOOP | $ 101,000,000.00 | $ 51,000,000.00 |
| 1001 W LOOP | $ 65,000,000.00 | $ 20,000,000.00 |
| 8050-8098 Westheimer | $ 18,000,000.00 | $ 2,000,000.00 |
| 50 BH (RIVER OAKS SQUARE) | $ 51,000,000.00 | $ 20,000,000.00 |
| 1011 E. 16th Street Austin | $ 1,500,000.00 | $ 600,000.00 |
| TOTALS | $ 282,403,000.00 | $ 102,410,000.00 |

TBA To be adjusted
* these are liabilities but not all asset

estimates only

**Exhibit 21**