# NOTICE OF FORECLOSURE SALE

ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE-DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.

## RECITALS:

A. The undersigned is the current owner and holder of the Promissory Note described below.

B. The Promissory Note is secured by the Deed of Trust described below.

C. The Borrower named below is in default under the Promissory Note and the Deed of Trust and the default has not been cured after receiving notice of default and opportunity to cure.

D. The undersigned has accelerated the indebtedness evidenced by the Promissory Note.

## NOTICE OF FORECLOSURE SALE:

Notice is given that the Property described below shall be sold at public auction on the date, at the time, and in accordance with the terms contained in this Notice of Foreclosure Sale and the applicable laws of the State of Texas.

1. **Date, Time, and Place of Sale:**

   **Date:** The sale shall be held on Tuesday, September 5, 2023.

   **Time:** The sale will begin at 10:00 AM and will be conducted within three hours thereafter.

   **Place:** In the area designated by the Commissioners Court of such County, pursuant to § 51.002 of the Texas Property Code as the place where foreclosure sales are to take place (if no such place is so designated, the sale will take place in the area where this Notice of Foreclosure Sale is posted).

2. **Terms of Sale:**

   Because of the default in performance of the obligations secured by the Deed of Trust, the Substitute Trustee will sell the property "As Is" by public auction to the highest bidder for cash.

3. **Instrument to be Foreclosed:**

   The security instrument to be foreclosed is the Deed of Trust dated November 2, 2022, by 9201 MEMORIAL DR LLC as grantor(s), to Gary Lancaster, as Trustee, for the benefit of

TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS
FRCL-2023-4997
FILED 8/14/2023 3:53:02 PM

**Exhibit C**

Cypress Bridgeco, LLC as beneficiary, and recorded under **RP-2022-538332** in the official public records of Harris County, Texas.

4. **Name and Address of Substitute Trustee:**

The name of the Substitute Trustee is: Brandon L. Collins.

The address of the Substitute Trustee is: 12140 Wickchester Drive, Suite 111, Houston, Texas 77079.

5. **Obligations Secured:**

The indebtedness evidenced by the Promissory Note in the original principal amount of two million seven hundred sixty thousand dollars ($2,760,000.00), including all accrued and unpaid interest and all other amounts payable by the debtor[s] as described in the promissory note, any other related documents and all modifications, renewals, and extensions thereof. Cypress Bridgeco, LLC is the current lien holder of the Deed of Trust and the current owner and holder of the Promissory Note.

6. **Property to Be Sold:**

The property to be sold is described as follows:

See attached Exhibit A incorporated herein as if set forth at length.

7. **Additional Provisions:**

Default has occurred in the payment of the Promissory Note and in the performance of the obligations of the Deed of Trust. Because of that default, Cypress Bridgeco, LLC, the owner and holder of the Promissory Note and Deed of Trust, has requested Substitute Trustee to sell the Property.

The Deed of Trust may encumber both real and personal property. Formal notice is given of Cypress Bridgeco, LLC's election to proceed against and sell both the real property and any personal property described in the Deed of Trust in accordance with Cypress Bridgeco, LLC's rights and remedies under the Deed of Trust and Section 9.604(a) of the Texas Business and Commerce Code.

Notice is given that on and at the Date, Time, and Place for the Foreclosure Sale described above, Substitute Trustee will sell the Property in accordance with the Terms of Sale described above, the Deed of Trust and applicable Texas law.

If Cypress Bridgeco, LLC passes the Foreclosure Sale, notice of the date of any rescheduled foreclosure sale will be reposted and refiled in accordance with the posting and filing requirements of the Deed of Trust and the Texas Property Code.

The Foreclosure Sale will be made expressly subject to any title matters set forth in the Deed of Trust, but prospective bidders are reminded that by law the Foreclosure Sale will be made

2

**Exhibit C**

subject to all prior matters of record affecting the Property, if any, to the extent that they remain in force and effect and have not been released or subordinated to the Deed of Trust. For the avoidance of doubt, the Foreclosure Sale will not cover any part of the Property that has been released of public record by Cypress Bridgeco, LLC from the security interest of the Deed of Trust. Prospective bidders are urged to examine the applicable property records to determine the nature and extent of such matters, if any.

