IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> HOUSTON REAL ESTATE PROPERTIES, § <br> LLC § <br>     Debtor. § <br> § <br> JOHN QUINLAN, OMAR KHAWAJA, § <br> AND OSAMA ABDULLATIF § <br>     Movants, § <br> § <br> v. § <br> § <br> HOUSTON REAL ESTATE PROPERTIES, § <br> LLC, ET AL § <br>     Respondent. § | CASE NO. 22-32998 <br> (Chapter 7) <br> <br> Case No. 23-03141 <br> Adversary Proceeding |

## MOVANTS' WITNESS AND EXHIBIT LIST

John Quinlan, Omar Khawaja, and Osama Abdullatif ("Movants"), designate the following exhibits and witnesses that may be used or called in connection with the above-referenced matter and adopts all other exhibits and exhibit lists submitted by all other parties as its own by reference, reserving its right to object to any of those exhibits.

**Witnesses:**

| 1. | Osama Abdullatif | **Judge:** Jeffrey P. Norman |
|---|---|---|
| 2. | Any witness designated by another party | **Hearing Date:** August 31, 2023 |
| 3. | Any witness called by any other party | **Hearing Time:** 10:00 a.m. |
| 4. | Any witness necessary for rebuttal | **Parties' Name:** Movants |
| | | **Attorney:** Steven A. Leyh/Michael Ballases |
| | | **Attorney Phone:** (713) 977-8686 |
| | | **Nature of Proceeding:** |
| | | *John Quinlan, Omar Khawaja, and Osama Abullatif's Motion for Expedited Consideration (Dkt. No. 22)* |

**Exhibit List:**

| No. | Description | Offer | Obj. | Admitted | Not Admitted |
|---|---|---|---|---|---|
| 1. | <u>Shepherd-Huldy Development I, LLC: Certified Copy of Foreclosure sale and with Deed</u> – 2503 S. Shepherd Dr.; 2421 Shepherd Dr.; 2502 Huldy St.; and 2424 Huldy St. | | | | |
| 2. | <u>9201 Memorial Dr. LLC: Certified Copy of Foreclosure Notice with Deed</u> – 9201 Memorial Drive. | | | | |
| 3. | <u>2727 Kirby 26L LLC: Certified Copy of Foreclosure Notice with Deed</u> – 2727 Kirby 26L. | | | | |
| 4. | Any other exhibit offered by opposing counsel. | | | | |

Movants incorporate in the Exhibit List the pleadings and other papers filed in this case, related proceedings and other court filings, as permitted by the rules and applicable authority, including Federal Rules of Evidence Rule 201 and request the Court take judicial notice of those documents if requested. Movants further reserve the right to introduce or rely upon any exhibit designated by any party and to introduce any exhibit, document, or information to rebut or impeach any statement or testimony.

DATED: August 30, 2023.

Respectfully submitted,

**HOOVER SLOVACEK, LLP**

By: */s/ T. Michael Ballases*
T. Michael Ballases
State Bar No. 24036179
Steven A. Leyh
State Bar No. 12318300
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686 /
Facsimile: (713) 977-5395
mballases@hooverslovacek.com
leyh@hooverslovacek.com

**ATTORNEYS FOR MOVANTS,
JOHN QUINLAN, OMAR KHAWAJA,** and
**OSAMA ABULLATIF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Witness and Exhibit List was served electronically upon each of the parties listed on the Court's ECF Service List maintained in this case on August 30, 2023.

**23-03141 Notice will be electronically mailed to:**

Thomas Michael Ballases on behalf of Plaintiff John Quinlan
ballases@hooverslovacek.com

Thomas Michael Ballases on behalf of Plaintiff Omar Khawaja
ballases@hooverslovacek.com

Thomas Michael Ballases on behalf of Plaintiff Osama Abdullatif
ballases@hooverslovacek.com

Angeline Vachris Kell on behalf of Plaintiff John Quinlan
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell on behalf of Plaintiff Omar Khawaja
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell on behalf of Plaintiff Osama Abdullatif
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Timothy L. Wentworth on behalf of Trustee Randy W Williams
twentworth@okinadams.com, bmoore@okinadams.com

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

Randy W Williams
rww@bymanlaw.com,
rw13@trustesolutions.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com

**23-03141 Notice will be emailed to:**

| | | |
|---|---|---|
| Houston Real Estate Properties, LLC<br>2500 West Loop South, Suite 255<br>Houston, Texas 77027<br>ali@jetallcompanies.com | Ali Choudhri<br>2500 West Loop South, Suite 255<br>Houston, Texas 77027<br>ali@jetallcompanies.com | Shahnaz Choudhri<br>2500 West Loop South, Suite 255<br>Houston, Texas 77027<br>ali@jetallcompanies.com |
| Jeannie Lee Anderson<br>Linebarger Goggan Blair & Sampson LLP | Rodney Lee Drinnon<br>McCathern Houston<br>2000 West Loop South, Suite 1850 | Michael J. Durrschmidt<br>Hirsch & Westheimer, P.C.<br>1415 Louisiana, 36th Floor |

| | | |
|---|---|---|
| P.O. Box 3064<br>Houston, Texas 77253-3064<br>Houston_bankruptcy@lgbs.com | Houston, Texas 77027<br>ndrinnon@mccathernlaw.com | Houston, Texas 77002<br>mdurrschmidt@hirschwest.com |
| Bennett Greg Fisher<br>Lewis Brisbois Bisgaard & Smith<br>24 Greenway Plaza, Suite 1400<br>Houston, Texas 77046<br>Bennett.fisher@lewisbrisbois.com | Melissa S. Hayward<br>Hayward PLLC<br>1050 N. Central Expwy, Suite 106<br>Dallas, Texas 75231<br>mhayward@haywardfirm.com | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy, Suite 1125<br>Houston, Texas 77036<br>ecf@thepopelawfirm.com |
| Melissa E. Valdez<br>Perdue Brandon Felder Collins & Mott<br>1235 North Loop West, Suite 600<br>Houston, Texas 77008<br>mvaldez@pbfcm.com | Ruth A. Van Meter<br>Hayward PLLC<br>10501 N. Central Expwy, Suite 106<br>Dallas, Texas 75231<br>rvanmeter@haywardfirm.com | Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, Texas 77002<br>twentworth@okinadams.com |
| Jana Smith Whitworth<br>Office of United States Trustee<br>515 Rusk Street, Suite 3516<br>Houston, Texas 77002<br>Jana.whitworth@usdoj.gov | Brandon L. Collins<br>Substitute Trustee of Cypress Bridgeco LLC<br>12140 Wickchester Dr. Suite 111<br>Houston, Texas 77079<br>info@bridgecofinancial.com | Kelly Williams<br>Cypress Bridgeco LLC<br>12140 Wickchester Dr. Suite 111<br>Houston, Texas 77079<br>Kelly.williams@bridgecofinancial.com |
| Gary Lancaster<br>Lancaster Law Firm, PLLC<br>12140 Wickchester Dr. Suite 111<br>Houston, Texas 77079<br>glancaster@lancasterlawfirmpllc.com | Milestone Venture Group<br>3 Riverway<br>Houston, Texas 77056<br>Akw@milestoneVG.com | Jennifer MacGeorge<br>MacGorge Law Firm, PLLC<br>2921 E 17th Street Bldg D, Suite 6<br>Austin, Texas 78702<br>jmac@jlm-law.com |

                */s/ T. Michael Ballases*
                 T. Michael Ballases