IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § | CASE NO. 22-32998 |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § | |
| | § | |
| Movants, | § | ADVERSARY NO. 23-03141 |
| | § | |
| v. | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al., | § | |
| | § | |
| Respondents. | § | |

**JOHN QUINLAN, OMAR KHAWAJA, and OSAMA ABDULLATIF'S
FIRST SUPPLEMENTAL COMPLAINT**

Movants, John Quinlan, Omar Khawaja, and Osama Abdullatif, file this First Supplemental Complaint against, Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Texas REIT LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC *[Debtor]*, Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, and Galleria Loop Note Holder LLC, adding Cypress BridgCo, LLC, Magnolia BridgeCo, LLC, and A. Kelly Williams, and seeking injunctive relief.

**Additional Parties**

1.      Defendant, Cypress Bridgeco, LLC, is a domestic limited liability company, that may be served with process by serving its registered agent, Corporation Service Company d/b/a

1

CSC-Lawyers Incorporating Service Company, at its place of business, located at 211 E. 7th Street, Suite 620 Austin, Texas 78701, or wherever it is located.

2. Defendant, Magnolia Bridgeco, LLC, is a domestic limited liability company, that may be served with process by serving its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, at its place of business, located at 211 E. 7th Street, Suite 620 Austin, Texas 78701, or wherever it is located.

3. Defendant, A. Kelly Williams, is an individual and may be served with service of process at 12140 Wickchester Ln., Suite 100, Houston, Texas 77079, or wherever he be found.

### Additional Facts

4. On August 19, 2022, a Harris County Jury awarded Abdullatif a multi-million-dollar judgment against Choudhri and HREP in Cause No. 2013-41273, *Osama Abdullatif and Abdullatif & Company, LLC v. Ali Choudhri and Houston Real Estate Properties, LLC*; filed in the 334th Judicial District Court of Harris County ("Lawsuit 1"). Choudhri and HREP spent the next 3 months trying to prevent the entry of the final judgment in that case, requesting continuances, swapping out counsel, and seeking removal to federal court.

5. These delay tactics were undertaken to frustrate the collection efforts of Abdulatiff, as well as his other judgment holders Quinlan and Khawaja. Despite the fact that Choudhri and HREP were faced with three substantial judgments, Choudhri, HREP, and the other Respondents, began encumbering assets (and specifically here real property) under their collective control with the following deeds of trust.[1]

---

[1] Please note that Movants do not believe these deeds of trust and alleged loans are legitimate.

    a. **Respondent, Shepherd-Huldy Development I, LLC: 2503 S. Shepherd Dr., 2421 Shepherd Dr., 2502 Huldy St., and 2424 Huldy St.** On October 3, 2022, Respondents allegedly obtained a loan for $2,277,222.00 from Magnolia BridgeCo, LLC, a "mezzanine" or "hard money" lender pledging these properties as collateral;[2]

    b. **Respondent, 9201 Memorial Dr. LLC: 9201 Memorial Drive.** On November 2, 2022, Respondents allegedly obtained another loan for $2,760,000.00 from Cypress BridgeCo, LLC, another "mezzanine" or "hard money" lender, pledging the previously unencumbered 9201 Memorial Dr. property as collateral;[3]

    c. **Respondent, 2727 Kirby 26L LLC: 2727 Kirby 26L.** Also on November 2, 2022, Respondents allegedly obtained another loan for $2,079,000.00 from Cypress BridgeCo, LLC pledging the previously unencumbered 2727 Kirby 26L property as collateral.[4]

6.     The encumbrance of these properties with promissory notes was undertaken for the purpose of allowing Respondents, through their numerous proxies and shills, to place assets beyond the reach of creditors. A fact which has only become more apparent since the discovery that these properties are now listed for foreclosure. *See* Exhibits 1-3.

