IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § § **HOUSTON REAL ESTATE** § **PROPERTIES, LLC,** § § *Debtor.* § § | | **Case No. 22-32998** <br><br> **Chapter 7** |
| **JOHN QUINLAN, OMAR KHAWAJA,** § **AND OSAMA ABDULLATIF,** § *Plaintiffs,* § § v. § § **DALIO I HOLDINGS, LLC, et. al,** § *Defendants.* § | | Adversary Cause No. 23-03141 <br><br> Removal from Cause No. 2012-27197B in the 333rd Judicial District Court, Harris County, Texas |

## NOTICE OF REMOVAL

Ali Choudhri ("**Defendant**" or "**Choudhri**") files this Notice of Removal (the "**Removal**") under 28 U.S.C. § 1452, Rule 9027, Federal Rules of Bankruptcy Procedure, Rule 9027-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Texas, seeking to remove the State Court Action from the 333rd District Court of Harris County, Texas to the United States Bankruptcy Court for the Southern District of Texas which currently has jurisdiction the estate of Houston Real Estate Properties, LLC ("**HREP**" or "**debtor**") pursuant to 28 U.S.C. § 1334(b). In filing this Removal, Defendant will respectfully show the Court as follows:

1.    On October 7, 2022, HREP filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in Case No. 22-32998 (the "**Bankruptcy Case**") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

2.    On August 1, 2023, John Quinlan, Omar Khawaja, and Osama Abdullatif (collectively, "**Plaintiffs**") filed an adversary case against HREP, Choudhri, and eleven other

defendants referenced by Case No. 23-03141 (the "**Adversary**").  In the Adversary, Plaintiffs specifically allege that HREP and Choudhri "are alter egos of each other" and "there is unity between Choudhri, HREP . . . and his other business entities such that the separateness of the business entities has ceased." Adversary, Dkt. No. 1 ¶¶ 1, 22.  Plaintiffs accordingly assert that this Court maintains jurisdiction over the actions involving Choudhri "pursuant to 28 U.S.C. §§ 157 and 1334(b) in that this action arises under, arises in, and or relates to, cases pending under Chapter 7 of the Bankruptcy Code." *Id*. at ¶ 18.

3. On May 9, 2012, Mokaram Latif West Loop, Ltd. filed Plaintiff's Verified Application for Temporary Restraining Order and Application for Temporary and Permanent Injunctions and Motion for Expedited Discovery against Defendants, Ali Choudhri and Angel Valle for Declaratory Judgment in the District Court of Harris County, Texas, 190th Judicial District, referenced by Cause No. 2012-27197. Pursuant to the Court's Final Phase I Judgment signed on January 13, 2015, the Court severed all unresolved claims into a separate case captioned 2012-27197A (the "**Main Case**"), styled *Mokaram-Laiff West Loop, Ltd v. Choudhri, et al*. On September 19, 2017, the Main Case was transferred to the 127th Judicial District of Harris County, Texas, and subsequently to the 333rd Judicial District of Harris County, Texas, on or about August 18, 2018.

4. On or about October 17, 2022, it was ordered that all claims, causes of action, motions or requests for relief to confirm and/or vacate the related Final Arbitration Award issued on July 27, 2021, in Case Number 01-19-0008-7577, *Claimant Ali Mokaram vs. Respondents Dalio Holdings, I, LLC, Dalio Holdings II, LLCm* and *Ali Choudhri vs. Texas REIT, LLC* be severed into a separate case captioned *Ali Mokaram v. Dalio Holdings I, LLC, Dalio Holdings II, LLC, and Ali Choudhri vs. Texas REIT, LLC* under Cause No. 2012-27197B (the "**State Court Action**").

5. The State Court Action is a civil action of which this Court has jurisdiction under the provisions of 28 U.S.C. § 1334(b).

6. This case is related to the Bankruptcy Case, and thus it shall be referred to the bankruptcy judge in the corresponding district. 28 U.S.C. § 1452(a) (West 2021). In compliance with Rule 9027 of the Federal Rules of Bankruptcy Procedure, Defendant is filing a notice of removal with the clerk of the district, along with every document filed in the State Court proceeding as required by Rule 9027 of the Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Local Rules**").

7. Statement Pursuant to Fed. R. Bankr. P. 9027(a)(1) and Local Rule 9027-2, the Defendant, as the removing party, does consent to the entry of final orders or judgment by the bankruptcy court.

8. Pursuant to Rule 9027-1 of the Local Rules, Defendant is filing a copy of this Notice with the Clerk in the State Court Action and serving copies of this Notice upon the Plaintiff's attorneys. The attached service list contains a list of all parties and counsel to the removed proceeding. This Notice will be amended when possible.

## **PRAYER**

WHEREFORE, the Defendant respectfully requests that the State Court Action be removed to the Bankruptcy Court and that the Bankruptcy Court authorize and direct any further relief to which the Defendant may be entitled.

Respectfully Submitted,

/s/ James Q. Pope

James Q. Pope
**THE POPE LAW FIRM**
TBN: 24048738
6161 Savoy Dr, Suite 1125
Houston, Texas 77036
Phone: 713.449.4481
Fax: 281.657.9693
jamesp@thepopelawfirm.com
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on interested parties by electronic delivery on August 31, 2023.

Thomas Michael Ballases
Hoover Slovacek LLP
5051 Westheimer, Suite 1200
Houston, TX 77056
Phone: 713-977-8686
Email: ballases@hooverslovacek.com
  *Attorney for John Quinlan, Omar Khawaja, and Osama Abdullatif*

Angeline Vachris Kell
Hoover Slovacek LLP
5051 Westheimer, Suite 1200
Houston, TX 77056
Phone: 713-977-8686
Email: kell@hooverslovacek.com
  *Attorney for John Quinlan, Omar Khawaja, and Osama Abdullatif*

Steven Leyh
Hoover Slovacek LLP
5051 Westheimer, Suite 1200
Houston, Tx 77056
Phone: 713-977-8686
Email: leyh@hooverslovacek.com
  *Attorney for John Quinlan, Omar Khawaja, and Osama Abdullatif*

/s/ James Q. Pope

James Q. Pope
