Notice of Confidentiality Rights: If you are a natural person, you may remove or strike any of the following information from any instrument that transfers an interest in real property before it is filed for record in the public records: Your social security number or your driver's license number.

## GENERAL WARRANTY DEED WITH VENDOR'S LIEN

Date: May 1, 2018

Grantor: **CARL T. CARLOCK**

Grantor's Mailing Address (including county):     1111 Welch Street
                                                  Houston, Texas 77006
                                                  (Harris County)

Grantee: **SHEPHERD-HULDY DEVELOPMENT I, LLC**

Grantee's Mailing Address (including county):     700 Lavaca St., Suite 1401
                                                  Austin, TX 78701
                                                  (Travis County)

Consideration: For and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), and other good and valuable consideration to the undersigned paid by Grantees herein named, the receipt of which is hereby acknowledged, and the execution of that one certain Real Estate Lien note of even date herewith secured by a first lien Deed of Trust and payable according to the terms stated therein.

Property (including any improvements):

   Certain property containing approximately 23,324 square fee of land located at 2421 & 2503 S. Shepherd Drive and, 2424 & 2502 Huldy Street, in Harris County, Houston, Texas and more particularly as described below:

   **2424 Huldy St.** - Legal Description: TR 5 BLK 1 MORGAN

   **2502 Huldy St.** - Legal Description: TRS SA & SB BLK 1 MORGAN

   **2421 S. Shepherd Dr.** - Legal Description: LT F, SHEPHERD LAWN

   **2503 S. Shepherd Dr.** - Legal Description: LT E, SHEPHERD LAWN

   These properties collectively being legally described by metes and bounds, more or less,
as:

-1-

303-C

A 0.558 ACRE (23,324 SQUARE FEET) TRACT OF LAND BEING ALL OF LOT FIVE (5), AND IN BLOCK ONE (1) OF THE MORGAN ADDITION, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 572, PAGE 282 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS, ALL OF LOTS E AND F OF 08498 ACRE BEING A PARTIAL REPLAT OF LOTS A,B,C,D SHEPHERD LAWN ADDITION AS RECORDED IN VOLUME 725, PAGE 688 OF HARRIS COUNTY DEED RECORDS SAID 0.558 ACRE TRACT BING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A 5/8 INCH CAPPED IRON ROD SET AT THE NORTHWEST CORNER OF RESTRICTED RESERVE "A" OF EXXON MOBIL NO. 67878 SHEPHERD AT WESTHEIMER AS RECORDED IN FILM CODE NO. 613002 OF HARRIS COUNTY MAP RECORDS, SAID POINT BEING IN THE EAST LINE OF SHEPHERD DRIVE (80 FT RIGHT-OF-WAY), AND MARKING THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 00 DEGREES 00 MINUTES AND 00 SECONDS WEST, A DISTANCE OF 88.63 FEET TO A 5/8 INCH IRON CAPPED ROD FOUND AND MARKING THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 90 DEGREES 00 MINUTES AND 00 SECONDS EAST, A DISTANCE OF 131.00 FEET TO A 5/8 INCH IRON ROD SET IN THE WEST LINE OF LOT 4, BLOCK ONE (1) OF THE MORGAN ADDITION;

THENCE NORTH 00 DEGREES 00 MINUTES AND 00 SECONDS EAST, A DISTANCE OF 1.3 FEET TO A POINT FROM WHICH A FOUND FENCE POST BEARS NORTH 77 DEGREES 27 MINUTES EAST, 1.44 FEET FOR THE COMMON CORNER OF SAID LOTS 4 AND 5;

THENCE NORTH 90 DEGREES 00 MINUTES AND 00 SECONDS WEST, ALONG THE COMMON LINE OF SAID LOTS 4 AND 5, A DISTANCE OF 126.26 FEET TO A 5/8 INCH CAPPED IRON ROD SET AND MARKING THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 00 DEGREES 00 MINUTES AND 00 SECONDS EAST, A DISTANCE OF 100.00 FEET TO A 5/8 INCH CAPPED IRON ROD SET AND MARKING THE SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 90 DEGREES 00 MINUTES AND 00 SECONDS WEST, A DISTANCE OF 126.26 FEET TO A POINT FROM WHICH A FOUND FENCE POST BEARS NORTH 88 DEGREES 08 MINUTES WEST, 1.70 FEET;

THENCE NORTH 00 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 13.00 FEET TO A 5/8 INCH CAPPED IRON ROD FOR AN ELL CORNER;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 131.99 TO THE POINT OF BEGINNING AND CONTAINING 0.558 ACRES OF LAND, MORE OR LESS.

303-C

Together with the following personal property: All fixtures, supplies, building materials, and other goods of every nature now or ever located, used, or intended to be located or used on the Property;

Reservations from and Exceptions to Conveyance and Warranty:

This conveyance is made and accepted subject to those easements, reservations, covenants, restrictions and other matters of record in the Official Public Records of Real Property of Harris County, Texas, to the extent same are now in force and effect and relate to the Property.

Taxes for the current year have been pro-rated at closing between Grantor and Grantee, which Grantee assumes and agrees to pay, without further re-calculation of pro-rations at the time taxes are assessed and due in the future.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

But it is expressly agreed and stipulated that the Vendor's Lien and Superior Title are retained against the above described property, premises, and improvements, until each note described and all accrued interest and charges thereon are fully paid according to the face, tenor, effect, and reading thereof, when this deed shall become absolute.

When the context requires, singular nouns and pronouns include the plural.

GRANTOR HAS EXECUTED AND DELIVERED THIS GENERAL WARRANTY DEED AND HAS GRANTED, BARGAINED, SOLD AND CONVEYED THE MOSTLY VACANT PROPERTY AND GRANTEE HAS RECEIVED AND ACCEPTED THIS GENERAL WARRANTY DEED AND HAS PURCHASED THE PROPERTY "AS IS", "WHERE IS", FOR DEVELOPMENT WITH ALL FAULTS, AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES WHATSOEVER, EXPRESS OR IMPLIED, WRITTEN OR ORAL, EXCEPT SOLELY THE WARRANTY OF TITLE EXPRESSLY SET FORTH HEREIN.

*Carl T Carlock*
**CARL T. CARLOCK**

STATE OF TEXAS       §

COUNTY OF HARRIS  §

This instrument was acknowledged before me on the 1st day of May, 2018, by **CARL T. CARLOCK.**

-3-

303-C

RP-2018-192008

 

Notary Public, State of Texas
My Commission Expires:

Mailing address of Grantor:

Carl Carlock
1111 Welch Street
Houston, Texas 77006

Mailing address of Grantees:

Shepherd-Huldy Development 1, LLC
Attn: Brad Parker
700 Lavaca St., Suite 1401
Austin, Texas 78701

After recording return to:


305\6103C

-4-

303-C

RP-2018-192008
# Pages 5
05/03/2018 08:07 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
STAN STANART
COUNTY CLERK
Fees $28.00

**RECORDERS MEMORANDUM**
This instrument was received and recorded electronically and any blackouts, additions or changes were present at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.




COUNTY CLERK
HARRIS COUNTY, TEXAS