RP-2021-553903
09/27/2021   ER   $22.00

EXHIBIT 2

# SPECIAL WARRANTY DEED

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

| | |
|---|---|
| EFFECTIVE DATE: | September 24, 2021 |
| GRANTOR: | **IGSA 45 LLC**, a Texas limited liability company |
| GRANTEE: | **2727 KIRBY 26L LLC**, a Texas limited liability company |
| GRANTEE'S MAILING ADDRESS: | 2727 Kirby Drive, No. 26L, Houston, Texas 77098 |
| CONSIDERATION: | TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration, and for which no lien, either express or implied, is retained by Grantor. |
| PROPERTY (including improvements): | Unit L, Level 26, of 2727 KIRBY CONDOMINIUMS, a Condominium Project in Harris County, Texas, together with the limited common elements and an undivided interest in and to the general common elements, as defined in that Declaration recorded in Film Code No. 205251, Condominium Records of Harris County, Texas. |
| EXCEPTIONS TO WARRANTY: | All presently recorded restrictive covenants, easements, and building set-back lines that affect the Property; Transfer of Parking Space(s) Agreement with Option to Repurchase recorded under Harris County Clerk's File No. 20140123981; future arising maintenance charges, special assessment obligations, and transfer fees, and the liens securing payment of such charges, obligations, and fees; terms, conditions, and other matters set forth in the Condominium Declaration, Survey Plat, and By-Laws for 2727 KIRBY CONDOMINIUMS; the terms of the Texas Condominium Act, as amended; and ad valorem taxes for 2021, the payment of which has been prorated and assumed by Grantee. |

Grantor, for the Consideration and subject to the Exceptions to Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any wise belonging. To have and hold the Property unto Grantee, and Grantee's successors and assigns, forever. Grantor hereby binds Grantor, and Grantor's successors, to warrant and forever defend all and singular the title to the Property to Grantee, and Grantee's successors and assigns,

CHICAGO TITLE
GINSBURG GF #: 732759

RP-2021-553903

against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Exceptions to Warranty, when the claim is one that is made by, through, or under Grantor, but no further.

This conveyance of the Property includes all of Grantor's right, title, and interest in and to each parking space and/or storage space assigned to or regularly used and occupied by Grantor in accordance with the condominium declaration, survey plat, by-laws, regulations, and other governing documents for 2727 Kirby Condominiums, if any.

It is expressly agreed that Grantor makes no warranty, either expressed or implied, as to the physical condition of the Property or the Property's suitability for any particular purpose. The Property is sold and conveyed in its present condition, "as is", "where is", and "with all faults".

IGSA 45 LLC, a Texas limited liability company

By: _____
Name: MATTHEW HUFFINE
Title:   Manager

STATE OF __Indiana__
COUNTY OF __Marion__

This instrument was acknowledged before me on the 𝟸nd day of September, 2021, by MATTHEW HUFFINE as a Manager of IGSA 45 LLC, a Texas limited liability company, on behalf of said limited liability company.

_____
Notary Public, State of _____

KAYLA FOX
Notary Public, State of Indiana
Hamilton County
Commission Number NP0734083
My Commission Expires
June 02, 2029

WHEN RECORDED RETURN TO:
CHICAGO TITLE
6575 WEST LOOP SOUTH, SUITE 150
BELLAIRE, TEXAS 77401

RP-2021-553903

RP-2021-553903

# Pages 3

09/27/2021 03:18 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees $22.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS