RP-2023-286290
07/31/2023   ER   $26.00

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| HOUSTON REAL ESTATE PROPERTIES, § | CASE NO. 22-32998 |
| LLC, § | |
| § | (Chapter 7) |
| Debtor. § | |
| § | |
| JOHN QUINLAN, OMAR KHAWAJA, § | |
| and OSAMA ABDULLATIF, § | |
| Movants, § | |
| § | |
| v. § | |
| § | |
| HOUSTON REAL ESTATE PROPERTIES, § | |
| LLC; JETALL COMPANIES, LLC; 9201 § | |
| MEMORIAL DR. LLC; ARABELLA PH § | |
| 3201 LLC; 2727 KIRBY 26L LLC; TEXAS § | |
| REIT LLC; DALIO HOLDINGS I LLC; § | |
| DALIO HOLDINGS II LLC; ALI § | |
| CHOUDHRI; and SHAHNAZ CHOUDHRI, § | |
| Respondents. § | |

## NOTICE OF LIS PENDENS

| | |
|---|---|
| THE STATE OF TEXAS § | |
| § | |
| COUNTY OF HARRIS § | |

NOTICE IS HEREBY GIVEN, pursuant to section 12.007 of the Texas Property Code, that there is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, a certain action and suit, which commenced on July 28, 2023, and is styled *In Re: Houston Real Estate Properties LLC, Debtor; John Quinlan, Omar Khawaja, and Osama Abdullatif v. Houston Real Estate Properties, LLC, et al.*, Case No. 22-32998. The action involves claims for Fraudulent Transfer, Fraud, Alter Ego, and Joint Enterprise Liability related to an interest in property located at 9201 Memorial Dr., Houston, Texas 77024 (the "Property"), and as

**EXHIBIT A**

more particularly described in **Exhibit A**, which is attached hereto and is incorporated herein by reference for all purposes. Plaintiff is seeking monetary damages.

EXECUTED this 28th day of July, 2023.

By: _____
Osama Abdullatif

## ACKNOWLEDGMENT

THE STATE OF TEXAS § 
 § 
COUNTY OF HARRIS § 

This instrument was acknowledged before me on the 28th day of July 2023, by Osama Abdullatif.

_____
NOTARY PUBLIC, State of Texas

CARLY BREANNE BERRY
Notary Public, State of Texas
Comm. Expires 09-22-2025
Notary ID 131290850

RP-2023-286290

**AFTER RECORDING RETURN TO:**
Michael Ballases
Brice B. Beale
Hoover Slovacek LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056

## EXHIBIT A

### Property Description

A tract of Land Containing 1.34 Acres Being out of Lot 4, Peter Wilson Tract Division, and Lot 2 of Bayou Woods Subdivision, Section 2, a Subdivision in Harris County, Texas, as recorded in Volume 18, Page 46, of the Map Records of Harris County, Texas, and being the same tract of land as Described in Deed to James Tang under Clerk's File Number L423456 of the Real Property Records of said Harris County, Texas

RP-2023-286290

RP-2023-286290
# Pages 4
07/31/2023 10:39 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $26.00

RP-2023-286290

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS