United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | CHAPTER 7 |
| | § | |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, | § | |
| OMAR KHAWAJA, AND | § | |
| OSAMA ABDULLATIF, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3141 |
| | § | |
| JETALL COMPANIES, INC., | § | |
| ARABELLA PH 3201 LLC, | § | |
| 9201 MEMORIAL DR. LLC, | § | |
| 2727 KIRBY 26L LLC, | § | |
| TEXAS REIT LLC, | § | |
| DALIO HOLDINGS I, LLC, | § | |
| DALIO HOLDINGS II, LLC | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § | |
| SHAHNAZ CHOUDHRI, | § | |
| ALI CHOUDHRI, | § | |
| SHEPHERD-HULDY DEVELOPMENT I, LLC, | § | |
| SHEPHERD-HULDY DEVELOPMENT II, LLC, | § | |
| GALLERIA LOOP NOTE HOLDER LLC, | § | |
| A. KELLY WILLIAMS, | § | |
| MAGNOLIA BRIDGECO, LLC, | § | |
| CYPRESS BRIDGECO, LLC AND | § | |
| MOUNTAIN BUSINESS CENTER, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING HEARING

Hearing is set on the Motion to Expunge Notices of Lis Pendens (ECF No. 58) at 1:30 p.m. on October 26, 2023, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is 5:00 p.m. on October 19, 2023.  Requested relief that is unopposed by

written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

**Parties should reference the Court's website for in person hearing requirements as there are new trial and hearing procedures.**[1]

**SO ORDERED**.

SIGNED 09/27/2023

Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman