United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN. | § | |
| OMAR KHAWAJA, | § | |
| AND OSAMA ABDULLATIF, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., | § | |
| ARABELLA PH 3201 LLC, | § | |
| 9201 MEMORIAL DR. LLC, | § | |
| 2727 KIRBY 26L LLC, | § | |
| TEXAS REIT LLC, | § | |
| DALIO HOLDINGS I, LLC, | § | |
| DALIO HOLDINGS II, LLC, | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § | |
| SHAHNAZ CHOUDHRI, | § | |
| ALI CHOUDHRI, | § | |
| SHEPHERD-HULDY DEVELOPMENT I, LLC, | § | |
| SHEPHERD-HULDY DEVELOPMENT II, LLC, | § | |
| GALLERIA LOOP NOTE HOLDER LLC | § | |
| A. KELLY WILLIAMS, | § | |
| MAGNOLIA BRIDGECO, LLC, | § | |
| CYPRESS BRIDGECO, LLC, AND | § | |
| MOUNTAIN BUSINESS CENTER, LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING MOTION FOR EXPEDITED CONSIDERATION
AND SETTING HEARING**

This matter is before the Court on the Motion for Expedited Consideration of the Motion to Dismiss Complaint (ECF No. 66) filed by Defendants Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Texas REIT LLC, Dalio Holdings I, LLC,

Dalio Holdings II, LLC, Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, and Galleria Loop Note Holder LLC. The Court denies expedited consideration as it only gives parties a response deadline of three business days (including this Friday) on a dispositive motion. Furthermore, movants failed to comply with Bankruptcy Local Rule 9013-1(f) as the certificate of service does not state who specifically was served and at what addresses. Therefore, this Court is unable to determine whether all required parties have been properly served with the instant motion.

Hearing is set on the Motion to Dismiss Complaint (ECF No. 65) at 11:00 a.m. on November 1, 2023, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is 5:00 p.m. on October 25, 2023. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline. **The certificate of service must specify who (name and address) was served and how each party was served.**

Parties should reference the Court's website for in person hearing requirements as there are new trial and hearing procedures.[1]

**SO ORDERED**.
SIGNED 09/29/2023

Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman