# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** § § | | |
| **HOUSTON REAL ESTATE PROPERTIES, LLC,** § § § | | **Case No. 22-32998** |
| *Debtor.* § | | **Chapter 7** |

| | | |
|---|---|---|
| **JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF,** § § § | | |
| *Plaintiffs,* § | | |
| v. § | | |
| **JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, TEXAS REIT LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MAGNOLIA BRIDGECO, LLC, and CYPRESS BRIDGECO, LLC,** § § § § § § § § § § § § § § § § | | **Adversary Cause No. 23-03141** |
| *Defendants.* § | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on Defendants' Motion to Dismiss Complaint will take place in person on **November 1, 2023 at 11:00 a.m.**, before the Honorable Judge Jeffrey Norman in **Courtroom 403, 515 Rusk St. in Houston, Texas 77002**.

**PLEASE TAKE FURTHER NOTICE** that the deadline to respond, if any, to the Motion to Dismiss is 5:00 p.m. on October 25, 2023.

Respectfully Submitted,

/s/ James Q. Pope

James Q. Pope
**THE POPE LAW FIRM**
TBN: 24048738
6161 Savoy Dr, Suite 1125
Houston, Texas 77036
Phone: 713.449.4481
Fax: 281.657.9693
jamesp@thepopelawfirm.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Hearing was served on interested parties in the manner listed below on September 29, 2023.

**23-03141 Notice will be electronically mailed, via the court's ECF noticing system to:**

Thomas Michael Ballases
Steven A. Leyh
Angeline Vachris Kell
Hoover Slovacek LLP
5051 Westheimer
Ste 1200
Houston, TX 77056
on behalf of Plaintiffs John Quinlan, Omar Khawaja and Osama Abdullatif
ballases@hooverslovacek.com
leyh@hooverslovacek.com
kell@hooverslovacek.com

Matthew W. Bourda
Mcdowell Hetherington LLP
1001 Fannin, Suite 2400
Houston, Texas 77002
on behalf of Creditor Cypress BridgeCo, LLC and Magnolia BridgeCo, LLC
matthew.bourda@mhllp.com

Melissa S Hayward
Hayward PLLC
10501 N. Central Expwy.
Suite 106
Dallas, TX 75231
Melissa S Hayward
on behalf of Defendant Houston Real Estate Properties, LLC
MHayward@HaywardFirm.com

Ron Satija
Hayward PLLC
7600 Burnet Road
Ste 530
Austin, TX 78757
on behalf of Defendant Houston Real Estate Properties, LLC
rsatija@haywardfirm.com

/s/ James Q. Pope

James Q. Pope