IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § § § | CASE NO. 22-32998 (Chapter 7) |
| Debtor. | § § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § | |
| Movants, | § § | ADVERSARY NO. 23-03141 |
| v. | § § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al., | § § § | |
| Respondents. | § | |

**MOVANTS' MOTION TO STRIKE NOTICE OF APPEARANCE [*ECF Document No. 56*] and MOTION TO DISMISS [*ECF Document No. 47*] for LACK OF CAPACITY or, in alternative, MOTION TO SHOW AUTHORITY**

John Quinlan, Omar Khawaja, and Osama Abdullatif, ("Movants") file this Motion to Strike Notice of Appearance [*ECF Document No. 56*] and Motion to Dismiss [*ECF Document No. 47*] for lack of capacity or, in alternative, Motion to Show Authority.

1.  This Court appointed Chapter 7 Trustee Randy W. Williams (the "Trustee") for the debtor, Houston Real Estate Properties, LLC.  When a bankruptcy trustee is appointed, "the bankruptcy trustee is the only *[emphasis added]* party that has capacity to bring the claim." *Madison v. Health CARE Servs. Corp.*, 2022 U.S. LEXIS 192948, 5 (W.D. Tex. 2022) (citing *matter of S.I. Acquisition*, 817 F. 2d 1142, 1153-54 (5th Cir. 1987).  A party possesses capacity when it has legal authority to act.  *Id*. *Coastal Liquids Transp., L.P v. Harris Cty. Appraisal Dist.*, 46 S.W. 3d 880, 884 (Tex. 2001).  If a party does not have capacity, then it does not have legal authority to act.

{111976/00016/01571244.DOCX 1 }

2.       Here, in this case, the Court appointed a bankruptcy Trustee for the debtor, and then the Trustee hired Timothy L. Wentworth as its legal counsel.  Despite this, Hayward PLLC continues to file pleadings and papers, with the Court, on behalf of the debtor.  In fact, Hayward PLLC filed ECF Document Nos. 56 and 47, inter alia, after the appointment of the Trustee. Hayward PLLC does not possess legal authority to act for the debtor.  As such, Hayward PLLC lacks capacity, and its filings should be struck from the Court's records.

3.       Accordingly, Movants request the Court to strike ECF Document Nos. 56 and 47, filed by Hayward PLLC, along with any other pleadings and or papers filed by Hayward PLLC, on behalf of the debtor, in this cause, after the appointment of the Trustee. Further, Movants seek an order instructing Hayward PLLC to cease and desist from filing additional pleadings and or papers, on behalf of the debtor, in this cause, until further order of this Court instructing differently.

## Conclusion

Movants, John Quinlan, Omar Khawaja, and Osama Abdullatif, respectfully ask this Court to strike ECF Document Nos. 56 and 47, filed by Hayward PLLC, along with any other pleadings and or papers filed by Hayward PLLC on behalf of the debtor, in this cause, after the appointment of the Trustee, as well as an instruction to Hayward PLLC to cease and desist from filing additional pleadings and or papers, on behalf of the debtor, in this cause, until further order of this Court, and that Movants have such other and further relief to which they may show themselves justly entitled at law or in equity.

Dated: October 6, 2023.

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: */s/ T. Michael Ballases*
    Steve A. Leyh
    State Bar No. 12318300
    T. Michael Ballases
    State Bar No. 24036179
    Angeline V. Kell
    State Bar No. 24040009
    5051 Westheimer, Suite 1200
    Houston, Texas 77056
    Telephone: (713) 977-8686
    Facsimile: (713) 977-5395
    leyh@hooverslovacek.com
    ballases@hooverslovacek.com
    kell@hooverslovacek.com

**ATTORNEYS FOR MOVANTS AND OR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document, *Movant's Motion to Strike Notice of Appearance [ECF Document No. 56] and Motion to Dismiss [ECF Document No. 47] for lack of capacity*, has been served electronically upon each of the parties identified on the Court's ECF Service List maintained in this case, on October 6, 2023, and as additionally noted below.

**23-03141 Notice will be electronically mailed to:**

Houston Real Estate Properties, LLC
2500 West Loop South, Suite 255
Houston, Texas 77027
jamesp@thepopelawfirm.com
mhayward@haywardfirm.com

Ali Choudhri
2500 West Loop South, Suite 255
Houston, Texas 77027
jmac@jlm-law.com
jamesp@thepopelawfirm.com

Shahnaz Choudhri
2500 West Loop South, Suite 255
Houston, Texas 77027
jamesp@thepopelawfirm.com
jim@jamespierce.com

Jeannie Lee Anderson
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Texas 77253-3064
Houston_bankruptcy@lgbs.com

Rodney Lee Drinnon
McCathern Houston
2000 West Loop South, Suite 1850
Houston, Texas 77027
ndrinnon@mccathernlaw.com

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
mdurrschmidt@hirschwest.com

Bennett Greg Fisher
Lewis Brisbois Bisgaard & Smith
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Bennett.fisher@lewisbrisbois.com

Melissa S. Hayward
Hayward PLLC
1050 N. Central Expwy, Suite 106
Dallas, Texas 75231
mhayward@haywardfirm.com

James Q. Pope
The Pope Law Firm
6161 Savoy, Suite 1125
Houston, Texas 77036
ecf@thepopelawfirm.com

Melissa E. Valdez
Perdue Brandon Felder Collins & Mott
1235 North Loop West, Suite 600
Houston, Texas 77008
mvaldez@pbfcm.com

Ruth A. Van Meter
Hayward PLLC
10501 N. Central Expwy, Suite 106
Dallas, Texas 75231
rvanmeter@haywardfirm.com

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
twentworth@okinadams.com

Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Jana.whitworth@usdoj.gov

A. Kelly Williams
12140 Wickchester Ln., Suite 100
Houston, Texas 77079
Akw@milestoneVG.com
Kelly.williams@bridgecofinancial.com

Cypress Bridgeco, LLC and Magnolia Bridgeco, LLC
Bobby Debelak
McDowell Hetherington
1001 Fannin St., Suite 2400
Houston, Texas 77002
bobby.debelak@mhllp.com

By: */s/ T. Michael Ballases*
     T. Michael Ballases