| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** |
| Main Case No: 22-32998 | Name of Debtor: Houston Real Estate Properties LLC |
| **Adversary Case No.: 23-03141** | Plaintiffs: Osama Abdullatif et al |
| | Defendants: Jetall Companies et al |
| Witnesses: Ali Choudhri | |
| Any witness called by any other party | Judge: Jeffrey P. Norman |
| | Courtroom Deputy: Tracey Conrad |
| | Hearing Date: October 26, 2023 |
| | Hearing Time: 1:30pm |
| | Party's Name: Jetall Companies et al |
| | Attorney's Name: James Q. Pope |
| | Attorney's Phone: 713-449-4481 |
| | Nature of Proceeding: Defendant's Motion To Expunge Notices of Lis Pendens and Supplemental Notices of Lis Pendens |

(Header of table reads: UNITED STATES BANKRUPTCY COURT / SOUTHERN DISTRICT OF TEXAS / HOUSTON DIVISION)

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | 9201 Memorial Lis Pendens | | | | |
| A1 | 9201 Memorial Supplemental Lis Pendens | | | | |
| B | 2727 Kirby Lis Pendens | | | | |
| B1 | 2727 Kirby Supplemental Lis Pendens | | | | |
| C | 4521 San Felipe Lis Pendens | | | | |
| C1 | 4521 San Felipe Supplemental Lis Pendens | | | | |
| D | 5803 Blossom Lis Pendens | | | | |
| D1 | 5803 Blossom Supplemental Lis Pendens | | | | |
| E | 3550 Charleston Lis Pendens | | | | |
| E1 | 3550 Charleston Supplemental Lis Pendens | | | | |
| F | 2424 Huldy Lis Pendens | | | | |
| F1 | 2424 Huldy Supplemental Lis Pendens | | | | |
| G | 2502 Huldy Lis Pendens | | | | |
| G1 | 2502 Huldy Supplemental Lis Pendens | | | | |
| H | 207 Malone Lis Pendends | | | | |
| H1 | 207 Malone Supplemental Lis Pendens | | | | |
| I | 402 Terrace Lis Pendens | | | | |
| I-1 | 402 Terrace Supplemental Lis Pendens | | | | |
| J | 6531 Rodrigo Lis Pendens | | | | |
| J1 | 6531 Rodrigo Supplemental Lis Pendens | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| K | 4401 Schurmier Lis Pendens | | | | | |
| K1 | 4401 Schurmier Supplemental Lis Pendens | | | | | |
| L | 2421 S. Shepard Lis Pendens | | | | | |
| L1 | 2421 S. Shepard Supplemental Lis Pendens | | | | | |
| M | 2503 S. Shephard Lis Pendens | | | | | |
| M1 | 2503 S. Shepard Supplemental Lis Pendens | | | | | |
| N | 2419 S. Shepard Lis Pendens | | | | | |
| N1 | 2419 S. Shepard Supplemental Lis Pendens | | | | | |
| O | 8050 Westheimer Lis Pendens | | | | | |
| O1 | 8050 Westheimer Supplemental Lis Pendens | | | | | |
| P | 8098 Westheimer Lis Pendens | | | | ` | |
| P1 | 8098 Westheimer Supplemental Lis Pendens | | | | | |
| S | 2013 Lawsuit Superseded Judgment | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Respectfully Submitted,
/s/ James Q. Pope
James Q. Pope
THE POPE LAW FIRM
TBN: 24048738
6161 Savoy Dr, Suite 1125
Houston, Texas 77036
Phone: 713.449.4481
Fax: 281.657.9693
jamesp@thepopelawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on the following interested parties by electronic delivery on October 24, 2023.

**23-03141 Notice was electronically mailed, via the court's ECF noticing system to:**

Thomas Michael Ballases
Steven A. Leyh
Angeline Vachris Kell
Hoover Slovacek LLP
5051 Westheimer, Ste 1200
Houston, TX 77056
on behalf of Plaintiffs John Quinlan, Omar Khawaja and Osama Abdullatif
ballases@hooverslovacek.com, leyh@hooverslovacek.com and kell@hooverslovacek.com

Matthew W. Bourda
Mcdowell Hetherington LLP
1001 Fannin, Suite 2400
Houston, Texas 77002
on behalf of Creditor Cypress BridgeCo, LLC and Magnolia BridgeCo, LLC
matthew.bourda@mhllp.com

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine Street, Suite 240
Houston, Texas 77002
on behalf of Randy W. Williams, Chapter 7 Trustee
twentworth@okinadams.com

/s/ James Q. Pope
James Q. Pope