IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § § § § § | Case No. 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | | |
| *Debtor.* | | Chapter 7 |
| | | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § | |
| *Plaintiffs, Counter-Defendants* | § § | |
| v. | § § | Adversary Cause No. 23-03141 |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, TEXAS REIT LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MAGNOLIA BRIDGECO, LLC, and CYPRESS BRIDGECO, LLC, | § § § § § § § § § § § § § § | |
| *Defendants, Counter-Plaintiffs* | § | |

### NOTICE OF APPEAL OF AMENDED ORDER DENYING MOTION (ECF NO. 57)

2727 Kirby 26L LLC, 9201 Memorial Dr. LLC, and Shepherd-Huldy Development I, LLC (collectively, "**Defendants**") appeal to the United States District Court for the Southern District of Texas the Amended Order Denying Motion (ECF No. 57) [Dkt. #95], attached hereto as Exhibit 1, which was entered on October 24, 2023.

The names of the relevant parties to this appeal and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Appellants: | Counsel: |
|---|---|
| 2727 Kirby 26L LLC | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Dr., Suite 1125<br>Houston, Texas 77036<br>713-449-4481<br>jamesp@thepopelawfirm.com |
| 9201 Memorial Dr. LLC | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Dr., Suite 1125<br>Houston, Texas 77036<br>713-449-4481<br>jamesp@thepopelawfirm.com |
| Shepherd-Huldy Development I, LLC | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Dr., Suite 1125<br>Houston, Texas 77036<br>713-449-4481<br>jamesp@thepopelawfirm.com |

| Appellee/Other Interested Party: | Counsel: |
|---|---|
| Trustee Randy Williams | Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, Texas 77002<br>713-228-4100<br>twentworth@okinadams.com |
| U.S. Trustee | Jana Smith Whitworth<br>Office of the U.S. Trustee<br>515 Rusk Ave, Suite 3516<br>Houston, Texas 77002<br>713-718-4650<br>jana.whitworth@usdoj.gov |

| | |
|---|---|
| John Quinlan | Thomas Michael Ballases<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>ballases@hooverslovacek.com |
| Osama Abdullatif | Thomas Michael Ballases<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>ballases@hooverslovacek.com |
| Omar Khawaja | Thomas Michael Ballases<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>ballases@hooverslovacek.com |
| Magnolia Bridgeco, LLC | Bobby Debalek<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2400<br>Houston, Texas 77002<br>713-337-8853<br>Bobby.debalek@mhllp.com |
| Cypress Bridgeco, LLC | Bobby Debalek<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2400<br>Houston, Texas 77002<br>713-337-8853<br>Bobby.debalek@mhllp.com |

November 7, 2023

                          Respectfully Submitted,

                          <u>/s/ James Q. Pope</u>
                          James Q. Pope
                          TBN: 24048738
                          The Pope Law Firm
                          6161 Savoy Dr., Suite 1125
                          Houston, Texas 77036
                          713-449-4481
                          jamesp@thepopelawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on November 7, 2023, 2013, on interested parties through the Court's ECF system.

                          <u>/s/ James Q. Pope</u>
                          James Q. Pope