United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-32998 |
| | § | |
| HOUSTON REAL ESTATE | § | |
| PROPERTIES LLC | § | (CHAPTER 7) |
| | § | |
| DEBTOR | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, | § | |
| AND OSAMA ABDULLATIF, | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | ADVERSARY NO. 23-3141 |
| | § | |
| HOUSTON REAL ESTATE | § | |
| PROPERTIES, LLC, et al. | § | |
| | § | |
| DEFENDANTS | § | |

## ORDER ABATING ADVERSARY PROCEEDING

CAME ON for consideration the Trustee's Emergency Motion to Abate Adversary Proceeding, and the Court being of the opinion that the Motion should be granted; it is therefore

ORDERED that this adversary proceeding is abated for sixty (60) days from the date of entry of this Order.

A Status Conference is set at 9:30 a.m. on January 4, 2024.

Signed: November 09, 2023

Jeffrey P. Norman
United States Bankruptcy Judge

1