United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | | |
| JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3141 |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC 2727 KIRBY 26L LLC, TEXAS REIT LLC DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MAGNOLIA BRIDGECO, LLC, CYPRESS BRIDGECO, LLC, MOUNTAIN BUSINESS CENTER, LLC, AND RANDY W WILLIAMS CH7 TRUSTEE, | § | |
| Defendants. | § | |

### ORDER RESETTING HEARING AND STATUS CONFERENCE

The Court has abated this case for sixty days. Accordingly, the hearing on the Motion to Reconsider (ECF No. 110 set for December 13, 2023 and the status conference set for November 28, 2023 (ECF No. 107) are both reset to a status conference on 9:30 a.m. on January 4, 2024, Houston, 4th Floor, Courtroom 403, 515 Rusk St., Houston, TX.

**SO ORDERED.**

SIGNED 11/14/2023

_____
Jeffrey Norman
United States Bankruptcy Judge