IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § § § § § | Case No. 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | | |
| *Debtor.* | | Chapter 7 |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § § § § § § § § § § § § § § § § § § | |
| *Plaintiffs, Counter-Defendants* | | |
| v. | | Adversary Cause No. 23-03141 |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, TEXAS REIT LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MAGNOLIA BRIDGECO, LLC, and CYPRESS BRIDGECO, LLC, | | |
| *Defendants, Counter-Plaintiffs* | | |

**APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

**Designation of Record on Appeal**

2727 Kirby 26L LLC, 9201 Memorial Dr. LLC, and Shepherd-Huldy Development I, LLC (referred to collectively as "Appellants") hereby designates the following portion of the above-captioned adversary proceeding as shown on the official docket to form the record on appeal to the United States District Court for the Southern District of Texas of the Amended Order Denying Motion (ECF No. 57) [Dkt. #95].

| Number | Adversary Docket Number | Description |
|---|---|---|
| 1 | | Case Docket for Adversary Proceeding #23-03141; In Re: Quinlan et al. v. Jetall Companies et al. |
| 2 | 22 | Motion for Expedited Consideration. Filed by Osama Abdullatif, Omar Khawaja, John Quinlan (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order) (Ballases, Thomas) (Entered: 08/29/2023) |
| 3 | 23 | Order Setting Hearing Signed on 8/30/2023 (Related document(s):22 Motion for Expedited Consideration) Hearing scheduled for 8/31/2023 at 10:00 AM at Houston, Courtroom 403 (JPN). (MarioRios) (Entered: 08/30/2023) |
| 4 | 24 | Notice of Hearing. (Related document(s):22 Motion for Expedited Consideration) Filed by Osama Abdullatif, Omar Khawaja, John Quinlan (Ballases, Thomas) (Entered: 08/30/2023) |
| 5 | 25 | Witness List, Exhibit List (Filed By Osama Abdullatif, Omar Khawaja, John Quinlan ).(Related document(s):24 Notice) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Ballases, Thomas) (Entered: 08/30/2023) |
| 6 | 26 | Supplemental Complaint (Related document(s):1 Complaint) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Ballases, Thomas) Modified on 8/31/2023 (MarioRios). (Entered: 08/30/2023) |
| 7 | 27 | Courtroom Minutes. Time Hearing Held: 10:00. Appearances: Michael Ballases and Steven Leyh for the plaintiff, James Pierce for Shahnaz Choudhri. (Related document(s):22 Motion for Expedited Consideration) TRO hearing held. Argument heard. Proposed TRO be filed. Court to consider bond requirement. Injunction hearing to be set for September 12 at 10 am. (TraceyConrad) (Entered: 08/31/2023) |
| 8 | 28 | PDF with attached Audio File. Court Date & Time [ 8/31/2023 9:59:02 AM ]. File Size [ 9847 KB ]. Run Time [ 00:20:31 ]. (admin). (Entered: 08/31/2023) |
| 9 | 30 | Proposed Order RE: Granting Temporary Restraining Order (Filed By Osama Abdullatif, Omar Khawaja, John Quinlan ). (Ballases, Thomas) (Entered: 08/31/2023) |
| 10 | 31 | Brief (Filed By Osama Abdullatif, Omar Khawaja, John Quinlan ). (Ballases, Thomas) (Entered: 08/31/2023) |
| 11 | 33 | Counterclaim by Ali Choudhri, Jetall Companies, Inc. against all plaintiffs (Pope, James) (Entered: 08/31/2023) |
| 12 | 37 | Temporary Restraining Order and Setting Hearing Signed on 9/1/2023 (MarioRios) Modified on 9/1/2023 (MarioRios). (Entered: 09/01/2023) |
| 13 | 38 | Order Setting Hearing Signed on 9/1/2023 (Related document(s):32 Motion to Dismiss/Withdraw |

