IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § § § | CASE NO. 22-32998 (Chapter 7) |
| Debtor. | § § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § | |
| Plaintiffs, | § § | ADVERSARY NO. 23-03141 |
| v. | § § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al., | § § § | |
| Defendants. | § | |

## APPELLEES, JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABGULLATIF'S ADDITIONAL DESIGNATIONS OF THE RECORD FOR APPEAL [DOCKET NO. 131]

John Quinlan, Omar Khawaja, and Osama Abdullatif, (collectively "Appellees") hereby designate the following additional portions of above-captioned adversary proceeding as shown on the official docket to form the record on appeal to the United States District Court for the Southern District of Texas on the Amended Order Denying Motion (ECF No. 57) [Docket No. 95].

Appellees designate the following portions of the adversary proceeding to form the records on appeal of the Amended Order Denying Motion [ECF No. 57) in addition to those designated by Appellants [Docket No. 131]:

Page | 1

| Number | Adversary Docket Number | Description |
|---|---|---|
| 1 | 1 | Adversary case 23-03141. Nature of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)),(72 (Injunctive relief - other)) Complaint by John Quinlan, Omar Khawaja, Osama Abdullatif against Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Texas REIT LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC, Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, Galleria Loop Note Holder LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7 # 9 Exhibit 8 # 10 Exhibit 9 # 11 Exhibit 10 # 12 Exhibit 11 # 13 Exhibit 12 # 14 Exhibit 13 # 15 Exhibit 14 # 16 Exhibit 15 # 17 Exhibit 16 # 18 Exhibit 17 # 19 Exhibit 18 # 20 Exhibit 19 # 21 Exhibit 20 # 22 Exhibit 21) (Ballases, Thomas) (Entered: 08/01/2023) |
| 2 | 18 | Summons Service Executed on 2727 Kirby 26L LLC 8/7/2023; 9201 Memorial Dr. LLC 8/8/2023; Arabella PH 3201 LLC 8/8/2023; Ali Choudhri 8/7/2023; Shahnaz Choudhri 8/7/2023; Dalio Holdings I, LLC 8/8/2023; Dalio Holdings II, LLC 8/8/2023; Galleria Loop Note Holder LLC 8/7/2023; Houston Real Estate Properties, LLC 8/7/2023; Jetall Companies, Inc. 8/7/2023; Shepherd-Huldy Development I, LLC 8/7/2023; Shepherd-Huldy Development II, LLC 8/7/2023; Texas REIT LLC 8/7/2023. (Ballases, Thomas) (Entered: 08/08/2023) |
| 3 | 50 | Notice of Appearance and Request for Notice Filed by Matthew W. Bourda Filed by on behalf of Magnolia BridgeCo, LLC, Cypress BridgeCo, LLC (Bourda, Matthew) (Entered: 09/08/2023) |
| 4 | 55 | Answer to Jetall Companies, Inc. and Ali Choudhri's Counterclaim Filed by Osama Abdullatif, Omar Khawaja, John Quinlan (Ballases, Thomas) (Entered: 09/20/2023) |
| 5 | 93 | Response (Filed By Osama Abdullatif, Omar Khawaja, John Quinlan).(Related document(s):57 Motion to Reconsider) (Attachments: # 1 Proposed Order) (Ballases, Thomas) (Entered: 10/20/2023) |

DATED: December 27, 2023.

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: */s/ T. Michael Ballases*
Steve A. Leyh
State Bar No. 12318300
T. Michael Ballases
State Bar No. 24036179
Angeline V. Kell
State Bar No. 24040009
Christopher J. Kronzer
State Bar No. 24060120
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395
leyh@hooverslovacek.com
ballases@hooverslovacek.com
kell@hooverslovacek.com
kronzer@hooverslovacek.com

**ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, *Motion for Derivative Standing*, has been served electronically upon each of the parties on the Court's ECF Service List maintained in this case on December 27, 2023, and as evidenced below.
**23-03141 Notice will be electronically mailed to:**

Houston Real Estate Properties, LLC
2500 West Loop South, Suite 255
Houston, Texas 77027
ali@jetallcompanies.com

Ali Choudhri
2500 West Loop South, Suite 255
Houston, Texas 77027
ali@jetallcompanies.com

Shahnaz Choudhri
2500 West Loop South, Suite 255
Houston, Texas 77027
ali@jetallcompanies.com

Jeannie Lee Anderson
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Texas 77253-3064
Houston_bankruptcy@lgbs.com

Rodney Lee Drinnon
McCathern Houston
2000 West Loop South, Suite 1850
Houston, Texas 77027
ndrinnon@mccathernlaw.com

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
mdurrschmidt@hirschwest.com

Bennett Greg Fisher
Lewis Brisbois Bisgaard & Smith
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Bennett.fisher@lewisbrisbois.com

Melissa S. Hayward
Hayward PLLC
1050 N. Central Expwy, Suite 106
Dallas, Texas 75231
mhayward@haywardfirm.com

James Q. Pope
The Pope Law Firm
6161 Savoy, Suite 1125
Houston, Texas 77036
ecf@thepopelawfirm.com

Melissa E. Valdez
Perdue Brandon Felder Collins & Mott
1235 North Loop West, Suite 600
Houston, Texas 77008
mvaldez@pbfcm.com

Ruth A. Van Meter
Hayward PLLC
10501 N. Central Expwy, Suite 106
Dallas, Texas 75231
rvanmeter@haywardfirm.com

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
twentworth@okinadams.com

Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Jana.whitworth@usdoj.gov

info@bridgecofinancial.com

Kelly.williams@bridgecofinancial.com

glancaster@lancasterlawfirmpllc.com

Akw@milestoneVG.com

jamesp@thepopelawfirm.com

jmac@jlm-law.com

By: */s/ T. Michael Ballases*
T. Michael Ballases