UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| Houston Real Estate Properties, LLC | § | Civil Action No.  4:23cv4273 |
|     Debtor | § | |
| | § | Adversary Case No.  23Adv3141 |
| 2727 Kirby 26L LLC, 9201 Memorial Dr. LLC and Shepherd-Huldy Development I, LLC | § | |
|     Appellant | § | |

## Record Transmitted

The bankruptcy clerk has transmitted the record for this appeal to the district court. *See* Fed. R. Bankr. P. 8010 (b). Unless the district court orders otherwise, the following deadlines apply. *See* Fed. R. Bankr. P. 8018.

1. The appellant's brief must be filed within 30 days after entry of this notice.

2. The appellee's brief must be filed within 30 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument.

Date: December 29, 2023

                                                                         Nathan Ochsner, Clerk of Court
                                                                        B W Lacy
                                                                        Deputy Clerk