IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § § § | CASE NO. 22-32998 (Chapter 7) |
| Debtor. | § § § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § | |
| Plaintiffs, | § § | ADVERSARY NO. 23-03141 |
| v. | § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al., | § § § | |
| Respondents. | § | |

**JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF'S THIRD SUPPLEMENTAL COMPLAINT**
[Supplements Doc. Nos. 1, 26, & 158]

Plaintiffs, John Quinlan, Omar Khawaja, and Osama Abdullatif, file this Third Supplemental Complaint[1] against, Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC *[Debtor]*, Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, Galleria Loop Note Holder LLC, Cypress BridgCo, LLC, Magnolia BridgeCo, LLC, A. Kelly Williams, and Otisco rdX, LLC, and adding MCITBE, LLC, Jetall/Croix Properties LP and its general partner Jetall/Croix GP, LLC.

**Additional Parties**

---

[1] Plaintiffs' Original Complaint [Doc. No. 1] was filed on or about July 31, 2023, their First Supplemental Complaint [Doc. No. 26] was filed on or about August 30, 2023, and their Second Supplemental Complaint [Doc. 158] was filed on or about March 20, 2024.

4886-7804-0005, v. 1
911114-002
**Page | 1**

1. Defendant, MCITBE, LLC, is a Texas limited liability company, that may be served with process by serving its registered agent, TXRA Services LLC, at its registered place of business, located at 5161 San Felipe, Suite 320-5098, Houston Texas 77056, or wherever he may be found.

2. Defendant, Jetall/Croix Properties LP, is a Texas limited partnership, that may be served with process by serving its registered agent, Legal Registered Agent Services, Inc., at its registered place of business, located at 5900 Balcones Dr., Suite 100, Austin, Texas 78731, or wherever he may be found.

3. Defendant, Jetall/Croix GP, LLC, is a Texas limited liability company, that serves as the general partnership of Jetall/Croix Properties LP and may be served with process by serving its registered agent, Legal Registered Agent Services, Inc., at its registered place of business, located at 5900 Balcones Dr., Suite 100, Austin, Texas 78731, or wherever he may be found.

## Additional Facts

4. In an effort to avoid being held to account financially, Choudhri and or Respondents, including MCITBE, LLC, Jetall/Croix Properties LP, and its general partner Jetall/Croix GP, LLC, continue to hide assets or place assets beyond the reach of creditors. More specifically, even though Jetall, Choudhri, and HREP, were facing, at least, three substantial judgments, Respondents began encumbering and or transferring their real property and or other assets to preclude creditors *[namely, Plaintiffs]* from collection. MCITBE, LLC, Jetall/Croix Properties LP and its general partner Jetall/Croix GP, LLC are yet additional entities through which Respondents committed these bad acts.

## Causes of Action

**Alter Ego.**

5.      Plaintiffs allege that MCITBE, LLC, Jetall/Croix Properties LP, and its general partner Jetall/Croix GP, LLC are alter egos of Respondents. Respondents utilized their corporate fiction for an illegitimate purpose, meaning "actual or constructive fraud, a sham to perpetrate a fraud, or other similar theory." TEX. BUS. ORG. CODE §§ 21.223(a)-(b). *SSP Partners v. Gladstrong Inv. (USA) Corp.*, 275 S.W.3d 444, 451-52 (Tex. 2007). Plaintiffs aver that various business entities, including MCITBE, LLC, Jetall/Croix Properties LP, and its general partner Jetall/Croix GP, LLC and Respondents, are alter egos of each other and being used to conceal assets and therefore are all liable for the full judgment amounts in Lawsuit 1, Lawsuit 2, and Lawsuit 3 *[as defined in the Doc. No. 1]*.

**Joint Enterprise Liability.**

6.      MCITBE, LLC, Jetall/Croix Properties LP, and its general partner Jetall/Croix GP, LLC were engaged in a joint enterprise because it had an understanding or common purpose to be carried out by the enterprise, a community of pecuniary interest in that common purpose and an equal right to direct and control the enterprise. MCITBE, LLC, Jetall/Croix Properties LP, and its general partner Jetall/Croix GP, LLC also committed one or more torts against Plaintiffs while acting within the scope of the enterprise. Plaintiffs have been damaged as a result.

