United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 25, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § § § § | CASE NO: 22-32998 <br> CHAPTER 7 |
| Debtor. | § | |
| JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | ADVERSARY NO. 23-3141 |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER MOOTING MOTION

This matter is before the Court on a motion for Protective Order filed by the Plaintiffs, Osama Abdullatif, Omar Khawaja, and John Quinlan (ECF No. 199). The court entered a Discovery Conference Order on September 25, 2024, at ECF No. 200, which renders the motion moot.

**THEREFORE, IT IS ORDERED** that the Motion for Protective Order is denied as moot.

SIGNED 09/25/2024

_____
Jeffrey Norman
United States Bankruptcy Judge