IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| **HOUSTON REAL ESTATE** | ) | Case No. 22-32998 |
| **PROPERTIES, LLC** | ) | |
| *Debtor* | ) | |
| v. | ) | Chapter 7 |
| | ) | |
| **JOHN QUINLAN, OMAR** | ) | |
| **KHAWAJA, AND OSAMA** | ) | |
| **ABDULLATIF,** | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Adversary No. 23-03141 |
| | ) | |
| **JETALL COMPANIES, INC., et al.** | ) | |
| *Defendants* | ) | |

**NOTICE OF LIMITED SCOPE APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters a limited scope appearance on behalf of Jetall Companies, Inc., for the purpose of taking the deposition of plaintiffs in the adversary case. Jetall Companies, Inc. is a Defendant in the above-referenced proceedings.

JLM Law, PLLC
701 Tillery St. Ste 12
Austin, TX 78702
phone: 512-215-4129
fax: 512-212-5399
Service@jlm-law.com

By: */s/Jennifer MacGeorge*

1

## **CERTIFICATE OF SERVICE**

A true and correct copy of this Notice of Appearance has been conveyed to counsel for Appellee this 3rd day of October, 2024 electronically.

By: */s/ Jennifer MacGeorge*