## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| HOUSTON REAL ESTATE | ) | Case No. 22-32998 |
| PROPERTIES, LLC | ) | |
| *Debtor* | ) | |
| v. | ) | Chapter 7 |
| | ) | |
| JOHN QUINLAN, OMAR | ) | |
| KHAWAJA, AND OSAMA | ) | |
| ABDULLATIF, | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Adversary No. 23-03141 |
| | ) | |
| JETALL COMPANIES, INC., et al. | ) | |
| *Defendants* | ) | |

United States Courts
Southern District of Texas
F I L E D

OCT 0 3 2024

Nathan Ochsner, Clerk of Court

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND
### PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Ali

Choudhri, Defendant in the above-referenced proceedings.

By: */s/Ali Choudhri*
2425 West Loop South, Ste 1200
HOUSTON, TX 77056
legal@jetallcompanies.com

### CERTIFICATE OF SERVICE

A true and correct copy of this Notice of Appearance has been served on interested parties

for Appellee this 3rd day of October, 2024.

By: */s/ Ali Choudhri*

1