UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | Case No. 22-32998 (JPN) |
| Debtor. | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, Plaintiffs, v. JETALL COMPANIES, INC., et al., Defendants. | Adv. No. 23-03141 (JPN) |

**NOTICE OF LIMITED APPEARANCE AND PARTICIPATION
AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

PLEASE TAKE NOTICE that Shahnaz Choudhri ("Ms. Choudhri") is appearing by and through her counsel Parkins & Rubio LLP ("P&R"). P&R hereby provides notice of its appearance in the above-referenced Chapter 7 adversary proceeding for the limited purpose of representing Ms. Choudhri in connection with the depositions of Plaintiffs John Quinlan, Omar Khawaja, and Osama Abdullatif, pursuant to this Court's Discovery Conference Order entered at Docket Number 200. P&R requests that the undersigned be added to the official mailing matrix and service list of all filings in this adversary proceeding. P&R requests that copies of any and all notices and pleadings given or required to be given in this adversary proceeding and copies of all papers served or required to be served in this adversary proceeding, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications,

lists, schedules, statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Ms. Choudhri through service upon P&R at the address, telephone, and facsimile numbers set forth below:

**PARKINS & RUBIO LLP**
Lenard M. Parkins
Charles M. Rubio
Parkins & Rubio LLP
Great Jones Building
708 Main St., Fl. 10
Houston, TX 77002
Phone: 713-715-1660
Fax:    713-715-1669
lparkins@parkinsrubio.com
crubio@parkinsrubio.com

PLEASE TAKE FURTHER NOTICE that P&R consents to ECF and e-mail service.

PLEASE TAKE FURTHER NOTICE that this *Notice of Limited Appearance and Participation and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Ms. Choudhri, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this adversary proceeding, or any case, controversy, or related thereto, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Ms. Choudhri may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 3, 2024                             **PARKINS & RUBIO LLP**

                                                    */s/ Lenard M. Parkins*
                                                    Lenard M. Parkins
                                                    TX Bar No. 15518200
                                                    Charles M. Rubio
                                                    TX Bar No. 24083768

3

708 Main St., Fl. 10  
Houston, TX 77002  
Phone: (713) 715-1660  
Fax:    (713) 715-1669  
Email: lparkins@parkinsrubio.com  
            crubio@parkinsrubio.com  

***Counsel to Shahnaz Choudhri***

CERTIFICATE OF SERVICE

    I hereby certify that, on October 3, 2024, a true and correct copy of the foregoing was filed and served to all parties via the ECF notification system of the U.S. Bankruptcy Court Southern District of Texas, Houston Division.

                                                */s/ Gloria Jackson*
                                                Gloria Jackson