United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § § | CASE NO. 22-32998 (Chapter 7) |
| Debtor. | § § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § | |
| Plaintiffs, | § | ADVERSARY NO. 23-03141 |
| | § | |
| v. | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al., | § § | |
| Defendants. | § § | |

## ORDER GRANTING THE STIPULATION OF AN ORDER DISMISSING CYPRESS BRIDGECO, LLC AND MAGNOLIA BRIDGECO, LLC WITHOUT PREJEUDICE

This Order resolves the Stipulation filed by Plaintiffs, John Quinlan, Omar Khawaja, and Osama Abdullatif ("Plaintiffs"), informing the parties that they dismiss all causes action without prejudice as to only Cypress BridgeCo, LLC and Magnolia BridgeCo, LLC.

IT IS ORDERED THAT Cypress BridgeCo, LLC and Magnolia BridgeCo, LLC are dismissed without prejudice as Plaintiffs no longer wish to prosecute their claims against Cypress BridgeCo, LLC and Magnolia BridgeCo, LLC. This stipulation or extension does not constitute a waiver of any defense of Plaintiffs.

Date:

Signed: October 04, 2024

Jeffrey P. Norman
United States Bankruptcy Judge

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: */s/ Angeline V. Kell*
    Steven A. Leyh
    Texas Bar No. 12318300
    Leyh@hooverslovacek.com
    T. Michael Ballases
    State Bar No. 24036179
    Ballases@hooverslovacek.com
    Angeline Kell
    Texas Bar No. 24040009
    Kell@hooverslovacek.com
    Brice B. Beale
    State Bar No. 24031855
    Beale@hooverslovacek.com
    Chris J. Kronzer
    State Bar No. 24060120
    Kronzer@hooverslovacek.com
    Galleria Tower II
    5051 Westheimer, Suite 1200
    Houston, Texas 77056
    (713) 977-8686 (Telephone)
    (713) 977-5395 (Facsimile)

    **ATTORNEYS FOR PLAINTIFFS**