United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3141 |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, JETALL/CROIX GP, LLC, | § | |
| Defendants. | § | |

## ORDER

Before the Court is a Motion for the Recusal/Disqualification of Judge Jeffrey P. Norman (ECF No. 245) filed by Ali Choudhri.[1]

---

[1] The title of the motion states it was filed by Ali Choudhri, but the motion states that both 2425 WL, LLC and Ali Choudhri are the movant. As 2425 WL, LLC cannot be represented by Ali Choudhri, the Court will treat this motion as only being filed by Ali Choudhri, who is now proceeding pro se in this case.

**ACCORDINGLY, IT IS ORDERED** that the clerk of the Court assign the Motion for Recusal/Disqualification of Judge Jeffrey P. Norman to another judge in the Southern District of Texas for consideration. The Court has not recused itself from this case.

**SO ORDERED.**

SIGNED 10/21/2024

_____
Jeffrey Norman
United States Bankruptcy Judge