```
OMAR KHAWAJA                                           September 11, 2024
TEXAS REIT LLC                                                          1
```

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
 2                FOR THE WESTERN DISTRICT OF TEXAS
 3                         AUSTIN DIVISION
 4
 5    In re:                              Chapter 11
 6    TEXAS REIT, LLC                     Case No.
 7    Debtor                              24-10120-smr
 8
 9
10
11                      REMOTE DEPOSITION OF
12                          OMAR KHAWAJA
13
14
15
16                     September 11, 2024
                           10:15 a.m.
17
18
19                5051 Westheimer, Suite 1200
                         Houston, Texas
20
21
22
23
24
             Cheryl Madriaga, Shorthand Reporter
25
```



800.211.DEPO (3376)
EsquireSolutions.com

**Exhibit 1**

```
 1                  APPEARANCES OF COUNSEL:

 2
    On behalf of Debtor, Texas Reit, LLC:
 3
        STEPHEN W. SATHER, ESQ.
 4      BARRON & NEWBURGER, P.C.
        7320 N. Mopac Expy, Suite 400
 5      Austin, TX 78731
        (512) 476-9103
 6      ssather@bn-lawyers.com

 7
    On behalf of Deponent, Omar Khawaja:
 8
        MICHAEL BALLASES, ESQ.
 9      HOOVER SLOVACEK, LLP
        5051 Westheimer, Suite 1200
10      Houston, Texas 77056
        (713) 977-8686
11      ballases@hooverslovacek.com

12
    On behalf of Dalio Holdings I and II, LLC:
13
        LORI A. HOOD, ESQ.
14      SHACKELFORD, MCKINLEY & NORTON, LLP
        717 Texas Avenue, 27th Floor
15      Houston, TX 77002
        (832) 669-6081
16      lhood@shackelford.law

17
    Also Present:
18
        Dwayne Mason, Esq., Greenberg Traurig, LLP -
19      prospective counsel for Dalio Holdings I and II, LLC

20      Ali Chouhdri, pro se - in his individual capacity

21      Gene McCubbin - assistant to Lori Hood

22      Tammy Luu - assistant to Ali Choudhri

23      Osama Abdullatif - noticed deponent

24      John Quinlan - noticed deponent

25
```



Exhibit 1

```
 1                    INDEX TO EXAMINATION

 2   EXAMINATION                                           PAGE

 3   Examination by Mr. Sather                             6
     Examination by Ms. Hood                              47
 4   Examination by Ms. Hood                              72
     Examination by Mr. Choudhri                         126
 5   Reporter's Certificate                              229

 6


 7                     INDEX OF EXHIBITS

 8   DEBTOR'S           DESCRIPTION                        PAGE

 9
     Exhibit 1     Proof of Claim                           9
10
     Exhibit 2     Supplemental Notice of Lis              35
11                 Pendens for 8052 Westheimer

12   Exhibit 3     Supplemental Notice of Lis              37
                   Pendens for 8098 Westheimer
13
     Exhibit 4     Adversary Complaint - George Lee        38
14
     Exhibit 5     Debtor's Objection to Claim             44
15
     Exhibit 6     Motion for Leave to Withdraw            45
16                 Claim Number 9
```



800.211.DEPO (3376)
EsquireSolutions.com

**Exhibit 1**

