United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING EMERGENCY MOTION TO RESCHEDULE DEPOSITION

This matter is before the Court on the Emergency Motion to Reschedule Deposition (ECF No. 287) filed by Shahnaz Choudhri. The movant is requesting a continuance of her deposition currently scheduled for tomorrow, November 8, 2024. This motion is denied.

Pursuant to this Court's procedures, parties may request continuances via email if all parties are in agreement.[1] When all parties do not agree to a continuance, a motion to continue is appropriate. However, that motion must include an affidavit indicating the efforts the party took to obtain consent to the continuance. The instant motion does not include an affidavit. Instead, it only includes an email from counsel from the deponent yesterday stating that she is ill and will not be able to attend on Friday. The movant did not attach anything in support of her contention that she is too ill to attend the deposition. Further, this Court ordered the deposition on October 21, 2024 (ECF No. 250), after the filing of a motion to compel.

**THEREFORE, IT IS ORDERED** that the Emergency Motion to Reschedule Deposition is denied.

SIGNED 11/07/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court Procedures can be found at the following website: http://www.txs.uscourts.gov/page/unitedstates-bankruptcy-judge-jeffrey-p-norman.