## RE: Mrs. Choudhri's deposition

| | |
|---|---|
| From: | T. Michael Ballases (ballases@hooverslovacek.com) |
| To: | lhood@shackelford.law |
| Cc: | sabuzaid@shackelford.law; kmarino@shackelford.law; jamesp@thepopelawfirm.com; leyh@hooverslovacek.com; kronzer@hooverslovacek.com; beale@hooverslovacek.com |
| Date: | Wednesday, November 6, 2024 at 03:19 PM CST |

Lori:

The deposition is in now less than 2 days away, it is the second time it had be court ordered, and there are various deadlines in the near term. I cannot agree to move it again.  We plan to go forward on Friday.

Thank you for your attention to this email.

**T. Michael Ballases**
**Equity Partner**



HooverSlovacek LLP
Galleria Office Tower 2
5051 Westheimer, Suite 1200
Houston, TX 77056
Office: 713-977-8686
Fax: 713-977-5395
www.hooverslovacek.com





**NOTICE OF CONFIDENTIALITY:** This communication and any attachments to it are confidential and intended solely for the use of the person to whom it is addressed. The information contained in and transmitted with this email is subject to the attorney-client and attorney work product privilege. If you have received this email in error, please reply and notify the sender immediately. You are hereby notified that any disclosure, distribution, copying, or the taking of any action in reliance on the contents of this information is unauthorized and prohibited. Any email erroneously transmitted to you should be immediately destroyed. Nothing in this message may be construed as a digital or electronic signature of any employee of Hoover Slovacek LLP.

**From:** Lori Hood <lhood@shackelford.law>
**Sent:** Wednesday, November 6, 2024 9:43 AM
**To:** T. Michael Ballases <ballases@hooverslovacek.com>
**Cc:** Shifa Abuzaid <sabuzaid@shackelford.law>; Kimberly Marino <kmarino@shackelford.law>;

jamesp@thepopelawfirm.com
**Subject:** Mrs. Choudhri's deposition



Michael, Mrs. Choudhri is ill. She is not able to attend a deposition on Friday. Can we agree to an alternate date?

**Lori Hood**

Partner, LLM-Tax

SHACKELFORD, MCKINLEY & NORTON, LLP

717 Texas Avenue | 27th Floor | Houston, Texas 77002

832.669.6081 *direct* | 832.415.1801 *main*

832.367.3111 *cell*   | 832.565.9030 *fax*

lhood@shackelford.law | www.shackelford.law

**Shackelford**

Austin – Dallas – Fort Worth – Houston – New Orleans