## DECLARATION

STATE OF TEXAS §
§
COUNTY OF HARRIS §

My name is Shahnaz Choudhri, my date of birth is February 24, 1950. I have read the document filed on my behalf to continue my deposition until a time that I am feeling better, and I declare under penalty of perjury that the facts contained therein and as follows are true and correct.

I understand that I am to give my deposition tomorrow, November 8, 2024. I have been very ill for several days and am not getting better. I have been incapacitated and cannot attend a deposition tomorrow. I have told my lawyer that I cannot attend, and he has had my permission to file the motion to continue my deposition.

Executed in Harris County, State of Texas on the 7th day of November 2024.

By: ___*S Choudhri*___
**Shahnaz Choudhri**

1