United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO: 22-32998** |
| **HOUSTON REAL ESTATE PROPERTIES LLC,** | § § § | **CHAPTER 7** |
| Debtor. | § § | |
| **JOHN QUINLAN** and **OMAR KHAWAJA** and **OSAMA ABDULLATIF,** | § § § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | **ADVERSARY NO. 23-3141** |
| JETALL COMPANIES, INC. and ARABELLA PH 3201 LLC and 9201 MEMORIAL DR. LLC and 2727 KIRBY 26L LLC and DALIO HOLDINGS I, LLC and DALIO HOLDINGS II, LLC and HOUSTON REAL ESTATE PROPERTIES, LLC and SHAHNAZ CHOUDHRI and ALI CHOUDHRI and SHEPHERD-HULDY DEVELOPMENT I, LLC and SHEPHERD-HULDY DEVELOPMENT II, LLC and | § § § § § § § § § § § § § § § § § § § § § § § § | |

| | |
|---|---|
| GALLERIA LOOP NOTE HOLDER LLC | § |
| and | § |
| A. KELLY WILLIAMS | § |
| and | § |
| MOUNTAIN BUSINESS CENTER, LLC | § |
| and | § |
| RANDY W WILLIAMS CH7 TRUSTEE | § |
| and | § |
| OTISCO RDX LLC | § |
| and | § |
| MCITBE, LLC | § |
| and | § |
| JETALL/CROIX PROPERTIES LP | § |
| and | § |
| JETALL/CROIX GP, LLC, | § |
| | § |
| Defendants. | § |

## ORDER ABATING EMERGENCY MOTION

The Emergency Motion to Stay Enforcement of Fully Superseded Judgement (ECF No. 289) is abated. The motion is missing a referenced exhibit.[1] The Court **ORDERS** the movant, Ali Choudhri to file an Amended Emergency Motion with the referenced exhibit and to correct the procedural errors set forth below.

The motion is incorrectly served pursuant to the Local Bankruptcy Rules. The movant is **ORDERED** to reference Local Bankruptcy Rule 9013-1 for service requirements.[2]

Additionally, the motion fails to adhere to the requirements of Local Bankruptcy Rule 9013-1 for emergency motions. The movant is again **ORDERED** to reference Local Bankruptcy

---

[1] Exhibit 1, proof of filing of the cash deposit, page 2 of the motion.
[2] The applicable provision of Local Bankrupcy Rule 9013-1 is "Whenever service of a pleading, notice, or other document is required under these rules or the Federal Rules of Bankruptcy Procedure, the serving party must serve it no later than the next day after the pleading is filed. The serving party must file a certificate of service **including the name and address of those served**."

Rule 9013-1 for emergency motion requirements.[3]

**SO ORDERED**.

SIGNED 11/07/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[3] The applicable provisions of Local Bankruptcy Rule 9013-1 are "The motion must include a detailed statement why an emergency exists, and the date relief is needed to avoid the consequences of the emergency. The motion seeking an emergency hearing must be certified for its accuracy by the party seeking the emergency relief or by its counsel." "In addition to the notice required by BLR 9013-1(b), the movant must include the following paragraph: Emergency relief has been requested. If the Court considers the motion on an emergency basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that the emergency consideration is not warranted, you should file an immediate response."