United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES § | |
| LLC, § | CHAPTER 7 |
| § | |
| Debtor. § | |
| § | |
| JOHN QUINLAN § | |
| and § | |
| OMAR KHAWAJA § | |
| and § | |
| OSAMA ABDULLATIF, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | ADVERSARY NO. 23-3141 |
| § | |
| JETALL COMPANIES, INC. § | |
| and § | |
| ARABELLA PH 3201 LLC § | |
| and § | |
| 9201 MEMORIAL DR. LLC § | |
| and § | |
| 2727 KIRBY 26L LLC § | |
| and § | |
| DALIO HOLDINGS I, LLC § | |
| and § | |
| DALIO HOLDINGS II, LLC § | |
| and § | |
| HOUSTON REAL ESTATE PROPERTIES, § | |
| LLC § | |
| and § | |
| SHAHNAZ CHOUDHRI § | |
| and § | |
| ALI CHOUDHRI § | |
| and § | |
| SHEPHERD-HULDY DEVELOPMENT I, § | |
| LLC § | |
| and § | |
| SHEPHERD-HULDY DEVELOPMENT II, § | |
| LLC § | |
| and § | |

| | |
|---|---|
| **GALLERIA LOOP NOTE HOLDER LLC** | § |
| and | § |
| **A. KELLY WILLIAMS** | § |
| and | § |
| **MOUNTAIN BUSINESS CENTER, LLC** | § |
| and | § |
| **RANDY W WILLIAMS CH7 TRUSTEE** | § |
| and | § |
| **OTISCO RDX LLC** | § |
| and | § |
| **MCITBE, LLC** | § |
| and | § |
| **JETALL/CROIX PROPERTIES LP** | § |
| and | § |
| **JETALL/CROIX GP, LLC,** | § |
| | § |
| **Defendants.** | § |

## ORDER DENYING SECOND MOTION TO CONTINUE (ECF NO. 290)

The second Emergency Motion to Reschedule Deposition is denied with prejudice. The Court refences its earlier order (ECF No. 288) denying the first motion as the second motion fails to raise new grounds for a continuance.

**SO ORDERED.**

SIGNED 11/07/2024

_____
Jeffrey Norman
United States Bankruptcy Judge