# DECLARATION

STATE OF TEXAS     §
                             §
COUNTY OF HARRIS   §

My name is Shahnaz Choudhri, my date of birth is February 24, 1950. I declare under penalty of perjury that the facts contained therein and as follows are true and correct.

I have been very ill. I went to the emergency room yesterday to find out what is wrong with me. I have an infection which is causing other issues with my body, including my gastrointestinal system. I am on medication and have been instructed by my doctor to stay home and away from others so that I do not get worse. I am under doctor's orders to rest or I will get worse. A copy of the doctor's orders is attached. I have told my lawyer that I cannot attend, and he has had my permission to file the motion to continue my deposition.

Executed in Harris County, State of Texas on the 8th day of November 2024.

By: ___*J. Choudhri*___
      **Shahnaz Choudhri**

**Post Oak ER**

POST OAK ER

**Emergency Department**
5018 San Felipe Street
Houston, TX 77056
(832) 581-2277

Patient Name: SHAHNAZ A CHOUDHRI
Address: 11511 GALLANT RIDGE LN
HOUSTON, TX 77082
Age: 74 Yr    DOB: 2/24/1950

Clinician name: D. Parker, MD

November 07, 2024

License# : P0652

Excuses:
1. No work starting 11/7/2024. Return on 11/11/2024.
2. SHAHNAZ CHOUDHRI was treated in the Emergency Room today and SHAHNAZ was released on 11/7/2024

Signature: _____