

# STATE BAR of TEXAS



EXHIBIT 2

## MR. OMAR KHAWAJA
**Eligible to Practice in Texas**

THE LAW OFFICES OF OMAR KHAWAJA, PLLC

**Bar Card Number:** 24072181
**TX License Date:** 05/05/2010

**Primary Practice Location:** Houston, Texas

5177 Richmond Ave Ste 1065
Houston, TX 77056-6745

**CONTACT INFORMATION**

Tel: 281-888-2339

**Practice Areas:** Litigation: Personal Injury

**Statutory Profile Last Certified On:** 04/29/2022

PRACTICE INFORMATION

**Firm:** The Law Offices of Omar Khawaja, PLLC

**Firm Size:** 11 to 24

**Occupation:** Private Law Practice

**Practice Areas: Litigation: Personal Injury**

**Services Provided:**
Deaf/Hard of Hearing Translation: Not Specified
ADA-accessible client service: Not Specified
Language translation: Yes

**Fee Options Provided:**
None Reported By Attorney

**Please note:** Not all payment options are available for all cases, and any payment arrangement must be agreed upon by the attorney and

**COURTS OF ADMITTANCE**

*Federal:*
None Reported By Attorney

*Other Courts:*
None Reported By Attorney

*Other States Licensed:*
None Reported By Attorney

**Please note:** This information is self-reported by Texas attorneys. Current license or admittance status can only be certified by the appropriate court or licensing entity.

*his/her client. The State Bar of Texas is not responsible for payment arrangements between an attorney and his/her client.*

**Foreign Language Assistance:**
Arabic, Spanish, Hindi, Urdu, English

LAW SCHOOL

**School**
**Degree earned**

Catholic University of America
Doctor of Jurisprudence/Juris Doctor (J.D.)

**Graduation Date**   05/2008

We use cookies to analyze our traffic and enhance functionality. More Information

None Reported By Attorney

Sanctions that indicate a judgment is on appeal are still in effect but are not final and subject to change. To request a copy of a disciplinary judgment that is not available online or for more information about a specific disciplinary sanction listed above, please contact the Office of the chief Disciplinary Counsel at (877) 953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.