United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO: 22-32998** |
| **HOUSTON REAL ESTATE PROPERTIES** § | |
| **LLC,** § | **CHAPTER 7** |
| § | |
| Debtor. § | |
| § | |
| **JOHN QUINLAN** § | |
| and § | |
| **OMAR KHAWAJA** § | |
| and § | |
| **OSAMA ABDULLATIF,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | **ADVERSARY NO. 23-3141** |
| § | |
| **JETALL COMPANIES, INC.** § | |
| and § | |
| **ARABELLA PH 3201 LLC** § | |
| and § | |
| **9201 MEMORIAL DR. LLC** § | |
| and § | |
| **2727 KIRBY 26L LLC** § | |
| and § | |
| **DALIO HOLDINGS I, LLC** § | |
| and § | |
| **DALIO HOLDINGS II, LLC** § | |
| and § | |
| **HOUSTON REAL ESTATE PROPERTIES,** § | |
| **LLC** § | |
| and § | |
| **SHAHNAZ CHOUDHRI** § | |
| and § | |
| **ALI CHOUDHRI** § | |
| and § | |
| **SHEPHERD-HULDY DEVELOPMENT I,** § | |
| **LLC** § | |
| and § | |
| **SHEPHERD-HULDY DEVELOPMENT II,** § | |
| **LLC** § | |
| and § | |

| | |
|---|---|
| **GALLERIA LOOP NOTE HOLDER LLC** | § |
| and | § |
| **A. KELLY WILLIAMS** | § |
| and | § |
| **MOUNTAIN BUSINESS CENTER, LLC** | § |
| and | § |
| **RANDY W WILLIAMS CH7 TRUSTEE** | § |
| and | § |
| **OTISCO RDX LLC** | § |
| and | § |
| **MCITBE, LLC** | § |
| and | § |
| **JETALL/CROIX PROPERTIES LP** | § |
| and | § |
| **JETALL/CROIX GP, LLC,** | § |
| | § |
| **Defendants.** | § |

## ORDER BARRING LITIGANTS FROM EMAIL OR TELEPHONE CONTACT WITH THE COURT'S CASE MANAGER

Parties are warned that ex-parte communication regarding non-procedural matters with the Court's case manager are strictly prohibited. Given contact by various parties to this litigation with the Court's case manager, which the Court deems inappropriate, the Court **ORDERS** all litigants to cease and refrain from contacting the Court's case manager by email or phone. All correspondence with the Court shall be by filed pleadings on the Court's docket. Any Order or Courtroom Procedure that allows for email contact with the Court's case manager are superseded by this order. Violation of this order is sanctionable.

**SO ORDERED.**

SIGNED 11/08/2024

_____
Jeffrey Norman
United States Bankruptcy Judge