United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § § § | **CHAPTER 7** |
| Debtor. | § § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § | |
| | § | |
| Plaintiffs, | § § | |
| | § | |
| VS. | § § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC, ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § § | |

## ORDER DENYING MOTION FOR SANCTIONS AND TO COMPEL

This matter is before the Court on the Motion for Sanctions and to Compel the Completion of Plaintiffs' Depositions and Overrule Specious Objections (ECF No. 291) filed by Defendant Ali Choudhri. The defendant attached a certificate of service to the instant motion that stated service was made electronically. However, there was no service list attached with the names and

addresses of those served as required by Bankruptcy Local Rule 9013-1(f).[1]  It is not sufficient for the certificate to merely state all creditors have been served without specifying who those creditors are, as, this Court is unable to determine whether all required parties have been properly served with the instant motion.  In addition, the movant failed to attach a proposed order to the instant motion as required by Bankruptcy Local Rule 9013-1(h).[2]

**ACCORDINGLY, IT IS ORDERED** that the Motion for Sanctions and to Compel the Completion of Plaintiffs' Depositions and Overrule Specious Objections is denied without prejudice.

SIGNED 11/08/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Bankruptcy Local Rules can be found at the following website: https://www.txs.uscourts.gov/page-bankruptcy-local-rules.
[2] "Each motion, application, objection, and response filed with the court must be accompanied by a proposed order."