United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § § § | **CHAPTER 7** |
| Debtor. | § § | |
| JOHN QUINLAN and OMAR KHAWAJA and OSAMA ABDULLATIF, | § § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | **ADVERSARY NO. 23-3141** |
| JETALL COMPANIES, INC. and ARABELLA PH 3201 LLC and 9201 MEMORIAL DR. LLC and 2727 KIRBY 26L LLC and DALIO HOLDINGS I, LLC and DALIO HOLDINGS II, LLC and HOUSTON REAL ESTATE PROPERTIES, LLC and SHAHNAZ CHOUDHRI and ALI CHOUDHRI and SHEPHERD-HULDY DEVELOPMENT I, LLC and SHEPHERD-HULDY DEVELOPMENT II, LLC and | § § § § § § § § § § § § § § § § § § § § § § § § | |

| | |
|---|---|
| **GALLERIA LOOP NOTE HOLDER LLC** | § |
| and | § |
| **A. KELLY WILLIAMS** | § |
| and | § |
| **MOUNTAIN BUSINESS CENTER, LLC** | § |
| and | § |
| **RANDY W WILLIAMS CH7 TRUSTEE** | § |
| and | § |
| **OTISCO RDX LLC** | § |
| and | § |
| **MCITBE, LLC** | § |
| and | § |
| **JETALL/CROIX PROPERTIES LP** | § |
| and | § |
| **JETALL/CROIX GP, LLC,** | § |
| | § |
| **Defendants.** | § |

## ORDER DENYING MOTION (ECF NO. 294) AND SHOW CAUSE ORDER

Before the Court is the third attempt by SHAHNAZ CHOUDHRI to continue her deposition. As the Court has previously denied her second attempt to continue **with prejudice** (ECF No. 293), the Court is troubled that a third attempt seeking a continuance would be filed by her attorney. While the Court is aware that the Motion is now styled as a Motion to Cancel the Deposition it is just another attempt to continue the same. Accordingly, James Pope is **ORDERED** to personally appear at 9:00 a.m. on November 14, 2024, and show cause why he should not be sanction for filing this motion in violation of the Court's prior order.

**SO ORDERED.**

SIGNED 11/08/2024

_____
Jeffrey Norman
United States Bankruptcy Judge