### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| **HOUSTON REAL ESTATE PROPERTIES** | § | |
| **LLC,** | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| **JOHN QUINLAN** | § | |
| **and** | § | |
| **OMAR KHAWAJA** | § | |
| **and** | § | |
| **OSAMA ABDULLATIF,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 23-3141** |
| | § | |
| **JETALL COMPANIES, INC.** | § | |
| **and** | § | |
| **ARABELLA PH 3201 LLC** | § | |
| **and** | § | |
| **9201 MEMORIAL DR. LLC** | § | |
| **and** | § | |
| **2727 KIRBY 26L LLC** | § | |
| **and** | § | |
| **DALIO HOLDINGS I, LLC** | § | |
| **and** | § | |
| **DALIO HOLDINGS II, LLC** | § | |
| **and** | § | |
| **HOUSTON REAL ESTATE PROPERTIES,** | § | |
| **LLC** | § | |
| **and** | § | |
| **SHAHNAZ CHOUDHRI** | § | |
| **and** | § | |
| **ALI CHOUDHRI** | § | |
| **and** | § | |
| **SHEPHERD-HULDY DEVELOPMENT I,** | § | |
| **LLC** | § | |
| **and** | § | |
| **SHEPHERD-HULDY DEVELOPMENT II,** | § | |
| **LLC** | § | |
| **and** | § | |

**GALLERIA LOOP NOTE HOLDER LLC**   §
**and**   §
**A. KELLY WILLIAMS**   §
**and**   §
**MOUNTAIN BUSINESS CENTER, LLC**   §
**and**   §
**RANDY W WILLIAMS CH7 TRUSTEE**   §
**and**   §
**OTISCO RDX LLC**   §
**and**   §
**MCITBE, LLC**   §
**and**   §
**JETALL/CROIX PROPERTIES LP**   §
**and**   §
**JETALL/CROIX GP, LLC,**   §
  §
    **Defendants.**   §

## <u>ORDER SETTING HEARING</u>

Emergency consideration of the Amended Emergency Motion to Stay Enforcement of Fully Superseded Judgment (ECF No. 295) is denied.  The Court, however, sets the motion on an expedited basis.  **Hearing is set at 9:30 a.m. on November 26, 2024.  The response deadline is November 14, 2024.  Briefing and surreplies are due by November 21, 2024**.  Movant shall notice the hearing with response deadlines within 24 hours of the entry of this order.  The Court may grant or deny relief based on responsive pleadings without the necessity of a hearing.

**SO ORDERED.**

    SIGNED 11/08/2024

_____
Jeffrey Norman
United States Bankruptcy Judge