United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 12, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, JETALL/CROIX GP, LLC, | § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO ABATE

This matter is before the Court on the Emergency Motion to Abate Proceeding and Compel Payoff Amounts (ECF No. 315) filed by Defendant Ali Choudhri, pro se. This motion is denied for the following reasons.

1 / 2

First, movant is pro se, but has been advised in a prior order[1] that Bankruptcy Local Rule 9013-1(h) requires that a proposed order be attached to the motion.[2]

Second, this Court is generally opposed to the abatement of any proceedings. Internally, in chambers, the Court works from a calendar on which all deadlines, hearings and trials are scheduled. Abated cases are not on the Court's calendar and are therefore not subject to scheduling or future internal review by chambers, therefore the internal procedural processes of this Court do not favor abatement in any matter or case.

Further, this adversary proceeding was filed on August 1, 2023, and is currently about 15 months old. Trial dates are hard settings, reserved exclusively for the trial of this case, and are generally never reset or continued.

Finally, movant's request to compel payoff amounts goes to the substance of the allegations in the Complaint and the Supplemental Complaint and may be premature, as those amounts may be determined at the trial of this case. Of course, the parties are free to settle those issues prior to the trial.

**THEREFORE, IT IS ORDERED** that the Emergency Motion to Abate Proceeding and Compel Payoff Amounts (ECF No. 315) is denied.

SIGNED 11/12/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] ECF No. 297
[2] "Each motion, application, objection, and response filed with the court must be accompanied by a proposed order."