United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § § § | **CHAPTER 7** |
| Debtor. | § § § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § § | |
| Plaintiffs, | § § § | |
| VS. | § § § | **ADVERSARY NO. 23-3141** |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER DENYING MOTION TO COMPEL, MOTION TO OVERRULE SPECIOUS OBJECTIONS AND MOTION REQUESTING SANCTION

  This matter is before the Court on Defendant's Amended Motion to Compel Completion of Court Ordered Plantiffs'(sic) Depositions; Motion to Overrule Specious Objections; and Motion Requesting Sanctions (ECF No. 316) filed by Ali Choudhri, pro se. For the following reasons, the motion is denied.

First, the term "Amended" is a misnomer. There was no pleading to amend. The previous Motion (ECF No. 291) was denied on November 8, 2024 (ECF No. 297). In that order, the Court advised the movant that a proposed order was required by Bankruptcy Local Rule 9013-1(h). The movant has again failed to attach a proposed order to this motion.

The Court entered a trial scheduling order on March 5, 2024 (ECF No. 149) requiring the parties "before moving for an order relating to discovery, the movant must request a conference with the Court." The Court then abated that paragraph in the Order entered on October 11, 2024 (ECF No. 221), but still required that "any Discovery Motion include an affidavit of conference." The movant failed to include an affidavit of conference.

**ACCORDINGLY, IT IS ORDERED** that the Amended Motion to Compel Completion of Court Ordered Plantiffs'(sic) Depositions; Motion to Overrule Specious Objections; and Motion Requesting Sanctions is denied.

SIGNED 11/12/2024

_____
Jeffrey Norman
United States Bankruptcy Judge