United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 15, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES | § | |
| LLC, | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA | § | |
| AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA | § | |
| PH 3201 LLC, 9201 MEMORIAL DR. LLC, | § | |
| 2727 KIRBY 26L LLC, DALIO HOLDINGS | § | |
| I, LLC, DALIO HOLDINGS II, LLC, | § | |
| HOUSTON REAL ESTATE PROPERTIES, | § | |
| LLC, SHAHNAZ CHOUDHRI, ALI | § | |
| CHOUDHRI, SHEPHERD-HULDY | § | |
| DEVELOPMENT I, LLC, SHEPHERD- | § | |
| HULDY DEVELOPMENT II, LLC, | § | |
| GALLERIA LOOP NOTE HOLDER LLC, | § | |
| A. KELLY WILLIAMS, MOUNTAIN | § | |
| BUSINESS CENTER, LLC, RANDY W | § | |
| WILLIAMS CH7 TRUSTEE, OTISCO RDX | § | |
| LLC, MCITBE, LLC, JETALL/CROIX | § | |
| PROPERTIES LP, AND JETALL/CROIX | § | |
| GP, LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING MOTION TO STAY**

Before the Court is the Amended Emergency Motion to Stay (ECF No. 295) filed by Ali Choudhri, pro se, and the Response thereto filed by the plaintiffs (ECF No. 322). The Court finds that the motion to stay offers no legal or factual grounds for relief and denies the motion.

The movant is seeking a stay of enforcement of the collection of a judgment that was obtained prepetition against the movant and Houston Real Estate Properties, LLC, the debtor in

the underlying bankruptcy case.[1]. The response points out that this adversary proceeding was brought after requesting relief in the bankruptcy court to proceed with the filing of this adversary. The movant's main argument appears to be that because there is a supersedeas bond, collection may not proceed.  The Court agrees that this adversary contains new claims, "which are separate, apart, and distinct, from collection of the underlying judgment."  Accordingly, there is no basis to stay this adversary proceeding.

It is therefore **ORDERED, ADJUDGED, AND DECREED**, that Ali Choudhri's Motion to Stay (Doc. No. 295) is denied.

SIGNED 11/15/2024

Jeffrey Norman
United States Bankruptcy Judge

---

[1] Cause No. 2013~41273, O*sama Abdullatif and Abdullatif & Company, LLC v. Ali Choudhri and Houston Real Estate Properties, LLC*, in 334th Judicial District Court of Harris County