United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § § | CASE NO. 22-32998 |
| Debtor. | § § | (Chapter 7) |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § | |
| Plaintiffs, | § | ADVERSARY NO. 23-03141 |
| | § | |
| v. | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al., | § § | |
| Defendants. | § § | |

## ORDER GRANTING THE STIPULATION OF AN ORDER DISMISSING A. KELLY WILLIAMS WITHOUT PREJUDICE

This Order resolves the Stipulation filed by Plaintiffs, John Quinlan, Omar Khawaja, and Osama Abdullatif ("Plaintiffs"), and agreed to by A. Kelly Williams, informing the parties that they dismiss all causes action without prejudice as to only A. Kelly Williams.

IT IS ORDERED THAT A. Kelly Williams is dismissed without prejudice as Plaintiffs no longer wish to prosecute their claims against A. Kelly Williams. This stipulation or extension does not constitute a waiver of any defense and/or claims of Plaintiffs.

Date:

Signed: November 20, 2024

_____
Jeffrey P. Norman
United States Bankruptcy Judge

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: */s/ Angeline V. Kell*
Steven A. Leyh
Texas Bar No. 12318300
Leyh@hooverslovacek.com
T. Michael Ballases
State Bar No. 24036179
Ballases@hooverslovacek.com
Angeline Kell
Texas Bar No. 24040009
Kell@hooverslovacek.com
Brice B. Beale
State Bar No. 24031855
Beale@hooverslovacek.com
Chris J. Kronzer
State Bar No. 24060120
Kronzer@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
(713) 977-8686 (Telephone)
(713) 977-5395 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**

**HICKS THOMAS LLP**

By:   *//s/ Robin L. Harrison*
Robin L. Harrison
State Bar No. 09120700
Rharrison@Hicks-thomas.com
700 Louisiana, Suite 2300
Houston, Texas 77002
Tel: 713.547.9100
Fax: 713.547.9150

**ATTORNEYS FOR A. KELLY WILLIAMS**