United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUSTON REAL ESTATE | § | |
| PROPERTIES, LLC, | § | CASE NO. 22-32998 |
|     Debtor. | § | (Chapter 7) |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, | § | |
| AND OSAMA ABDULLATIF, | § | |
|     Plaintiffs, | § | |
| | § | ADVERSARY NO. 23-03141 |
| v. | § | |
| | § | |
| HOUSTON REAL ESTATE | § | |
| PROPERTIES, LLC, ET AL. | § | |
|     Defendants. | § | |

**ORDER MOOTING MOTION OF KELLY WILLIAMS' TO PASS HEARING ON MOTION FOR SUMMARY JUDGMENT**

The motion is moot, the non-suit order has been signed.

Signed: November 20, 2024

Jeffrey P. Norman
United States Bankruptcy Judge

{00366033.DOC}