IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § § | CASE NO. 22-32998 |
| Debtor. | § § | (Chapter 7) |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § | |
| Plaintiffs, | § | ADVERSARY NO. 23-03141 |
| | § | |
| v. | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al., | § § | |
| Defendants. | § | |

## SECOND AMENDED NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF SHAHNAZ CHOUDHRI

Please take notice that Plaintiffs shall take the oral and videotaped deposition of **Shahnaz Choudhri, Monday, November 25, 2024, at 11:00 a.m.,** consistent with the Federal Rules of Civil Procedure and per Discovery Conference Order signed September 5, 2024 (**Exhibit "A"**).

The deposition will be in person at the law offices of **Shackelford, McKinley & Norton, LLP,** located at 717 Texas Ave., 27th Floor, Houston, Texas 77002, before a certified court reporter. This deposition will be videotaped.  Said deposition may continue from day to day until completed.

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: */s/ T. Michael Ballases*
    T. Michael Ballases
    State Bar No. 24036179
    Ballases@hooverslovacek.com
    Steven A. Leyh
    Texas Bar No. 12318300
    Leyh@hooverslovacek.com
    Angeline Kell
    Texas Bar No. 24040009
    Kell@hooverslovacek.com
    Brice B. Beale
    State Bar No. 24031855
    Beale@hooverslovacek.com
    Chris J. Kronzer
    State Bar No. 24060120
    Kronzer@hooverslovacek.com
    Galleria Tower II
    5051 Westheimer, Suite 1200
    Houston, Texas 77056
    (713) 977-8686 (Telephone)
    (713) 977-5395 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served electronically upon each of the parties on the Court's ECF Service List maintained in this case on November 21, 2024, and or as evidenced below.

**23-03141 Notice will be electronically mailed to:**
James Pope
Melissa Hayward
Jennifer MacGeorge
**Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC *[Debtor]*, Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, Galleria Loop Note Holder LLC**
2500 W. Loop South, Suite 255
Houston, Texas 77027
jamesp@thepopelawfirm.com
mhayward@haywardfirm.com
jmac@jlm-law.com

Jeannie Lee Anderson
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Texas 77253-3064
Houston_bankruptcy@lgbs.com

Bennett Greg Fisher
Lewis Brisbois Bisgaard & Smith
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Bennett.fisher@lewisbrisbois.com

Melissa E. Valdez
Perdue Brandon Felder Collins & Mott
1235 North Loop West, Suite 600
Houston, Texas 77008
mvaldez@pbfcm.com

Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Jana.whitworth@usdoj.gov

Timothy L. Wentworth
**Randy Williams**
**Houston Real Estate Properties, LLC**
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
twentworth@okinadams.com

Rodney Lee Drinnon
McCathern Houston
2000 W. Loop South, Suite 1850
Houston, Texas 77027
ndrinnon@mccathernlaw.com

Melissa S. Hayward
Hayward PLLC
1050 N. Central Expwy, Suite 106
Dallas, Texas 75231
mhayward@haywardfirm.com

Ruth A. Van Meter
Hayward PLLC
10501 N. Central Expwy, Suite 106
Dallas, Texas 75231
rvanmeter@haywardfirm.com

Lori Hood
Shackelford McKinley & Norton, LLP
717 Texas Avenue, 27th Floor
Houston, Texas 77002
lhood@shackelford.law

Jim Pierce
James Pope
**Shahnaz Choudhri**
2500 W. Loop South, Suite 255
Houston, Texas 77027
jim@jamespierce.com

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
mdurrschmidt@hirschwest.com

James Q. Pope
The Pope Law Firm
6161 Savoy, Suite 1125
Houston, Texas 77036
ecf@thepopelawfirm.com

Bobby Debelak
**Cypress Bridgeco, LLC** and **Magnolia Bridgeco, LLC**
McDowell Hetherington
1001 Fannin St., Suite 2400
Houston, Texas 77002
bobby.debelak@mhllp.com

A. Kelly Williams
12140 Wickchester Ln., Suite 100
Houston, Texas 77079
Akw@milestoneVG.com
Kelly.williams@bridgecofinancial.com

By: */s/ T. Michael Ballases*
T. Michael Ballases