United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § § § | CHAPTER 7 |
| Debtor. | § § | |
| JOHN QUINLAN and OMAR KHAWAJA and OSAMA ABDULLATIF, | § § § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | ADVERSARY NO. 23-3141 |
| JETALL COMPANIES, INC. and ARABELLA PH 3201 LLC and 9201 MEMORIAL DR. LLC and 2727 KIRBY 26L LLC and DALIO HOLDINGS I, LLC and DALIO HOLDINGS II, LLC and HOUSTON REAL ESTATE PROPERTIES, LLC and SHAHNAZ CHOUDHRI and ALI CHOUDHRI and SHEPHERD-HULDY DEVELOPMENT I, LLC and SHEPHERD-HULDY DEVELOPMENT II, LLC and | § § § § § § § § § § § § § § § § § § § § § § § § § | |

| | |
|---|---|
| **GALLERIA LOOP NOTE HOLDER LLC** | § |
| and | § |
| **MOUNTAIN BUSINESS CENTER, LLC** | § |
| and | § |
| **RANDY W WILLIAMS CH7 TRUSTEE** | § |
| and | § |
| **OTISCO RDX LLC** | § |
| and | § |
| **MCITBE, LLC** | § |
| and | § |
| **JETALL/CROIX PROPERTIES LP** | § |
| and | § |
| **JETALL/CROIX GP, LLC,** | § |
| | § |
| **Defendants.** | § |

## ORDER ABATING MOTIONS AND SETTING STATUS CONFERENCE

Pending before the Court are three pending motions the Motion to Dismiss/Withdraw Document (ECF No. 260), the Motion to Dismiss/Withdraw Document (ECF No. 261) and the Motion for Summary Judgment (ECF 266) all are set for hearing at 9:30 a.m. on November 26, 2024. However, the motions and the pleadings in this case are possibly incomplete because discovery is ongoing[1] and the Court has issued orders sanctioning all of the moving parties.[2] The Court additionally notes that the response deadline for these three motions predates a noticed deposition.[3]

Accordingly, the Court abates these three motions, suspends the response deadline and sets a Status Conference to determine the status of discovery, if any deadlines should be extended and if parties who are non-responsive to discovery should have their pleadings struck and be barred from trial.

---

[1] An Amended Notice of Intent to Take Oral and Videotaped Deposition of Shahnaz Choudhri was filed yesterday on November 21, 2024, for November 25, 2024 (ECF No. 338).

[2] ECF No. 328 "all respective pleadings in this matter for Shahnaz Choudhri shall be struck from this Court's record as if never filed and the Court issues a Default Judgment against Shahnaz Choudhri such that all allegations made in the complaint are admitted by her," ECF No. 250 "Shahnaz reimburse Plaintiffs for the costs preparing for and attending her deposition on October 10, 2024, as well as the preparation of Plaintiff's Motion for Sanctions and/or to Compel in the amount of $5,640.00 payable within 14 days of the date of this order or her pleadings shall be struck from this cause and default judgment shall be entered against her," and ECF No. 187 the "defendants, however, their failure to respond violates FRCP 34. Therefore, based on their combined non-responsiveness to all Requests for Production the Court ORDERS pursuant to FCRP 37 that they are prohibited from supporting or opposing designated claims or defenses in the plaintiffs' pleadings, or from introducing designated matters in evidence that are directly or indirectly related to any production requests that was not timely produced."

[3] See footnote 1.

The Status Conference is set at 12:30 p.m. on December 2, 2024.  Hearings on the abated motions are cancelled.

**SO ORDERED.**

    SIGNED 11/22/2024

_____
Jeffrey Norman
United States Bankruptcy Judge