IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § § | CASE NO 22-32998 (CHAPTER 7) |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF | § § § | |
| Plaintiffs, | § | ADVERSARY NO. 23-03141 |
| | § | |
| v. | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES LLC, et al | § § | |

**SHAHNAZ CHOUDHRI'S MOTION TO RECONSIDER THE COURT'S NOVEMBER 18, 2024 ORDER GRANTING MOTION FOR SANCTIONS AGAINST DEFENDANT SHAHNAZ CHOUDHRI, VACATE DEFAULT JUDGMENT, AND REINSTATE PLEADINGS**

TO THE HONORABLE JEFFREY P. NORMAN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Shahnaz Choudhri ("Shahnaz" or "Movant") and files this, her Motion to Reconsider the Court's November 18, 2024 Order Granting Motion for Sanctions Against Defendant Shahnaz Choudhri, Vacate Default Judgment, and Reinstate Pleadings ("the Court's Order"). In support thereof, Movant respectfully shows the Court as follows:

**I.
SUMMARY OF REQUESTED RELIEF**

On November 18, 2024, the Court entered its Order striking Movant's pleadings "as if never filed" and issued a Default Judgment against the Movant for failure to appear for a scheduled deposition.[1] *See* Exhibit A, p. 2. Pursuant to the Court's Order, Movant was granted leave to seek relief from this Court, by

---

[1] Movant notes for the record that she was forced to reschedule her deposition as a result of a serious health emergency. The aforementioned health emergency was the subject of her related Emergency Motion to Reschedule Deposition filed before this Court prior to the scheduled deposition; which was subsequently denied by this Court.

way of motion practice and scheduling and appearing at a deposition no later than November 25, 2024, to vacate the default judgment entered against her and reinstate her pleadings. *Id*.

Pursuant to the Court's Order, Movant appeared for and completed her deposition on November 25, 2024 in full compliance with the Court's Order. Movant now seeks to vacate the November 18, 2024 Order Granting Motion for Sanctions Against Defendant Shahnaz Choudhri, vacate the Default Judgment entered against her, and reinstate her stricken pleadings.

## II.
## PRAYER

Movant Shahnaz Choudhri respectfully requests that this Court grant her Motion to Reconsider the Court's November 18, 2024 Order Granting Motion for Sanctions Against Defendant Shahnaz Choudhri, Vacate Default Judgment, and Reinstate Pleadings as Movant has complied with all requirements of the Court's Order in order to warrant a granting of the relief requested herein.

Dated: December 2, 2024

Respectfully submitted,
**Shackelford, McKinley & Norton, LLP**

By: */s/Lori A. Hood*
**Lori A. Hood**
Texas Bar No. 09943430
lhood@shackelford.law
717 Texas Avenue, 27th Floor
Houston, Texas 77002
Phone: (832) 669-6081
Fax: (832) 565-9030
**ATTORNEY FOR
SHAHNAZ CHOUDHRI**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on interested parties by electronic delivery on 12/2/2024.

Thomas Michael Ballases on behalf of Plaintiff John Quinlan
ballases@hooverslovacek.com

Thomas Michael Ballases on behalf of Plaintiff Omar Khawaja
ballases@hooverslovacek.com

Thomas Michael Ballases on behalf of Plaintiff Osama Abdullatif
ballases@hooverslovacek.com

Matthew W. Bourda on behalf of Creditor Cypress BridgeCo, LLC
matthew.bourda@mhllp.com

Matthew W. Bourda on behalf of Creditor Magnolia BridgeCo, LLC
matthew.bourda@mhllp.com

Robert Paul Debelak, III on behalf of Creditor Cypress BridgeCo, LLC
bobby.debelak@mhllp.com

Robert Paul Debelak, III on behalf of Creditor Magnolia BridgeCo, LLC
bobby.debelak@mhllp.com

Robin L Harrison on behalf of Defendant A. Kelly Williams
rharrison@hicks-thomas.com

Angeline Vachris Kell on behalf of Plaintiff John Quinlan
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell on behalf of Plaintiff Omar Khawaja
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell on behalf of Plaintiff Osama Abdullatif
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com

Jennifer Lea MacGeorge on behalf of Defendant 2727 Kirby 26L LLC
service@jlm-law.com

Jennifer Lea MacGeorge on behalf of Defendant Jetall Companies, Inc.
service@jlm-law.com

Lenard M. Parkins on behalf of Defendant Shahnaz Choudhri
lparkins@parkinsrubio.com, 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com

Steven A. Leyh on behalf of Plaintiff John Quinlan
leyh@hooverslovacek.com, graham@hooverslovacek.com

Steven A. Leyh on behalf of Plaintiff Omar Khawaja
leyh@hooverslovacek.com, graham@hooverslovacek.com

Steven A. Leyh on behalf of Plaintiff Osama Abdullatif
leyh@hooverslovacek.com, graham@hooverslovacek.com

Timothy L. Wentworth on behalf of Defendant Randy W Williams Ch7 Trustee
twentworth@okinadams.com, bmoore@okinadams.com

**Notice will be electronically mailed, via direct email correspondence to:**

Ali Choudhri
ali@jetallcompanies.com, legal@jetallcompanies.com

*/s/ Lori A. Hood*
Lori A. Hood