United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 02, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| **HOUSTON REAL ESTATE PROPERTIES** | § | |
| **LLC,** | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| **JOHN QUINLAN, OMAR KHAWAJA** | § | |
| **AND OSAMA ABDULLATIF,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| **JETALL COMPANIES, INC., ARABELLA** | § | |
| **PH 3201 LLC, 9201 MEMORIAL DR. LLC,** | § | |
| **2727 KIRBY 26L LLC, DALIO HOLDINGS** | § | |
| **I, LLC, DALIO HOLDINGS II, LLC** | § | |
| **HOUSTON REAL ESTATE PROPERTIES,** | § | |
| **LLC, SHAHNAZ CHOUDHRI, ALI** | § | |
| **CHOUDHRI, SHEPHERD-HULDY** | § | |
| **DEVELOPMENT I, LLC, SHEPHERD-** | § | |
| **HULDY DEVELOPMENT II, LLC,** | § | |
| **GALLERIA LOOP NOTE HOLDER LLC,** | § | |
| **MOUNTAIN BUSINESS CENTER, LLC,** | § | |
| **RANDY W WILLIAMS CH7 TRUSTEE,** | § | |
| **OTISCO RDX LLC, MCITBE, LLC,** | § | |
| **JETALL/CROIX PROPERTIES LP,** | § | |
| **AND JETALL/CROIX GP, LLC,** | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

A status conference was held on December 2, 2024. As stated on the record, the Court intends to grant the Plaintiffs' Motion for Leave, or in the Alternative, for Extension to File Motion for Final Summary Judgment (ECF No. 347) absent any responses. The Court therefore **ORDERS** that all responses to the motion be filed on or before 5:00 p.m. on December 6, 2024. If there are

no responses, the Court intends to grant the motion, give the parties at least 21 days to file a response, and reset the trial currently scheduled for December 16, 2024.

The Court previously abated three pending motions: the Motion to Dismiss/Withdraw Document (ECF No. 260), the Motion to Dismiss/Withdraw Document (ECF No. 261) and the Motion for Summary Judgment (ECF 266) on November 22, 2024 (ECF No. 340). Those motions are no longer abated, and the Court will rule on the motions at ECF Nos. 260 and 260 based on the motions and the response at ECF No. 339. The deadline to file a response to the Motion for Summary Judgment at ECF No. 266 is 5:00 p.m. on December 6, 2024.

**SO ORDERED.**

SIGNED 12/02/2024

_____

Jeffrey Norman
United States Bankruptcy Judge