# THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Case No. 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES, LLC | Chapter 7 |
| *Debtor*. | |
| JOHN QUINLAN and OMAR KHAWAJA and OSAMA ABDULLATIF, | Adversary No. 23-3141 |
| *Plaintiffs*, | |
| vs. | |
| JETALL COMPANIES, INC. and ARABELLA PH 3201 LLC and 9201 MEMORIAL DR. LLC and 2727 KIRBY 26L LLC and DALIO HOLDINGS I, LLC and DALIO HOLDINGS II, LLC and HOUSTON REAL ESTATE PROPERTIES, LLC and SHAHNAZ CHOUDHRI | |

| | |
|---|---|
| and | ) |
| **ALI CHOUDHRI** | ) |
| and | ) |
| **SHEPHERD-HULDY** | ) |
| **DEVELOPMENT I, LLC** | ) |
| and | ) |
| **SHEPHERD-HULDY** | ) |
| **DEVELOPMENT II, LLC** | ) |
| and | ) |
| **GALLERIA LOOP NOTE HOLDER** | ) |
| **LLC** | ) |
| and | ) |
| **MOUNTAIN BUSINESS CENTER,** | ) |
| **LLC** | ) |
| and | ) |
| **RANDY W WILLIAMS CH 7** | ) |
| **TRUSTEE** | ) |
| and | ) |
| **OTISCO RDX LLC** | ) |
| and | ) |
| **MCITBE, LLC** | ) |
| and | ) |
| **JETALL/CROIX PROPERTIES LP** | ) |
| and | ) |
| **JETALL/CROIX GP, LLC,** | ) |
| | ) |
| *Defendants*. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF APPEAL

1. On October 31, 2024, Defendants, Shahnaz Choudhri, Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, and Galleria Loop Note Holder LLC (hereinafter referred to collectively as the

2

"Defendants" or the "Appellants") filed a Motion for Withdrawal of Reference Pursuant to 28 U.S.C. § 157(d) and FRBP 501. (Dkt. No. 267).

2. On November 1, 2024, a hearing was set on the Motion for Withdrawal of Reference for November 26, 2024 at 9:30 am. However, prior to the hearing, an Order Denying Defendants' Motion for Withdrawal of Reference was entered on November 6, 2024. (Dkt. No. 285).

3. On November 20, 2024, Defendants filed a Motion to Reconsider Order Denying Defendants' Motion for Withdrawal of the Reference Pursuant to 11 U.S.C. § 157(d) and FRBP 5011. (Dkt. No. 335). However, on November 21, 2024, the Court denied the Motion to Reconsider, without affording Defendants an opportunity for a hearing. (Dkt. No. 337).

4. Accordingly, Notice is hereby given that Appellants/Defendants Shahnaz Choudhri, Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, and Galleria Loop Note Holder LLC appeal to the United States District Court for the Southern District of Texas from the following orders:

1) Order dated November 6, 2024, Denying Defendants' Motion for Withdrawal of Reference, Dkt. No. 285. Related document(s): Dkt. No. 267, Motion for Withdrawal of Reference, attached hereto as **Exhibit 1.**
2) Order dated November 21, 2024, Denying Defendants' Motion to Reconsider, Dkt. No. 337. Related documents: Dkt. No. 335, Defendants' Motion to Reconsider, attached hereto as **Exhibit 2.**

The other parties to the appeal and their attorneys include the following:

| JOHN QUINLAN | **Thomas Michael Ballases** |
|---|---|
| | Hoover Slovacek LLP |
| *Plaintiff* | 5051 Westheimer |

|  |  |
|---|---|
|  | Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>Email: ballases@hooverslovacek.com<br>*LEAD ATTORNEY*<br><br>**Angeline Vachris Kell**<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>Email: ballases@hooverslovacek.com<br>*LEAD ATTORNEY*<br><br>**Christopher James Kronzer**<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>Email: ballases@hooverslovacek.com<br>*LEAD ATTORNEY*<br><br>**Steven A. Leyh**<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>Email: ballases@hooverslovacek.com<br>*LEAD ATTORNEY* |
| **OMAR KHAWAJA**<br><br>*Plaintiff* | **Thomas Michael Ballases**<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>Email: ballases@hooverslovacek.com<br>*LEAD ATTORNEY*<br><br>**Angeline Vachris Kell**<br>Hoover Slovacek LLP |

