UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC | § § § § § | Case No. 22-32998 (Chapter 7) |
| *Debtor*. | § § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Adversary No. 23-03141 |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al., | § § § § § | |
| *Respondents*. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO U.S. BANKRUPTCY JUDGE JEFFREY P. NORMAN:**

On behalf of Plaintiff Omar Khawaja, Ashish Mahendru and Darren Braun of Mahendru, P.C. file this Notice of Appearance as additional counsel. Their contact information is:

> Ashish Mahendru
> Texas Bar No. 00796980
> Darren A. Braun
> State Bar No. 24082267
> MAHENDRU, P.C.
> 639 Heights Boulevard
> Houston, Texas 77007
> (713) 571-1519 (Telephone)
> (713) 651-0776 (Facsimile)
> amahendru@thelitigationgroup.com
> dbraun@thelitigationgroup.com

Dated:  December 6, 2024					Respectfully submitted,

											MAHENDRU, P.C.

											By: _____
											Ashish Mahendru
											State Bar No. 00796980
											Darren A. Braun
											State Bar No. 24082267
											639 Heights Blvd.
											Houston, Texas  77007
											Telephone: 713-571-1519
											Facsimile: 713-651-0776
											amahendru@thelitigationgroup.com
											dbraun@thelitigationgroup.com

**ATTORNEYS FOR OMAR KHAWAJA**

**CERTIFICATE OF SERVICE**

	I certify that on December 6, 2024, I caused a copy of the foregoing Notice to be served via CM/ECF on all parties on the Court's ECF service list.

_____
Ashish Mahendru