CAUSE NO. 2017-10832

| | | |
|---|---|---|
| JETALL COMPANIES, INC. AND | § | IN THE DISTRICT COURT OF |
| DECLARATION TITLE COMPANY, LLC, | § | |
|    Plaintiffs, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALAN B. DAUGHTRY, ATTORNEY AT | § | |
| LAW, RICHARD HEIL, TODD OAKUM | § | |
| AND RENEE DAVY F/K/A RENEE | § | |
| OAKUM, | § | |
|    Defendants. | § | 152nd JUDICIAL DISTRICT |

### ASSIGNMENT OF JUDGMENT

On June 23, 2020, a judgment (the "Judgment") was rendered in the above-referenced cause in favor of Renee Davy and Richard Heil against Jetall Companies, Inc.

**WHEREAS**, on August 16, 2022, the Houston Court of Appeals, First District, affirmed the Judgment, in Cause No. 01-20-00615-CV.

**WHEREAS**, on December 16, 2022, the Houston Court of Appeals, First District, issued its mandate, in Cause No. 01-20-00615-CV.

**WHEREAS**, Richard Heil (the "Assignor") assigns, as stated herein, all of his rights, title, and interest, to the Judgment against Jetall Companies, Inc.; and

**WHEREAS**, the Assignor and John Quinlan, Osama Adullatif, and Omar Khawaja, (collectively, the "Assignees") desire to place of record this assignment and acknowledge that the Judgment, in favor of the Assignor now belongs to the Assignees, in an equal and undivided interest.

**IT IS, THEREFORE, AGREED AS FOLLOWS**:

The Assignor, in consideration for good and valuable consideration in hand paid by the Assignees, the receipt and sufficiency of which is hereby acknowledged, hereby assigns, sets over,

and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Assignor's rights, title and interest in the Judgment rendered in this cause on June 23, 2020.

The Effective Date of this assignment is February 17, 2023.

**RICHARD HEIL**

_/s/ Richard Heil_

Print: RICHARD HEIL

**JOHN QUINLAN**

Print: _____

**OSAMA ADULLATIF**

Print: _____

**OMAR KHAWAJA**

Print: _____

911114\00002\01651358.WPD 1

HREP/Jetall, et al.   175
**EXHIBIT B**                     Exhibit 1

and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Assignor's rights, title and interest in the Judgment rendered in this cause on June 23, 2020.

The Effective Date of this assignment is February 17, 2023.

**RICHARD HEIL**

_/s/ Richard Heil_

Print: RICHARD HEIL

**JOHN QUINLAN**

_/s/ John Quinlan_

Print: JOHN QUINLAN

**OSAMA ADULLATIF**

Print: _____

**OMAR KHAWAJA**

Print: _____

911114.000/20165135/WPD 1

HREP/Jetall, et al.    176

**EXHIBIT B**                                    **Exhibit 1**

**EXHIBIT B**

and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Assignor's rights, title and interest in the Judgment rendered in this cause on June 23, 2020.

The Effective Date of this assignment is February 17, 2023.

RICHARD HEIL

*[signature]*

Print: RICHARD HEIL

JOHN QUINLAN

_____

Print: _____

OSAMA ADULLATIF

*[signature]*

Print: 2/22/2023

OMAR KHAWAJA

_____

Print: _____

911114.00002.01651358.WPD 1

HREP/Jetall, et al. 177

Exhibit 1

and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Assignor's rights, title and interest in the Judgment rendered in this cause on June 23, 2020.

The Effective Date of this assignment is February 17, 2023.

