CAUSE NO. 2011 27731

| | | |
|---|---|---|
| ALI CHOUDHRI<br>Plaintiff | §§§§§ | IN THE DISTRICT COURT<br>HARRIS COUNTY, TEX |
| VS. | §§ | |
| LATIF & COMPANY aka<br>ABDULLATIF & COMPANY, LLC, et al,<br>Defendants | §§§ | 164TH JUDICIAL DISTRICT |

## ORDER

After motion, response and hearing, it is ORDERED that:

1. Plaintiff's First Amended Petition filed in this Court on June 21, 2012 is STRICKEN;
2. Plaintiff's Second Amended Petition filed in this Court on June 28, 2012, is STRICKEN;
3. Plaintiff's Motion to Consolidate and Motion for Continuance is DENIED.
4. Plaintiff SHALL NOT file any further pleadings seeking affirmative relief in this cause or alleging any new defenses in this Cause Number 2011-27731.

Signed on July 27, 2012.

JUL 27 2012

_____
JUDGE PRESIDING

FILED
Chris Daniel
District Clerk
JUL 27 2012
Time _____
Harris County, Texas
By _____
Deputy

EXHIBIT AA-4                                                        Exhibit E-4



20141001..1529..0123

I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   September 17, 2014

Certified Document Number:        52909884 Total Pages: 1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

**EXHIBIT AA-4**                                    Exhibit E-4