# T. Michael Ballases

**From:** Mario Rios <Mario_Rios@txs.uscourts.gov>
**Sent:** Friday, September 1, 2023 1:22 PM
**To:** ecf@thepopelawfirm.com
**Cc:** T. Michael Ballases
**Subject:** 23-03141 Quinlan et al v. Jetall Companies, Inc Et al

Caution! This message was sent from outside your organization.    Allow sender | Block sender

Mr. Pope,

Please ask your client to consult with you regarding matters on any of his cases.

Just a few minutes ago he called asking me for an emergency hearing or phone call with the Court.
That is inappropriate.

He was also argumentative as to why the Court held a hearing this morning (on a different case mind you) and why he couldn't get one.
He said you requested a hearing, I told him I have not heard from you by email or call.

Again that is very inappropriate.

Sincerely,
Mario A. Rios
Case Manager for the Honorable Judge Jeffrey P Norman
United States District and Bankruptcy Courts
Southern District of Texas
515 Rusk St., Ste., 4505
Houston, TX 77002
Direct: 713-250-5393

1

Ex. AA-16

**T. Michael Ballases**

| | |
|---|---|
| From: | James Q. Pope <jamesp@thepopelawfirm.com> |
| Sent: | Friday, September 1, 2023 2:19 PM |
| To: | Mario Rios |
| Cc: | T. Michael Ballases |
| Subject: | 23-03141 Quinlan et al v. Jetall Companies, Inc Et al |

Caution! This message was sent from outside your organization.    Allow sender | Block sender

Mario,

My apologies Mario. I was unaware that he called, until I received your message. My client really wants a hearing concerning removal/remand of the 23-03190 case, and it appears that he called before we had a chance to respond or request a hearing.

I have talked with him about his behavior and advised that it must not happen again.

James Q. Pope
Attorney at Law
The Pope Law Firm
6161 Savoy, Suite 1125
Houston, Texas 77036
PH: 713-449-4481
FX: 281-657-9693

**CONFIDENTIALITY/PRIVILEGE NOTICE**: The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and/or its attachments, if any, or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

On Friday, September 1, 2023 at 01:21:53 PM CDT, Mario Rios <mario_rios@txs.uscourts.gov> wrote:

Mr. Pope,

Please ask your client to consult with you regarding matters on any of his cases.

1

Ex. AA-16

Just a few minutes ago he called asking me for an emergency hearing or phone call with the Court.

That is inappropriate.

He was also argumentative as to why the Court held a hearing this morning (on a different case mind you) and why he couldn't get one.

He said you requested a hearing, I told him I have not heard from you by email or call.

==Again that is very inappropriate.==

Sincerely,
Mario A. Rios
Case Manager for the Honorable Judge Jeffrey P Norman
United States District and Bankruptcy Courts
Southern District of Texas
515 Rusk St., Ste., 4505
Houston, TX 77002
Direct: 713-250-5393

2

Ex. AA-16