United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § HOUSTON REAL ESTATE PROPERTIES § LLC, § §     Debtor. § | CASE NO: 22-32998 CHAPTER 7 |
| § JOHN QUINLAN, OMAR KHAWAJA, § AND OSAMA ABDULLATIF, § §     Plaintiffs, § § VS. § § JETALL COMPANIES, INC., ARABELLA § PH 3201 LLC, 9201 MEMORIAL DR. LLC, § 2727 KIRBY 26L LLC, DALIO HOLDINGS § I, LLC, DALIO HOLDINGS II, LLC, § HOUSTON REAL ESTATE PROPERTIES, § LLC, SHAHNAZ CHOUDHRI, ALI § CHOUDHRI, SHEPHERD-HULDY § DEVELOPMENT I, LLC, SHEPHERD- § HULDY DEVELOPMENT II, LLC, § GALLERIA LOOP NOTE HOLDER LLC, § MOUNTAIN BUSINESS CENTER, LLC, § RANDY W WILLIAMS CH7 TRUSTEE, § OTISCO RDX LLC, MCITBE, LLC. § JETALL/CROIX PROPERTIES LP, § AND JETALL/CROIX GP, LLC, § §     Defendants. § | ADVERSARY NO. 23-3141 |

## ORDER

On December 2, 2024, the Court ordered that any responses to Plaintiffs' Motion for Leave, or in the Alternative, for Extension to File Motion for Final Summary Judgment (ECF No. 347) must be filed by December 6, 2024. If there were no responses, the motion would be granted. No response has been filed.

**THEREFORE, IT IS ORDERED** that the Motion for Leave, or in the Alternative, for Extension to File Motion for Final Summary Judgment is **GRANTED,** allowing the extension of time to file a motion for summary judgment to November 30, 2024.

**IT IS FUTHER ORDERED** that hearing is set on the Motion for Final Summary Judgment (ECF No. 348) at 11:00 a.m. on January 13, 2025, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.  The response deadline is 5:00 p.m. on January 6, 2025.  Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing.  The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings.  The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

**IT IS FURTHER ORDERED** that the trial currently scheduled for December 16, 2024 is continued to March 25, 2025 at 9:00 a.m. Two days are reserved for trial.  All other deadlines in the Order Scheduling Trial (ECF 149) remain in effect.

**Parties should reference the Court's website for in person hearing requirements and connection instructions for virtual appearances.**[1]

**SO ORDERED**.

SIGNED 12/09/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman