IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| HOUSTON REAL ESTATE PROPERTIES, § | | CASE NO. 22-32998 |
| LLC, § | | (Chapter 7) |
|    Debtor. § | | |
| § | | |
| JOHN QUINLAN, OMAR KHAWAJA, § | | |
| AND OSAMA ABDULLATIF, § | | |
|    Movants, § | | ADVERSARY NO. 23-03141 |
| § | | |
| v. § | | |
| § | | |
| HOUSTON REAL ESTATE PROPERTIES, § | | |
| LLC, et al., § | | |
|    Respondents. § | | |

**NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENT TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**
**[Docket Nos. 348 and 350]**

**PLEASE TAKE NOTICE** that *Plaintiffs' Motion for Summary Judgment* filed on November 30, 2024 [Docket 348] and Supplement to Plaintiffs' Motion for Summary Judgment filed on December 2, 2024 [Docket 350] are scheduled for hearing on **Monday, January 13, 2025, at 11:00 a.m.**[1], in United States Courthouse, Courtroom 403, 515 Rusk, Houston, Texas 77002. Response deadline is 5:00 p.m. on Monday, January 6, 2025, for Plaintiffs' Motion for Final Summary Judgment [Docket 348] and Supplement to Plaintiffs' Motion for Summary Judgment [Docket 350].

DATED:   December 9, 2024.

---

[1] See **Exhibit "A"**, [373] Order Setting Hearing

4923-1660-3909, v. 1
**Page | 1**

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: _____
T. Michael Ballases
State Bar No. 24036179
ballases@hooverslovacek.com
Steve A. Leyh
State Bar No. 12318300
leyh@hooverslovacek.com
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 9, 2024, a true and correct copy of this filing was served electronically via the Court's CM/ECF system, and/or as evidenced below.
**23-03141 Notice will be electronically mailed to:**

James Pope
Jennifer MacGeorge
**Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC *[Debtor]*, Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, Galleria Loop Note Holder LLC, Otisco rdX, LLC, MCITBE, LLC, Jetall/Croix Properties LP, and its general partner Jetall/Croix GP, LLC**
The Pope Law Firm
6161 Savoy, Suite 1125
Houston, Texas 77036
jamesp@thepopelawfirm.com
jmac@jlm-law.com
ecf@thepopelawfirm.com

Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Jana.whitworth@usdoj.gov

Timothy L. Wentworth
**Randy Williams**
**Houston Real Estate Properties, LLC**
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
twentworth@okinadams.com



T. Michael Ballases