# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, § § § | Case No. 22-32998 |
| | Chapter 7 |
| Debtor, § § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, § § § § | |
| Plaintiffs § § | Adversary Case No. 23-03141 |
| v. § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al. § § § | |
| Defendants § § | |



United States Courts
Southern District of Texas
FILED
DEC 09 2024
Nathan Ochsner, Clerk of Court

## EXHIBIT LIST FOR DECEMBER 9, 2024 HEARING ON ALI CHOUHDRI'S MOTION FOR DISQUALIFICATION/RECUSAL OF JUDGE JEFFREY P. NORMAN

Ali Choudhri file this Witness and Exhibit List for the emergency hearing to be held December 9, 2024 at 3:30 p.m. (prevailing Central Time) (the "Hearing") on Ali Choudhri's Motion for Disqualification/Recusal of Judge Jeffrey P. Norman (ECF No. 245).

### WITNESS LIST

Ali Choudhri may call the following witnesses at the Hearing:

1. Omar Khawaja
2. Shajid Ali
3. Ying Zhao
4. Osama Abdullatif
5. George Lee
6. Any witness called by any other party.
7. Lori Hood

7. Any witness necessary to rebut the testimony of any witness designated by another party.

| Exhibit | Description | Offer | Object | Admit | Disposition |
|---|---|---|---|---|---|
| 1. | Order Granting Motion for Sanctions Against Defendant Shahnaz Choudhri Nov 18, 2024 | | | | |
| 2 | Houston Cardiology Return to Work Letter for Ali Choudhri Jun 7, 2024 | | | | |
| 3. | Transcript of Trial Monday, June 17, 2024 Case 23-34815 | | | | |
| 4. | Transcript of Trial, Wednesday, June 19, 2024 | | | | |
| 5. | Memorandum Opinion June 22, 2024 | | | | |
| 6. | Order Denying Motion to Reconsider (ECF 740) September, 24, 2024 | | | | |
| 7. | Transcript of Oral Hearing August 19, 2019 Cause No. 2015-36895 Hira Azhar | | | | |
| 8. | Townsend Memorial Hospital Radiology Report June 2, 2024 | | | | |
| 9. | Houston Methodist Discharge Information June 3, 2024 | | | | |
| 10. | Order on Motion for Entry of Order Prohibiting Credit Bidding by NBK | | | | |
| 11. | Amended Supplement to Emergency Motion to Continue Hearing on Confirmation of Plan June 6, 2024 Physician's note | | | | |
| 12. | Order Disallowing Proof of Claim and Referral to US Attorney September 9, 2024 | | | | |
| 13. | Remote Deposition of Omar Khawaja September 11, 2024 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 14. | Adversary Complaint 24-10120-smr Lee | | | | |
| 15. | Emergency Deposition Dispute 23-03141-ADV October 3, 2024 | | | | |
| 16. | Declaration of Shahnaz Choudhri November 8, 2024 | | | | |
| 17. | Order Denying Motion (ECF 294) and Show Cause Order with Prejudice on Shahnaz Choudhri Deposition Oct 8, 2024 | | | | |
| 18. | Videotaped Deposition of Omar Khawaja Oct 4, 2024 Cause No. 22-32998 | | | | |
| 19. | Order Abating Ruling on NBK's (Renewed) Emergency Motion to Enforce Sale Order | | | | |
| 20. | Transcript of Emergency Motions Dec 5, 2024  23-34815 Galleria 2425 Owner, LLC., Debtor | | | | |
| 21. | Videotaped Deposition Vol. 1 October 3, 2024 | | | | |
| 22. | Bankruptcy Local Rules In the US Bankruptcy Court for the Southern District of Texas | | | | |
| 23. | Order Transferring Case to Southern District of Texas Case No. 24-11544 | | | | |
| 24. | Order Annulling Automatic Stay Dec 6, 2024 | | | | |
| 25. | Proof of Claim 24-10120 June 6, 2024 | | | | |
| 26. | Letter to Dolcefino Consulting and Wayne Dolcefino Re: Cause No. 2021-00192 | | | | |
| 27. | Emails between James Pope and Michael Ballases Between August 18, 2024 and November 7, 2024 | | | | |
| 28. | Agreed Final Judgment and Permanent Injunction OCWEN v Wyatt Cause. No. 79190 | | | | |
| 29. | Plaintiff's Request to Inspect Original Documents Cause No. 201961734 (Dalio I) | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 30. | Third Amended Petition for Divorce Cause No. 2015-36895 | | | | |
| 31. | Oral Deposition of George M. Lee August 12, 2022 | | | | |
| 32. | Videotaped Deposition of Osama Abdullatif Oct 4, 2024 | | | | |
| 33. | Remote Deposition of Osama Abdullatif September 11, 2024 | | | | |
| 34. | Motion Hearing US Bankruptcy Court for the Southern District of Texas Houston Division, Case No. 21-60082-11 Grover Enterprises | | | | |
| 35. | Creditor's Objection to Claim of John Quinlan, Omar Khawaja, and Osama Abdullatif (Claim No. 9-1) | | | | |
| 36. | Oral Deposition of Serena Yu July 14, 2022 | | | | |
