United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § | |
| Defendants. | § | |

## SHOW CAUSE ORDER

On December 4, 2024, an involuntary petition under Chapter 11 was filed against Jetall Companies, Inc. under Case No. 24-35761 by Petitioning Creditor EAO Global LLC d/b/a PopLabs. An amended petition was filed on December 9, 2024 adding in Petitioning Creditor M. Nasr & Partners, P.C. The stay has not been lifted in that bankruptcy to allow plaintiffs to continue

this adversary case against it. Therefore, the Court will set a hearing to determine if Jetall Companies, Inc. should be severed from this adversary.

**ACCORDINGLY, IT IS ORDERED** that Plaintiffs, Gene McCubbin of EAO Global, LLC d/b/a PopLabs and Moe Nasr of M. Nasr & Partners, PC appear and show cause why Jetall Companies, Inc. should not be severed from this cause of action.

**IT IS FURTHER ORDERED** that a hearing to address the terms of this show cause order shall be held on December 16, 2024, at 9:30 a.m. in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, TX 77002.

SIGNED 12/10/2024

_____
Jeffrey Norman
United States Bankruptcy Judge