United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § § § | **CHAPTER 7** |
| Debtor. | § § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | **ADVERSARY NO. 23-3141** |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING MOTION TO RECONSIDER IN PART**

Before the Court is the Motion to Reconsider the Court's November 18, 2024, Order Granting Motion for Sanctions Against Defendant Shahnaz Choudhri, Vacate Default Judgment, and Reinstate Pleadings filed by Shahnaz Choudhri (ECF No. 349). No response has been filed. After having reviewed the motion, and finding that Shahnaz Choudhri did appear for her

deposition, but has failed to respond to other written discovery, the Court finds that the Motion should be granted in part as follows.

**IT IS THEREFORE ORDERED** that the Court's November 18, 2024, Order Granting Motion for Sanctions Against Defendant Shahnaz Choudhri (ECF No. 328) is vacated.

**IT IS FURTHER ORDERED** that the Default Judgment entered against Shahnaz Choudhri (ECF No. 328) is vacated.

**IT IS FURTHER ORDERED** that Shahnaz Choudhri's pleadings are effectively reinstated.

**IT IS FURTHER ORDERED** that Shahnaz Choudhri and any other party that has failed to timely respond to written discovery requests or who have filed late written responses, and requested permission from the Court to allow such late filed responses are barred from trial of this cause unless otherwise excused by order.

SIGNED 12/11/2024

_____
Jeffrey Norman
United States Bankruptcy Judge