IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> HOUSTON REAL ESTATE PROPERTIES, § <br> LLC § <br> *Debtor,* § <br> § <br> JOHN QUINLAN, OMAR KHAWAJA, § <br> AND OSAMA ABDULLATIF § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> HOUSTON REAL ESTATE PROPERTIES, § <br> LLC, ET AL § <br> *Defendants.* § | CASE NO. 22-32998 <br> (Chapter 7) <br><br> Case No. 23-03141 <br> Adversary Proceeding |

## PLAINTIFFS' WITNESS AND EXHIBIT LIST

John Quinlan, Omar Khawaja, and Osama Abdullatif ("Plaintiffs"), designate the following witnesses and exhibits that may be used or called in connection with the above-referenced matter and adopts all other exhibits and exhibit lists submitted by all other parties as its own by reference, reserving its right to object to any of those exhibits.

**Witnesses:**

| 1. | Any witness designated by another party | **Judge:** Jeffrey P. Norman |
|---|---|---|
| 2. | Any witness called by any other party | **Hearing Date:** December 20, 2024 |
| 3. | Any witness necessary for rebuttal | **Hearing Time:** 9:00 a.m. |
| | | **Parties' Name:** Plaintiffs |
| | | **Attorney:** Steven A. Leyh/Michael Ballases |
| | | **Attorney Phone:** (713) 977-8686 |
| | | **Nature of Proceeding:** Ali Choudhri's Motion for The Recusal/Disqualification of Judge Jeffrey P. Norman |

**Exhibit List:**

| No. | Doc. | Description | Offer | Obj. | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1. | | Ali Choudhri has not provided exhibits, so we do not know what exhibits to provide. Will provide exhibits needed for rebuttal, if any. | | | | |
| | | | | | | |

Movants incorporate in the Exhibit List the pleadings and other papers filed in this case, related proceedings and other court filings, as permitted by the rules and applicable authority, including Federal Rules of Evidence Rule 201 and request the Court take judicial notice of those documents if requested. Movants further reserve the right to introduce or rely upon any exhibit designated by any party and to introduce any exhibit, document, or information to rebut or impeach any statement, testimony or exhibit.

DATED: December 17, 2024

Respectfully submitted,

**HOOVER SLOVACEK, LLP**

By: __/s/ Steven A. Leyh__
Steven A. Leyh
State Bar No. 12318300
T. Michael Ballases
State Bar No. 24036179
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686 /
Facsimile: (713) 977-5395
mballases@hooverslovacek.com
leyh@hooverslovacek.com

**ATTORNEYS FOR PLAINTIFFS,
JOHN QUINLAN, OMAR KHAWAJA, and
OSAMA ABULLATIF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served electronically upon each of the parties identified on the Court's ECF Service List maintained in this case, on December 17, 2024, and as additionally noted below.

**23-03141 Notice will be electronically mailed to:**

James Pope
Jennifer MacGeorge
**Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC *[Debtor]*, Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, Galleria Loop Note Holder LLC**
The Pope Law Firm
6161 Savoy, Suite 1125
Houston, Texas 77036
jamesp@thepopelawfirm.com
jmac@jlm-law.com
ecf@thepopelawfirm.com

Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Jana.whitworth@usdoj.gov

Timothy L. Wentworth
**Randy Williams**
**Houston Real Estate Properties, LLC**
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
twentworth@okinadams.com


By: */s/ Steven A. Leyh*
      Steven A. Leyh