United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, and OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3141 |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, and JETALL/CROIX GP, LLC, | § | |
| | § | |
| Defendants. | § | |

**AMENDED ORDER**
**STRIKING WITNESS AND EXHIBIT LIST**
*Regarding ECF No. 400*

The Witness and Exhibit List filed by Mr. Ali Choudhri on December 18, 2024[1], although timely filed, fails to comply General Order 2021-5, paragraph 4. Accordingly, it is therefore

**ORDERED**: that

---
[1] ECF No. 400.

1. The Witness and Exhibit List filed by Mr. Ali Choudhri on December 18, 2024[2] is **STRUCK.**

2. Mr. Choudhri is granted leave to timely file a proper Witness and Exhibit List which complies with General Order 2021-5, paragraph 4 no later than 1:00 p.m. Central Standard Time **Thursday, December 19, 2024** failure of which Mr. Choudhri will not be permitted to seek leave to amend the Witness and Exhibit List or use any Witness and Exhibit List at any hearing before this Court as it pertains to the pending "Ali Choudhri's Motion for the Recusal/Disqualification of Judge Jeffrey P. Norman."[3]

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SIGNED December 19, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[2] *Id.*
[3] ECF No. 245.