United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § § | CASE NO. 22-32998 |
| Debtor. | § § | (Chapter 7) |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § | |
| Plaintiffs, | § | ADVERSARY NO. 23-03141 |
| | § § | |
| v. | § | |
| | § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al., | § § | |
| Choudhri Defendants. | § | |

## ORDER GRANTING MOTION FOR SANCTIONS AGAINST DEFENDANT, SHAHNAZ CHOUDHRI

The Court has carefully considered the Motion (Doc. No. 326) and is of the opinion that it should be granted. The Court finds that:

On October 11, 2024, the Court issued an Order that warned the parties that failure to participate in discovery without good cause will lead to sever [sic] sanctions, the striking of pleadings and the entry of appropriate orders." [Docket Item No. 221].

On October 21, 2024, the Court entered an Order requiring Ms. Choudhri to appear for deposition on November 8, 2024, at 11:00 am in the Attorney Lounge at the Federal Courthouse in Houston, Texas. [Docket Item No. 250].

Ms. Choudhri violated the Court's Order without good cause by failing to appear for her deposition. The Court further finds that the violation was done willfully by Shahnaz Choudhri and that such action has caused substantial prejudice to Plaintiffs.

4893-1222-5274, v. 1

**EXHIBIT 1**

The Court further finds that lesser sanctions have been attempted but did not achieve the desired deterrent for Shahnaz Choudhri to violate the Court's Orders.

THEREFORE, all respective pleadings in this matter for Shahnaz Choudhri shall be struck from this Court's record as if never filed and the Court issues a Default Judgment against Shahnaz Choudhri such that all allegations made in the complaint are admitted by her.

Shahnaz Choudhri may seek to vacate this order [by motion] by scheduling and appearing at a deposition not later than November 25, 2024 and responding to all questions propounded to her without objection.

Signed: November 18, 2024

_____
Jeffrey P. Norman
United States Bankruptcy Judge

4893-1222-5274, v. 1