

# Houston Cardiology Consultants

**To Whom It May Concern**

Please excuse **Choudhri, Ali** from Work. He was seen in the office on June 7, 2024.

**Remarks / Limitations:**

Patient had a stroke with ongoing workup. Patient will need to be off work for a month. Patient shall not return to work until July 7, 2024. Patient shall not participate in any stressful interactions and not return to work until July 7, 2024.

If you have any questions or concerns please contact my office.

Sincerely,

*[signature]*

**Sajid Ali MD**
Interventional Cardiology / Peripheral Vascular Disease
Houston Cardiology Consultants
Address: 8830 Long Point Drive, Suite 507, Houston, TX. 77055
Tel: (713) 464-4140
Fax: (713) 464-7296
Email: info@hccheart.com

**EXHIBIT 2.a**