# Townsen Memorial Hospital
1475 F.M. 1960 Bypass Road East
Humble, TX 77338
281-369-9001 x 2055
## Radiology Interpretation

**PATIENT NAME:** ALI CHOUDHRI
**DATE OF BIRTH:** 01/24/1980
**ID/MRN:** 01241980
**CLINICIAN:** Ngo, Vinh
**FACILITY:** Townsen Memorial Hospital
**DATE OF EXAM:** 06/02/2024
**HISTORY:** RULE OUT STROKE

# CRITICAL FINDINGS

**MRI Brain w/wo contrast material:**

Technique: The precontrast T1, axial T1, T2, FLAIR, GRE, DWI, ADC and coronal spin gradient echo images are provided. The post contrast axial, coronal and T1 images are provided.
Comparison: None.
Findings: The midline structures are unremarkable. The corpus callosum is well formed. The pituitary demonstrates the unremarkable signals. The gyri, sulci and basal cistern are unremarkable. The focal restricted diffusion is visualized in the right anterior temporal lobe. There is no evidence of intracranial hemorrhage. There is no abnormal extra-axial fluid collection. No abnormal contrast enhancement is visualized.
The bilateral seventh and eighth neurovascular bundles are unremarkable. The bilateral internal auditory canals are symmetrical. Bilateral globes and orbits are intact. The mucosal thickening is visualized in the bilateral maxillary antra and ethmoid sinuses.

**IMPRESSION:**

**1. The findings suggest the focal acute infarct in the right temporal lobe.**
**2. No evidence of intracranial hemorrhage is visualized.**
**3. The mucosal thickening is visualized in the bilateral maxillary sinuses and ethmoid sinuses.**

**Electronically Signed By:** Dr. Ying Zhao M.D. 06/02/2024 15:20:48 CDT

**Tech:** Townsen Memorial Hospital

**This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately at 281-369-9001 x 2055. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law. Our radiologists are not present during administration of contrast materials and therefore not responsible for technical component of this examination. Interpretation is based only on images and history submitted.ID: EC25253235-20240602152920-665cd62096a55**

EXHIBIT 8.a