RADIOLOGY RECORDS AFFIDAVIT
(Pursuant to Tex. R. Evid. 902)

PATIENT'S NAME: Ali Choudhri
DATE OF BIRTH: 01/24/1980

STATE OF TEXAS §
COUNTY OF Harris §

Before me, the undersigned authority, personally appeared __Julie Fernandez__ who, being by me duly sworn, deposed as follows:

My name is __Julie Fernandez__. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of **Townsen Memorial Hospital Imaging-Humble**. Attached hereto are 1 pages or 1 CD of records from **Townsen Memorial Hospital Imaging-Humble**. These said 1 pages or 1 CD of records are kept by **Townsen Memorial Hospital Imaging-Humble** in the regular course of business, and it was the regular course of business of **Townsen Memorial Hospital Imaging-Humble** for an employee or representative of **Townsen Memorial Hospital Imaging-Humble**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_/s/ Julie Fernandez_
Affiant

SWORN TO AND SUBSCRIBED before me on the 17 day of December, 20 24.

_/s/ Rosa Posada_
Notary Public, State of Texas

Notary's printed name: Rosa Posada
My commission expires: 07-15-2026

ROSA POSADA
Notary Public, State of Texas
Comm. Expires 07-15-2026
Notary ID 133860892

EXHIBIT 8.b

**Townsen Memorial Hospital**
1475 F.M. 1960 Bypass Road East
Humble, TX 77338
281-369-9001 x 2055
**Radiology Interpretation**

---

**PATIENT NAME:** ALI CHOUDHRI
**DATE OF BIRTH:** 01/24/1980
**ID/MRN:** 01241980
**CLINICIAN:** Ngo, Vinh
**FACILITY:** Townsen Memorial Hospital
**DATE OF EXAM:** 06/02/2024
**HISTORY:** RULE OUT STROKE

---

# CRITICAL FINDINGS

**MRI Brain w/wo contrast material:**

Technique: The precontrast T1, axial T1, T2, FLAIR, GRE, DWI, ADC and coronal spin gradient echo images are provided. The post contrast axial, coronal and T1 images are provided.
Comparison: None.
Findings: The midline structures are unremarkable. The corpus callosum is well formed. The pituitary demonstrates the unremarkable signals. The gyri, sulci and basal cistern are unremarkable. The focal restricted diffusion is visualized in the right anterior temporal lobe. There is no evidence of intracranial hemorrhage. There is no abnormal extra-axial fluid collection. No abnormal contrast enhancement is visualized.
The bilateral seventh and eighth neurovascular bundles are unremarkable. The bilateral internal auditory canals are symmetrical. Bilateral globes and orbits are intact. The mucosal thickening is visualized in the bilateral maxillary antra and ethmoid sinuses.

IMPRESSION:

1. The findings suggest the focal acute infarct in the right temporal lobe.
2. No evidence of intracranial hemorrhage is visualized.
3. The mucosal thickening is visualized in the bilateral maxillary sinuses and ethmoid sinuses.

---

**Electronically Signed By:** Dr. Ying Zhao M.D. 06/02/2024 15:20:48 CDT

**Tech:** Townsen Memorial Hospital

**This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately at 281-369-9001 x 2055. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.
Our radiologists are not present during administration of contrast materials and therefore not responsible for technical component of this examination. Interpretation is based only on images and history submitted.ID: EC25253235-20240602152920-665cd62096a55**