EXHIBIT 15

**EXHIBIT**
9.a



# Additional Discharge Information
Ali Choudhri
**Date of Birth:** 1/24/1980
**CSN:** 2100178458317

The information in this after visit summary is up to date as of: 6/3/24 12:58 PM.

### MyChart
This After Visit Summary Discharge Instructions Document is available in MyChart. Questions/Problems accessing your MyChart please call (832) 667-5694.

**Reason for Hospitalization**
Your primary diagnosis was: Stroke

**Procedures and tests performed during your visit**
CT Stroke Brain Wo Contrast LKN > 6 Hours
ECG 12 lead
ECG ED Preliminary Interpretation - Not an Order
MRA Head Wo Contrast
MRA Neck Wo Contrast
MRI Brain Wo Contrast
Transthoracic Echocardiogram Complete, (w Contrast, Strain and 3D if needed)

**Information for Referrals**
   **Ambulatory referral to Occupational Therapy**
   Ordering Provider: Cherian, Cecil, MD
      **Occupational Therapy**

   Specialty Services Required
   Pending Authorization
   Occupational Therapy
   Services Requested: Evaluate and Treat
   Primary Sub-Specialty: Neuro
      **Ambulatory referral to Physical Therapy**
      Ordering Provider: Cherian, Cecil, MD
         **Physical Therapy**

   Specialty Services Required
   Pending Authorization
   Physical Therapy
   Services Requested: Evaluate and Treat
   Primary Sub-Specialty: Neuro

**You are allergic to the following**

Date Reviewed: **6/3/2024**

**EXHIBIT 9.a**

Choudhri, Ali (MR # 107888307) Printed at 6/3/2024 12:58 PM                                                          Page 1 of 9

### You are allergic to the following (continued)

Date Reviewed: **6/3/2024**

| Allergen | Reactions |
|---|---|
| **Iodine** | Hives<br>Shortness Of Breath |
| **Shellfish Derived** | Not Noted |

### Current Immunizations
No immunizations on file.

### Patient Lines/Drains/Airways Status
#### Active Drain / Line / Wound / Pressure Ulcer

| Name | Placement date | Placement time | Site | Days | Last dressing change |
|---|---|---|---|---|---|
| Incision 01/18/19 Left Back | 01/18/19 | 0851 | Back | 1963 | |
| Incision 03/08/19 Back | 03/08/19 | 0841 | Back | 1914 | |
| Wound 10/09/22 Incision Abdomen | 10/09/22 | 1652 | Abdomen | 603 | |

### Pending Labs

| Order | Current Status |
|---|---|
| Comprehensive metabolic panel | Collected (06/02/24 1649) |
| Troponin T | Collected (06/02/24 1649) |

### Information on Stroke

## Discharge Instructions for Stroke

You have a high risk for a stroke, or a TIA (transient ischemic attack). During a stroke, blood stops flowing to part of your brain. This can damage areas in the brain that control other parts of the body. Symptoms from a stroke depend on which part of the brain has been affected.

**Stroke risk factors**

Once you've had a stroke, you're at greater risk for another one. Listed below are some other factors that can raise your risk for a stroke:

- High blood pressure
- High cholesterol
- Cigarette or cigar smoking
- Diabetes
- Carotid or other artery disease
- Atrial fibrillation, atrial flutter, or other heart disease
- Not being physically active
- Obesity
- Certain blood disorders, such as sickle cell anemia
- Drinking too much alcohol
- Abusing street drugs
- Race
- Gender
- Family history of stroke
- Diet high in salty, fried, or greasy foods

**Changes in daily living**

### Information on Stroke (continued)

Doing some everyday tasks may be hard after you've had a stroke. But you can learn new ways to manage. In fact, doing daily activities may help you to regain muscle strength. This can help your affected arm or leg work more normally. Be patient. Give yourself time to adjust. And appreciate the progress you make.

### Daily activities

You may be at risk of falling. Make changes to your home to help you walk more easily. A therapist will decide if you need an assistive device, such as a cane or walker, to walk safely.

You may need to see an occupational therapist (OT). Or you may see a physical therapist (PT). These healthcare providers can help you to learn new ways of doing things. For example, you may need to make changes in how you bathe or dress. You may also need a speech therapist. This is someone who helps you speak normally again and be able to swallow.

### Tips for showering or bathing

- Test the water temperature with a hand or foot that was not affected by the stroke.
- Use grab bars, a shower seat, a handheld showerhead, and a long-handled brush.
- Use any other device as advised by your therapists.

### Tips for getting dressed

- Dress while sitting, starting with the affected side or limb.
- Wear shirts that pull easily over your head. Wear pants or skirts with elastic waistbands.
- Use zippers with loops attached to the pull tabs.

### Lifestyle changes

- Take your medicines exactly as directed. Don't skip doses.
- Begin an exercise program. Ask your provider how to get started. Ask how much activity you should try to get every day or week. You can benefit from simple activities such as walking or gardening.
- Limit how much alcohol you drink.
- Control your cholesterol level. Follow your provider's advice about how to do this.
- If you are a smoker, quit now. Join a stop-smoking program to improve your chances of success. Ask your provider about medicines or other methods to help you quit.
- Learn stress management methods. These can help you deal with stress in your home and work life.

