IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-34815 (JPN) |
| GALLERIA 2425 Owner, LLC. | § | |
| Debtor | § | Chapter 11 |

### AMENDED SUPPLEMENT TO EMERGENCY MOTION TO CONTINUE HEARING ON CONFIRMATION OF PLAN FILED BY NATIONAL BANK OF KUWAIT AND JOINT PLAN PROPOSED BY 2425 WL, LLC AND DEBTOR

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW 2425 WL, LLC ("Movant") and files this Supplement to its Motion to Continue Hearings on Confirmation of Plan filed by National Bank of Kuwait and Joint Plan filed by 2425 WL, LLC and Debtor and would show as follows:

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY

Emergency (or expedited) relief has been requested. If the Court considers the motion on an emergency (or expedited) basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that the emergency (or expedited) consideration is not warranted, you should file an immediate response.

1. On June 2, 2024, Mr. Choudhri was rushed to the hospital. He was diagnosed with a stroke. Mr. Choudhri is presently admitted to the stroke unit of Methodist Hospital.

2. On June 7, 2024, Ali Choudrhi had a follow-up visit with his cardiologist and was advised not to work or "participate in any stressful interactions" until July 7, 2024.

**EXHIBIT 11**

3. On June 4, 2024, the Court entered an order setting forth several dates available for continuing the confirmation hearing. Of those dates, only July 30, 2024 would allow Mr. Choudhri to attend and participate and also follow his doctor's order.

4. Accordingly, 2425 WL, LLC asks the Court to continue the hearing until July 30, 2024.

5. This motion is supported by the Declaration of Mark E. Smith.

    Respectfully Submitted,

    **BARRON & NEWBURGER, P.C.**
    7320 N. MoPac Expwy., Suite 400
    Austin, Texas 78731
    Tel: (512) 476-9103

    By:_/s/ Mark E. Smith_
    Stephen W. Sather, Attorney-in Charge
    State Bar No.17657520
    Mark E. Smith
    State Bar No. 24070639

    **ATTORNEYS FOR**
    **CREDITOR, 2425 WL,LLC**

# DECLARATION OF MARK E. SMITH

1. My name is Mark E. Smith. I am over the age of 18 years and am fully competent to give this Declaration. I have personal knowledge of the facts stated herein and they are true and correct. I give this Declaration under penalty of perjury pursuant to 28 U.S.C. Sec. 1746.

2. On June 7, 2024, I was advised by Mr. Ali Choudhri that he had just completed a follow-up appointment with his cardiologist and had been advised to not work and avoid stressful situations until July 7, 2024. With Mr. Choudhri's consent, I have attached a copy of the doctor's letter as Exhibit A.

3. Based on potential available dates for a rescheduled confirmation hearing provided by the Court, only July 30, 2024 would allow Mr. Choudhri to attend and participate and also conform with the doctor's order.

Dated: June 7, 2024.

I declare the above and foregoing to be true and correct under penalty of perjury.

*/s/Mark E. Smith*
Mark E. Smith

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served on the 7th day of June, 2024 to the parties on the attached list via Court's CM/ECF noticing system to all parties registered to receive such notice or by US Mail, postage pre-paid.

