```
 1                IN THE UNITED STATES BANKRUPTCY COURT

 2                 FOR THE SOUTHERN DISTRICT OF TEXAS

 3                          HOUSTON DIVISION

 4  QUINLAN, ET AL                  §    CASE NO. 23-03141-ADV
                                    §    HOUSTON, TEXAS
 5  VERSUS                          §    THURSDAY,
                                    §    OCTOBER 3, 2024
 6  JETALL COMPANIES, INC., ET AL   §    10:15 A.M. TO 10:23 A.M.

 7              **EMERGENCY DEPOSITION DISPUTE (VIA ZOOM)**

 8             BEFORE THE HONORABLE JEFFREY P. NORMAN
                   UNITED STATES BANKRUPTCY JUDGE
 9

10

11

12      APPEARANCES:                     SEE NEXT PAGE

13      ERO:                             (Name not noted in the
                                         log notes)
14

15

16

17

18

19

20                   TRANSCRIPTION SERVICE BY:

21            JUDICIAL TRANSCRIBERS OF TEXAS, LLC
                    935 Eldridge Road, #144
22                    Sugar Land, TX 77478
                         281-277-5325
23                 www.judicialtranscribers.com

24
        Proceedings recorded by electronic sound recording;
25         transcript produced by transcription service.


                 JUDICIAL TRANSCRIBERS OF TEXAS, LLC
```

**EXHIBIT 15**

```
 1                    APPEARANCES (VIA ZOOM):
 2
 3  FOR THE PLAINTIFF:          HOOVER SLOVACEK, LLP
                                Steven A. Leyh, Esq.
 4                              5051 Westheimer Road
                                Suite 1200
 5                              Houston, TX  77024
                                713-977-8686
 6
 7
 8  FOR THE DEFENDANT:          THE POPE LAW FIRM
                                James Q. Pope, Esq.
 9                              6161 Savoy Drive
                                Suite 1125
10                              Houston, TX  77036
                                713-449-4481
11
12  FOR JETALL COMPANIES:       MACGEORGE LAW FIRM, PLLC
                                Jennifer L. MacGeorge, Esq.
13                              1001 West Loop S., Ste. 700
                                Houston, TX  77027
14                              713-560-2737
15
16  FOR 2727 KIRBY 26L, LLC:    Paul Kirkland, Esq.
17
18  FOR SHAHNAZ CHOUDHRI:       PARKINS & RUBIO, LLP
                                Leonard Parkins, Esq.
19                              708 Main St., 10th Fl.
                                Houston, TX  77002-3246
20                              713-715-1660
21  FOR ALI CHOUDHRI:           Ali Choudhri, Pro Se
                                2425 West Loop South
22                              Suite 1200
                                Houston, TX  77056
23
24
25
```

```
 1         HOUSTON, TEXAS; THURSDAY, OCTOBER 3, 2024; 10:15 A.M.
 2             THE COURT:  All right.  So just so the Record is
 3  clear, I'm sitting in Laredo at this point in time.  I'm not
 4  sure, can you guys actually see me or not?  Everybody turned
 5  on the camera in front of you?
 6             MR. POPE:  We cannot see you, Your Honor, but we
 7  can hear you.
 8             THE COURT:  Okay.  That's fine.
 9             So the Record is clear, I'm sitting in Laredo.
10  Apparently there's been some sort of discovery dispute in
11  Houston.  I've been asked for a discovery conference and so
12  I'm here, but other than knowing that we have a dispute and
13  you wanted a discovery conference, I really don't know
14  anything else at this point in time.
15             So first and foremost, I need the adversary case
16  number in which the discovery dispute is arising.
17             MR. POPE:  Your Honor, the Case Number 23-03141.
18             THE COURT:  All right.  Bear with me one second
19  while I pull up the Docket in that case.
20       (Pause in the proceedings.)
21             THE COURT:  All right.  So Adversary
22  Number 23-3141 is John Quinlan, Plaintiff, et al against
23  Jetall Companies and a number of other Defendants.
24             So tell me what the dispute it -- first of all,
25  let me ask for appearances, who represents whom in this
```

1  case, and we'll go from there.
2          MR. LEYH:  All right.  Good morning, Your Honor.
3  Steven Leyh on behalf of the Plaintiffs.
4          THE COURT:  Okay.  Mr. Leyh.
5          MR. POPE:  And Your Honor, James Pope here on
6  behalf of some of the Defendants.  Part of what's at issue
7  is that Mr. Choudhri had filed a Notice of Appearance Pro Se
8  to inform me that he wants to take over pro se.
9          Mrs. -- or Ms. Choudhri, his mother, has also
10 retained counsel by the name Leonard Parkins, who's here.
11 That's part of the change today, but otherwise, I'm here for
12 the other Defendants other than Mr. Choudhri in his
13 individual capacity and his mother, Shahnaz Choudhri, in her
14 individual capacity.
15         THE COURT:  All right.  So go ahead.
16         MS. MACGEORGE:  Your Honor, my name is Jennifer
17 MacGeorge.  I'm an attorney pursuant to a limited scope
18 appearance.  And on behalf of Jetall Companies, Inc. for the
19 purpose of taking a deposition today.
20         MR. KIRKLAND:  I'm Paul Kirkland.  I'm here
21 representing 2727 Kirby 26L, LLC.
22         THE COURT:  One more time, sir, because you broke
23 up and I'm not sure.  I didn't catch your name.
24         MR. KIRKLAND:  Paul Kirkland.
25         THE COURT:  And Mr. Kirkland, who do you

1  represent?

