United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-35761 |
| JETALL COMPANIES, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER ANNULLING AUTOMATIC STAY

Before the Court is this involuntary case that was filed on December 4, 2024. The Court issues the following order annulling the stay.

**IT IS THEREFORE ORDERED** that the automatic stay pursuant to 11 U.S.C. § 362(a) is annulled retroactive to December 4, 2024 regarding Case No. 23-34815, Galleria 2425 Owner, LLC, the date of the filing of this case.

SIGNED 12/06/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

**EXHIBIT 24**

1 / 1