# HOOVER SLOVACEK LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

**T. Michael Ballases**
PARTNER

ballases@hooverslovacek.com

**ATTORNEYS AT LAW**
GALLERIA TOWER II
5051 WESTHEIMER, SUITE 1200
HOUSTON, TEXAS 77056

(713) 977-8686
FAX (713) 977-5395

REPLY TO:

P.O. BOX 4547
HOUSTON, TEXAS 77210

June 29, 2016

*Via Email*
Ali Choudri
Jetall Companies
2500 West Loop South, Suite 255
Houston, Texas 77027

*Via Email*
Renee Davy
11911 Taylorcrest
Houston, Texas 77024

Re:    Waiver of Conflict Letter by Hoover Slovacek LLP

Dear Mr. Choudhri and Ms. Davy:

I understand that a potential mutually beneficial business transaction between Jetall Companies and Ms. Davy has arisen. Presently, this firm represents Renee Davy in various legal matters. In or around 2010, this firm (not me specifically) previously represented Jetall Companies in a separate and distinct legal matter. This firm's representation of Jetall Companies ended in or about late 2011 or early 2012. Although this could present a potential conflict of interest situation, it is my understanding that an adversarial relationship between Jetall Companies and Ms. Davy does not now exist but that, if one develops through this matter, you understand that we would have to withdraw from our representation with respect to this particular matter.

Please execute this letter where indicated below representing that: (i) you consent to this firm's representation of Renee Davy in this matter; (ii) you waive any existing or potential conflict of interest based upon our prior representation of Jetall Companies and current representation of Renee Davy; and (iii), if at any time upon either of you requests or at our request, anyone feels uncomfortable with respect to our representation of Renee Davy in this matter, we will withdraw from our representation in this matter and cease representing Renee Davy with respect to this particular matter.

If the terms of this letter are acceptable to you, please sign this letter below and return this letter to me via fax or email. If either of you have any questions or concerns, please contact me.

911000-00001 TMB 6/29/2016 01066314.WPD 1

Sincerely,

**HOOVER SLOVACEK LLP**

T. Michael Ballases

**AGREED AS TO WAIVER OF CONFLICT:**

JETALL COMPANIES, *Inc*

By: Ali Choudhri
Title: _____ President
Date: _____ 6.29.16
          6:21pm

RENEE DAVY

By: Renee Davy
Date: _____