

CAUSE NO. 2011-25222

| | | |
|---|---|---|
| ERPILE, LLC AND OSAMA ABDULLATIF, INDIVIDUALLY and AS SOLE OWNER OF ERPILE, LLC | § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, VS. | § § § | HARRIS COUNTY, TEXAS |
| MOHAMMED A. CHOUDHRI A/K/A ALI JETALL, ET AL. | § § § § | |
| Defendants. | § | 269TH JUDICIAL DISTRICT |

## ORDER OF NOTICE OF NON-SUIT WITH PREJUDICE

The Court, having found that Plaintiff Osama Abdullatif files this Notice of Non-Suit With Prejudice against Defendants Naeem Choudhri, Shahnaz Akhter Choudhri, NorthPark Office Tower, LP, NorthPark Office Tower, GP, LLC, NorthPark Office Tower, LP, LLC, 1415 NLW, LLC, 5700 Thousand Oaks, LLC, RICHARD WAKELAND, A.I.G.W.T., INC. (ful) and First Community Credit Union.

IT IS ORDERED that these Defendants are dismissed with prejudice and that all costs are paid by the party incurring same.

SIGNED June 29, 2011.

_____
JUDGE PRESIDING



2

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging