UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-34815 (JPN) |
| GALLERIA 2425 Owner, LLC. | § | |
| Debtor | § | Chapter 11 |

**EMERGENCY MOTION TO CONTINUE HEARING ON
OBJECTION TO CLAIM OF NATIONAL BANK OF KUWAIT**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW 2425 WL, LLC ("Movant") and files this Motion to Continue Hearing on Objection to Claim of National Bank of Kuwait and would show as follows:

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY

Emergency (or expedited) relief has been requested. If the Court considers the motion on an emergency (or expedited) basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that the emergency (or expedited) consideration is not warranted, you should file an immediate response.

1. Movant self-calendared a hearing on the Objection to Claim of National Bank of Kuwait on June 18, 2024 at 11:00 a.m.

2. Ali Choudhri is the principal of 2425 WL, LLC. On Sunday June 2, 2024, Mr. Choudhri was rushed to the hospital. He was diagnosed with a stroke. Mr. Choudhri is presently admitted to the stroke unit of Methodist Hospital. As a result, he is not presently able to assist with preparation for the claims objection and his ability to physically attend the hearing is unknown.

3. On June 3 at 7:33 a.m., I contacted Andrew Troop, Charles Conrad and R.J. Shannon and informed them of Mr. Choudrhi's condition and told them I would be seeking a continuance. I did not receive a response other than Mr. Shannon asked what I would be seeking to continue.

4. Based on prior pleadings in this case, I know that NBK's lawyers have the following conflicts:

   Charles Conrad: June 19-July 1
   Andrew Troop   June 28-July 5

5. There are several dates on which hearings are scheduled in this case, including July 8, 2024 (which may be too crowded) and July 24, 2024.

6. This motion is supported by the Declaration of Stephen W Sather.

                                      Respectfully Submitted,

                                      **BARRON & NEWBURGER, P.C.**
                                      7320 N. MoPac Expwy., Suite 400
                                      Austin, Texas 78731
                                      Tel: (512) 476-9103

By:    */s/ Stephen W. Sather*
          Stephen W. Sather
          State Bar No.17657520

          **ATTORNEYS FOR**
          **CREDITOR, 2425 WL,LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was served on the 4th day of June, 2024 to the parties on the attached list.

                                      */s/ Stephen W. Sather*
                                      Stephen W. Sather

# DECLARATION OF STEPHEN W. SATHER

1. My name is Stephen W. Sather. I am over the age of 18 years and am fully competent to give this Declaration. I have personal knowledge of the facts stated herein and they are true and correct. I give this Declaration under penalty of perjury pursuant to 28 U.S.C. Sec. 1746.

2. At approximately 6:00 a.m. on June 3, 2024, I learned that Ali Choudhri had been admitted to the hospital with a stroke on Sunday June 2, 2024. Mr. Choudhri's assistance and presence at hearings is necessary for my preparation for the confirmation hearings.

3. I informed Mr. Troop, Mr. Conrad and Mr. Shannon that I would be requesting a continuance at 7:33 a.m and included a medical record relating to Mr. Choudhri. I have not included that document I the record to protect Mr. Choudhri's privacy.. I was apparently not clear that I was seeking a continuance of the confirmation hearings because Mr. Shannon responded back and asked what I wanted continued. I informed him that it was the confirmation hearings. I know from prior pleadings that Mr. Conrad is not available from June 19-July 1 and that Mr. Troop is not available from June 28-July 5.

4. I spoke with Mr. Conrad on June 3, 2024 regarding Mr. Choudhri's condition and have exchanged multiple emails with Mr. Shannon.

5. None of the attorneys responded with dates that they would be available for a continued hearing.

Dated: June 4, 2024.

I declare the above and foregoing to be true and correct under penalty of perjury.

