UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-34815 (JPN) |
| GALLERIA 2425 Owner, LLC. | § | |
| Debtor | § | Chapter 11 |

### EMERGENCY MOTION TO CONTINUE HEARING ON CONFIRMATION OF PLAN FILED BY NATIONAL BANK OF KUWAIT AND JOINT PLAN PROPOSED BY 2425 WL, LLC AND DEBTOR

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW 2425 WL, LLC ("Movant") and files this Motion to Continue Hearings on Confirmation of Plan filed by National Bank of Kuwait and Joint Plan filed by 2425 WL, LLC and Debtor and would show as follows:

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY

Emergency (or expedited) relief has been requested. If the Court considers the motion on an emergency (or expedited) basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that the emergency (or expedited) consideration is not warranted, you should file an immediate response.

1. The Court has set a hearing on confirmation of the Plan filed by National Bank of Kuwait and the Fifth Amended Joint Plan filed by 2425 WL, LLC on June 17, 2024 at 9:00 a.m.

2. 2425 WL, LLC has objected to confirmation of the Bank's plan and expects the Bank to object to the Joint Plan.

3. Ali Choudhri is the principal of both the Debtor and 2425 WL, LLC. On Sunday June 2, 2024, Mr. Choudhri was rushed to the hospital. He was diagnosed with a stroke. Mr. Choudhri is presently admitted to the stroke unit of Methodist

    Hospital. As a result, he is not presently able to assist with preparation for the two confirmation hearings and his ability to physically attend the hearings is unknown.

4. On June 3 at 7:33 a.m., I contacted Andrew Troop, Charles Conrad and R.J. Shannon and informed them of Mr. Choudrhi's condition and told them I would be seeking a continuance. I did not receive a response other than Mr. Shannon asked what I would be seeking to continue.

5. Based on prior pleadings in this case, I know that NBK's lawyers have the following conflicts:

   Charles Conrad:  June 19-July 1
   Andrew Troop     June 28-July 5

6. While it is not ideal, the confirmation hearings could be scheduled together with the sale hearing on July 8, 2024 at 9:00 a.m. Alternatively, the sale hearing could be continued to a later date.

7. This motion is supported by the Declaration of Stephen W Sather.

    Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expwy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103

By:   */s/ Stephen W. Sather*
      Stephen W. Sather
      State Bar No.17657520
      **ATTORNEYS FOR**
      **CREDITOR, 2425 WL,LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Response was served on the 4th day of June, 2024 to the parties on the attached list.

    */s/ Stephen W. Sather*
    Stephen W. Sather

## DECLARATION OF STEPHEN W. SATHER

1. My name is Stephen W. Sather. I am over the age of 18 years and am fully competent to give this Declaration. I have personal knowledge of the facts stated herein and they are true and correct. I give this Declaration under penalty of perjury pursuant to 28 U.S.C. Sec. 1746.

2. At approximately 6:00 a.m. on June 3, 2024, I learned that Ali Choudhri had been admitted to the hospital with a stroke on Sunday June 2, 2024. Mr. Choudhri's assistance and presence at hearings is necessary for my preparation for the confirmation hearings.

3. I informed Mr. Troop, Mr. Conrad and Mr. Shannon that I would be requesting a continuance at 7:33 a.m and included a medical record relating to Mr. Choudhri. I have not included that document I the record to protect Mr. Choudhri's privacy.. I was apparently not clear that I was seeking a continuance of the confirmation hearings because Mr. Shannon responded back and asked what I wanted continued. I informed him that it was the confirmation hearings. I know from prior pleadings that Mr. Conrad is not available from June 19-July 1 and that Mr. Troop is not available from June 28-July 5

4. None of the attorneys responded with dates that they would be available for a continued hearing. This may be because I was not clear or because they have not seen the email yet. I did speak with Mr. Conrad about Mr. Choudhri's condition on June 3 and have been in email contact with Mr. Shannon about this case.

Dated: June 4, 2024.

I declare the above and foregoing to be true and correct under penalty of perjury.

