10/29/2018 3:52:53 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 28637847
By: PATTON, JONATHAN R
Filed: 10/29/2018 3:52:53 PM

No. 2018-23733

| | | |
|---|---|---|
| KHAWAJA PARTNERS, LTD., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| JETALL COMPANIES INC. | § | |
| | § | |
| Defendant. | § | 129TH JUDICIAL DISTRICT |

## ORDER ON FINAL SUMMARY JUDGMENT

~~On November 19, 2018~~, the Court heard Plaintiff Khawaja Partners, Ltd.'s ("Khawaja") Traditional Motion for Summary Judgment. After considering the motion, the response, any reply, and the arguments of counsel, the Court is of the opinion that Plaintiff's motion should be and hereby is in all things GRANTED. It is therefore—

ORDERED, ADJUDGED, and DECREED that Khawaja have and recover against Jetall Companies, Inc. ("Jetall") judgment in the amount of Nine Hundred Eighty-Seven Thousand Five Hundred Dollars ($987,500). It is further—

ORDERED, ADJUDGED, and DECREED that Khawaja have and recover against Jetall pre-judgment interest at the rate of ~~5.25%~~ 5.5% per year on the principal sum of Nine Hundred Eighty-Seven Thousand Five Hundred Dollars ($987,500) from the date this suit was filed, April 9, 2017, through the day before the date of this order, ~~November 18, 2018, for a total due and owing of One Million Seventy-One Thousand Eighteen Dollars and Fifteen Cents ($1,071,018.15)~~. It is further—

ORDERED, ADJUDGED, and DECREED that Khawaja have and recover against Jetall post-judgment interest at the rate of ~~5.25%~~ 5.5% per year ~~on the sum of One Million Seventy-One Thousand Eighteen Dollars and Fifteen Cents ($1,071,018.15)~~. It is further—

1

ORDERED, ADJUDGED, and DECREED that having prevailed on its claim for breach of contract, and pursuant to Chapter 38 of the Texas Civil Practice and Remedies Code, Khawaja have and recover against Jetall its reasonable and necessary attorneys' fees in the amount of $28,245.00. Khawaja shall submit its costs of court in the amount of $5,312.36. It is further—

ORDERED, ADJUDGED, and DECREED that Khawaja have and recover against Jetall the following contingent attorneys' fees: in the event Defendant files a Motion for New Trial or an appeal to a court of appeals: $3,500 for responding to a motion for new trial; $10,000 for responding to an appeal filed at the Court of Appeals; $15,000.00 for filing or responding to a Petition for Review before the Texas Supreme Court; and $10,000.00 for preparing a brief on the merits if requested by the Texas Supreme Court. It is further—

ORDERED, ADJUDGED, and DECREED that all costs of court are hereby taxed against Jetall. It is further—

ORDERED, ADJUDGED, and DECREED that Khawaja shall have and be entitled to all writs and processes that may be necessary for enforcement, execution, and collection of the judgment imposed against Jetall herein. It is further—

All relief not specifically granted herein is denied. This is a final, appealable order disposing of all claims for all purposes.

Signed on _____, 2018.

Signed:
5/31/2019
_____
JUDGE PRESIDING