P-3 SUPER

TRIAL COURT CAUSE NUMBER: 2013-41273

| | |
|---|---|
| OSAMA ABDULLATIF. Individually, and<br>ABDULLATIF & COMPANY, LLC<br>Plaintiffs<br><br>VS.<br><br>ALI CHOUDHRI and HOUSTON REAL ESTATE<br>PROPERTIES, LLC<br>Defendants | IN THE DISTRICT COURT OF<br><br>HARRIS COUNTY, TEXAS<br><br>334TH JUDICIAL DISTRICT |

### CLERK'S CERTIFICATE OF
### DEPOSIT IN LIEU OF SUPERSEDEAS BOND

THE STATE OF TEXAS:

COUNTY OF HARRIS:

This document is to certify that I, the undersigned clerk of the District Courts of Harris County, Texas have received a cash deposit in the amount of **ONE HUNDRED THIRTY THREE THOUSAND SEVEN HUNDRED SEVENTEEN DOLLARS AND 40 CENTS ($133,717.40)**, deposited with the Registry of the Court (CHECK #: **569007723**), from **NICHOLAS PETREE** on behalf of **ALI CHOUDHRI and HOUSTON REAL ESTATE PROPERTIES, LLC** on the **23RD** day of **FEBRUARY, 2023**.

This cash deposit was deposited in accordance with Rule 24.1(c) (1) of the Texas Rules of Appellate Procedure, and is conditioned that the appellant shall prosecute his appeal or writ of error with effect and in case the judgment of the Supreme Court or Court of Appeals shall be against the appellant, he shall perform its judgment, sentence or decree and pay all such damages and costs as said court may award against him and, upon approval by the clerk, execution of the judgment or so much thereof as has been superseded shall be suspended.

WITNESS my hand and seal of office this 23RD day of FEBRUARY, A.D., 2023.



MARILYN BURGESS, District Clerk
Harris County, Texas

BY _____, Deputy
SHEMEKA LEE

**Court of Civil Appeals:** (1ST)
NICHOLAS PETREE
1111 LOUISIANA ST 44TH FLR
HOUSTON TX 77002

TBA# 24083657

**FILED**
Marilyn Burgess
District Clerk
FEB 23 2023
Time:_____
Harris County, Texas
By_____ Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

2/23/2023 10:58:43 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 73037012
By: Dozier, Angelia
Filed: 2/23/2023 10:58:43 AM

CAUSE NO. 2013-41273

| | | |
|---|---|---|
| OSAMA ABDULLATIF, Individually, and ABDULLATIF & COMPANY, LLC | § § § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| ALI CHOUDHRI and HOUSTON REAL ESTATE PROPERTIES, LLC | § § § | |
| *Defendants.* | § § | 334th JUDICIAL DISTRICT |

## ORDER REQUIRING ADDITIONAL CASH DEPOSIT IN LIEU OF BOND TO SUPERSEDE THE COURT'S FINAL JUDGMENT

On February 17, 2023, Judgment Debtors Ali Choudhri and Houston Real Estate Properties, LLC (together, "Judgment Debtors") deposited $1,726,200.14 with the District Clerk of Harris County, Texas in accordance with Rule 24.1(c) of the Texas Rules of Appellate Procedure.

Judgment Creditors Osama Abdullatif and Abdullatif & Company, LLC (together, "Judgment Creditors") contested the amount of security posted by Judgment Debtors to supersede the final judgment entered in this matter (the "Judgment") and contend that the amount should be increased.

The Court heard argument of counsel for Judgment Creditors and Judgment Debtors on February 22, 2023. After considering the arguments of counsel and record in this matter, the Court hereby ORDERS as follows:

It is ORDERED that pursuant to Rule 24.2 of the Texas Rules of Appellate Procedure, the amount of the bond, deposit, or security which Judgment Debtors must post to supersede the Judgment is $1,859,917.54. It is further

ORDERED that Judgment Debtors must deposit an additional $133,717.40 with the District Clerk by 5:00 p.m. on February 23, 2023 to supersede the Judgment pursuant to Rule 24.1(c) of the Texas Rules of Appellate Procedure.

SIGNED this _____ day of _____, 2023.

Signed:<br>
2/23/2023<br>
1:32 PM<br>
_____<br>
HONORABLE JUDGE DAWN ROGERS

Unofficial Copy Office of Marilyn Burgess District Clerk