RP-2024-52182
02/15/2024   ER   $65.00

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVERS LICENSE NUMBER.**

## NOTICE OF ABSTRACTS OF JUDGMENT

Pursuant to the TEX. PROP. CODE, the following Notice is hereby given as to the following described Judgments for the purpose of attaching to the following described real property (including improvements) located in Harris County, Texas:

Abstract of Judgment 1, a true and correct copy of Abstract of Judgment 1 recorded under Harris County Real Property Records Instrument RP-2023-464207 is attached hereto as Exhibit "A" and made a part for all purposes:

### Cause No. 2012–27197–A

| | | |
|---|---|---|
| MOKARAM-LATIF WEST LOOP, LTD., AND OSAMA ABDULLATIF | § § § | IN THE 333RD JUDICIAL DISTRICT COURT |
| vs. | § § | |
| ALI CHOUDHRI | § | OF HARRIS COUNTY, TEXAS |

Abstract of Judgment 2, a true and correct copy of Abstract of Judgment 2 recorded under Harris County Real Property Records Instrument RP-2023-464206 is attached hereto as Exhibit "B" and made a part for all purposes:

### Cause No. 2012–27197

| | | |
|---|---|---|
| MOKARAM LATIF WEST LOOP, LTD. | § § | IN THE 333RD JUDICIAL DISTRICT COURT |
| vs. | § | |
| ALI CHOUDHRI AND ANGEL VALLE | § | OF HARRIS COUNTY, TEXAS |

Abstract of Judgment 3, a true and correct copy of Abstract of Judgment 3 recorded under Harris County Real Property Records Instrument RP-2023-481068 is attached hereto as Exhibit "C" and made a part for all purposes:

### Cause No. 2012–27197–D

| | | |
|---|---|---|
| MOKARAM LATIF WEST LOOP, LTD. | § § | IN THE 333RD JUDICIAL DISTRICT COURT |
| vs. | § | |
| ALI CHOUDHRI AND ANGEL VALLE | § | OF HARRIS COUNTY, TEXAS |

Abstract of Judgment 4, a true and correct copy of Abstract of Judgment 4 recorded under Harris County Real Property Records Instrument RP-2023-464208 is attached hereto as Exhibit "D" and made a part for all purposes:

Cause No. 2017-50232

| | | |
|---|---|---|
| OSAMA ABDULLATIF | § | IN THE 333RD JUDICIAL DISTRICT |
| | § | COURT |
| vs. | § | |
| | § | |
| JETALL COMPANIES, INC. ET AL | § | OF HARRIS COUNTY, TEXAS |

Properties affected (including, but not limited to):

All that certain 3.1708 acres of land out of Lot 9, Roy B Nichols Subdivision according to the plat thereof filed at Volume 321, Page 431 Harris County Deed Records being the same property described in a deed dated 09-17-2004 from CAPTAINS'S PORTFOLIO L.P. to RMC 2004 PORTFOLIO I, L.P. filed in the Official Public Records of Harris County, Texas at Clerk File No X-927647, Film Code No. 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, and being more particulary described by metes and bounds in Exhibit "A"

STATE OF TEXAS                §
                                          §
COUNTY OF HARRIS        §

BEFORE ME the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared    Osama Abdullatif (the "Affiant"), who, being first duly sworn, upon his oath state(s):

1.    "I am making this Notice for the purpose of recording the Abstract of Judgments attached hereto as Exhibits "A", "B", "C", and "D" and made a part for all purposes and for the indexing of said Abstracts of Judgment against the Property which is owned or has been owned by "GALLERIA WEST LOOP INVESTMENTS, LLC, BDFI, LLC, GALERIA WEST LOOP INVESTMENTS GP, LLC, 50 BH, LLC, 50 BH GP, LLC, 50 BRIAR HOLLOW LLC, , BRIAR BUILDING HOUSTON, LLC all of which we contend is an alter ego of ALI CHOUHDRI, et al." currently in litigation in State and Federal court.



Printed Name:      Osama Abdullatif

STATE OF TEXAS                §
                                          §            Title:    Affiant
COUNTY OF HARRIS        §
                                                       Date: February 14, 2024

The foregoing instrument was acknowledged before me, the undersigned notary, on the 14th day of February, 2024 by    Osama Abdullatif

P B MENDEZ
Notary ID #125173015
My Commission Expires
January 21, 2025

Notary Public State of Texas
P. B. Mendez
My Commission Expires  1-21-25

Page 2 of 2

RP-2024-52182

UNOFFICIAL COPY

## EXHIBIT A

All that certain 3.1708 acres of land out of Lot 9, Roy B. Nichols Subdivision according to the plat thereof filed at Volume 321, Page 431 Harris County Deed Records being the same property described in a deed dated 09-17-2004 from CAPTAIN'S PORTFOLIO L.P. to RMC 2004 PORTFOLIO I, L.P., filed in the Official Public Records of Harris County, Texas at Clerk File No. X-927647, Film Code No. 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, and being more particularly described by metes and bounds as follows:

BEGINNING at a found 5/8" iron rod marking the southeast corner of the end of Emmet Lane (30' wide) also being the most southerly southwest corner of Briar Hollow, according to the plat thereof filed at Volume 32, Page 61 Harris County Map Records;

THENCE S 89° 56' OCT' E - 457.91 ', with the south line of said Briar Hollow, to a found 5/8" iron rod with cap for corner;

THENCE along the centerline meanders of Briar Hollow Gully the following ten (10) courses and distances:

S 04° 18' 21" W - 75.54' to a found 5/8" iron rod with cap for angle point;
S 70° 53' 35" W - 28.65' to a called and found 1-1/4" iron pipe for angle point;
S 51° 01' 16" W - 71.17' to a called and found 1-1/4" iron pipe for angle point;
S 12° 39' 40" E - 80.46' to a found 5/8" iron rod with cap for angle point;
S 24° 34' 52" W - 15.47' to a found 5/8" iron rod with cap for angle point;
S 59° 41' 53" W - 15.1 0' to a found 5/8" iron rod with cap for angle point;
S 84° 15' 45" W - 11.90' to a found 5/8" iron rod with cap for angle point;
N 65° 48' 54" W - 29.20' to a called and found 1-1/4" iron pipe for angle point;
N 89° 36' 28" W - 53.02' to a found 5/8" iron rod with cap for angle point;
S 7 4° 28' 23" W - 77 .11' to a found 5/8" iron rod with cap for corner;

THENCE N 25° 50' 33" W - 77.33', with the south line of that certain 3.2309 acre tract as described in a Substitute Trustee's Deed dated 1-3-1989 from Mark D. Stout, Substitute Trustee to New England Mutual Life Insurance Company filed in the Official Public Records of Real Property of Harris County, Texas at Clerk File No. L-995411, Film Code No. 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, to a found 5/8" iron rod for corner;

THENCE N 78° 28' 22" W - 97.76', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod for angle point;

THENCE N 89° 39' 54" W - 113.14', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod with cap for angle point;

THENCE N 89° 56' 00" W - 348.00', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod with cap for corner;
THENCE N 01° 21' 00" E -140.00', with the east right-of-way line of Briar Hollow Lane (60' wide), to a found 5/8" iron rod with cap for corner;

THENCE N 45° 42' 30" E - 14.30', with a cut-back corner for Emmet Lane, to a found 5/8" iron rod for corner;

THENCE S 89° 56' OCT' E - 374.89', with the south right-of-way line of said Emmet Lane, to the POINT OF BEGINNING and containing 3.1708 acres (138,119 square feet) of land, more or less.

EXHIBIT A TO NOTICE OF ABSTRACT OF JUDGMENT