# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-10120 |
| JOSHUA GATES, | § | |
| | § | CHAPTER 13 |
| Debtor. | § | |
| | § | |
| OSAMA ABDULLATIF and MOKARAM-LATIF WEST LOOP, LTD., | § § § | |
| Plaintiffs, | § § | |
| VS. | § | ADVERSARY NO. 24-1003 |
| | § | |
| ALI MOKARAM, ANGEL VALLE, and ALI CHOUDHRI, | § § § § | |
| Defendants. | § | |

## ORDER TRANSFERING VENUE

Pending before the Court is "Ali Choudhri's Corrected Motion to Transfer Venue of Adversary Proceedings"[1] (the "*Motion*") filed by Ali Choudhri on August 4, 2024. Pursuant to 28 U.S.C. § 1412 and Rule 7087 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), the Court deems it proper to transfer the instant adversary proceeding to the United States Bankruptcy Court for the Western District of Texas to be heard in connection with that certain bankruptcy case pending as In re Texas REIT, LLC, Case No. 24-10120 (the "*Texas REIT Bankruptcy Case*"). Accordingly, it is therefore:

**ORDERED:** that

1. The instant action, Adv. Proc. No. 24-1003 is hereby transferred from the Southern District of Texas to the Western District of Texas.
   SIGNED August 20, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 8.