

# Christopher A Wyatt

Generated on: 10/19/2020

---

**Please remember, you are restricted from using this information for:**

**Employment Screening:**

You may not use this information when evaluating a person for employment, reassignment, promotion, or retention

**Hiring of Household Workers:**

Including, but not limited to, nannies and domestic workers

**Tenant Screening**

Including, but not limited to, leasing a residential or commercial space

**Educational Qualification:**

Including, but not limited to, a person's qualifications for an educational program or scholarship

**Credit or Insurance:**

Accessing the risk of existing credit obligations of an individual and/or determining eligibility for issuing credit or insurance

**Business Transactions Initiated by an Individual Customer:**

Reviewing a personal customer account to determine whether the person continues to meet the terms of the account

Using this information in these ways violates both our Terms & Conditions and the law, and can lead to possible criminal penalties. We take this very seriously, and reserve the right to terminate user accounts and/or report violators to law enforcement as appropriate.

**Disclaimer:** While we are constantly updating and refining our database and service, we do not represent or warrant that the results provided will be 100% accurate and up to date. BeenVerified, Inc. is a database of publicly available sources of information aggregated for your convenience. BeenVerified, Inc. does not provide private investigator services and this information should not be used for employment, tenant screening, or any FCRA related purposes. BeenVerified, Inc. does not make any representation or warranty as to the character or the integrity of the person, business, or entity that is the subject of any search inquiry processed through our service.

Copyright © 2020 BeenVerified, Inc. Inc. All Rights Reserved.

# Table of Contents

| | |
|---|---|
| Table of Contents | 2 |
| Summary | 3 |
| Contact Info | 3 |
| Address History | 4 |
| Relatives | 4 |
| Neighbors | 7 |
| Associates | 8 |
| Professional | 8 |
| Education | 8 |
| Usernames | 8 |
| Social Media | 9 |
| Photos | 9 |
| Possible Owned Assets | 9 |
| Criminal & Traffic Records | 10 |
| Bankruptcies | 16 |
| Judgments & Liens | 16 |
| Licenses & Permits | 16 |

# Christopher A Wyatt

Spring, TX / Age 58

## Personal Overview

| | |
|---|---|
| **Name:** | Christopher A Wyatt |
| **Age:** | 58 |
| **Born on:** | 11/1961 |
| **Address:** | 406 Spring Lakes Hvn Spring, TX 77373 |
| **Aliases:** | Carol Wyatt |
| | Christopher A Wyatt |
| | Christopher Wyatt |
| | Chris Wyatt |
| | A Wyatt |
| | C Wyatt |
| | Chrisopher Wyatt |
| | Christoph A Wyatt |
| | Christopher Etal Wyatt |
| | Chris Alan Wyatt |
| | Christopher Alan Wyatt |
| | Wyatt Christoph |
| | Sandi Wyatt |

## Contact Info

**19** Contact Info Found

| # | Phone Numbers | Phone Type |
|---|---|---|
| 1 | 832-768-0003 (Best Match) | Mobile |
| 2 | 727-534-9655 | Mobile |
| 3 | 281-787-0904 | Mobile |
| 4 | 281-651-6035 | Home Phone |
| 5 | 713-651-6035 | |
| 6 | 281-651-5551 | Work Fax |
| 7 | 832-620-9023 | Possible Cell Phone |
| 8 | 832-488-3304 | Possible Cell Phone |
| 9 | 281-288-0306 | |
| 10 | 6516035 | |
| 11 | 917-620-7247 | |

| # | Email Addresses | Email Type |
|---|---|---|
| 1 | wyattc71@yahoo.com (Best Match) | Personal |
| 2 | wyattsping@aol.com | Personal |
| 3 | wyattspring@aol.com | Personal |
| 4 | brenham@cwix.com | |
| 5 | sldwyatt06@gmail.com | |
| 6 | brenham@cwi1.com | |
| 7 | cwyatt1643@gmail.com | |
| 8 | cwyatt@peoplepc.com | |

