Case 23-03141 Document 18 Filed in TXSB on 10/08/24 Page 1 of 2
United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 08, 2023
Nathan Ochsner, Clerk

MIN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, | § | |
| OMAR KHAWAJA, AND | § | |
| OSAMA ABDULLATIF, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., | § | |
| ARABELLA PH 3201 LLC, | § | |
| 9201 MEMORIAL DR. LLC, | § | |
| 2727 KIRBY 26L LLC, | § | |
| TEXAS REIT LLC, | § | |
| DALIO HOLDINGS I, LLC, | § | |
| DALIO HOLDINGS II, LLC, | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § | |
| SHAHNAZ CHOUDHRI, | § | |
| ALI CHOUDHRI, | § | |
| SHEPHERD-HULDY DEVELOPMENT I, LLC, | § | |
| SHEPHERD-HULDY DEVELOPMENT II, LLC, | § | |
| GALLERIA LOOP NOTE HOLDER LLC, | § | |
| A. KELLY WILLIAMS, | § | |
| MAGNOLIA BRIDGECO, LLC, | § | |
| CYPRESS BRIDGECO, LLC, AND | § | |
| MOUNTAIN BUSINESS CENTER, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING EMERGENCY MOTION TO CONTINUE HEARING AND ORDER CANCELING HEARING

The debtor, and one of the defendants in this case, has filed an Emergency Motion to Continue Hearing on a Motion to Dismiss (ECF No. 80). The hearing on the motion to dismiss is currently scheduled for 11:00 a.m. on October 10, 2023 (ECF No. 38).

The Court intends to rule on the Motion to Dismiss, the Motion to Strike (ECF No. 81) based on the pleadings and the record. Therefore, the hearing on this motion will be canceled, making the motion to continue moot. Any additional pleadings, including a response to the Motion to Strike shall be filed by 5:00 p.m. on October 13, 2023.

**ACCORDINGLY, IT IS ORDERED** that the Emergency Motion to Continue Hearing and its Supplement (ECF No. 82) are denied, and the hearing on the Motion to Dismiss (ECF No. 47) is canceled.

SIGNED 10/06/2023

_____
Jeffrey Norman
United States Bankruptcy Judge