| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ |
| (State) |
| Case number (If known): _____ Chapter _____ |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☐ Chapter 7
   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Jetall Companies, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   5 4 – 2 1 8 2 0 8 9
   EIN

5. **Debtor's address**

   **Principal place of business**

   13498 Pond Springs Rd.
   Number    Street

   Austin         TX    78729
   City          State  ZIP Code

   Williamson County
   County

   **Mailing address, if different**

   _____
   Number    Street

   P.O. Box

   _____
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City          State  ZIP Code

Official Form 205        Involuntary Petition Against a Non-Individual        page 1

Debtor   **Jetall Companies, Inc.**  Case number (if known)_____
        Name

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                      MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                      MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205            Involuntary Petition Against a Non-Individual            page 2

Debtor: **Jetall Companies, Inc.** (Name)    Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| EAO Global LLC (dba PopLabs) | Consulting services | |
| | Consulting services | $ 99,994.79 |
| | | $ _____ |
| | | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

EAO Global LLC (dba PopLabs)
Name

PO Box 79214
Number   Street

Houston                TX        77279
City                   State     ZIP Code

Name and mailing address of petitioner's representative, if any

Gene McCubbin
Name

14315 Briarhills Pkwy
Number   Street

Houston                TX        77077
City                   State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/04/2024
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City        State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor _____   Case number (if known) _____
         Name

### Name and mailing address of petitioner

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

### Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

### Name and mailing address of petitioner

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

### Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**TRANS–O**

# U.S. Bankruptcy Court
## Western District of Texas (Austin)
### Bankruptcy Petition #: 24–11544–cgb

*Date filed:* 12/04/2024

*Assigned to:* Bankruptcy Judge Christopher G Bradley
Chapter 11
Involuntary

| | |
|---|---|
| *Debtor* **Jetall Companies** 13498 Pond Springs Rd Austin, TX 78729 WILLIAMSON–TX Tax ID / EIN: 54–2182089 | represented by **Jetall Companies** PRO SE |

*Petitioning Creditor*
**EAO Global LLC**
*dba* **PopLabs**

| Filing Date | # | Docket Text |
|---|---|---|
| 12/04/2024 | 1 | Involuntary Petition under Chapter 11 (Non–Individual) ( Filing Fee: $ 1738.00 ) Re: Jetall Companies Filed by Petitioning Creditor(s): Jetall Companies. (Palavan, Shea) |
| 12/04/2024 | | ICC–Fee Terminated for Involuntary Petition Chapter 11( 24–11544) [misc,involp11] (1738.00), Amount $1738.00, Receipt A24953898 (re:Doc# 1) (U.S. Treasury) |
| 12/06/2024 | | Notice of Appearance and Request for Notice (no PDF) Filed by UST Shane P. Tobin (Tobin, Shane) |
| 12/06/2024 | 2 | Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024) (Boyd, Laurie) |

B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
### Southern District Of Texas

In re  Jetall Companies, Inc.      ,     )     Case No. 24-35761
              Debtor*     )
                                        )     Chapter 11
                                        )

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

      A petition under title 11, United States Code was filed against you in this bankruptcy court on December 9, 2024 (date), requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

      YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

      Address of the clerk:
      United States Bankruptcy Clerk
      Bob Casey United States Courthouse
      Houston, TX 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

      Name and Address of Petitioner's Attorney:
      Kell C. Mercer
      Kell C. Mercer, PC
      901 S Mopac Expy Bldg 1 Ste 300
      Austin, TX 78746

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

*Nathan Ochsner, Clerk of Court*

Date: December 11, 2024

*s/ Jacqueline Mata*
*Signature of Clerk or Deputy Clerk*

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature _____

    Print Name: _____

    Business Address: _____

    _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER ANNULLING STAY

Hearing was held on December 16, 2024. Based on the lack of opposition by counsel for the petitioning creditors, the automatic stay is annulled for cause[1] from the involuntary petition filing date for pending bankruptcy adversary proceeding 23-3141, styled John Quinlan et al., vs. Jetall Companies, Inc. et al., pending in the Southern District of Texas.

**SO ORDERED.**

SIGNED 12/16/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] Bankruptcy case 23-34815, ECF No. 870 "This Court given the history of this case and the intertwined connections between Jetall, WL, and the reorganized debtor and what the Court has held to be vexatious litigation by Mr. Choudhri and his related entities…" "The Court believes that the involuntary filing is for many reasons suspect and ultimately will be dismissed. First, it was filed less than 12 hours prior to the scheduled hearing after 9:00 p.m. at night. Second, it contains only one petitioning creditor, when the Court believes three would be required and there is a "good faith" filing requirement in an involuntary case which appears to be absent. 11 USC § 303."