# Subject: Fwd: telephone messages



**Mark Torok** <mark.torok@jetallcompanies.com>
to Ali @ Jetall

---------- Forwarded message ---------
From: **Charles Aster** <caster@krcl.com>
Date: Mon, May 10, 2021 at 1:33 PM
Subject: telephone messages
To: mark.torok@jetallcompanies.com <mark.torok@jetallcompanies.com>
Cc: Michael Carp <mcarp@veritexbank.com>, GBell@veritexbank.com <GBell@veritexbank.com>, Charles Aster <caster@krcl.com>

**Mark;**

**At the request of your client, the bank is forwarding the above voicemail messages it has received from Wayne Dolcefino.**

**CHARLES E. ASTER**

Director



**Kane Russell Coleman Logan PC**

901 Main Street | Suite 5200 | Dallas, Texas 75202

**Tel**  214.777.4266  **Cell**  203.981.7105

krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.