

Ali @ Jetall <ali@jetallcompanies.com>

# FW: Texas Reit
1 message

**Jeff Joyce** <jjoyce@jmlawyers.com>  Fri, Feb 23, 2018 at 10:06 AM
To: Ali Choudhri <ali@jetallcompanies.com>, Paul Simon <paul.simon@jetallcompanies.com>
Cc: Lloyd Kelley <kelley@lloydekelley.com>

Fyi.  see below

**Jeff Joyce**

Joyce + McFarland LLP

712 Main

Suite 1500

Houston, TX  77002

Tel 713.222.1113

Fax 713.513.5577

jjoyce@jmlawyers.com



**From:** Scott Funk [mailto:sfunk@grayreed.com]
**Sent:** Friday, February 23, 2018 10:03 AM
**To:** Jeff Joyce <jjoyce@jmlawyers.com>; 'kelley@lloydekelley.com' <kelley@lloydekelley.com>
**Cc:** Scott Funk <sfunk@grayreed.com>; Rodney L. Drinnon (rdrinnon@mccathernlaw.com) <rdrinnon@mccathernlaw.com>
**Subject:** Texas Reit

Mr. Choudhri has indicated me wants to enter into a contract to sell all or substantially all of the assets and property of Texas Reit. Please be advised that Mr. Mokaram and Mr. Abdullatif object to the proposed sale and object to any such sale that is without their written consent. Please confirm Mr. Choudhri will not sell all or substantially all of the assets without their written consent.

Also, please tell Mr. Choudhri not to contact Mr. Mokaram directly and to have any communications go through legal counsel. Thank you.

Scott Funk
Partner

**Gray Reed & McGraw**
1300 Post Oak Blvd. Suite 2000
Houston, TX 77056
Tel 713.986.7171 | Fax 713.730.5816 | Cell 713.530.3975
sfunk@grayreed.com | www.grayreed.com

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.