MENU 

FOR THE EXCLUSIVE USE OF PARKER@JETALLCOMPANIES.COM

From the Houston Business Journal:
http://www.bizjournals.com/houston/morning_call/2016/06/photos-tour-a-renovated-uptown-building-designed.html

# Photos: Tour a renovated Uptown building designed by I.M. Pei

Jun 13, 2016, 8:22am CDT **Updated: Jun 13, 2016, 3:41pm CDT**



One of Uptown's most iconic office towers is getting a massive interior facelift, thanks to a new owner with extensive plans for the future.

Among the building's tenants is Stage Stores Inc. (NYSE: SSI). The Houston-based company consolidated its two Houston offices at 2425 West Loop South near the Galleria area – it was the largest new office lease in Houston in 2015.

Houston-based Jetall Companies Inc. bought 2425 West Loop South in 2013. The deal closed in nine days, said Ali Choudhri, president of Jetall. The building was 70 percent leased to Blue Cross Blue Shield of Texas, and the company's lease was expiring soon. The building had not been renovated since it was built in the early '80s; it was "really rundown," Choudhri said.

"What I like about real estate is the vision not to see things as they are, but what they can be," Choudhri said.

The building has an advantage over other Houston office buildings, though. It was designed by I.M. Pei, the famed architect behind global icons such as Bank of China Tower in Hong Kong, The John F. Kennedy Library in Massachusetts, the glass and steel pyramid at the Musée du Louvre in Paris and more. Houston only has two I.M. Pei buildings: the JPMorgan Chase Tower downtown and 2425 West Loop South, a facility that was designed more for its tenants than its outside viewers, Choudhri said. What the building lacks in streetside appeal, it makes up for in skyline views, clean lines and a towering open lobby.

Since purchasing the building, Jetall has installed several new tech-centric upgrades, including the first retina security scanners in Houston. Choudhri said the retina scanners are incorrect one out of 1.8 million times; by contrast, thumb scanners make errors one out of 10,000 times. The building also has a new elevator system, and Choudhri is working to develop a smartphone app for a complimentary Uber-like cab service, available for free for tenants and guests.

The building has a new, feng shui-inspired front desk in the lobby, and Choudhri is toying with hanging large, butterfly-like reflective structures from the lobby's ceiling and installing a sky deck. Eventually, he wants to open a restaurant concept in the building – perhaps something similar to a Sullivan's Steakhouse or Mark's American Cuisine. But for now, the building's in-house organic deli will be serving wine and beer in around a month or so, once it obtains the proper permits.

"Our goal is to run our buildings like five-star hotels," Choudhri said.

Houston-based Trademark Construction was the general contractor. Choudhri said that Jetall Companies will move into 2425 West Loop South once all the new additions are complete.

**Cara Smith**
Reporter
*Houston Business Journal*



From the Houston Business Journal
:<http://www.bizjournals.com/houston/subscriber-only/2016/07/29/commercial-property-owners.html>

The List

# Largest Footprint: Houston-Area Commercial Property Owners Ranked by Local, Commercial Square Feet Owned

## Locally Researched by: Laura Furr, Houston Business Journal

**SUBSCRIBER CONTENT:** Jul 29, 2016, 5:00am CDT

Staff Houston Business Journal

Information for The List was obtained from questionnaires completed by company representatives and HBJ Research. Not all information could be independently verified by HBJ. The following companies form last year's List did not respond to requests for information: Hartman Income REIT, No. 19; and Interra Capital Group, No. 20. Cousins Properties, No. 8, bought Florida-based Parkway Properties Inc. earlier this year for $2 billion and exited the Houston office market. TNRG , No. 24, merged with California-based Lee & Associates in December 2015.

