# EXHIBIT B

RP-2023-228967
06/21/2023  ER  $18.00

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## NOTICE OF LIS PENDENS

**STATE OF TEXAS**

**COUNTY OF HARRIS**

Notice is hereby given that Cause No 2023-10986, styled OSAMA ABDULLATIF, Individually, and ABDULLATIF & COMPANY, LLC vs Ali Choudhri, 9201 Memorial, LLC, 2727 Kirby 26L, LLC, Memorial Glen Cove, LLC, Memorial Park, LLC and VGRP Holdings, LLC, was commenced in the Harris County District Court 189th on February 17, 2023, and is now pending in such court. The Plaintiff, Osama Abdullatif and Abdullatif & Company, LLC asserts causes of action relating to ownership of the real property located at 2727 Kirby Condominium, Unity 26L, Houston TX 77024 with a legal description of:

> Unit L, Level 26, of 2727 KIRBY CONDOMINIUMS, A CONDOMINIUM PROJECT IN HARRIS COUNTY, TEXAS, TOGETHER WITH THE LIMITED COMMON ELEMENTS AND AN UNDIVIDED INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS DEFINED IN THAT DECLARATION RECORDED IN FILM CODE NO. 205251, CONDOMINIUM RECORDS OF HARRIS COUNTY, TEXAS

Signed this 20th day of June, 2023

_____
Osama Abdullatif

For Information regarding release, please contact Osama Abdullatif 713-249-1937

STATE OF TEXAS            )

COUNTY OF HARRIS       )

Before me, P.B. Mendez, notary public, on this day personally appeared Osama Abdullatif, Member – Abdullatif & Company, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged and executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 20th day of June 2023.

| AFTER RECORDING RETURN TO:<br>5445 Almeda Road, Suite 500<br>Houston, TX 77004 | _____<br>P.B. Mendez<br>Notary Public, State of Texas<br>My commission expires: | <br>P.B. MENDEZ<br>Notary ID #125173015<br>My Commission Expires<br>January 21, 2025 |

Page 1 of 1
LP – 2727 Kirby L-26

RP-2023-228967
# Pages 2
06/21/2023 10:59 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees   $18.00

**UNOFFICIAL COPY**

RP-2023-228967

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS