# EXHIBIT C

RP-2023-286266
07/31/2023 ER $26.00
RP-2023-286266
UNOFFICIAL COPY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| HOUSTON REAL ESTATE PROPERTIES, § | CASE NO. 22-32998 |
| LLC, § | |
| § | (Chapter 7) |
| Debtor. § | |
| § | |
| JOHN QUINLAN, OMAR KHAWAJA, § | |
| and OSAMA ABDULLATIF, § | |
| Movants, § | |
| § | |
| v. § | |
| § | |
| HOUSTON REAL ESTATE PROPERTIES, § | |
| LLC; JETALL COMPANIES, LLC; 9201 § | |
| MEMORIAL DR. LLC; ARABELLA PH § | |
| 3201 LLC; 2727 KIRBY 26L LLC; TEXAS § | |
| REIT LLC; DALIO HOLDINGS I LLC; § | |
| DALIO HOLDINGS II LLC; ALI § | |
| CHOUDHRI; and SHAHNAZ CHOUDHRI, § | |
| Respondents. § | |

## NOTICE OF LIS PENDENS

**THE STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

NOTICE IS HEREBY GIVEN, pursuant to section 12.007 of the Texas Property Code, that there is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, a certain action and suit, which commenced on July 28, 2023, and is styled *In Re: Houston Real Estate Properties LLC, Debtor; John Quinlan, Omar Khawaja, and Osama Abdullatif v. Houston Real Estate Properties, LLC, et al.*, Case No. 22-32998. The action involves claims for Fraudulent Transfer, Fraud, Alter Ego, and Joint Enterprise Liability related to an interest in property located at 2727 Kirby, #26L, Houston, Texas 77098 (the "Property"), and as

more particularly described in **Exhibit A**, which is attached hereto and is incorporated herein by reference for all purposes. Plaintiff is seeking monetary damages.

EXECUTED this 28th day of July, 2023.

By: _____
Osama Abdullatif

## ACKNOWLEDGMENT

**THE STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

This instrument was acknowledged before me on the 28th day of July 2023, by Osama Abdullatif.



_____
NOTARY PUBLIC, State of Texas

**AFTER RECORDING RETURN TO:**
Michael Ballases
Brice B. Beale
Hoover Slovacek LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056

**EXHIBIT A**

**Property Description**

Unit L, Level 26, of 2727 Kirby Condominiums, a Condominium Project in Harris County, Texas, Together with the Limited Common Elements, and an undivided interest ibn the general common elements, as defined in that Declaration recorded in Film Code No. 205251, Condominium Records of Harris County, Texas

RP-2023-286266

UNOFFICIAL COPY

RP-2023-286266
# Pages 4
07/31/2023 10:33 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees  $26.00

**RECORDERS MEMORANDUM**
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS