IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § | Case No. 22-32998 |
| | § | |
| *Debtor*. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | Adversary No. 23-03141 |
| | § | |
| v. | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING CYPRESS BRIDGECO, LLC'S EMERGENCY MOTION TO EXPUNGE LIS PENDENS

Cypress BridgeCo, LLC's Emergency Motion to Expunge Lis Pendens is **GRANTED**.

**IT IS THEREFORE ORDERED** that the *Notice of Lis Pendens* recorded on June 21, 2023, as Instrument No. RP-2023-228967 in the real property records of Harris County, Texas pertaining to the real property legally described as:

> UNIT L, LEVEL 26, OF 2727 KIRBY CONDOMINIUMS, A CONDOMINIUM PROJECT IN HARRIS COUNTY, TEXAS, TOGETHER WITH THE LIMITED COMMON ELEMENTS AND AN UNDIVIDED INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS DEFINED IN THAT DECLARATION RECORDED IN FILM CODE NO. 205251, CONDOMINIUM RECORDS OF HARRIS COUNTY, TEXAS.

and commonly known as 2727 Kirby #26L, Houston, Texas 77098 is hereby **EXPUNGED** pursuant to Section 12.0071 of the Texas Property Code.

2

SIGNED: _____

_____
Jeffrey Norman
United States Bankruptcy Judge

2