United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § | |
| Defendants. | § | |

**ORDER DENYING EMERGENCY MOTION FOR REMAND**

This matter is before the Court on the Emergency Motion for Remand (ECF No. 430) filed by defendants Ali Choudhri, Jetall Companies, Inc. and Shahnaz Choudhri. The motion seeks to have this Court remand the lawsuit styled *Ali Choudhri, Shahnaz Choudhri and Jetall Companies, Inc. v. Osama Abdullatif and Abdullatif & Company, LLC;* Cause No. 2024-83320 in the 55th

Judicial District Court for Harris County, Texas (the "State Court Suit") based on equitable remand pursuant to 28 U.S.C. § 1452. This Court, having considered the pleadings filed, finds that the Emergency Motion for Remand should be denied.

Movants state that the State Court Suit was removed to this Court on December 5, 2024.[1] However, this adversary is not a removed case. The original complaint was filed on August 1, 2023 (ECF No. 1), a year and a half prior to these allegations. There has been substantial litigation amongst these parties both in state court and federal court. In fact, the movants argue that these parties have been litigating for nearly a decade. There are other adversaries in front of this Court, with many of these same parties, some of which were removed. However, this is not one of them.

As the case was not removed from state court, the Court finds that 28 U.S.C. § 1452 is inapplicable.

**THEREFORE, IT IS ORDERED** that the Emergency Motion to Remand is denied.

SIGNED 01/06/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] Emergency Motion to Remand, page 3, ¶8.