Pursuant to Section 51.009 of the Texas Property Code, the Property will be sold "AS IS," without any express or implied warranties, except as to the warranties (if any) provided for under the Deed of Trust. Prospective bidders are advised to conduct an independent investigation of the nature and physical condition of the Property.

Pursuant to Section 51.0075(a) of the Texas Property Code, Substitute Trustee reserves the right to set further reasonable conditions for conducting the Foreclosure Sale. Any such further conditions shall be announced before bidding is opened for the first sale of the day held by Substitute Trustee.

This Notice of Foreclosure Sale is executed this 14 day of August 2023.



LANCASTER LAW FIRM, PLLC

By: Brandon L. Collins
12140 Wickchester Drive, Suite 111
Houston, Texas 77079

LENDER CONTACT:

Cypress Bridgeco, LLC
info@bridgecofinancial.com

3

**Exhibit C**

# EXHIBIT A

## Legal Description of 9201 Memorial Drive, Houston, Texas 77024

A tract of land containing 1.34 acres being out of Lot 4, Peter Wilson Tract Division, and Lot 2 of Bayou Woods Subdivision, Section 2, a subdivision in Harris County Texas as recorded in Volume 28, Page 46 of the Map Records of said Harris County, Texas, and being the same tract of land as described in deed to James Tang under Clerk's File Number L423456 of the Real Property Records of said Harris County, said tract of land being more particularly described by metes and bounds as follows:

BEGINNING at a 1" Iron pipe (found) at the northwest corner of the herein described tract, and being the northeast corner of Lot 1, Block 1 of Bayou Woods Section 2, Partial Replat No. 2, as recorded under Film Code Number 666296 of said Map Records, and being located on a southerly right-of-way line of Memorial Drive (100 feet in width);

THENCE along the north line of said Tang tract with said southerly right-of-way line of Memorial Drive along a curve to the right having a radius of 1860 feet and a central angle of 08 deg 44 min 11 sec, an arc length of 283.61 feet having a chord bearing of S 82 deg 06 min 00 sec E and a chord distance of 283.34 feet to a capped Iron rod (set) at the northeast turner of the herein described tract, bring the intersection of said southerly right-of-way line of Memorial Drive with the westerly right-of-way line of Buckingham Drive (60 feet in width);

THENCE S 31 deg 38 min 00 sec W along the east line of said Tang tract, with said westerly right-of-way line of Buckingham Drive, passing at a distance of 250.36 feet the northeast corner of Lot 2 of said Bayou Woods Section 2, a total distance of 254.36 feet to the Point of Beginning of a curve to the left in said westerly right-of-way line of Buckingham Drive;

THENCE continuing along the east line of said Tang tract and Lot 2 and the westerly right-of-way line of Buckingham Drive along a curve to the left having a radius of 1111.44 feet and a central angle of 02 deg 25 min 45 sec, an arc length of 47.12 feet having a chord bearing of S 30 deg 25 min 08 sec W and a chord distance of 47.12 feet to a capped iron rod (set) at the southeast corner of the herein described tract and being the northeast corner of a tract of land being a Part of Lot 2 of said Bayou Woods, Section 2 as described in deed to AZ Revocable Trust under Clerk's File Number 20110460652;

THENCE N 71 deg 28 min 00 sec W departing said westerly right-of-way line of Buckingham Drive along The south line of said Tang tract and the north line of said AZ Revocable Trust tract passing through a portion of Lot 2, a distance of 156.18 feet to a capped Iron rod (set) at the southwest corner of the herein described tract, being located on an easterly line of said Lot 1, Block 1 of Bayou Woods Section 2, Partial Replat No. 2;

THENCE N 09 deg 19 min 00 sec E along the southwest line of said Tang tract and the westerly line of Lot 2 with the easterly line of Lot 1, a distance of 50.56 feet to a capped iron rod (set) at the northwest corner of Lot 2, being an angle point in the westerly line of said Tang tract;

THENCE N 04 deg 48 min 00 sec E along the northwest line of said Tang tract with the easterly line of Lot 1, a distance of 197.30 feet to the POINT OF BEGINNING and containing 1.34 acres of land.

FILED 8/14/2023 3:53:02 PM
FRCL-2023-4997
TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

**Exhibit C**