7.     A. Kelly Williams, who appeared at a previous hearing in this Court prepared to testify on behalf of some or all of the Respondents, is named in the Deeds of Trust for 2503 S. Shepherd Dr., 2421 Shepherd Dr., 2502 Huldy St., and 2424 Huldy St. collectively, 9201 Memorial Drive, and 2727 Kirby 26L. *See* Exhibits 1-3.

8.     On August 14, 2023, Magnolia BridgCo, LLC, Cypress BridgeCo, LLC, and A Kelly Williams (the "BridgeCo Defendants"), recorded three Notices of Foreclosure Sale: one for 2503 S. Shepherd Dr., 2421 Shepherd Dr., 2502 Huldy St., and 2424 Huldy St. collectively, one

---

[2] Attached as <u>Exhibit 1</u> is the Notice of Foreclosure Sale and Deed of Trust for Shepherd-Huldy Development I, LLC.
[3] Attached as <u>Exhibit 2</u> is the Notice of Foreclosure Sale and Deed of Trust for 9201 Memorial Dr. LLC.
[4] Attached as <u>Exhibit 3</u> is the Notice of Foreclosure Sale and Deed of Trust for 2727 Kirby 26L LLC.

for 9201 Memorial Drive, and one for 2727 Kirby 26L, in an obvious attempt to insulate these assets from collections.

## Causes of Action as to the Additional and New Parties

**Fraudulent Transfer.**

9. The BridgeCo Defendants committed fraudulent transfers. Under the Texas Uniform Fraudulent Transfers Act, a judgment creditor may bring a claim for fraudulent transfer if debtor's conveyances were made with actual intent to hinder, delay, or defraud any creditor of the debtor; or without receiving a reasonably equivalent value in exchange for the transfer or obligation. TEX. BUS. & COM. CODE § 24.005. The BridgeCo Defendants' concealment and facilitation of certain transactions, only some of which are discussed herein, constitute fraudulent conveyances under TEX. BUS. & COM. CODE §§ 24.005 and 24.006.

10. The BridgeCo Defendants' fraudulent conveyances of these properties are the latest in a long history of obfuscation of justice and attempts at evasion, as they seek to hinder, delay, and defraud Movants as judgment creditors. Further, Choudhri desires to devalue his personal assets and, upon information and belief, has not received a reasonably equivalent value in return for these transfers, to discourage his creditors from seizing assets. Pursuant to TEX. BUS. & COM. CODE § 24.008, Movants seek: [i] an avoidance of the transfer or obligation to the extent necessary to satisfy their claim; [ii] an injunction and injunctive relief against further disposition by the all Defendants, or a transferee, or both, of the asset transferred or of other property; [iii] their reasonable and necessary attorneys' fees and court costs; [iv] that a constructive trust be imposed for the assets fraudulently transferred; and [v] after obtaining a judgment against the BridgeCo Defendants for their violations, Movants ask that they be authorized to levy execution

on the assets found to have been fraudulently transferred or their proceeds as well as any other relief the circumstances may require.

**Joint Enterprise Liability.**

11. On information and belief, the BridgeCo Defendants were engaged in a joint enterprise because they had an understanding or common purpose to be carried out by the enterprise, a community of pecuniary interest in that common purpose and an equal right to direct and control the enterprise. The BridgeCo Defendants also committed one or more torts against Movants while acting within the scope of the enterprise. Movants have been damaged as a result.

**Injunctive Relief**

12. Movants request an order restraining all Respondents, their agents, attorneys, trustees, servants, and employees from directly or indirectly devising/selling/foreclosing, attempting to devise/sell/foreclose, taking steps to perfect the devise/sale/foreclosure, and posting for devise/sale/foreclosure the aforementioned properties and specifically:

>    [1] 2503 S. Shepherd Dr.,
>    [2] 2421 Shepherd Dr.,
>    [3] 2502 Huldy St.,
>    [4] 2424 Huldy St.,
>    [5] 9201 Memorial Drive, and
>    [6] 2727 Kirby 26L.