|    |    |    |
|----|----|----|
|    |    | Document) Hearing scheduled for 10/10/2023 at 11:00 AM at Houston, Courtroom 403 (JPN). (MarioRios) (Entered: 09/01/2023) |
| 14 | 52 | Proposed Order RE: Agreed Order (Filed By Osama Abdullatif, Omar Khawaja, John Quinlan ).(Related document(s):37 Temporary Restraining Order) (Ballases, Thomas) (Entered: 09/11/2023) |
| 15 | 53 | Agreed Order Signed on 9/12/2023 (Related document(s):37 Temporary Restraining Order) (MarioRios) (Entered: 09/12/2023) |
| 16 | 57 | Motion to Reconsider (related document(s):53 Generic Order). Filed by 2727 Kirby 26L LLC, 9201 Memorial Dr. LLC, Shepherd-Huldy Development I, LLC (Attachments: # 1 Exhibit 1) Shepherd Huldy Deed # 2 Exhibit 2) 2727 Kirby Deed # 3 Exhibit 3) 9201 Memorial Deed # 4 Exhibit 4) Time of Submission of Proposed Agreed Order # 5 Exhibit 5) Time of Entry of Agreed Order # 6 Proposed Order) (Pope, James) (Entered: 09/26/2023) |
| 17 | 59 | Order Setting Hearing Signed on 9/27/2023 (Related document(s):57 Motion to Reconsider) Hearing scheduled for 10/25/2023 at 11:00 AM at Houston, Courtroom 403 (JPN). (MarioRios) (Entered: 09/27/2023) |
| 18 | 61 | Notice of Hearing. (Related document(s):57 Motion to Reconsider, 59 Order Setting Hearing) Filed by Ali Choudhri (Pope, James) (Entered: 09/27/2023) |
| 19 | 94 | Order Denying Motion To Reconsider (Related Doc # 57) Signed on 10/23/2023. (TraceyConrad) (Entered: 10/23/2023) |
| 20 | 95 | Amended Order Denying Motion 57 Signed on 10/24/2023 (Related document(s):94 Order on Motion To Reconsider) (MarioRios) (Entered: 10/24/2023) |

**Statement of Issues to be Presented**

Did the bankruptcy court err by entering the Amended Order Denying the "Motion of 2727 Kirby, LLC, 9201 Memorial Dr. LLC, and Shepherd-Huldy Development I, LLC's Motion to Reconsider and Vacate Agreed Order Entered at Docket Number 53", filed at Docket Number 95.

December 11, 2023

                                                  Respectfully Submitted,

/s/ James Q. Pope
James Q. Pope
TBN: 24048738
The Pope Law Firm
6161 Savoy Dr., Suite 1125
Houston, Texas 77036
713-449-4481
jamesp@thepopelawfirm.com

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on December 13, 2023, on interested parties through the Court's ECF system.

| **Appellants:** | **Counsel:** |
| --- | --- |
| 2727 Kirby 26L LLC | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Dr., Suite 1125<br>Houston, Texas 77036<br>713-449-4481<br>jamesp@thepopelawfirm.com |
| 9201 Memorial Dr. LLC | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Dr., Suite 1125<br>Houston, Texas 77036<br>713-449-4481<br>jamesp@thepopelawfirm.com |
| Shepherd-Huldy Development I, LLC | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Dr., Suite 1125<br>Houston, Texas 77036<br>713-449-4481<br>jamesp@thepopelawfirm.com |

| **Appellee/Other Interested Party:** | **Counsel:** |
|---|---|
| Trustee Randy Williams | Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, Texas 77002<br>713-228-4100<br>twentworth@okinadams.com |
| U.S. Trustee | Jana Smith Whitworth<br>Office of the U.S. Trustee<br>515 Rusk Ave, Suite 3516<br>Houston, Texas 77002<br>713-718-4650<br>jana.whitworth@usdoj.gov |
| John Quinlan | Thomas Michael Ballases<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>ballases@hooverslovacek.com |
| Osama Abdullatif | Thomas Michael Ballases<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>ballases@hooverslovacek.com |
| Omar Khawaja | Thomas Michael Ballases<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>ballases@hooverslovacek.com |

| | |
|---|---|
| Magnolia Bridgeco, LLC | Bobby Debalek<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2400<br>Houston, Texas 77002<br>713-337-8853<br>Bobby.debalek@mhllp.com |
| Cypress Bridgeco, LLC | Bobby Debalek<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2400<br>Houston, Texas 77002<br>713-337-8853<br>Bobby.debalek@mhllp.com |

/s/ James Q. Pope
James Q. Pope