## Conclusion

Plaintiffs, John Quinlan, Omar Khawaja, and Osama Abdullatif, request that all defendants *[to the extent that any defendant has not already answered or appeared]*, Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC *[Debtor]*, Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, Galleria

Loop Note Holder LLC, Cypress BridgeCo, LLC, Magnolia BridgeCo, LLC, A. Kelly Williams, Otisco rdX, LLC, MCITBE, LLC, Jetall/Croix Properties LP, and its general partner Jetall/Croix GP, LLC, be cited to appear and answer, and that on final trial, Plaintiffs have the following relief against all defendants, jointly and severally:

a) Judgment against all defendants for actual, economic, and consequential damages in an amount within the jurisdictional limits of the court;

b) Exemplary damages;

c) Pre- and post-judgment interest on the damages awarded as provided by law;

d) Reasonable and necessary attorneys' fees for trial, and if necessary, appeal;

e) Costs of Court and Suit;

f) Avoidance of the transfers or obligations to the extent necessary to satisfy Plaintiffs' claims;

g) An injunction against further disposition by defendants, or a transferee, or both, of the assets transferred or of other property;

h) A constructive trust be imposed for the assets fraudulently transferred;

i) After obtaining a judgment against defendants for their violations, Plaintiffs ask that they be authorized to levy execution on the assets found to have been fraudulently transferred or their proceeds as well as any other relief the circumstances may require; and

j) All other relief, at law or in equity, to which Plaintiffs are or may be justly entitled.

DATED: June 7, 2024.

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: _____
T. Michael Ballases
State Bar No. 24036179
ballases@hooverslovacek.com
Steve A. Leyh
State Bar No. 12318300
leyh@hooverslovacek.com
Angeline V. Kell
State Bar No. 24040009
kell@hooverslovacek.com
Brice B. Beale
State Bar No. 24031855
beale@hooverslovacek.com
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, *Second Supplemental Complaint* has been served electronically upon each of the parties on the Court's ECF Service List maintained in this case on June 7, 2024, and as evidenced below.

### 23-03141 Notice will be electronically mailed to:

James Pope
Melissa Hayward
Jennifer MacGeorge
**Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC [Debtor], Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, Galleria Loop Note Holder LLC**
2500 W. Loop South, Suite 255
Houston, Texas 77027
jamesp@thepopelawfirm.com
mhayward@haywardfirm.com
jmac@jlm-law.com

Jeannie Lee Anderson
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Texas 77253-3064
Houston_bankruptcy@lgbs.com

Bennett Greg Fisher
Lewis Brisbois Bisgaard & Smith
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Bennett.fisher@lewisbrisbois.com

Melissa E. Valdez
Perdue Brandon Felder Collins & Mott
1235 North Loop West, Suite 600
Houston, Texas 77008
mvaldez@pbfcm.com

Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Jana.whitworth@usdoj.gov

Timothy L. Wentworth
**Randy Williams**
**Houston Real Estate Properties, LLC**
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
twentworth@okinadams.com

Rodney Lee Drinnon
McCathern Houston
2000 W. Loop South, Suite 1850
Houston, Texas 77027
ndrinnon@mccathernlaw.com

Melissa S. Hayward
Hayward PLLC
1050 N. Central Expwy, Suite 106
Dallas, Texas 75231
mhayward@haywardfirm.com

Ruth A. Van Meter
Hayward PLLC
10501 N. Central Expwy, Suite 106
Dallas, Texas 75231
rvanmeter@haywardfirm.com

Jim Pierce
James Pope
**Shahnaz Choudhri**
2500 W. Loop South, Suite 255
Houston, Texas 77027
jim@jamespierce.com

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
mdurrschmidt@hirschwest.com

James Q. Pope
The Pope Law Firm
6161 Savoy, Suite 1125
Houston, Texas 77036
ecf@thepopelawfirm.com

Bobby Debelak
**Cypress Bridgeco, LLC** and **Magnolia Bridgeco, LLC**
McDowell Hetherington
1001 Fannin St., Suite 2400
Houston, Texas 77002
bobby.debelak@mhllp.com

**A. Kelly Williams**
12140 Wickchester Ln., Suite 100 Houston, Texas 77079
Akw@milestoneVG.com
Kelly.williams@bridgecofinancial.com

_____
T. Michael Ballases