```
 1                P R O C E E D I N G S
 2          THE REPORTER:  We are on the record.  The date
 3   is September 11th, 2024.  This begins the deposition
 4   of Omar Khawaja.
 5          My name is Cheryl Madriaga, representing
 6   Esquire Deposition Solutions.
 7          Will counsel please state their name on the
 8   record and whom they represent?
 9          MR. SATHER:  Stephen Sather --
10          MR. BALLASES:  Michael Ballases --
11          MR. SATHER:  -- attorney for --
12          MR. BALLASES:  -- (unintelligible) Khawaja --
13          THE REPORTER:  Sorry --
14          MR. BALLASES:  -- John Quinlan, and Osama
15   Abdullatif.
16          THE REPORTER:  Okay.  Sorry.  I just had two
17   people speaking at once.  Could I start with one
18   counsel, please?
19          MR. BALLASES:  Sure.  Michael Ballases,
20   counsel of record for the deponent, Omar Khawaja, also
21   John Quinlan, also Osama Abdullatif.
22          THE REPORTER:  Thank you.
23          MR. SATHER:  Stephen Sather --
24          MR. BALLASES:  You're welcome.
25          MR. SATHER:  -- for Texas REIT, LLC, the
```



800.211.DEPO (3376)
EsquireSolutions.com

**Exhibit 1**

```
 1   debtor in this case.
 2          MS. HOOD:  Lori Hood of Dalio Holdings, a
 3   creditor in the case.
 4          MR. CHOUDHRI:  Ali Choudhri, a creditor in the
 5   case.
 6          THE REPORTER:  Okay.  Is there anything else,
 7   or are we ready to have me swear in the witness?
 8          MR. BALLASES:  Now, there are other people on
 9   the call.  They need to make an appearance.
10          MR. MASON:  This is Dwayne Mason, prospective
11   counsel for Dalio with Greenberg Traurig.
12          MR. MCCUBBIN:  Gene McCubbin, assistant to
13   Lori Hood.
14          MR. BALLASES:  Okay.  I'm going to object --
15   this is Michael Ballases.  I'm going to object to Lori
16   Hood, her assistant, Ali Choudhri, and Dwayne Mason
17   being present on the call.  They're not -- they don't
18   represent Texas REIT.  They're not parties, they don't
19   have standing, and they cannot participate.  And this
20   is not a creditors' meeting.  So I want that to be on
21   the record.
22          MR. SATHER:  All right.  Your objection is
23   noted.  Let's proceed.
24          THE REPORTER:  Okay.  And just before we go on
25   the record, I just ask that we please do our best not
```



**Exhibit 1**

```
 1  to speak over one another.
 2          Mr. Khawaja, please keep your voice nice and
 3  loud, allow counsel to finish his completely before
 4  you begin your answer, and all answers must be verbal.
 5  Thank you.
 6          MR. CHOUDHRI:  Just confirming, Madam Court
 7  Reporter, we are on the record; right?
 8          THE REPORTER:  Yes, we are.
 9          MR. SATHER:  All right.
10          MR. CHOUDHRI:  Okay.
11          MR. SATHER:  If you would swear in the
12  witness, please.
13                      OMAR KHAWAJA,
14  having been first duly sworn, was examined and
15  testified as follows:
16                        EXAMINATION
17          MR. BALLASES:  Real quick before we get
18  started -- this is Michael Ballases -- I assume we
19  have an agreement to take this deposition by the
20  Federal Rules of Civil Procedure and also the Court's
21  limiting instruction.
22          MR. SATHER:  Yes.
23          MR. BALLASES:  Okay.
24  BY MR. SATHER:
25      Q.  All right.  Mr. Khawaja, have you ever given a
```



**Exhibit 1**

```
1   deposition before?
2        A.   I don't think so, no.
3        Q.   All right.  But are you familiar with the
4   process for taking a deposition, sir?
5        A.   Yes.  Yes, I am.
6        Q.   And do you understand that your testimony
7   today is under oath?
8        A.   Yes, I do.
9        Q.   And is there anyone present in the room with
10  you where you are giving your testimony?
11       A.   Yes, my attorney, Michael Ballases, and the
12  other two parties, Osama Abdullatif and John Quinlan.
13       Q.   All right.  And, Mr. Khawaja, do you
14  understand that you cannot confer with any of the
15  parties in the room with respect to your answers?
16       A.   Yes, I do.
17       Q.   Tell me what you do for a living.
18       A.   I'm an attorney.
19       Q.   And are you familiar with a company called
20  Texas REIT, LLC?
21       A.   Yes, I am.
22       Q.   And how are you familiar with Texas REIT, LLC?
23       A.   So an entity that Ali Choudhri owns.
24       Q.   Okay.
25       A.   Or controls.
```



**Exhibit 1**