|  |  |
|---|---|
|  | 5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>Email: ballases@hooverslovacek.com<br>*LEAD ATTORNEY*<br><br>**Christopher James Kronzer**<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>Email: ballases@hooverslovacek.com<br>*LEAD ATTORNEY*<br><br>**Steven A. Leyh**<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>Email: ballases@hooverslovacek.com<br>*LEAD ATTORNEY* |
| **OSAMA ABDULLATIF**<br><br>*Plaintiff* | **Thomas Michael Ballases**<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>Email: ballases@hooverslovacek.com<br>*LEAD ATTORNEY*<br><br>**Angeline Vachris Kell**<br>Hoover Slovacek LLP<br>5051 Westheimer<br>Ste 1200<br>Houston, TX 77056<br>713-977-8686<br>Email: ballases@hooverslovacek.com<br>*LEAD ATTORNEY*<br><br>**Christopher James Kronzer** |

Hoover Slovacek LLP
5051 Westheimer
Ste 1200
Houston, TX 77056
713-977-8686
Email: ballases@hooverslovacek.com
*LEAD ATTORNEY*

**Steven A. Leyh**
Hoover Slovacek LLP
5051 Westheimer
Ste 1200
Houston, TX 77056
713-977-8686
Email: ballases@hooverslovacek.com
*LEAD ATTORNEY*

This appeal is timely pursuant to Fed. R. Bankr. Pr. 8002(a)(1) & 8002(b)(1)(B)-(D) because the Appellants timely filed a motion for reconsideration and relief from judgment on November 20, 2024 *see* Dkt. N. 335, 14 days from the date the Order Denying Motion for Withdrawal of Reference, related Dkt. No. 267, signed on 11/6/2024. *See* Dkt. No. 285). That motion for reconsideration was denied by order entered on November 21, 2024. *See* Dkt. No. 337. This notice is filed within 14 days from the entry of that order.

              Respectfully submitted,

              */s/ Azhar M. Chaudhary*
              Azhar M. Chaudhary
              State Bar No. 24082804
              440 Louisiana,
              Suite 900
              Houston, Texas 77002
              Telephone: 281-265-1010;
              Fax: 281-265-1011
              attorney@chaudharyjd.com

                    Attorney for Shahnaz Choudhri, Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, and Galleria Loop Note Holder LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of December, 2024, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system to:

Thomas Michael Ballases on behalf of Plaintiff John Quinlan
ballases@hooverslovacek.com
Thomas Michael Ballases on behalf of Plaintiff Omar Khawaja
ballases@hooverslovacek.com
Thomas Michael Ballases on behalf of Plaintiff Osama Abdullatif
ballases@hooverslovacek.com
Matthew W. Bourda on behalf of Creditor Cypress BridgeCo, LLC
matthew.bourda@mhllp.com
Matthew W. Bourda on behalf of Creditor Magnolia BridgeCo, LLC
matthew.bourda@mhllp.com
Robert Paul Debelak, III on behalf of Creditor Cypress BridgeCo, LLC
bobby.debelak@mhllp.com
Robert Paul Debelak, III on behalf of Creditor Magnolia BridgeCo, LLC
bobby.debelak@mhllp.com
Robin L Harrison on behalf of Defendant A. Kelly Williams
rharrison@hicks-thomas.com
Angeline Vachris Kell on behalf of Plaintiff John Quinlan
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com
Angeline Vachris Kell on behalf of Plaintiff Omar Khawaja
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com
Angeline Vachris Kell on behalf of Plaintiff Osama Abdullatif
kell@hooverslovacek.com, avkell@gmail.com;doucet@hooverslovacek.com
Jennifer Lea MacGeorge on behalf of Defendant 2727 Kirby 26L LLC
service@jlm-law.com
Jennifer Lea MacGeorge on behalf of Defendant Jetall Companies, Inc.
service@jlm-law.com
Lenard M. Parkins on behalf of Defendant Shahnaz Choudhri
lparkins@parkinsrubio.com,
9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com
Steven A. Leyh on behalf of Plaintiff John Quinlan
leyh@hooverslovacek.com, graham@hooverslovacek.com
Steven A. Leyh on behalf of Plaintiff Omar Khawaja
leyh@hooverslovacek.com, graham@hooverslovacek.com
Steven A. Leyh on behalf of Plaintiff Osama Abdullatif

leyh@hooverslovacek.com, graham@hooverslovacek.com
Timothy L. Wentworth on behalf of Defendant Randy W Williams Ch 7 Trustee
twentworth@okinadams.com, bmoore@okinadams.com

Notice will be electronically mailed, via direct email correspondence to:
Ali Choudhri
ali@jetallcompanies.com, legal@jetallcompanies.com

*/s/ Azhar M. Chaudhary*
Azhar M. Chaudhary