RICHARD HEIL

*/s/ Richard Heil/*

Print: RICHARD HEIL

JOHN QUINLAN

Print: _____

OSAMA ADULLATIF

Print: _____

OMAR KHAWAJA

*/s/ Omar Khawaja/*

Print: Omar Khawaja

911114 00002 01651358 WPD 1

CAUSE NO. 2017-10832

| | | |
|---|---|---|
| JETALL COMPANIES, INC. AND | § | IN THE DISTRICT COURT OF |
| DECLARATION TITLE COMPANY, LLC, | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALAN B. DAUGHTRY, ATTORNEY AT | § | |
| LAW, RICHARD HEIL, TODD OAKUM | § | |
| AND RENEE DAVY F/K/A RENEE | § | |
| OAKUM, | § | |
|     Defendants. | § | 152nd JUDICIAL DISTRICT |

## ASSIGNMENT OF JUDGMENT

On June 23, 2020, a judgment (the "Judgment") was rendered in the above-referenced cause in favor of Renee Davy and Richard Heil against Jetall Companies, Inc.

**WHEREAS**, on August 16, 2022, the Houston Court of Appeals, First District, affirmed the Judgment, in Cause No. 01-20-00615-CV.

**WHEREAS**, on December 16, 2022, the Houston Court of Appeals, First District, issued its mandate, in Cause No. 01-20-00615-CV.

**WHEREAS**, Renee Davy f/k/a Renee Oakum (the "Assignor") assigns, as stated herein, all of her rights, title, and interest, to the Judgment against Jetall Companies, Inc.; and

**WHEREAS,** the Assignor and John Quinlan, Osama Adullatif, and Omar Khawaja, (collectively, the "Assignees") desire to place of record this assignment and acknowledge that the Judgment, in favor of the Assignor now belongs to the Assignees, in an equal and undivided interest.

**IT IS, THEREFORE, AGREED AS FOLLOWS:**

The Assignor, in consideration for good and valuable consideration in hand paid by the Assignees, the receipt and sufficiency of which is hereby acknowledged, hereby assigns, sets over,

and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Assignor's rights, title and interest in the Judgment rendered in this cause on June 23, 2020.

The Effective Date of this assignment is February 17, 2023.

**RENEE DAVY F/K/A RENEE OAKUM**

_____
Print: Renee' Davy

**JOHN QUINLAN**                                    **OSAMA ADULLATIF**

_____          _____
Print: _____           Print: _____

**OMAR KHAWAJA**

_____
Print: _____

and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Assignor's rights, title and interest in the Judgment rendered in this cause on June 23, 2020.

The Effective Date of this assignment is February 17, 2023.

**RENEE DAVY F/K/A RENEE OAKUM**

_____
Print: Renee' Davy

**JOHN QUINLAN**

_____
Print: JOHN QUINLAN

**OSAMA ADULLATIF**

_____
Print: _____

**OMAR KHAWAJA**

_____
Print: _____

HREP/Jetall, et al.    171

**EXHIBIT B**                    **Exhibit 1**

and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Assignor's rights, title and interest in the Judgment rendered in this cause on June 23, 2020.

The Effective Date of this assignment is February 17, 2023.

**RENEE DAVY F/K/A RENEE OAKUM**

Print: Renee' Davy

**JOHN QUINLAN**

Print: _____

**OSAMA ADULLATIF**

Print: 2-23-2023

**OMAR KHAWAJA**

Print: _____

911114\00002\01648001.WPD 1

2

**HREP/Jetall, et al.    172**

**EXHIBIT B**         **Exhibit 1**

and conveys, without recourse, representation or warranty of any kind, express or implied, as is, to the Assignees, and or their successors and or assigns, all of the Assignor's rights, title and interest in the Judgment rendered in this cause on June 23, 2020.

The Effective Date of this assignment is February 17, 2023.

**RENEE DAVY F/K/A RENEE OAKUM**

_____
Print: Renee' Davy

**JOHN QUINLAN**

_____
Print: _____

**OSAMA ADULLATIF**

_____
Print: _____

**OMAR KHAWAJA**

_____
Print: OMar Khawaja

911114\00002\01648001.WPD 1

2

**HREP/Jetall, et al.   173**

**EXHIBIT B**                                **Exhibit 1**