| 37. | Letter Re: Waiver of Conflict Letter by Hoover Slovacek | | | | |
| 38. | Motion for Temporary Injunction Cause No. 2019-61734 Grove v Dalio I v Polk | | | | |
| 39. | Findings and Conclusions 2015-36895 In the Matter of the Marriage of Hira Azhar and Mohammad Ali Choudhri | | | | |
| 40. | Email from Charles Mansoor Re: Notice of Abstract of Judgment Mar 30, 2024 | | | | |
| 41. | Order of Non-Suit with Prejudice Cause No. 2011-25222 Erpile and Abdullatif v Choudhri Jetall | | | | |
| 42. | Hearing January 2, 2024 Case No. 13-35654-H1 Khawaja Partners and Jetall Companies Debtors: Khawaja Partners v Jetall Companies | | | | |
| 43. | Plaintiff's First Amended Petition Cause No. 2020-79998 Choudhri v Lee et. al. Nov 5, 2024 | | | | |
| 44. | Emergency Motion to Continue Hearing on Objection to Claim of NBK, US Bankruptcy Court Southern District of Texas Case. No. 23-34815 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45. | Emergency Motion to Continue Hearing on Confirmation of Plan Filed by the NBK and Joint Plan Proposed by 2425 WL, LLC and Debtor Cause No. 23-34815 US Bankruptcy Court Southern District of Texas Houston Division June 4, 2024 | | | | | |
| 46. | Sale Agreement December 18 2012 between Ali Mokaram and Osama Abdullatif | | | | | |
| 47. | Declaration of Quanell X December 29, 2020 | | | | | |
| 48. | Trail Transcript Cause No. 2023-43755 Naissance Galleria v Azeemeh Zaheer September 6, 2023 | | | | | |
| 49. | Order Denying Second Motion to Continue (RCF 290) with prejudice Case No. 23-03141 November 7, 2024 (on Emergency Motion to Reschedule Deposition) | | | | | |
| 50. | Order of Final Summary Judgment Cause No. 2018-23733 Khawaja Partners v Jetall Companies | | | | | |
| 51. | Contract and Agreement of Employment between Hira Azhar and Bobby Newman | | | | | |
| 52. | Transcript of Veritex Community Bank's Emergency Motion to Enforce Bankruptcy Court's order 46 Jun 4, 2024 | | | | | |
| 53. | Clerk's Certificate of Deposit in Lieu of Supersedeas Bond Cause No. 2013-41273 Abdullatif and Abdullitif & Co v Choudhri and HREP: and Order Requiring Additional Cash Deposit | | | | | |
| 54. | Plaintiff's Original Petition Cause No. 2011-25222 Ct: 269 Erpile and Abdullatif v Choudhri et. al | | | | | |
| 55. | Notice of Abstracts of Judgment February 15, 2024 Cause No. 2012-27197-A | | | | | |
| 56. | Order Transferring Venue Case No. 24-10120 In Re: Joshua Gates Debtor: Abdullatif and Mokaram-Larif West Loop v Valle, And Choudhri Adv | | | | | |
| 57. | Christopher Wyatt Been Verified Report | | | | | |
| 58. | Local Court Rules for the United States Bankruptcy Court for the Western District of Texas | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 59. | Transcript of hearing November 13, 2024 Cause No. 4:24-CV-3224 (Southern Bankruptcy) | | | | |
| 60. | ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS signed December 5, 2024 | | | | |
| 61. | ORDER DENYING EMERGENCY MOTION TO CONTINUE HEARING AND ORDER CANCELING HEARING signed on Oct 8, 2024 | | | | |
| 62. | ORDER DENYING MOTION FOR WITHDRAWAL OF THE REFERENCE signed November 6, 2024 | | | | |
| 63. | SHAHNAZ CHOUDHRI'S EMERGENCY MOTION TO RESCHEDULE DEPOSITION filed November 7, 2024 | | | | |
| 64. | ORDER DENYING EMERGENCY MOTION TO RESCHEDULE DEPOSITION Signed November 7, 2024 ecf 288 | | | | |
| 65. | SHAHNAZ CHOUDHRI'S EMERGENCY MOTION TO RESCHEDULE DEPOSITION filed November 7, 2024 ecf 290 | | | | |
| 66. | Order Granting NBK's Emergency (Renewed) Motion to Enforce Sale Order signed December 6, 2024 ecf 871 | | | | |
| 67. | Memorandum Opinion signed December 6, 2024 ecf 870 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Any exhibit identified or offered by any other party. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |

## RESERVATION OF RIGHTS

Jetall Companies, Inc. reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List before the Hearing.

DATED: December 9, 2024          Respectfully submitted,

_____

Ali Choudhri
ali@jetallcapital.com
(281)-630-6627
2425 west loop south, 1100
houston, TX 77027

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 9, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties who are deemed to have consented to ECF electronic service, and via email to those listed below.

/s/ Ari Cloth