### Diet

Your healthcare provider will guide you on changes you may need to make to your diet. They may advise that you see a registered dietitian for help with changes. The changes can improve your cholesterol, blood pressure, and blood sugar. Changes may include:

- Reducing the amount of fat and cholesterol you eat
- Reducing the amount of salt (sodium) in your diet, especially if you have high blood pressure
- Eating more vegetables and fruits
- Eating more lean proteins, such as fish, poultry, and beans and peas (legumes)
- Eating less red meat and processed meats
- Using low-fat dairy products
- Limiting vegetable oils and nut oils
- Limiting sweets and processed foods such as chips, cookies, and baked goods
- Not eating trans fats. These are often found in processed foods. Don't eat any food that has hydrogenated oils listed in its ingredients.

### Follow-up care

- Keep your medical appointments. Close follow-up is important to stroke rehabilitation and recovery.
- Some medicines require blood tests to check for progress or problems. Keep follow-up appointments for

## Information on Stroke (continued)

any blood tests ordered by your providers.

## Call 911

Call 911 right away if you have any of the following symptoms of stroke:

- Weakness, tingling, or loss of feeling on one side of your face or body
- Sudden double vision or trouble seeing in one or both eyes
- Sudden trouble talking or slurred speech
- Trouble understanding others
- Sudden, severe headache
- Dizziness, loss of balance, or a sense of falling
- Blackouts or seizures

**B.E. F.A.S.T.** is an easy way to remember the signs of stroke. When you see these signs, you know that you need to call 911 fast.

**B.E. F.A.S.T.** stands for:

- **B** is for **balance.** Sudden loss of balance or coordination.
- **E** is for **eyes.** Vision changes in one or both eyes.
- **F** is for **face drooping.** One side of the face is drooping or numb. When the person smiles, the smile is uneven.
- **A** is for **arm weakness.** One arm is weak or numb. When the person lifts both arms at the same time, one arm may drift downward.
- **S** is for **speech difficulty.** You may notice slurred speech or trouble speaking. The person can't repeat a simple sentence correctly when asked.
- **T** is for **time to call 911.** If someone shows any of these symptoms, even if they go away, call 911 right away. Make note of the time the symptoms first appeared.

**StayWell last reviewed this educational content on** 6/1/2022

© 2000-2024 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Information on Modified Rankin Scale



HOUSTON
Methodist
NEUROLOGICAL INSTITUTE

**Stroke Assessment Notice**

Dear Patient,

### Information on Modified Rankin Scale (continued)

As part of Houston Methodist Hospital's efforts to evaluate the outcomes of our patients, you may be selected to receive a short phone call approximately 90 days after you are discharged home. This phone call will consist of an evaluation called the *modified Rankin Scale*. The *modified Rankin Scale* is a widely used assessment scale that evaluates the degree of disability or dependence during daily activities of people who have suffered a stroke.

This phone call will take approximately 5-7 minutes to complete and will include questions that pertain to your ability to work and engage in social and leisure activities.

If you are unable to participate, we will ask to speak to a member of your household that can answer on your behalf. All of the information provided during this phone call will be kept confidential. If you do not wish to participate, you are free to decline or withdraw your participation at any time.

Prior to discharge, please ensure that your contact information on file is current. If your phone number has changed, please alert your nursing staff. If you have any questions about the *modified Rankin Scale* assessment, please feel free to ask your nurse and he/she will direct your questions to the appropriate person.

We appreciate your participation and patronage.

Warmest regards,

Your Houston Methodist Stroke Team

### Behavioral Health Resources

Houston Methodist patients can access licensed behavioral health providers in the **MyMethodist** app. Go to your App Store, download the **MyMethodist** app, and select **Virtual Health Care** to schedule your session using your mobile device or laptop from anywhere.

*All of the behavioral health services are available without insurance. The cost of the visit varies based on the experience of the therapist. Please enter your insurance information before your visit to determine your individual pricing.*

If there is an emergency, call **911**.

**FIND HELP:** There are also resources on **https://www.findhelp.org/**
*Enter your zip code to see services related to Financial assistance, food, medical care, transit, goods, education, work, legal, and others for free or reduced-cost*





# Need help and don't know who to call?

## DIAL 2-1-1

### We have trained specialists ready to connect you with services.

- Food assistance
- Housing and shelter
- Health services
- Veterans assistance
- Mental health services
- Financial and legal
- Employment help
- Child care and education
- Aging and disability
- Crisis and emergency
- And more

### To learn more, go to 211Texas.org

**WE CAN HELP**

HHS Media Services 17Q0219 · February 2017



9.a

**We Will Call You**

Within 24 business hours after your discharge, you should receive a text message or automated phone call to check how you are doing. If you indicate through the automated text or call that you have a question about medications or discharge instructions, or have other concerns about your health, one of our nurses will respond between 8 am-5 pm, Mon-Fri, at no cost to you. We appreciate your response, as we are available to help you manage your care at home.

If you have a question or problem before you receive this call or text, please contact your provider or the hospital at 713-790-3311. Your health and safety are always important to us. Thank you for choosing Houston Methodist Hospital.