                                                    */s/ Mark E. Smith*
                                                    Mark E. Smith

```
Label Matrix for local noticing        2425 WL, LLC                                  Arin-Air Inc.
0541-4                                 2425 West Loop South 11th floor               c/o Smith & Cerasuolo, LLP
Case 23-34815                          Houston, TX 77027-4304                        7500 San Felipe, Suite 777
Southern District of Texas                                                           Houston, TX 77063-1709
Houston
Fri Jun  7 16:14:42 CDT 2024

CC2 TX, LLC                            City of Houston                               Galleria 2425 Owner, LLC
c/o Howard Marc Spector                Linebarger Goggan Blair & Sampson LLP         1001 West Loop South 700
Spector & Cox, PLLC                    c/o Tara L. Grundemeier                       Houston, TX 77027-9084
12770 Coit Road Suite 850              PO Box 3064
Dallas, TX 75251-1364                  Houston, TX 77253-3064


(p)HARRIS COUNTY ATTORNEY'S OFFICE     Hayward PLLC                                  Houston Community College System
P O BOX 2928                           c/o Melissa Hayward                           Linebarger Goggan Blair & Sampson LLP
HOUSTON TX 77252-2928                  10501 N. Central Expy., Ste. 106              c/o Tara L. Grundemeier
                                       Dallas, TX 75231-2203                         PO Box 3064
                                                                                     Houston, TX 77253-3064


Houston ISD                            National Bank of Kuwait, S.A.K.P., New York   4
Linebarger Goggan Blair & Sampson LLP                                                United States Bankruptcy Court
c/o Tara L. Grundemeier                                                              PO Box 61010
PO Box 3064                                                                          Houston, TX 77208-1010
Houston, TX 77253-3064


2425 WL, LLC                           2425 West Loop, LLC                           ADT
13498 Pond Springs Rd.                 2000 Hughes Landing Blvd., Suite 815          PO Box 382109
Austin, TX 78729-4422                  The Woodlands, Texas 77380-4142               Pittsburgh, PA 15251-8109


Ali Choudhry                           Arin-Air, Inc.                                Ash Automated Control Systems, LLC
1001 West Loop South 700               5710 Brittmoore Rd. #13                       PO Box 1113
Houston, TX 77027-9084                 Houston, TX 77041-5627                        Fulshear, TX 77441-2013


CC2 TX, LLC                            CFI Mechanical, Inc                           CNA Insurance Co
14800 Landmark Blvd., Suite 400        6109 Brittmoore Rd                            PO Box 74007619
Dallas, TX 75254-7598                  Houston, TX 77041-5610                        Chicago, IL 60674-7619


Caz Creek Lending                      Cirro Electric                                City of Houston
118 Vintage Park Blvd No. W            PO Box 60004                                  PO Box 1560
Houston, TX 77070-4095                 Dallas, TX 75266                              Houston, TX 77251-1560


City of Houston                        Comcast                                       Datawatch Systems
c/o Tara L. Grundemeier                PO Box 60533                                  4520 East West Highway 200
Linebarger Goggan Blair & Sampson LLP  City of Industry, CA 91716-0533               Bethesda, MD 20814-3382
PO Box 3064
Houston, TX 77253-3064


Environmental Coalition Inc            Ferguson Facilities Supplies                  Firetron
PO Box 1568                            PO Box 200184                                 PO Box 1604
Stafford, TX 77497-1568                San Antonio, TX 78220-0184                    Stafford, TX 77497-1604
```

```
(p)FIRST INSURANCE FUNDING          Gulfstream Legal Group              H.N.B. Construction, LLC
450 SKOKIE BLVD SUITE 1000          1300 Texas St                       c/o Malcolm D. Dishongh
NORTHBROOK IL 60062-7917            Houston, TX 77002-3509              PO Box 2347
                                                                        Humble, TX 77347-2347


HNB Construction, LLC               Hayward PLLC                        Houston Community College System
521 Woodhaven                       c/o Melissa S. Hayward              c/o Tara L. Grundemeier