2          MR. KIRKLAND:  2727 Kirby 26L, LLC.

3          THE COURT:  All right.  Thank you, sir.

4          Anyone else?

5          MR. PARKINS:  Yes, Your Honor.  Good morning.
6  Leonard Parkins of the firm of Parkins & Rubio.  We are
7  being retained for the limited purposes of representing
8  Mrs. Choudhri, Mr. Ali Choudhri's mother, who is one of the
9  named Defendants in this case for the purpose of this
10 deposition.

11         Again, good morning, Your Honor.

12         THE COURT:  Good morning.  Thank you.

13         MR. CHOUDHRI:  Good morning, Your Honor.  Ali
14 Choudhri, pro se.

15         THE COURT:  All right.  Mr. Leyh, or Mr. Pope,
16 what is the dispute?

17         MR. LEYH:  The dispute, Your Honor, is that
18 Mr. Choudhri is now appeared and wants to participate pro
19 se.  Last week in the Texas Reit case, which is pending in
20 the Western District, Mr. Choudhri did the same thing and
21 kept Omar Khawaja on there for 6-1/2 hours.

22         They were supposed to be there to talk about a
23 proof of claim.  Instead, we talked about everything he
24 could think of, including whether or not we bribed you.

25         So I don't want to do that again today with him.

1         THE COURT:  And so what are you asking?
2         MR. LEYH:  That he not be allowed to ask
3 questions.  He can come and sit and watch, listen, but I
4 don't want to go through that again.
5         THE COURT:  All right.  So Mr. Choudhri, do you
6 want to -- I mean, at this point in time I'm trying to
7 figure out, because the Docket is basically very, very long.
8 At this point in time who technical represents Mr. Choudhri?
9         MR. CHOUDHRI:  Your Honor?
10        THE COURT:  Mr. Choudhri, I don't want to hear
11 from you.  I want to hear from the lawyers right now.
12        Who technically represents Mr. Choudhri right now?
13        MR. LEYH:  James Pope, and he's not withdrawn.
14        MR. POPE:  Although I have not filed a withdrawal,
15 Your Honor, Mr. Choudhri has discharged me from my services
16 as of this morning.  He says he represents himself.
17        I did file a --
18        THE COURT:  Well, here's the problem with that,
19 Mr. Pope.  You're on the case until I let you off, okay?
20        MR. POPE:  Yes.
21        THE COURT:  Mr. Choudhri can discharge you and
22 that's fine, but I'm only going to allow the lawyers who
23 have appeared in the case as counsel to basically question
24 the witnesses at this point in time, okay?
25        If you want to represent a party and ask

1   questions, then you need to ask permission, okay?  If there
2   are lawyers who currently represent the parties, those are
3   the parties who basically are going to conduct the
4   deposition.
5           You don't come to Court the morning of a
6   deposition and say we're changing the parties up, we're
7   changing representation up, it doesn't work like that.
8           The parties who represent the parties who at this
9   point in time are the parties who get to participate in the
10  deposition.  It's that simple, okay?  Because that's the way
11  the rules work.  All right?
12          So if there are parties there who are represented
13  by lawyers who have appeared, have answered, okay?  They get
14  to participate.  Otherwise, they don't.  It's that simple.
15          MR. POPE:  Your Honor, but we do have some counsel
16  who are appearing as co-counsel for Jetall Companies,
17  Shahnaz Choudhri, and --
18          THE COURT:  And Mr. Pope?  Mr. Pope?  Mr. Pope,
19  like I said, you don't just show up the morning of the depo
20  with a bunch of other lawyers and say we want to
21  participate.  You represent all of these parties and if you
22  do, you're the lawyer that speaks for them.  End of story.
23          Now, if they want to confer with you, all right,
24  and to ask you to ask questions, I don't have any problem
25  with that, but you're the guy.  You've been the guy.  You've

1  appeared for all these people and you get to basically
2  participate in the deposition.  No one else does.
3         (Pause in the proceedings.)
4             THE COURT:  Okay.  Mr. Leyh, is there any other
5  issues that I need to resolve for you?
6             MR. LEYH:  No, sir.  I think that's crystal clear,
7  Your Honor.
8             THE COURT:  Okay.  And so I'm here.  If you have
9  another problem, you let me know and we'll come back on
10 video.  Okay?
11            MR. POPE:  Your Honor, could we urge an emergency
12 motion at this time to have the appearances for counsel of
13 Ms. Shahnaz Choudhri to --
14            THE COURT:  No, not at this late hour.  No.  These
15 have been in the works for quite a long time, Mr. Pope.  And
16 for you to show up at the late minute, the last minute, and
17 ask for this kind of relief, no.  It doesn't work like that.
18 It's never going to work like that.
19            Go forward, please.  Get the depositions taken
20 care of.
21            MR. POPE:  Thank you, Your Honor.
22            MR. LEYH:  Thank you, Your Honor.
23            THE COURT:  All right.  You-all are excused.
24            Thank you.
25         (Hearing concluded at 10:23 a.m.)

1                          *  *  *  *  *

2              *I certify that the foregoing is a correct*

3  *transcript to the best of my ability from the electronic*

4  *sound recording of the ZOOM/video/telephonic proceedings in*

5  *the above-entitled matter.*

6  */S/ MARY D. HENRY*

7  *CERTIFIED BY THE AMERICAN ASSOCIATION OF*

8  *ELECTRONIC REPORTERS AND TRANSCRIBERS, CET\*\*337*

9  *JUDICIAL TRANSCRIBERS OF TEXAS, LLC*

10 *JTT TRANSCRIPT #69345*

11 *DATE FILED:  NOVEMBER 18, 2024*