*/s/Stephen W. Sather*
Stephen W. Sather

```
Label Matrix for local noticing         2425 WL, LLC                              CC2 TX, LLC
0541-4                                  2425 West Loop South 11th floor           c/o Howard Marc Spector
Case 23-34815                           Houston, TX 77027-4304                    Spector & Cox, PLLC
Southern District of Texas                                                        12770 Coit Road Suite 850
Houston                                                                           Dallas, TX 75251-1364
Thu May 30 08:45:52 CDT 2024

City of Houston                         Galleria 2425 Owner, LLC                  (p)HARRIS COUNTY ATTORNEY'S OFFICE
Linebarger Goggan Blair & Sampson LLP   1001 West Loop South 700                  P O BOX 2928
c/o Tara L. Grundemeier                 Houston, TX 77027-9084                    HOUSTON TX 77252-2928
PO Box 3064
Houston, TX 77253-3064


Hayward PLLC                            Houston Community College System          Houston ISD
c/o Melissa Hayward                     Linebarger Goggan Blair & Sampson LLP     Linebarger Goggan Blair & Sampson LLP
10501 N. Central Expy., Ste. 106        c/o Tara L. Grundemeier                   c/o Tara L. Grundemeier
Dallas, TX 75231-2203                   PO Box 3064                               PO Box 3064
                                        Houston, TX 77253-3064                    Houston, TX 77253-3064


National Bank of Kuwait, S.A.K.P., New York    4                                  2425 WL, LLC
                                        United States Bankruptcy Court            13498 Pond Springs Rd.
                                        PO Box 61010                              Austin, TX 78729-4422
                                        Houston, TX 77208-1010



2425 West Loop, LLC                     ADT                                       Ali Choudhry
2000 Hughes Landing Blvd., Suite 815    PO Box 382109                             1001 West Loop South 700
The Woodlands, Texas 77380-4142         Pittsburgh, PA 15251-8109                 Houston, TX 77027-9084



Arin-Air, Inc.                          Ash Automated Control Systems, LLC        CC2 TX, LLC
5710 Brittmoore Rd. #13                 PO Box 1113                               14800 Landmark Blvd., Suite 400
Houston, TX 77041-5627                  Fulshear, TX 77441-2013                   Dallas, TX 75254-7598



CFI Mechanical, Inc                     CNA Insurance Co                          Caz Creek Lending
6109 Brittmoore Rd                      PO Box 74007619                           118 Vintage Park Blvd No. W
Houston, TX 77041-5610                  Chicago, IL 60674-7619                    Houston, TX 77070-4095



Cirro Electric                          City of Houston                           City of Houston
PO Box 60004                            PO Box 1560                               c/o Tara L. Grundemeier
Dallas, TX 75266                        Houston, TX 77251-1560                    Linebarger Goggan Blair & Sampson LLP
                                                                                  PO Box 3064
                                                                                  Houston, TX 77253-3064


Comcast                                 Datawatch Systems                         Environmental Coalition Inc
PO Box 60533                            4520 East West Highway 200                PO Box 1568
City of Industry, CA 91716-0533         Bethesda, MD 20814-3382                   Stafford, TX 77497-1568



Ferguson Facilities Supplies            Firetron                                  (p)FIRST INSURANCE FUNDING
PO Box 200184                           PO Box 1604                               450 SKOKIE BLVD SUITE 1000
San Antonio, TX 78220-0184              Stafford, TX 77497-1604                   NORTHBROOK IL 60062-7917
```

| | | |
|---|---|---|
| Gulfstream Legal Group<br>1300 Texas St<br>Houston, TX 77002-3509 | H.N.B. Construction, LLC<br>c/o Malcolm D. Dishongh<br>PO Box 2347<br>Humble, TX 77347-2347 | HNB Construction, LLC<br>521 Woodhaven<br>Ingleside, TX 78362-4678 |
| Hayward PLLC<br>c/o Melissa S. Hayward<br>10501 N. Central Expy., Ste. 106<br>Dallas, TX 75231-2203 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Jetall Companies, Inc<br>1001 West Loop South Ste 700<br>Houston, TX 77027-9033 | Kings 111 Emergency Communications<br>751 Canyon Drive, Suite 100<br>Coppell, TX 75019-3857 | Lexitas<br>PO Box Box 734298 Dept 2012<br>Dallas, TX 75373-4298 |
| Lloyd E. Kelley<br>2726 Bissonent Suite 240<br>Houston, TX 77005-1352 | Logix Fiber Networks<br>PO Box 734120<br>Dallas, TX 75373-4120 | MacGeorge Law Firm<br>2921 E 17th St Blgd D Suite 6<br>Austin, TX 78702-1572 |
| Mueller Water Treatment<br>1500 Sherwood Forest Dr.<br>Houston, TX 77043-3899 | Naissance Galleria, LLC<br>c/o Law Office of Nima Taherian<br>701 N. Post Oak Rd. Ste 216<br>Houston, TX 77024-3868 | National Bank of Kuwait<br>299 Park Ave. 17th Floor<br>New York, NY 10171-0023 |
| Nationwide Security<br>2425 W Loop S 300<br>Houston, TX 77027-4205 | Nichamoff Law Firm<br>2444 Times Blvd 270<br>Houston, TX 77005-3253 | Rodney L. Drinnon<br>2000 West Loop S, Ste. 1850,<br>Houston, Texas 77027-3744 |
| TKE<br>3100 Interstate North Cir SE 500<br>Atlanta, GA 30339-2296 | U.S. Trustee's Office<br>515 Rusk, Suite 3516<br>Houston, Texas 77002-2604 | US Retailers LLC d/b/a Cirro Energy<br>Attention: Bankruptcy Department<br>PO Box 3606<br>Houston, TX 77253-3606 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 | Zindler Cleaning Service Co<br>2450 Fondren 113<br>Houston, TX 77063-2314 |
| Ali Choudhri<br>24256 West Loop South<br>11th Floor<br>Houston, TX 77027 | Christopher R Murray<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007-7510 | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Drive<br>Ste 1125<br>Houston, TX 77036-3343 |
| Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024-2824 | Rodney Drinnon<br>McCathern Houston<br>2000 W Loop S<br>Ste. 1850<br>Houston, TX 77027-3744 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Harris County, ATTN: Property Tax Division<br>Harris County Attorney's Office<br>P.O. Box 2928<br>Houston, TX 77252-2928 United States | First Insurance Funding<br>450 Skokie Blvd<br>Northbrook, IL 60062 | (d)Harris County Tax Assessor<br>PO Box 4622<br>Houston, TX 77210 |
| (d)Harris County, et al<br>PO Box 2928<br>Houston, TX 77252 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)2425 West Loop, LLC | (u)Sonder USA Inc. | (d)Arin-Air, LLC<br>5710 Brittmoore Rd. #13<br>Houston, TX 77041-5627 |
| (du)Sonder USA Inc. | (u)Jack Rose | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients     5<br>Total                  63 |