*/s/Stephen W. Sather*
Stephen W. Sather

```
Label Matrix for local noticing      2425 WL, LLC                          CC2 TX, LLC
0541-4                               2425 West Loop South 11th floor       c/o Howard Marc Spector
Case 23-34815                        Houston, TX 77027-4304                Spector & Cox, PLLC
Southern District of Texas                                                 12770 Coit Road Suite 850
Houston                                                                    Dallas, TX 75251-1364
Thu May 30 08:45:52 CDT 2024

City of Houston                      Galleria 2425 Owner, LLC              (p)HARRIS COUNTY ATTORNEY'S OFFICE
Linebarger Goggan Blair & Sampson LLP 1001 West Loop South 700              P O BOX 2928
c/o Tara L. Grundemeier              Houston, TX 77027-9084                HOUSTON TX 77252-2928
PO Box 3064
Houston, TX 77253-3064


Hayward PLLC                         Houston Community College System      Houston ISD
c/o Melissa Hayward                  Linebarger Goggan Blair & Sampson LLP Linebarger Goggan Blair & Sampson LLP
10501 N. Central Expy., Ste. 106     c/o Tara L. Grundemeier               c/o Tara L. Grundemeier
Dallas, TX 75231-2203                PO Box 3064                           PO Box 3064
                                     Houston, TX 77253-3064                Houston, TX 77253-3064


National Bank of Kuwait, S.A.K.P., New York   4                            2425 WL, LLC
                                     United States Bankruptcy Court        13498 Pond Springs Rd.
                                     PO Box 61010                          Austin, TX 78729-4422
                                     Houston, TX 77208-1010


2425 West Loop, LLC                  ADT                                   Ali Choudhry
2000 Hughes Landing Blvd., Suite 815 PO Box 382109                         1001 West Loop South 700
The Woodlands, Texas 77380-4142      Pittsburgh, PA 15251-8109             Houston, TX 77027-9084


Arin-Air, Inc.                       Ash Automated Control Systems, LLC    CC2 TX, LLC
5710 Brittmoore Rd. #13              PO Box 1113                           14800 Landmark Blvd., Suite 400
Houston, TX 77041-5627               Fulshear, TX 77441-2013               Dallas, TX 75254-7598


CFI Mechanical, Inc                  CNA Insurance Co                      Caz Creek Lending
6109 Brittmoore Rd                   PO Box 74007619                       118 Vintage Park Blvd No. W
Houston, TX 77041-5610               Chicago, IL 60674-7619                Houston, TX 77070-4095


Cirro Electric                       City of Houston                       City of Houston
PO Box 60004                         PO Box 1560                           c/o Tara L. Grundemeier
Dallas, TX 75266                     Houston, TX 77251-1560                Linebarger Goggan Blair & Sampson LLP
                                                                           PO Box 3064
                                                                           Houston, TX 77253-3064


Comcast                              Datawatch Systems                     Environmental Coalition Inc
PO Box 60533                         4520 East West Highway 200            PO Box 1568
City of Industry, CA 91716-0533      Bethesda, MD 20814-3382               Stafford, TX 77497-1568


Ferguson Facilities Supplies         Firetron                              (p)FIRST INSURANCE FUNDING
PO Box 200184                        PO Box 1604                           450 SKOKIE BLVD SUITE 1000
San Antonio, TX 78220-0184           Stafford, TX 77497-1604               NORTHBROOK IL 60062-7917
```

| | | |
|---|---|---|
| Gulfstream Legal Group<br>1300 Texas St<br>Houston, TX 77002-3509 | H.N.B. Construction, LLC<br>c/o Malcolm D. Dishongh<br>PO Box 2347<br>Humble, TX 77347-2347 | HNB Construction, LLC<br>521 Woodhaven<br>Ingleside, TX 78362-4678 |
| Hayward PLLC<br>c/o Melissa S. Hayward<br>10501 N. Central Expy., Ste. 106<br>Dallas, TX 75231-2203 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Jetall Companies, Inc<br>1001 West Loop South Ste 700<br>Houston, TX 77027-9033 | Kings 111 Emergency Communications<br>751 Canyon Drive, Suite 100<br>Coppell, TX 75019-3857 | Lexitas<br>PO Box Box 734298 Dept 2012<br>Dallas, TX 75373-4298 |
| Lloyd E. Kelley<br>2726 Bissonent Suite 240<br>Houston, TX 77005-1352 | Logix Fiber Networks<br>PO Box 734120<br>Dallas, TX 75373-4120 | MacGeorge Law Firm<br>2921 E 17th St Blgd D Suite 6<br>Austin, TX 78702-1572 |
| Mueller Water Treatment<br>1500 Sherwood Forest Dr.<br>Houston, TX 77043-3899 | Naissance Galleria, LLC<br>c/o Law Office of Nima Taherian<br>701 N. Post Oak Rd. Ste 216<br>Houston, TX 77024-3868 | National Bank of Kuwait<br>299 Park Ave. 17th Floor<br>New York, NY 10171-0023 |
| Nationwide Security<br>2425 W Loop S 300<br>Houston, TX 77027-4205 | Nichamoff Law Firm<br>2444 Times Blvd 270<br>Houston, TX 77005-3253 | Rodney L. Drinnon<br>2000 West Loop S, Ste. 1850,<br>Houston, Texas 77027-3744 |
| TKE<br>3100 Interstate North Cir SE  500<br>Atlanta, GA 30339-2296 | U.S. Trustee's Office<br>515 Rusk, Suite 3516<br>Houston, Texas 77002-2604 | US Retailers LLC d/b/a Cirro Energy<br>Attention: Bankruptcy Department<br>PO Box 3606<br>Houston, TX 77253-3606 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 | Zindler Cleaning Service Co<br>2450 Fondren 113<br>Houston, TX 77063-2314 |
| Ali Choudhri<br>24256 West Loop South<br>11th Floor<br>Houston, TX 77027 | Christopher R Murray<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007-7510 | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Drive<br>Ste 1125<br>Houston, TX 77036-3343 |
| Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024-2824 | Rodney Drinnon<br>McCathern Houston<br>2000 W Loop S<br>Ste. 1850<br>Houston, TX 77027-3744 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Harris County, ATTN: Property Tax Division  
Harris County Attorney's Office  
P.O. Box 2928  
Houston, TX 77252-2928 United States  

First Insurance Funding  
450 Skokie Blvd  
Northbrook, IL 60062  

(d)Harris County Tax Assessor  
PO Box 4622  
Houston, TX 77210  

(d)Harris County, et al  
PO Box 2928  
Houston, TX 77252  

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)2425 West Loop, LLC

(u)Sonder USA Inc.

(d)Arin-Air, LLC  
5710 Brittmoore Rd. #13  
Houston, TX 77041-5627  

(du)Sonder USA Inc.

(u)Jack Rose

End of Label Matrix  
Mailable recipients    58  
Bypassed recipients     5  
Total                  63