## Address History

**7** | Addresses Found

| # | Address | Address Type | Last Seen Date |
|---|---|---|---|
| 1 | 406 Spring Lakes Hvn Spring, TX 77373 (Best Match) | | 07/2016 |
| 2 | 9311 Zurich Ct Houston, TX 77070 | | 10/1999 |
| 3 | 4707 Pin Oak Park Apt 522 Houston, TX 77081 | | 07/1987 |
| 4 | 957 PO Box Porter, TX 77365 | | 07/1987 |
| 5 | 5454 Newcastle St Apt 1946 Houston, TX 77081 | | N/A |
| 6 | 1333 Gears Rd Apt 2602 Houston, TX 77067 | | N/A |
| 7 | 2014 Lexington Woods Dr Spring, TX 77373 | | N/A |

## Relatives

**20** | Relatives Found

**1st Degree**

| # | Name | Age | Address |
|---|---|---|---|
| 1 | TINA MARIE WYATT | 55 | 29915 Roberts Trl Magnolia, TX 77354<br>First seen: 06/2018, Last seen: 06/2020<br><br>16403 Grants Manor Ct Cypress, TX 77429<br>First seen: 05/2009, Last seen: 05/2009<br><br>2014 Lexington Woods Dr Spring, TX 77373<br>First seen: N/A, Last seen: N/A |
| 2 | SANDRA L NOWAK | 53 | 406 Spring Lakes Hvn Spring, TX 77373<br>First seen: 07/2006, Last seen: 10/2014<br><br>8727 Point Park Dr Apt 1122 Houston, TX 77095<br>First seen: 12/2004, Last seen: N/A<br><br>820 Gessner Rd Ste 10 Houston, TX 77024<br>First seen: N/A, Last seen: N/A |

| 3 | HAYDEN NICHOLAS WYATT | 24 | 1625 N Whistling Straits Ave Apt 206 Fayetteville, AR 72704<br>First seen: N/A, Last seen: N/A<br><br>406 Spring Lakes Hvn Spring, TX 77373<br>First seen: N/A, Last seen: N/A |
| 4 | HAYLEIGH WYATT | N/A | 9844 Cypresswood Dr Apt 1902 Houston, TX 77070<br>First seen: 02/2017, Last seen: 02/2017<br><br>29915 Roberts Trl Magnolia, TX 77354<br>First seen: N/A, Last seen: N/A |
| 5 | JERRY D WYATT | 81 | 406 Spring Lakes Hvn Spring, TX 77373<br>First seen: 06/2013, Last seen: 06/2013<br><br>4317 Sablan Ln Milton, FL 32583<br>First seen: 03/2012, Last seen: 03/2012<br><br>1817 Wheeler Rd Gulf Breeze, FL 32563<br>First seen: 04/2005, Last seen: 04/2005 |

**2nd Degree**

| # | Name | Age | Address |
|---|------|-----|---------|
| 1 | JATONA LOUISE WADE | 60 | 555 Spring Park Center Blvd Apt 12202 Spring, TX 77373<br>First seen: 04/2002, Last seen: 04/2002<br><br>1300 SW 108th Pl Oklahoma City, OK 73170<br>First seen: N/A, Last seen: N/A<br><br>25650 Interstate 45 Spring, TX 77386<br>First seen: N/A, Last seen: N/A |
| 2 | ALBERT THOMAS WADE | 37 | 30410 Highland Ct Magnolia, TX 77354<br>First seen: 10/2000, Last seen: 03/2001<br><br>162 S Walden Elms Cir Spring, TX 77382<br>First seen: N/A, Last seen: N/A<br><br>11415 Autumn Chase Dr Houston, TX 77065<br>First seen: N/A, Last seen: N/A |
| 3 | DANA W WADE | 59 | 19022 Buffalo River Way Houston, TX 77084<br>First seen: 12/1995, Last seen: 05/2017<br><br>5454 Newcastle St Apt 106 Houston, TX 77081<br>First seen: N/A, Last seen: N/A<br><br>3231 Tynemeadow Ct Katy, TX 77449<br>First seen: N/A, Last seen: N/A |
| 4 | TIMOTHY W WADE | 59 | 19022 Buffalo River Way Houston, TX 77084<br>First seen: 12/1994, Last seen: 12/2017<br><br>5454 Newcastle St Apt 1837 Houston, TX 77081<br>First seen: 07/1993, Last seen: 07/1994<br><br>3231 Tynemeadow Ct Katy, TX 77449<br>First seen: N/A, Last seen: N/A |