| Rank | Company Name | Local, Commercial Square Feet Owned | Property Types Owned in Houston | Top Local Executive | Headquarters | Year Founded Locally |
|---|---|---|---|---|---|---|
| 1 | **Prologis**<br>1296 N. Post Oak Rd.<br>Houston, TX 77055<br>713-682-2292<br>prologis.com | 12873925 | industrial | Ross Matthews, SVP/market officer rmatthews@prologis.com | San Francisco | 1993 |
| 2 | **MetroNational Corp.**<br>945 Bunker Hill Rd.<br>#400<br>Houston, TX 77024<br>713-973-6400<br>memorialcity.com | 9000000 | office; multifamily; retail; residential; land; hotels/resorts | Jason Johnson, president jason.johnson@metronational.com | Houston | 1954 |
| 3 | **Camden Property Trust**<br>11 Greenway Plz.<br>#2400<br>Houston, TX 77046<br>713-354-2500<br>www.camdenliving.com | 7800000 | multifamily | Richard Campo, chairman/CEO rcampo@camdenliving.com | Houston | 1993 |
| 4 | **Liberty Property Trust**<br>8827 N. Sam Houston Pkwy. W<br>Houston, TX 77064<br>281-955-2000<br>libertyproperty.com | 7439119 | industrial; office; land | Jay Kraft, VP/city manager jkraft@libertyproperty.com | Malvern, PA | 2004 |
| 5 | **Brookfield**<br>1200 Smith St.<br>#1200<br>Houston, TX 77002<br>713-651-1515<br>brookfield.com | 7393334 | office; retail | Paul Frazier, EVP/head of Houston region paul.frazier@brookfield.com | New York | 1992 |
| 6 | **Fidelis Realty Partners Ltd.**<br>4500 Bissonnet St.<br>#300<br>Bellaire, TX 77401<br>713-693-1400<br>fidelisrealtypartners.com | 7167695 | office; retail; land | Alan Hassenflu, CEO ahassenflu@frpltd.com | Houston | 2003 |

| Rank | Company Name | Local, Commercial Square Feet Owned | Property Types Owned in Houston | Top Local Executive | Headquarters | Year Founded Locally |
|---|---|---|---|---|---|---|
| 7 | **EastGroup Properties Inc.**<br>4220 World Houston #170<br>Houston, TX 77032<br>281-987-7200<br>eastgroup.net | 5942000 | industrial | Brent Wood, SVP<br>brent.wood@eastgroup.net Kevin Sager, VP<br>kevin.sager@eastgroup.net | Jackson, MS | 1994 |
| 8 | **NewQuest Properties**<br>8827 W. Sam Houston Pkwy. N #200<br>Houston, TX 77040<br>281-477-4300<br>newquest.com | 5620602 | retail | Katherine Hatcher, president/COO<br>khatcher@newquest.com | Houston | 2001 |
| 9 | **Unilev Management Corp.**<br>1 Riverway #100<br>Houston, TX 77056<br>713-850-7878<br>unilev.com | 5165000 | office; multifamily; retail | Shannon Scoville, CEO<br>shannon.scoville@unilev.com | Houston | 1993 |
| 10 | **Boxer Property Management**<br>720 N. Post Oak Rd. #500<br>Houston, TX 77024<br>713-777-7368<br>boxerproperty.com | 4551061 | industrial; office; retail; land; hotels/resorts | Andrew Segal, chairman/CEO<br>andrew.segal@boxerproperty.com | Houston | 1994 |
| 11 | **DCT Industrial Trust**<br>10796 Kempwood Dr.<br>Houston, TX 77043<br>832-204-4448<br>dctindustrial.com | 4535453 | industrial | Justin Bennett, SVP<br>jbennett@dctindustrial.com | Denver | 2003 |
| 12 | **Property Commerce**<br>8555 Westheimer #100<br>Houston, TX 77063<br>832-804-8500<br>propertycommerce.com | 4505529 | retail | S. Jay Williams, president<br>jwilliams@propertycommerce.com | Houston | 1976 |
| 13 | **Duke Realty Corp.**<br>1 Riverway #1350<br>Houston, TX 77056<br>713-353-3200<br>dukerealty.com | 4412072 | industrial | David Hudson, SVP Houston operations<br>david.hudson@dukerealty.com | Indianapolis | 2006 |
| 14 | **Clay Development & Construction Inc.**<br>5599 San Felipe St. #1440<br>Houston, TX 77056<br>713-789-2529<br>claydevelopment.com | 4257848 | industrial; office; land | Albert Clay, president<br>aclay@claydevelopment.com<br>Robert Clay, VP<br>rclay@claydevelopment.com | Houston | 1998 |
| 15 | **First Industrial Realty Trust Inc.**<br>8800 Jameel Rd. #150<br>Houston, TX 77040<br>713-681-0885<br>firstindustrial.com | 3922672 | industrial; land | Royal Pratt, senior regional director/ market leader<br>rpratt@firstindustrial.com | Chicago | 1997 |