These properties are currently posted for foreclosure sale to occur on Tuesday, September 5, 2023. Injunctive relief is proper and available under multiple legal authorities and specifically the Texas Uniform Fraudulent Transfer Act[5], general injunction statute,[6] as well as expressly in the Texas Property Code to enjoin the foreclosure of real property[7].

---

[5] TEX. BUS. COM. CODE §24.008(a)(3)(A)-(C).
[6] TEX. CIV. PRAC. REM. CODE §§ 65.011(1) and 65.011(5).
[7] TEX. PROP. CODE § 51.007(e).

13. For the reasons set forth herein above, Movants have established a probable right to recovery against Respondents. If this application is not granted, probable, imminent and irreparable harm will result, as a sale of the subject properties on Tuesday, September 5, 2023, that would permanently deprive Movants of the subject property and prevent their collection on the judgments included in Movants' Original Complaint. Movants will also show that there is no remedy at law that is clear and adequate to protect its property interest against this wrongful foreclosure, and allowing the foreclosures to go forward would permit Respondents to continue engaging in the very fraudulent activities that Choudhri and Respondents have been caught by Courts engaging in time after time. All of these facts make the potential loss of this subject property irreparable. Additionally, injunctive relief is appropriate to preserve the status quo pending the outcome of this litigation. This request for injunctive relief is so that justice may be done, not merely for delay. Movants are willing to post a bond. There is not enough time to serve notice on Defendants and to hold a hearing on this application, because the BridgeCo Defendants intend to proceed to foreclosure on Tuesday, September 5, 2023, and Monday is a holiday.

14. Movants ask the Court to set its application for temporary injunction for a hearing and, after the hearing, issue a temporary injunction against all Respondents. Movants further ask the Court to set its request for a permanent injunction for a full trial on the merits and, after the trial, issue a permanent injunction against all Respondents.

## Conclusion

Movants, John Quinlan, Omar Khawaja, and Osama Abdullatif, request that all Respondents, Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Texas REIT LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC *[Debtor]*, Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development

I, LLC, Shepherd-Huldy Development II, LLC, Galleria Loop Note Holder LLC, Cypress BridgeCo, LLC, and Magnolia BridgeCo, LLC be cited to appear and answer, and that on final trial, Movants have the following relief against all Respondents, jointly and severally:

a) Judgment against all Respondents for actual, economic, and consequential damages in an amount within the jurisdictional limits of the court;

b) Exemplary damages;

c) Pre- and post-judgment interest on the damages awarded as provided by law;

d) Reasonable and necessary attorneys= fees for trial, and if necessary, appeal;

e) Costs of Court and Suit;

f) Avoidance of the transfers or obligations to the extent necessary to satisfy Movants' claims;

g) An injunction against further disposition by Respondents, or a transferee, or both, of the assets transferred or of other property;

h) A constructive trust be imposed for the assets fraudulently transferred;

i) After obtaining a judgment against Respondents for their violations, Movants ask that they be authorized to levy execution on the assets found to have been fraudulently transferred or their proceeds as well as any other relief the circumstances may require; and

j) All other relief, at law or in equity, to which Movants are or may be justly entitled.

DATED:     August 30, 2023

...

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: _/s/ MN_____

T. Michael Ballases
State Bar No. 24036179
ballases@hooverslovacek.com
Steve A. Leyh
State Bar No. 12318300
leyh@hooverslovacek.com
Angeline V. Kell
State Bar No. 24040009
kell@hooverslovacek.com
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

**ATTORNEYS FOR MOVANTS, JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of John Quinlan, Omar Khawaja, and Osama Abdullatif's Original Complaint was served electronically upon each of the parties listed on the Court's ECF Service List maintained in this case on August 30, 2023.