```
 1   hang on.  Let me find it.
 2            Is that the lawsuit involving HREP?
 3        A.  Yes.
 4        Q.  Okay.  And were you involved in that lawsuit?
 5        A.  I was not.
 6        Q.  So everything you know about that lawsuit, you
 7   read as a matter of public record.
 8        A.  That's correct.
 9        Q.  Was there a finding of fraudulent transfers in
10   that case?
11            MR. BALLASES:  Objection.  Form.
12        A.  Other fraud, but I don't know if fraudulent
13   transfer was part of that.
14        Q.  (BY MS. HOOD)  I didn't see it.
15            MR. BALLASES:  Objection.  Sidebar.
16        Q.  (BY MS. HOOD)  All right.  That's the first
17   lawsuit that you said you looked at for public record
18   in order to determine that my client is somehow the
19   alter ego of all these other things; correct?
20        A.  That's correct.
21        Q.  Okay.  What other -- what other public records
22   did you review?
23        A.  There's also these videos by a guy named Wayne
24   Dolcefino I saw.
25        Q.  So you looked at videos.
```



800.211.DEPO (3376)
EsquireSolutions.com

**Exhibit 1**

```
 1        A.   Yes.
 2        Q.   Anything else you reviewed?
 3        A.   I think just generally people in the community
 4   know that your client commits fraud.  He's known as a
 5   fraudster.
 6        Q.   Who are these --
 7        A.   So many people have approached me.
 8        Q.   Okay.  Who are these people?
 9        A.   Yeah, I can't -- many people that he's
10   defrauded over the years.
11        Q.   Name one.
12        A.   Well, Judge Norman is one.  I don't know if
13   you know him.  He's in the Southern District.
14        Q.   Okay.  Who else?
15        A.   Let's see.  Who else in the community have
16   called him a fraudster?
17             Judge Landrum, Judge Michael Landrum in the
18   Harris County District Court, 164th District Court.
19   He considers your client a fraud.
20        Q.   And is that in relation to the HREP case?
21        A.   I just think generally.
22        Q.   Okay.  So Judge Landrum has spoken to you
23   about Mr. Choudhri being a fraudster?
24        A.   It's in a final judgment.  I can read that for
25   you if you'd like.
```



800.211.DEPO (3376)
EsquireSolutions.com

**Exhibit 1**

```
 1        Q.   No, I'm asking --
 2        A.   Do you want me to read it to you?
 3        Q.   No, no, no.  I'm asking you.  You said people
 4   have told you; many people have told you.  So I'm
 5   asking who --
 6        A.   Yes.
 7        Q.   -- who's had a conversation with you about
 8   Mr. Choudhri being a fraudster?  And you've said Judge
 9   Norman, and I'm assuming you didn't --
10        A.   Yes.
11        Q.   -- talk personally with Judge Norman.  That's
12   out of an opinion; right?
13        A.   Yes.
14        Q.   Okay.  The same as --
15        A.   Members of the community --
16        Q.   Okay.  So who --
17        A.   I'm sorry --
18             THE REPORTER:  Sorry.  One at a time, please.
19   Thank you.
20        Q.   (BY MS. HOOD)  What community?
21             MR. BALLASES:  Objection.  Form.
22        A.   The real estate community, the Pakistani
23   community, basically anyone Mr. Choudhri has come in
24   contact with and done business with, people from those
25   communities.
```



800.211.DEPO (3376)
EsquireSolutions.com

**Exhibit 1**

```
 1            Let's take a two-minute break, and then
 2    Osama's going to be in this chair.
 3            THE REPORTER:  Okay.  So I am going off the
 4    record.
 5            (End of proceedings at 3:31 p.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

**Exhibit 1**