Ingleside, TX 78362-4678            10501 N. Central Expy., Ste. 106    Linebarger Goggan Blair & Sampson LLP
                                    Dallas, TX 75231-2203               PO Box 3064
                                                                        Houston, TX 77253-3064


Houston ISD                         Jetall Companies, Inc               Kings 111 Emergency Communications
c/o Tara L. Grundemeier             1001 West Loop South Ste 700        751 Canyon Drive, Suite 100
Linebarger Goggan Blair & Sampson LLP  Houston, TX 77027-9033           Coppell, TX 75019-3857
PO Box 3064
Houston, TX 77253-3064


Lexitas                             Lloyd E. Kelley                     Logix Fiber Networks
PO Box Box 734298 Dept 2012         2726 Bissonent Suite 240            PO Box 734120
Dallas, TX 75373-4298               Houston, TX 77005-1352              Dallas, TX 75373-4120


MacGeorge Law Firm                  Mueller Water Treatment             Naissance Galleria, LLC
2921 E 17th St Blgd D Suite 6       1500 Sherwood Forest Dr.            c/o Law Office of Nima Taherian
Austin, TX 78702-1572               Houston, TX 77043-3899              701 N. Post Oak Rd. Ste 216
                                                                        Houston, TX 77024-3868


National Bank of Kuwait             Nationwide Security                 Nichamoff Law Firm
299 Park Ave. 17th Floor            2425 W Loop S 300                   2444 Times Blvd 270
New York, NY 10171-0023             Houston, TX 77027-4205              Houston, TX 77005-3253


Rodney L. Drinnon                   TKE                                 U.S. Trustee's Office
2000 West Loop S, Ste. 1850,        3100 Interstate North Cir SE  500   515 Rusk, Suite 3516
Houston, Texas 77027-3744           Atlanta, GA 30339-2296              Houston, Texas 77002-2604


US Retailers LLC d/b/a Cirro Energy US Trustee                          Waste Management
Attention: Bankruptcy Department    Office of the US Trustee            PO Box 660345
PO Box 3606                         515 Rusk Ave                        Dallas, TX 75266-0345
Houston, TX 77253-3606              Ste 3516
                                    Houston, TX 77002-2604


Zindler Cleaning Service Co         Ali Choudhri                        Christopher R Murray
2450 Fondren 113                    24256 West Loop South               Jones Murray LLP
Houston, TX 77063-2314              11th Floor                          602 Sawyer St
                                    Houston, TX 77027                   Ste 400
                                                                        Houston, TX 77007-7510


James Q. Pope                       Reese W Baker                       Rodney Drinnon
The Pope Law Firm                   Baker & Associates                  McCathern Houston
6161 Savoy Drive                    950 Echo Lane                       2000 W Loop S
Ste 1125                            Suite 300                           Ste. 1850
Houston, TX 77036-3343              Houston, TX 77024-2824              Houston, TX 77027-3744
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Harris County, ATTN: Property Tax Division  
Harris County Attorney's Office  
P.O. Box 2928  
Houston, TX 77252-2928 United States

First Insurance Funding  
450 Skokie Blvd  
Northbrook, IL 60062

(d)Harris County Tax Assessor  
PO Box 4622  
Houston, TX 77210

(d)Harris County, et al  
PO Box 2928  
Houston, TX 77252

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)2425 West Loop, LLC

(u)Sonder USA Inc.

(d)Arin-Air, LLC  
5710 Brittmoore Rd. #13  
Houston, TX 77041-5627

(du)Sonder USA Inc.

(u)Azeemeh Zaheer

(u)Jack Rose

End of Label Matrix  
Mailable recipients    59  
Bypassed recipients     6  
Total                  65



# Houston Cardiology Consultants

## To Whom It May Concern

Please excuse **Choudhri, Ali** from Work. He was seen in the office on June 7, 2024.

**Remarks / Limitations:**

Patient had a stroke with ongoing workup. Patient will need to be off work for a month. Patient shall not return to work until July 7, 2024. Patient shall not participate in any stressful interactions and not return to work until July 7, 2024.

If you have any questions or concerns please contact my office.

Sincerely,

**Sajid Ali MD**
Interventional Cardiology / Peripheral Vascular Disease
Houston Cardiology Consultants
Address: 8830 Long Point Drive, Suite 507, Houston, TX. 77055
Tel: (713) 464-4140
Fax: (713) 464-7296
Email: info@hccheart.com