| 5 | MADISON NOWAK | N/A | 20819 Magnolia Brook Ln Cypress, TX 77433<br>First seen: 04/2020, Last seen: 04/2020 |
|---|---|---|---|
| 6 | KENNETH W DAVILA | 54 | 14735 Kendallbrook Dr Houston, TX 77095<br>First seen: 11/2007, Last seen: 10/2015<br><br>7503 Log Cradle Dr Houston, TX 77041<br>First seen: N/A, Last seen: N/A<br><br>13606 Chimney Sweep Dr Houston, TX 77041<br>First seen: N/A, Last seen: N/A |
| 7 | ELEAZAR P DAVILA | 76 | 14735 Kendallbrook Dr Houston, TX 77095<br>First seen: 07/2007, Last seen: 03/2017<br><br>13606 Chimney Sweep Dr Houston, TX 77041<br>First seen: 09/2006, Last seen: 09/2006<br><br>1103 E 23rd St Apt 2 Houston, TX 77009<br>First seen: 11/1995, Last seen: 01/2003 |
| 8 | LUCY MARTINEZ | 75 | 14735 Kendallbrook Dr Houston, TX 77095<br>First seen: 07/2007, Last seen: 02/2018<br><br>17519 Wild Willow Ln Houston, TX 77084<br>First seen: 06/2004, Last seen: 03/2007<br><br>13606 Chimney Sweep Dr Houston, TX 77041<br>First seen: N/A, Last seen: N/A |
| 9 | DARLENE D LOPEZ | 51 | 14735 Kendallbrook Dr Houston, TX 77095<br>First seen: 09/2007, Last seen: 06/2020<br><br>17519 Wild Willow Ln Houston, TX 77084<br>First seen: 04/2004, Last seen: 08/2007<br><br>5819 Greenpark Manor Ln Houston, TX 77085<br>First seen: N/A, Last seen: N/A |
| 10 | MARIA LOPEZ DAVILA | 54 | 7311 Log Cradle Dr Houston, TX 77041<br>First seen: 04/2020, Last seen: 04/2020<br><br>2311 Baylor St Houston, TX 77009<br>First seen: 11/1999, Last seen: 04/2005 |
| 11 | MARIA DAVILA | N/A | 7311 Log Cradle Dr Houston, TX 77041<br>First seen: 04/2020, Last seen: 04/2020<br><br>14735 Kendallbrook Dr Houston, TX 77095<br>First seen: 07/2016, Last seen: 07/2016<br><br>8440 Easton Commons Dr Apt 514 Houston, TX 77095<br>First seen: N/A, Last seen: N/A |

| 12 | LUCITA P DAVILLA | 89 | |
|---|---|---|---|
| | | | 7935 Ellinger Ln Houston, TX 77040<br>First seen: 01/2018, Last seen: 01/2018 |
| | | | 7937 Ellinger Ln Houston, TX 77040<br>First seen: 08/2012, Last seen: 06/2013 |
| | | | 14950 Meyer Ave Allen Park, MI 48101<br>First seen: N/A, Last seen: N/A |
| 13 | GABRIEL R DAVILA | 50 | |
| | | | 2840 Shadowbriar Dr Apt 804 Houston, TX 77077<br>First seen: 09/2008, Last seen: 06/2014 |
| | | | 10498 Fountain Lake Dr Apt 134 Stafford, TX 77477<br>First seen: N/A, Last seen: N/A |
| | | | 11770 Westheimer Rd Apt 2308 Houston, TX 77077<br>First seen: N/A, Last seen: N/A |
| 14 | TONYA L WYATT | 60 | |
| | | | 52511 McKenzie Hwy Spc 9 Blue River, OR 97413<br>First seen: 04/2020, Last seen: 04/2020 |
| | | | 16331 Sandalwood St Fountain Valley, CA 92708<br>First seen: 10/1993, Last seen: 07/2016 |
| | | | 11376 69th Ave Seminole, FL 33772<br>First seen: N/A, Last seen: N/A |
| 15 | PERRY DON WYATT | 81 | |
| | | | 11376 69th Ave Seminole, FL 33772<br>First seen: 07/2007, Last seen: 11/2008 |
| | | | 503 150th Ave Slip 20 Madeira Beach, FL 33708<br>First seen: 02/1999, Last seen: 04/2002 |