| Rank | Company Name | Local, Commercial Square Feet Owned | Property Types Owned in Houston | Top Local Executive | Headquarters | Year Founded Locally |
|---|---|---|---|---|---|---|
| 16 | **Welcome Group LLC** <br> 5858 Westheimer #800 <br> Houston, TX 77057 <br> 713-952-7000 <br> welcomegroup.com | 3201167 | industrial; office; land | Welcome Wilson, Jr., president/CEO <br> wwilsonjr@welcomegroup.com | Houston | 1979 |
| 17 | **Hunington Properties Inc.** <br> 109 N. Post Oak Ln. #550 <br> Houston, TX 77024 <br> 713-623-6944 <br> hpiproperties.com | 2900000 | retail | Sandy Aron, president <br> sandy@aroncompanies.com | Houston | 1984 |
| 18 | **Whitestone REIT** <br> 2600 S. Gessner Rd. #500 <br> Houston, TX 77063 <br> 713-827-9595 <br> whitestonereit.com | 2433000 | industrial; office; retail | James Mastandrea, chairman/CEO <br> jmastandrea@whitestonereit.com | Houston | 1998 |
| 19 | **Jetall Companies Inc. & Affiliates** <br> 2500 West Loop South Suite 255 <br> Houston, TX 77027 <br> 7137897654 <br> www.jetallcompanies.com | 2032000 | office; multifamily; retail; land | Ali Choudhri, president <br> Ali@jetallcompanies.com | Houston | 2004 |
| 20 | **The Richland Cos.** <br> 550 Post Oak Boulevard #420 <br> Houston, TX 77027 <br> 713-682-5707 <br> therichlandcompanies.com | 1806202 | industrial; office; retail; land | Edna Meyer-Nelson, president/CEO | Houston | 1993 |
| 21 | **PMRG** <br> 1000 Main St. #2400 <br> Houston, TX 77002 <br> 713-209-5800 <br> pmrg.com | 1716457 | office; multifamily; retail | Rick Kirk, chairman/CEO <br> rkirk@pmrg.com | Houston | 1954 |
| 22 | **Moody Rambin** <br> 3003 W. Alabama <br> Houston, TX 77098 <br> 713-271-5900 <br> moodyrambin.com | 1400000 | industrial; office; retail; residential; land | Bob Cromwell, managing director <br> bcromwell@moodyrambinint.com <br> Dan Moody III, managing director <br> dan.moody3@moodyrambin.com | Houston | 1969 |
| 23 | **Hines** <br> 2800 Post Oak Blvd. 49th Fl. <br> Houston, TX 77056 <br> 713-621-8000 <br> hines.com | 1380574 | industrial; office; multifamily; retail; residential; land | Gerald Hines, chairman/founder <br> Jeffrey Hines, president <br> jeff.hines@hines.com | Houston | 1957 |
| 24 | **Griffin Partners Inc.** <br> 10777 Westheimer Rd. #1040 <br> Houston, TX 77042 <br> 713-622-7714 <br> www.griffinpartners.com | 1268000 | office | Edward Griffin, president, CEO <br> egriffin@griffinpartners.com | Houston | 1980 |