**23-03141 Notice will be electronically mailed to:**

Thomas Michael Ballases on behalf of Plaintiff John Quinlan
ballases@hooverslovacek.com

Thomas Michael Ballases on behalf of Plaintiff Omar Khawaja
ballases@hooverslovacek.com

Thomas Michael Ballases on behalf of Plaintiff Osama Abdullatif
ballases@hooverslovacek.com

Angeline Vachris Kell on behalf of Plaintiff John Quinlan

8

kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell on behalf of Plaintiff Omar Khawaja
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell on behalf of Plaintiff Osama Abdullatif
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Timothy L. Wentworth on behalf of Trustee Randy W Williams
twentworth@okinadams.com, bmoore@okinadams.com

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

Randy W Williams
rww@bymanlaw.com,
rw13@trustesolutions.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com

**23-03141 Notice will be also be emailed to:**

Houston Real Estate Properties, LLC
2500 West Loop South, Suite 255
Houston, Texas 77027
ali@jetallcompanies.com

Ali Choudhri
2500 West Loop South, Suite 255
Houston, Texas 77027
ali@jetallcompanies.com

Shahnaz Choudhri
2500 West Loop South, Suite 255
Houston, Texas 77027
ali@jetallcompanies.com

Jeannie Lee Anderson
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Texas 77253-3064
Houston_bankruptcy@lgbs.com

Rodney Lee Drinnon
McCathern Houston
2000 West Loop South, Suite 1850
Houston, Texas 77027
ndrinnon@mccathernlaw.com

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
mdurrschmidt@hirschwest.com

Bennett Greg Fisher
Lewis Brisbois Bisgaard & Smith
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Bennett.fisher@lewisbrisbois.com

Melissa S. Hayward
Hayward PLLC
1050 N. Central Expwy, Suite 106
Dallas, Texas 75231
mhayward@haywardfirm.com

James Q. Pope
The Pope Law Firm
6161 Savoy, Suite 1125
Houston, Texas 77036
ecf@thepopelawfirm.com

Melissa E. Valdez
Perdue Brandon Felder Collins & Mott
1235 North Loop West, Suite 600
Houston, Texas 77008
mvaldez@pbfcm.com

Ruth A. Van Meter
Hayward PLLC
10501 N. Central Expwy, Suite 106
Dallas, Texas 75231
rvanmeter@haywardfirm.com

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
twentworth@okinadams.com

Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Jana.whitworth@usdoj.gov

Brandon L. Collins
Substitute Trustee of Cypress Bridgeco LLC
12140 Wickchester Dr. Suite 111
Houston, Texas 77079
info@bridgecofinancial.com

Kelly Williams
Cypress Bridgeco LLC
12140 Wickchester Dr. Suite 111
Houston, Texas 77079
Kelly.williams@bridgecofinancial.com

| | | |
|---|---|---|
| Gary Lancaster | Milestone Venture Group | Jennifer MacGeorge |
| Lancaster Law Firm, PLLC | 3 Riverway | MacGorge Law Firm, PLLC |
| 12140 Wickchester Dr. Suite 111 | Houston, Texas 77056 | 2921 E 17th Street Bldg D, Suite 6 |
| Houston, Texas 77079 | Akw@milestoneVG.com | Austin, Texas 78702 |
| glancaster@lancasterlawfirmpllc.com | | jmac@jlm-law.com |



_____

T. Michael Ballases

## VERIFICATION OF OSAMA ABDULLATIF

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Osama Abdullatif, who is the movant for the requested injunctive relief, in the above-entitled and numbered cause, who, being first duly sworn by me, says and deposes as follows, to-wit:

- My name is Osama Abdullatif. I am over the age of 18 years, of sound mind, competent to make this affidavit, and have personal knowledge of the facts herein as a result of my involvement in the underlying transactions that led to this lawsuit;

- I have read the foregoing document, and the facts stated therein are true and correct based upon my personal knowledge.

_____
Osama Abdullatif

SWORN TO AND SUBSCRIBED BEFORE ME on this the 30th day of August 2023.

P B MENDEZ
Notary ID #125173015
My Commission Expires
January 21, 2025

_____
Notary Public, State of Texas