# Neighbors

**10** Neighbors Found

| # | Name | Age | Address |
|---|---|---|---|
| 1 | HERBERT P LEYENDECKER | 83 | 407 Spring Lakes Hvn Spring, TX 77373<br>First seen: 07/1987, Last seen: 07/2020 |
| 2 | DAN M LONG | 62 | 403 Spring Lakes Hvn Spring, TX 77373<br>First seen: 07/1987, Last seen: 07/2020 |
| 3 | JOANNE M LONG | 64 | 403 Spring Lakes Hvn Spring, TX 77373<br>First seen: 07/1987, Last seen: 07/2020 |
| 4 | NORMA KAY FITZCHARLES | 81 | 402 Spring Lakes Hvn Spring, TX 77373<br>First seen: 07/1987, Last seen: 07/2020 |
| 5 | GARY MITCHELL | N/A | 9314 Zurich Ct Houston, TX 77070<br>First seen: 12/2017, Last seen: 07/2020 |

| 6 | FRANCES BARRELLI | N/A | 9303 Zurich Ct Houston, TX 77070<br>First seen: 02/2019, Last seen: 07/2020 |
| 7 | JENNIFER L JEZ | N/A | 9302 Zurich Ct Houston, TX 77070<br>First seen: N/A, Last seen: 07/2020 |
| 8 | JENNIFER LYNN JEZ | 37 | 9302 Zurich Ct Houston, TX 77070<br>First seen: N/A, Last seen: 07/2020 |
| 9 | JORDAN E BOUCHER | N/A | 4707 Pin Oak Park Apt 515 Houston, TX 77081<br>First seen: 01/2018, Last seen: 07/2020 |
| 10 | DARIUS DONTREAL LEWIS | 25 | 4707 Pin Oak Park Apt 515 Houston, TX 77081<br>First seen: 01/2018, Last seen: 07/2020 |

# Associates

**1** | Associates Found

| # | Name | Age | Address |
|---|------|-----|---------|
| 1 | KENIA LOPEZ | N/A | 2014 Lexington Woods Dr Spring, TX 77373<br>First seen: 12/2016, Last seen: 04/2018 |

# Professional

**8** | Jobs Found

| # | Company | Title | Industry | Started on | Ended on |
|---|---------|-------|----------|-----------|----------|
| 1 | WYATT CONSULTING SERVICES | CHIEF EXECUTIVE OFFICER | N/A | N/A | N/A |
| 2 | BRENHAM CLEANERS, INC. | PRESIDENT | N/A | N/A | N/A |
| 3 | BRENHAM CLEANERS, INC. | DIRECTOR | N/A | N/A | N/A |
| 4 | BRENHAM CLEANERS, INC. | P | N/A | N/A | N/A |
| 5 | BANK UNITED | N/A | N/A | N/A | N/A |
| 6 | Wyatt Consulting Services | CEO | Legal Services | 05/01/2010 | N/A |
| 7 | Litton Loan Servicing | VP | N/A | 01/01/2001 | 12/31/2010 |
| 8 | columbia wire iron works | N/A | N/A | N/A | N/A |

# Education

**1** | Schools Found

| # | School | Degree | Dates Attended |
|---|--------|--------|----------------|
| 1 | University of North Texas | BA/Science, Physics | N/A to N/A |