| Rank | Company Name | Local, Commercial Square Feet Owned | Property Types Owned in Houston | Top Local Executive | Headquarters | Year Founded Locally |
|---|---|---|---|---|---|---|
| 25 | **Transwestern Development Co.**<br>1900 W. Loop South #1300<br>Houston, TX 77027<br>713-270-7700<br>transwesterndevelopment.com | 1201360 | industrial; office; multifamily | Carleton Riser, president<br>carleton.riser@transwestern.com | Houston | 1978 |



# Overview

*Private & Confidential*

# Company Overview                                                              *Private & Confidential*

- Jetall Companies Inc. is a family-owned real estate investment and management company, which thru its principals ("Jetall"), commenced operations in 1961 in London, England

- During the RTC and S&L era in the early 1990's, Jetall made considerable acquisitions in the United States and moved its headquarters to Houston, TX

- Jetall, through its principals, owns over 2 million square feet of commercial real estate with holdings primarily focused in Houston and Dallas

- Largest private owner of commercial office space in Houston's Galleria submarket with nearly 1 million square feet

- Experienced operator with active projects across the real estate spectrum (multi-family, commercial and retail)

- Jetall has successfully developed over 30 commercial retail centers and has built over 250 high-end homes (primarily inside the 610 loop in Houston, TX)

- Vertically integrated allowing Jetall to handle all phases of a project (construction, leasing, property management)



1

# Jetall Team                                                                                      *Private & Confidential*

- Jetall's current team consists of over 40 employees and subcontractors all of which assist Jetall's real estate development activities

**Ali Choudhri**, *President and CEO*

Mr. Choudhri's 16-year real estate career at Jetall spans a broad range of experiences including acquisitions, dispositions, joint ventures, financing, development and lending. Mr. Choudhri learned the business from his father at a very young age. While primarily focusing on commercial real estate, Mr. Choudhri has designed, built and developed multiple residential communities in Houston, including the tallest single-family home in the state of Texas. Mr. Choudhri has utilized his personal funds and extensive professional network to acquire over $250 million of real estate assets. These transactions were sourced through outright acquisitions of assets, acquiring performing and non-performing notes and REO from servicers, lenders and institutions. Mr. Choudhri has acquired, developed and managed assets across the United States, Mexico, Europe and Dubai.

**Brad Parker**, *Chief Financial Officer*

Mr. Parker, prior to joining Jetall, had over ten years of investment banking experience spending the majority of his career at Lehman Brothers and Evercore Partners. During that time period, he was actively involved in merger, acquisition, disposition and public capital offering assignments aggregating over $40 billion in value. Mr. Parker graduated from the University of Texas at Austin with both a M.S. and B.S. in Accounting and is a CPA.



# Case Study: 1415 North Loop

*Private & Confidential*

- 1415 North Loop is a 14-story office building on the 610 loop in Houston, TX with prominent visibility from the freeway

- Jetall acquired this 180,000 square foot commercial property post Hurricane Ike when the property was cash flow negative

- Jetall quickly utilized its in-house construction team to begin making renovations to the property

- Jetall handled 100% of the leasing in-house and effectively brought the occupancy level from ~40% at acquisition to ~80% at exit

- Jetall repositioned the asset in 16 months, taking the property from a negative monthly cash flow of ~$120,000 at acquisition to a positive monthly cash flow of ~$100,000 at sale





3

# Case Study: 2425 West Loop

*Private & Confidential*

- 2425 West Loop South is a Class A Office Building in the Galleria market of Houston, TX

- Jetall acquired this property in March 2013 as part of a packaged transaction

- BlueCross BlueShield, which occupied 70% of the building, vacated the property in early 2013 providing Jetall the opportunity to move quickly and acquire the asset at a fraction of its fully stabilized value