# Usernames

**0** | Usernames Found

# Social Media

**12** | Social Media Found

| # | Network | Profile Link |
|---|---------|--------------|
| 1 | linkedin | https://www.linkedin.com/in/chris-wyatt-0383a942 |
| 2 | complaintsboard.com | https://www.complaintsboard.com/complaints/union-telecom-c496517.html |
| 3 | litton-loan-servicing.pissedconsumer.com | https://litton-loan-servicing.pissedconsumer.com/new-jersey/piscataway-township/RT-AB.html |
| 4 | complaintsboard.com | https://www.complaintsboard.com/complaints/nationstar-mortgage-lewisville-texas-c278422.html |
| 5 | other | http://www.wyattconsultingservices.com |
| 6 | other | https://www.linkedin.com/school/university-of-north-texas/ |
| 7 | other | https://www.linkedin.com/redir/redirect |
| 8 | facebook | https://www.facebook.com/sldwyatt |
| 9 | klout | http://klout.com/SandiWyatt |
| 10 | pinterest | http://www.pinterest.com/sldwyatt/ |
| 11 | twitter | https://twitter.com/SandiWyatt |
| 12 | gravatar | https://gravatar.com/wyattspring |

# Photos

**4** | Photos Found

**Please log into your BeenVerified, Inc. account to view photos for this report.**

# Possible Owned Properties

**1** | Properties Found

**Disclaimer:** Please be advised that assets may be current or historical and actual value varies.

| # | Address | Value | Year Built | Beds | Baths | Owners |
|---|---------|-------|-----------|------|-------|--------|
| 1 | 406 SPRING LAKES HVN SPRING, TX 77373 | $284,153 | 1999 | 4 | 4 | CHRISTOPHER A WYATT |

# Possible Owned Automobiles

**5** | automobiles Found

**Disclaimer:** Please be advised that assets may be current or historical and actual value varies.

| # | Description | MSRP | Est. Value | VIN | Registered To | Match Type |
|---|-------------|------|-----------|-----|--------------|-----------|
| 1 | 2012 NISSAN SENTRA | $19,390 | $8,976 | 3N1AB6AP3CL735840 | HAYDEN WYATT | Partial |
| 2 | 2005 CHEVROLET SILVERADO 2500HD | $37,520 | $16,550 | 1GCHC23245F949123 | CHRISTOPHERA WYATT | Partial |

| 3 | 2003 DODGE RAM PICKUP 1500 | $31,060 | $8,326 | 1D7HA18D53S329885 | CHRISTOPHER WYATT | Exact |
| 4 | 2014 DODGE DURANGO | $35,995 | $23,489 | 1C4RDHDG7EC591726 | SANDRA WYATT | Partial |
| 5 | 1999 FORD EXPLORER | $34,125 | $18,737 | 1FMZU32E9XUA27993 | CHRISTOPHER WYATT | Exact |

## Possible Owned Aircrafts

**0** | Aircrafts Found

## Possible Owned Watercrafts

**0** | Watercrafts Found

## Criminal & Traffic Records

**6** | Criminal Records

## 1. CRIMINAL RECORD

| | |
|---|---|
| **Name:** | CHRISTOPHER ALAN WYATT |
| **Date of birth:** | 11/30/1961 |
| **County:** | DALLAS |
| **State:** | TX |
| **Race:** | WHITE |
| **Sex:** | Male |

### Offense Details

| | |
|---|---|
| **Case Number:** | M-8339849 |
| **Date:** | 04/01/1983 |

### Court Details

| | |
|---|---|
| **Case Number:** | M-8339849 |
| **Date:** | 09/18/1986 |
| **Description:** | CRIMINAL COUNTY COURT 6 |
| **Disposition:** | AGREED PLEA OF GUILTY BEFORE THE COURT. |
| **Level:** | MISDEMEANOR CLASS A |
| **Offense:** | CRIM TRESPASS A |