- Property is one of two I.M. Pei designed buildings in Houston, TX and is situated at 610 and Westheimer

   – Closest office building to the $800 million River Oaks District development

- Jetall recently signed a ~200,000 square foot lease with a publicly-traded company, bringing occupancy to approximately 100% and creating a stabilized value of ~$90 million



This property was recently featured in the Houston Business Journal (please see the below link)

http://www.bizjournals.com/houston/morning_call/2016/06/photos-tour-a-renovated-uptown-building-designed.html



4

# Case Study: 2401 Fountain View

*Private & Confidential*

- 2401 Fountain View is a 10-story office building located just west of Houston's Galleria

- Jetall acquired this property out of Bankruptcy in July 2015 through creative structuring
    - The asset was tied up in litigation prior to Jetall's involvement
    - Jetall acquired one of the Limited Partners' positions which provided Jetall with the right to take over management of the property
    - Jetall negotiated with four different parties in bankruptcy and was successful in forcing its right to acquire the asset at a price significantly below fair market value

- Jetall is currently in the process of making capital improvements in the building and is actively leasing the property

- Within 24 months, Jetall anticipates the building being fully stabilized, creating significant return on its investment





5

# Case Study: 1001 West Loop

*Private & Confidential*

- 1001 West Loop is Class A office building on the West Loop in the Galleria of Houston, TX right across from Uptown Park and the only building that is directly adjacent to the famous 1,600 acre Memorial Park
- Jetall acquired this asset in December 2012
- Significant upside potential and limited downside exposure given below market rents
  - New leases are achieving rental rates that are 40%-50% higher than existing in place leases
  - Through active management, will continue increasing rental rates upon lease renewals
- Invested significant capex through the addition of a state of the art fitness center and improved operations
- Fully modernizing the building elevators by installing state-of-the-art destination dispatch elevators





6

# Case Study: 50 Briar Hollow Ln

*Private & Confidential*

- 50 Briar Hollow East and West is an office park at Post Oak Blvd and Briar Hollow inside the loop in Galleria area of Houston, TX

- Jetall acquired this asset in July 2012 from 35 tenants in common (TIC) at an attractive valuation

- Jetall bought this asset in a creative solution within a macro portfolio of TICs

- The building is currently 90% leased and generating strong positive cash flow

- Realizing rental rates that are 40% higher than average in-place leases for new tenants upon lease renewals

- Modernized elevators and recently upgraded lobby areas





7

# Case Study: 411 North Belt

*Private & Confidential*

- 411 North Sam Houston is a trophy office property in Houston's north side by IAH and near the Woodlands and close to the new Exxon World headquarters

- This 120,000 class A property was acquired as a portfolio from LNR

- The property was 16% leased at acquisition and Jetall brought the occupancy level to nearly 65% within its first year of ownership

- The building is currently cash flowing as Jetall continues to improve and stabilize the asset

- Upgraded lobby areas and added a fitness center with showers





8

# Case Study: 7150 Greenville Avenue

*Private & Confidential*



- 7150 Greenville Avenue is a Class A medical office building with surgery center in Dallas, TX between Park Lane and Walnut Hill at the foot step of Presbyterian Hospital

- Jetall acquired this asset in February 2012 through the bank that was in litigation with the borrower

- Jetall made a deal with the bank and the borrower, thereby diffusing the litigation through creative structuring

- Jetall upgraded the building under its ownership and has brought in several high credit tenants

- Jetall is actively managing and stabilizing the asset, generating a significant return on its equity investment



# Residential and Commercial Development

*Private & Confidential*

- Jetall has experience in both single family, multi-family and commercial development projects

- Jetall is continuously seeking high-quality, prominent development opportunities in high barrier-to-entry markets

- Developed over 250 high-end single family homes inside the 610 loop in Houston

- Successful track record of commercial development, having built over 30 retail centers featuring established national retailers

- Currently developing several midrise condo projects in Houston, TX







10