### Arrest Details

| | |
|---|---|
| **Agency:** | TX0570001 |

## 2. CRIMINAL RECORD

**Name:**            CHRISTOPHER ALAN WYATT

**Date of birth:**   11/30/1961

**County:**          DALLAS

**State:**           TX

**Race:**            WHITE

**Sex:**             Male

### Offense Details

**Case Number:**     F-8385297

**Date:**            04/01/1983

### Court Details

**Case Number:**     F-8385297

**Date:**            06/21/1983

**Description:**     CRIMINAL DISTRICT COURT 2

**Disposition:**     FELONY CASE TRANSFERRED TO A COUNTY CRIM

**Offense:**         CRIM TRES BLDG

### Arrest Details

**Date:**            04/01/1983

**Agency:**          TX0570100

## 3. CRIMINAL RECORD

**Name:** CHRIS WYATT

**Date of birth:** 11/30/1961

**County:** DALLAS

**State:** TX

**Race:** WHITE

**Sex:** Male

| Offense Details | |
|---|---|
| **Case Number:** | M-8338793 |
| **Date:** | 10/03/1982 |

| Court Details | |
|---|---|
| **Case Number:** | M-8338793 |
| **Date:** | 01/02/1986 |

**Description:** CRIMINAL COUNTY COURT 4

**Disposition:** CHARGE DISMISSED.

**Level:** MISDEMEANOR CLASS A

**Offense:** THEFT 20-200 CK

| Arrest Details | |
|---|---|
| **Agency:** | TX0570001 |

## 4. CRIMINAL RECORD

**Name:**          CHRISTOPHER ALAN WYATT

**Date of birth:**   11/30/1961

**County:**         DALLAS

**State:**          TX

**Race:**          WHITE

**Sex:**           Male

| Offense Details | |
|---|---|
| **Case Number:** | MB7903084 |

| Court Details | |
|---|---|
| **Case Number:** | MB7903084 |
| **Date:** | 09/19/1979 |
| **Description:** | CRIMINAL COUNTY COURT 2 |
| **Disposition:** | AGREED PLEA OF GUILTY BEFORE THE COURT. |
| **Fine:** | 10000 |
| **Offense:** | UNLAWFUL WEAPON |

## 5. CRIMINAL RECORD

| | |
|---|---|
| **Name:** | CHRISTOPHER ALAN WYATT |
| **Date of birth:** | 11/30/1961 |
| **State:** | TX |
| **Weight:** | 120 |
| **Hair:** | BROWN |
| **Eyes:** | BROWN |
| **Race:** | WHITE |
| **Sex:** | Male |

**Offense Details**

**Court Details**

| | |
|---|---|
| **Date:** | 07/29/1983 |
| **Disposition:** | CONVICTED Status:COURT PHASE |
| **Offense:** | BURGLARY |

**Arrest Details**

| | |
|---|---|
| **Date:** | 05/19/1983 |
| **Agency:** | PLANO PD |

## 6. CRIMINAL RECORD

| | |
|---|---|
| **Name:** | CHRISTOPHER ALAN WYATT |
| **Date of birth:** | 11/30/1961 |
| **State:** | TX |
| **Weight:** | 120 |
| **Hair:** | BROWN |
| **Eyes:** | BROWN |
| **Race:** | WHITE |
| **Sex:** | Male |

| **Offense Details** | |
|---|---|
| **Court Details** | |
| **Date:** | 07/29/1983 |
| **Disposition:** | CONVICTED Status:COURT PHASE |
| **Offense:** | BURGLARY |
| **Arrest Details** | |
| **Date:** | 05/19/1983 |
| **Agency:** | PLANO PD |

# Bankruptcies

0 | Bankruptcy Records

# Judgments & Liens

This section is locked. Upgrade this report to view this section.

# Licenses

This section is locked. Upgrade this report to view this section.

**Disclaimer:** While we are constantly updating and refining our database and service, we do not represent or warrant that the results provided will be 100% accurate and up to date. BeenVerified, Inc. is a database of publicly available sources of information aggregated for your convenience. BeenVerified, Inc. does not provide private investigator services and this information should not be used for employment, tenant screening, or any FCRA related purposes. BeenVerified, Inc. does not make any representation or warranty as to the character or the integrity of the person, business, or entity that is the subject of any search inquiry processed through our service.

Copyright © 2020 BeenVerified, Inc. Inc. All Rights Reserved.