Shahnaz Choudhri
November 25, 2024                                                    1

```
 1            IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3   IN RE:                        )
                                   ) CASE NO: 22-32998
 4   HOUSTON REAL ESTATE PROPERTIES)
     LLC,                          ) CHAPTER 7
 5                                 )
          Debtor.                  )
 6   _____

 7   JOHN QUINLAN                  )
     and                           )
 8   OMAR KHAWAJA                  )
     and                           )
 9   OSAMA ABDULLATIF,             )
                                   )
10        Plaintiffs,              )
                                   )
11   vs.                           ) ADVERSARY NO. 23-3141
                                   )
12   JETALL COMPANIES, INC.        )
     and                           )
13   ARABELLA PH 3201 LLC          )
     and                           )
14   9201 MEMORIAL DR. LLC         )
     and                           )
15   2727 KIRBY 26L LLC            )
     and                           )
16   DALIO HOLDINGS I, LLC         )
     and                           )
17   DALIO HOLDINGS II, LLC        )
     and                           )
18   HOUSTON REAL ESTATE PROPERTIES)
     LLC                           )
19   and                           )
     SHAHNAZ CHOUDHRI              )
20   and                           )
     ALI CHOUDHRI                  )
21   and                           )
     SHEPHERD-HULDY DEVELOPMENT I, )
22   LLC                           )
     and                           )
23   SHEPHERD-HULDY DEVELOPMENT II,)
     LLC                           )
24   and                           )
     GALLERIA LOOP NOTE HOLDER LLC )
25   and                           )
```

**Page 2**

```
 1   A. KELLY WILLIAMS          )
     and                         )
 2   MOUNTAIN BUSINESS CENTER, LLC )
     and                         )
 3   RANDY W. WILLIAMS CH7 TRUSTEE )
     and                         )
 4   OTISCO RDX LLC              )
     and                         )
 5   MCITBE, LLC                 )
     and                         )
 6   JETALL/CROIX PROPERTIES LP  )
     and                         )
 7   JETALL/CROIX GP, LLC,       )
                                 )
 8        Defendants.            )
 9   ─────────────────────────────────────────
10          ORAL VIDEOTAPED DEPOSITION OF
11               SHAHNAZ CHOUDHRI
12              NOVEMBER 25, 2024
13   ─────────────────────────────────────────
14
          ORAL VIDEOTAPED DEPOSITION OF SHAHNAZ
15
     CHOUDHRI, produced as a witness at the instance of the
16
     Plaintiffs, and duly sworn, was taken in the
17
     above-styled and numbered cause on November 25, 2024,
18
     from 11:00 a.m. to 3:36 p.m., Nilda Codina, Notary in
19
     and for the State of Texas, recorded by machine
20
     shorthand, from Shackelford, McKinley & Norton, LLP,
21
     located at 717 Texas Avenue, 27th Floor, Houston,
22
     Texas, 77002, pursuant to the Federal Rules of Civil
23
     Procedure, and the provisions stated on the record or
24
     attached hereto.
25
```

**Page 3**

```
 1                A-P-P-E-A-R-A-N-C-E-S
 2   FOR THE PLAINTIFF:
 3
         Mr. Michael Ballases, Esq.
 4       HOOVER SLOVACEK, LLP
         5051 Westheimer Road
 5       Suite 1200
         Houston, TX 77056
 6       Phone (713)977-8686
         Fax (713)977-5395
 7       ballases@hooverslovacek.com
 8
 9   FOR THE DEFENDANT:
10
         Ms. Lori Hood, Esq.
11       SHACKELFORD
         717 Texas Avenue 27th Floor
12       Houston, TX 77002
         Phone (832)669-6081
13       lhood@shackelford.law
14
15
16
     ALSO PRESENT:  Pamela Longoria, Videographer; Beth
17   Mendez, Ali Choudhri
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1                    I-N-D-E-X
 2                                              PAGE
 3   Appearances.......................................2
 4   SHAHNAZ CHOUDHRI
 5   Direct Examination by Mr. Ballases................13
 6   Proceedings concluded............................191
 7   Witness Signature/errata.........................192
 8   Reporter's certificate...........................194
 9              E-X-H-I-B-I-T-S
10                                              PAGE
11   Exhibit No. 30 Frost Bank statement..............101
12   Exhibit No. 31 Account Select Form Notice.........103
13   Exhibit No. 32 Wire transfers.....................105
14   Exhibit No. 33 Bank(JP Morgan)...................127
15   Exhibit No. 34 Franchise Tax Report..............130
16   Exhibit No. 35 Checks(Frost Bank)................142
17   Exhibit No. 36 Certificate of formation..........157
18   Exhibit No. 37 Frost Bank Statements.............176
19
20
21
22
23
24
25
```

**Page 5**

```
 1                P-R-O-C-E-E-D-I-N-G-S
 2              THE VIDEOGRAPHER:  We are now on the
 3   record at 11:25 a.m. Counsel, will you please state
 4   your appearances for the record.
 5              MR. BALLASES:  Michael Ballases for
 6   the plaintiffs Omar Khawaja, Osama Abdullatif and John
 7   Quinlan.
 8              MS. HOOD:  And Lori Hood for
 9   Mrs. Choudhri.
10              MR. CHOUDHRI:  And Ali Choudhri.
11              MS. HOOD:  And who is this?
12              MS. MENDEZ:  Beth Mendez with Osama
13   Abdullatif.
14              MR. CHOUDHRI:  You're with Osama
15   Abdullatif?
16              MS. HOOD:  Wait, wait, wait.
17              MR. BALLASES:  Yeah, Beth Mendez, she
18   works with Osama.
19              MS. HOOD:  She works for him, but does
20   -- he's a party in his individual capacity.  So is she
21   his left arm, right arm?
22              MR. BALLASES:  Right.  She's his right
23   arm.
24              MS. HOOD:  Okay.  And so can I depose
25   her later?
```

Page 6

1    MR. BALLASES:  If we -- if she's put
2  on a list of people who have relevant knowledge of the
3  case, maybe.  If not, no --
4    MS. HOOD:  How do you spell -- how do
5  you spell your last name?
6    MS. MENDEZ:  M-E-N-D-E-Z.
7    MS. HOOD:  And what do you do for
8  Mr. Abdullatif?
9    MR. BALLASES:  All right.  You're not
10  answering anymore questions.
11    MS. HOOD:  Well, I object to her being
12  here.  She's not a party, she's not a party rep.  An
13  individual can't have a party rep, as you know, so I'm
14  going to object to her being here.
15    MR. BALLASES:  Okay.
16    MS. HOOD:  I look forward to deposing
17  her.
18    MR. BALLASES:  Okay.
19    MR. CHOUDHRI:  So, Mr. Ballases, as
20  you know, she showed up in front of Judge Robinson, and
21  Judge Robinson kicked her out of the hearing because
22  she's not a party.  So I'm objecting to her being here.
23  She should not be here.  She's not a party
24  representative.  There -- Osama Abdullatif is an
25  individual.  He's not here.  She can't be here.  So I'm

Page 7

1  objecting to her being here.
2    So to move forward with this
3  deposition, I would ask that she not be part -- a party
4  to this deposition since she's not a party.
5    MR. BALLASES:  Okay.  Well, she's
6  assisting me, so I appreciate your objection --
7    MR. CHOUDHRI:  Does she -- does she
8  work for you --
9    MR. BALLASES:  -- it's noted on the
10  record.  It's noted on the record and you can do it.
11    MR. CHOUDHRI:  -- does she work for
12  you -- is she your paralegal?
13    MR. BALLASES:  Okay.
14    MR. CHOUDHRI:  Mr. Ballases, --
15    MR. BALLASES:  This is not my
16  deposition.  Can we just get this over with?  Okay.
17  You made your objection.  You can file whatever you'd
18  like with the Court.
19    MR. CHOUDHRI:  Mr. Ballases, what
20  grounds is she here?  She's -- she's a paralegal for
21  Hoover Slovacek?
22    MR. BALLASES:  No.  That's not what I
23  said.  She's assisting me today.
24    MR. CHOUDHRI:  Is she -- is she -- is
25  she your legal assistant for Hoover Slovacek?

Page 8

1    MR. BALLASES:  Can -- can you stop?
2  Can you stop?
3    MR. CHOUDHRI:  You just said -- so
4  Ms. -- Ms. Mendez, who are you here on behalf of?
5    MR. BALLASES:  You don't have to
6  answer any questions.
7    Okay.
8    MR. CHOUDHRI:  You can't just have
9  people in a deposition, Mr. Ballases, --
10    THE REPORTER:  I have to swear her in.
11    MR. BALLASES:  Okay.  Swear her in.
12    MR. CHOUDHRI:  You can't just have
13  people in a deposition who crash a deposition.  It
14  doesn't work that way.
15    MR. BALLASES:  Is that what law school
16  taught you?
17    MS. HOOD:  Okay.
18    MR. CHOUDHRI:  Please don't be smart.
19    MS. HOOD:  He's right about the rules
20  and you know that and so, yeah, we'll complain to the
21  Judge and --
22    MR. CHOUDHRI:  Whether you're a lawyer
23  or you're not, you have to follow the rules.
24    MR. BALLASES:  Right.  You can file
25  whatever objection you want.

Page 9

1    MS. HOOD:  And -- and --
2    MR. CHOUDHRI:  Let's -- let's take a
3  break and call the Judge.  No, I want --
4    MS. HOOD:  No, no, no.  I want to get
5  this over with.  I want to get this over with as does
6  my client.
7    MR. CHOUDHRI:  So just so I'm clear,
8  Mr. Ballases, you're refusing to exclude Beth Mendez?
9  You're going to -- you're insisting she stay in the
10  room and you're -- you're objecting to her leaving.
11  You're refusing to have her leave this room; is that
12  correct?
13    MR. BALLASES:  All right.  You've
14  stated your objection to the record.  She's assisting
15  me today in the deposition.  If you feel like you need
16  to file something with court, then please do so.
17    MR. CHOUDHRI:  Is she a legal
18  assistant to Hoover Slovacek?
19    MR. BALLASES:  This isn't my
20  deposition, Mr. Choudhri.
21    MR. CHOUDHRI:  What right does she
22  have to be here --
23    MS. HOOD:  It is, actually.
24    MR. CHOUDHRI:  -- what right does she
25  have to be here?

Page 10

1          MR. BALLASES:  There's a time --
2  because you didn't go to law school, you don't know how
3  this works.  There's a time and place to argue this.
4  You stated your objection on the record, and I
5  appreciate that.  We can take it up later with the
6  Judge.  Now is not the time to argue it.  There's no
7  Judge here.
8          MR. CHOUDHRI:  Mr. Ballases, well --
9  well, then I want to state right now -- Ms. Mendez --
10  Ms. Mendez, you're refusing to leave, right; is that
11  correct?
12          MR. BALLASES:  She's helping me so,
13  no, I want her here.
14          MR. CHOUDHRI:  You want her here?
15          MR. BALLASES:  Yes.
16          MR. CHOUDHRI:  And she's not a
17  paralegal for you.  She's not your legal assistant.
18  She does not work for Hoover Slovacek.  Just say it on
19  the record.
20          MR. BALLASES:  Do you want Ms. -- do
21  you want Ms. Choudhri to finish her deposition or not?
22          MR. CHOUDHRI:  Say it on the record.
23  Is she a legal assistant for Hoover Slovacek?
24          MR. BALLASES:  She's assisting me
25  today.

Page 11

1          THE WITNESS:  No.  He is right.  I
2  agree with him.
3          MR. BALLASES:  Okay.
4          MR. CHOUDHRI:  No, no, I'm not -- it's
5  fine.
6          Mr. Ballases, you can't have
7  Ms. Mendez sitting here.  She is a representative of
8  Osama Abdullatif.  There is no LLC, Osama Abdullatif.
9  Okay.  Who are the parties in this case --
10          MR. BALLASES:  Thank you for
11  stating -- thank you for stating your objection on the
12  record.
13          MR. CHOUDHRI:  Who are the parties
14  you're representing?
15          MR. BALLASES:  Can you swear the
16  witness in, please?
17          MS. HOOD:  Okay.  Whoa, whoa, whoa.
18          MR. CHOUDHRI:  Wait.
19          MS. HOOD:  She doesn't work for him.
20  Okay.  It's been made clear.  She works for Osama.
21  She's sitting here because apparently he's too busy to
22  actually come to a deposition, and I look forward to
23  deposing her and she's got no privilege.  Okay.  So
24  there we go.
25          MR. CHOUDHRI:  And just so the record

Page 12

1  is clear, in this room, I'd like the court reporter
2  just to make sure we take an account of who's in this
3  room:  Omar Khawaja, the party; John Quinlan, the
4  party; Osama Abdullatif, the party are not present.
5          The only person who's here present is
6  Michael Ballases, the attorney for them and Beth
7  Mendez, who is an assistant of Osama Abdullatif, who is
8  not present.  I just want the record to reflect
9  clearly.
10          MR. BALLASES:  Good job.
11          MR. CHOUDHRI:  Is that -- is that
12  clear?  Is the record clear, Mr. Ballases?
13          MR. BALLASES:  The record's clear,
14  good job.
15          MR. CHOUDHRI:  No, it's not about
16  being good job or not.  I just want to make sure.  Is
17  there anybody else in this room that I failed to
18  mention besides the deponent, Ms. Hood, the court
19  reporter and the videographer?
20          MS. HOOD:  You've got it covered.
21          MR. BALLASES:  I mean, unless
22  someone's hiding in the corner, I think you've
23  identified everybody --
24          MS. HOOD:  Okay.  I think we have it
25  covered.  I also would like to say that my client's

Page 13

1  been here since 11:00 o'clock.  It's now 11:30, so
2  let's get on with it.
3          MR. BALLASES:  Agree.
4          MS. HOOD:  And your people were late,
5  not us, so.
6          MR. BALLASES:  I understand because
7  we're accommodating you to have your deposition here
8  despite the fact that the Court ordered it at the
9  courthouse.
10          MS. HOOD:  Oh, always play the victim.
11  Okay.  Keep going.
12          MR. CHOUDHRI:  The deposition was
13  supposed to --
14          MR. BALLASES:  Can you swear her in.
15          MR. CHOUDHRI:  -- start at 10:00 a.m.
16  You wanted to start at 11:00 a.m., and you showed up 30
17  minutes late to this deposition.
18          MR. BALLASES:  Can you please swear
19  her in.
20          SHAHNAZ CHOUDHRI,
21  Having been first duly sworn, was examined and
22  testified as follows:
23          DIRECT EXAMINATION
24  BY MR. BALLASES:
25      Q.  (BY MR. BALLASES:)  Hi, Ms. Choudhri, how are

Shahnaz Choudhri
November 25, 2024                                      14 to 17

Page 14

1  you today?
2       A.   Yes, I'm fine.
3       Q.   Good.  Are you looking forward to
4  Thanksgiving?
5       A.   Yes.
6       Q.   Me too.
7       A.   But I was ready for two weeks.  Since last
8  depo, after that, I was really sick.
9       Q.   Well, I hope you feel better now.  Do you
10 feel better today?
11      A.   Yeah.  And I have move -- remove from the
12 house.  It was terrible.
13      Q.   Okay.  Well, I'm glad you feel better.
14          So we're here for the continuation of your
15 deposition.  We've gone through a lot of this stuff, so
16 that's good.  That should make this go faster.  Do you
17 recall all the rules and stuff we talked about the last
18 time, or would you like me to go over them again?
19      A.   I don't know.  Whatever you feel.  You are
20 attorney, you know better.  I can do as less than
21 anyone.
22      Q.   Sure.
23      A.   I need from the point.  I don't want to go
24 for long.
25      Q.   Yeah, sure.  So I understand.  So then I'll

Page 15

1  do a refresher real quick.  So to make this progress
2  smoother, I'm going to be asking you questions.
3  Sometimes you'll anticipate my question, and you will
4  know what my question is.  If you could wait until I
5  finish my whole question before you answer it, that
6  would be helpful.  I will try to give you the same
7  courtesy when you're answering a question.  I will try
8  not to ask my next question until you're done; is that
9  fair?
10      A.   It's fair.
11      Q.   Okay.  And you're doing great so far, but we
12 want an answer with yeses, noes, or explanations if you
13 need to explain something.  What we don't want an
14 answer with is nods or shakes of the heads or "uh-huhs"
15 or "huh-uhs" because those are hard for the court
16 reporter to write down.
17      A.   Yes, I agree.
18      Q.   Okay.  Okay.  Let's jump in. If you can turn
19 to Exhibit 2 in this notebook.
20          So Exhibits 1 through 29 are in front of you
21 and they are from the first deposition.  They've been
22 placed in a nice notebook for you.
23          Exhibit 2 is right there.
24      A.   I'm sorry.
25      Q.   That's okay.  Okay.  So Exhibit 2 is -- is a

Page 16

1  document titled "Notice of Federal Tax Lien" and it
2  looks like it was recorded in March of 2018; do you see
3  that?
4       A.   Yes.
5       Q.   Okay.  And this document says that there is a
6  federal tax lien against yourself, Shahnaz Choudhri; is
7  that right?
8       A.   Yes.
9       Q.   Okay.  And it lists amount owed as
10 $7,442,907.78; do you see that?
11      A.   Yes.
12      Q.   Okay.  Can you tell me, as you sit here
13 today, what -- from where the income that generated
14 this liability came from?
15      A.   But I -- I already cleared this one.  There's
16 no any problem on this one.
17      Q.   You're 100 percent right and I've got the
18 release, and we're going to go over that, but I have
19 some questions before we get to that.  So you're right
20 on that, but my question's a little bit different.
21          My question is, the government, the federal
22 government, said you had a seven million four hundred
23 some-odd thousand, or some-odd million-dollar tax
24 liability.
25          And my question is, where did the -- did you

Page 17

1  derive the income that generated this tax liability?
2       A.   I don't know.
3       Q.   Okay.  Because if I recall from your last
4  deposition, you told me that after the first couple of
5  years of working with your husband around 2000, you
6  didn't do anymore work after that?
7       A.   Yes.
8       Q.   That's correct?
9       A.   Yes.
10      Q.   Okay.  So in the years 2007, 2008, 2009,
11 2010, 2011, you were -- you were not working at those
12 times, correct?
13      A.   I don't know.
14      Q.   Okay.  But you remember that you only worked
15 with your husband for two to three years earlier --
16      A.   I don't remember.
17      Q.   Okay.  If you can let me finish my
18 question --
19      A.   Because it was a long time, I don't remember.
20      Q.   Yeah, I understand that.  So if you can let
21 me finish my question.  So the reason being is, when
22 she types down everything, it will say half a question
23 and then an answer and then half --
24      A.   Okay.  Okay.
25      Q.   Okay.  So wait until I finish, please.

Shahnaz Choudhri
November 25, 2024                                   18 to 21

Page 18

1           Okay.  So if you turn to Exhibit 3 in the
2  notebook, the next one.  Tab three, there you go.
3  Okay.  So this is the release that you made reference
4  to.  Exhibit 3 to your deposition is titled
5  "Certificate of Release of Federal Tax Lien"; do you
6  see that?
7       A.   Yes.
8       Q.   Okay.  And it looks like it was recorded in
9  October of 2020?
10      A.   Okay.
11      Q.   Okay.  And this releases your tax liability
12 referenced in Exhibit 2?
13      A.   Yes.
14      Q.   Okay.  Do -- do you recall who paid to
15 get -- who paid the IRS to get this lien released?
16      A.   I don't know.
17      Q.   Okay.  If you turn to Exhibit 4, there you
18 go.  If you turn to Exhibit 4 of your deposition, it is
19 a check written to the United States Treasury in the
20 amount of $204,168; do you see that?
21      A.   Yes.
22      Q.   Okay.  And that check was written by Galleria
23 Loop Note Holder, LLC?
24      A.   I don't remember.
25      Q.   Right.  But if you look at the top right of

Page 19

1  the check, you can see the check, it says "Galleria
2  Loop Note Holder, LLC"; do you see that?
3       A.   Yes.
4       Q.   Okay.  And you can see it references your
5  name in the bottom left-hand corner of the check; do
6  you see that?
7       A.   Uh-huh.
8       Q.   Okay.  Do -- was this -- do you have a
9  recollection of whether this payment that's reflected
10 in Exhibit 4 was the payment that was made to obtain a
11 release of your tax lien?
12      A.   I don't know.
13      Q.   Okay.  Do you remember negotiating with the
14 IRS about the tax lien?
15      A.   I don't know.
16      Q.   Okay.  Did you ever talk with the IRS about
17 the tax lien?
18      A.   No.
19      Q.   Okay.  Other people handled that?
20      A.   I don't remember.
21      Q.   Okay.  And I think you answered this in the
22 other deposition, but I want to make sure.
23           So you never lent any money to Galleria Loop
24 Note Holder, LLC, did you?
25      A.   I don't remember.

Page 20

1       Q.   Okay.  Could you turn to Exhibit 5 in your
2  deposition, please.
3           Okay.  So Exhibit 5 to your deposition is a
4  document titled "Agency Agreement"; do you see that?
5       A.   Uh-huh.
6       Q.   Okay.  And this agency agreement is between,
7  if you look in that very first paragraph at the top, it
8  says "This agency agreement is effective as of the 18th
9  of December 2022 by and between Shahnaz Choudhri,
10 principal and Drew G. Dennet"; do you see that?
11      A.   Yes.
12      Q.   Right at the top.  And if you turn to the
13 second to last page which is Bates labeled BRIDGECO 76.
14 And I can help you with that.  There you go.
15           Okay.  Is that your signature on -- on this
16 page, BRIDGECO 76?
17      A.   I don't remember.
18      Q.   You don't remember -- so your signature
19 appears on that page.  Do you know if that's your
20 signature?
21      A.   Yes, I know.  But I don't remember it.
22      Q.   Right.  So if I understand what you're
23 saying, you're telling me that that is your signature,
24 but you don't remember signing it?
25      A.   No.  Because now because of my health, I'm

Page 21

1  telling you I'm taking the medicine (phonetic)
2  Metamind.  It is really strong medicine.  I have lose
3  lot of memories.
4       Q.   Okay.  And that was the same medicine I think
5  you told me about at the last deposition?
6       A.   Yeah, actually this is -- this is hurting,
7  that's why last time I couldn't -- couldn't make it.
8  Not because I was sick, because of this reason.
9       Q.   Okay.  The medicine made you sick you're
10 saying from last time.
11      A.   Not medicine.  Because it's stress and I have
12 bad -- my illness and I was not feeling good since a
13 month and I'm under this and I don't remember a lot of
14 things.
15      Q.   That's okay.
16      A.   So -- some, so little bit I know, but mostly
17 I don't remember.
18      Q.   That's okay.  If you don't remember, all you
19 can do is tell me the truth and if the truth is you
20 don't remember, that's fine.
21      A.   Okay.
22      Q.   Okay.  So if you turn to the last page of
23 this document, it's Bates labeled BRIDGECO 77.  It
24 lists several investment properties; do you see that?
25      A.   Yes.

Shahnaz Choudhri
November 25, 2024                                          22 to 25

Page 22

1     Q.   Okay.  So I guess if I understand your
2  testimony correctly today, as far as Exhibit 5, you
3  don't recall signing this?
4     A.   I don't know.
5     Q.   Okay.  Do you have a recollection of signing
6  Exhibit 5?
7     A.   I don't remember.
8     Q.   Okay.  That's fine.  And can you tell the
9  Judge or Jury or Judge Norman why someone would sign an
10  agency agreement like this?  Do you have any idea?
11     A.   I don't have any idea.
12     Q.   Okay.  Do you have a recollection of somebody
13  asking you to sign this document?
14     A.   I don't know.
15     Q.   Okay.  Are there ever -- are there ever
16  instances where -- be it your son or someone else says,
17  hey, will you please sign this document?
18     A.   Nobody told me.
19     Q.   No one told you that you can remember.  Does
20  that ever happen just as a matter of practice?
21     A.   I don't remember.
22     Q.   Yeah, okay.  As you sit here today,
23  Ms. Choudhri, do you have a recollection of a company
24  called Skaneateles RDX, LLC?
25     A.   I don't know.  I don't remember at all.

Page 23

1     Q.   Okay.
2     A.   I don't know what is it, I don't know.
3     Q.   Okay.  So you have no have recollection of a
4  company called Skaneateles RDX --
5     A.   No, I don't know.
6     Q.   Okay.  Do you have a recollection of a
7  company called Otisco RDX, LLC?
8     A.   No.
9     Q.   Okay.  Did you ever do any work for either of
10  those two companies?
11     A.   Never.
12     Q.   Did you ever get money from those two
13  companies?
14     A.   I don't know.
15     Q.   Did you ever loan money to those two
16  companies?
17     A.   I don't know.
18     Q.   Okay.  You have no recollection of any of
19  those things, though, do you?
20     A.   I don't remember.
21     Q.   Could you turn to Exhibit 8.  There you go.
22  Exhibit 8 to your deposition is a document titled
23  "Application For Reinstatement and Request to Set Aside
24  Revocation or Forfeiture"; do you see that at the top?
25     A.   Yes.

Page 24

1     Q.   This document, if you look at the bottom,
2  it's dated March 19th, 2024, so that was just a few
3  months ago, correct?
4     A.   Yes.
5     Q.   Okay.
6          MR. CHOUDHRI:  Mr. Ballases, do you
7  have a copy of the exhibits for me as well?
8          MR. BALLASES:  No.  They were produced
9  at the last deposition.
10          MR. CHOUDHRI:  I'm a party, as you
11  know, and so you should at least have a copy for me at
12  this deposition.
13          MR. BALLASES:  So --
14          MR. CHOUDHRI:  Is there a reason you
15  don't want to give me a copy of it or --
16          MR. BALLASES:  Yeah.  So they're
17  already produced at the first deposition.  The court
18  reporter just brought those exhibits back.  So if you
19  didn't bring your exhibits, I'm sorry.
20          MR. CHOUDHRI:  So you're -- you don't
21  feel you need to give all the parties copies of the
22  deposi- -- copies of the exhibits as you're asking
23  questions?
24          MR. BALLASES:  Objection, sidebar.
25          MR. CHOUDHRI:  You don't think

Page 25

1  that's -- that's proper at all?
2     Q.   (BY MR. BALLASES:) So if you look at --
3          MR. CHOUDHRI:  Mr. Ballases?
4     Q.   (BY MR. BALLASES:) -- if you look at the
5  bottom of Exhibit 8, it says -- it's got an E-signature
6  and it says "President of Manager."  I'm guessing it's
7  supposed to be President or Manager, but it says
8  "schoudhri"; do you see that?
9     A.   Uh-huh.
10     Q.   Okay.  Do you have a recollection of
11  authorizing this particular document found in Exhibit 8
12  to be filed?
13     A.   I don't know about anything.
14     Q.   Okay.  Is there anyone else in your family
15  who would go by the initial "schoudhri" besides
16  yourself?
17     A.   No, nobody.  I don't involve any family.
18     Q.   Okay.
19          MR. CHOUDHRI:  I want to object to
20  this, Mr. Ballases, that you're not handing me any of
21  the exhibits and I'm a party in this deposition.
22          Mr. Ballases, do you have a -- do you
23  have any exhibits to hand me?  Are you not willing to
24  share the exhibits with me?
25          MR. BALLASES:  You've made your

Shahnaz Choudhri
November 25, 2024                                    26 to 29

Page 26

1  objection on the record.  You can stop now.
2                  MR. CHOUDHRI:  But you're not willing
3  to share any exhibits?
4                  MR. BALLASES:  I don't have copies.
5  They were brought to the first deposition that you
6  attended.  Everyone got copies then.
7                  MR. CHOUDHRI:  I never got copies of
8  the first deposition.  You never gave me copies --
9                  MR. BALLASES:  Sorry.
10                 MR. CHOUDHRI:  -- and you're not
11  giving me copies again.  So you think it's okay that
12  I'm a party and you don't give me copies of the
13  exhibits?
14                 MR. BALLASES:  Yeah.  If you can cite
15  a rule that says I have to give you exhibits, then tell
16  me.  If not, then you can just be quiet.  All right?
17      Q.    (BY MR. BALLASES:) I'm going to now direct
18  you to Exhibit 10.
19      A.    Be patient.
20      Q.    I will, I apologize.  Exhibit --
21      A.    You have to respect each other.
22      Q.    Fair enough.  So Exhibit 10 to your
23  deposition is a document titled "Application for
24  Reinstatement and Request to Set Aside Revocation or
25  Forfeiture," but this time it's for Otisco; do you see

Page 27

1  that?
2      A.    Yes.
3      Q.    Okay.  And this document was also filed on
4  March 19th of 2024?
5      A.    Yes, I can see.
6      Q.    Okay.  And, again, it says "President of
7  Manager."  I'm guessing that means president or
8  manager, but it says it's an E-signature and it says by
9  "schoudhri"; do you see that?
10     A.    Yes, I can see, but I don't know about it.
11     Q.    That's okay.  So if I understand your
12  testimony correctly today, what you're saying is, you
13  don't have a recollection of authorizing this document
14  to be filed?
15     A.    I don't remember.
16     Q.    Okay.  Okay.  If you can turn to Exhibit 11.
17  Exhibit 11 to your deposition is a -- it's titled "Deed
18  of Trust and Security Agreement"; do you see that?
19     A.    Yes.
20     Q.    Okay.  And this says the "Grantor" at the top
21  is -- I'll give you a second to put your glasses on.
22     A.    Please.
23     Q.    Sure.  Okay.  So this says at the "Grantor"
24  of this document is "Houston Real Estate Properties,
25  LLC"; do you see that?

Page 28

1      A.    Yes, I can see.
2      Q.    Okay.  And the -- the "Beneficiary" is
3  "Skaneateles, RDX, LLC"; do you see that?
4      A.    Yes.
5      Q.    Okay.  And it references -- it says a little
6  bit beneath that, it says "Promissory Note:  As
7  provided by Note"; do you see that?
8      A.    Yes, I can see.
9      Q.    Do you have -- and the date of this document
10  is September 25th of 2022, yes?
11     A.    Yes, I don't know what is it.
12     Q.    Okay.  So as you sit here today, do you have
13  any recollection of Skaneateles loaning money to
14  Houston Real Estate Properties?
15     A.    I don't remember.
16     Q.    Okay.  Did anyone -- did you as the President
17  or Manager of Skaneateles authorize this document to be
18  entered into?
19     A.    No, I don't know.
20     Q.    Okay.  Did you as the president or manager of
21  Skaneateles ever instruct Skaneateles to loan any money
22  to Houston Real Estate Properties, LLC?
23     A.    Yes, I don't recognize this one.
24     Q.    Okay.  And if you turn to the back, the
25  second to last page, I believe.  It looks like it's

Page 29

1  signed by -- I can help you.  Here you go.
2          So if you turn to the second to last page of
3  -- of Exhibit 11, it looks like it's signed by Houston
4  Real Estate Properties by Dward Darjean; do you
5  recognize that name?
6      A.    Yes.
7      Q.    Who's Dward Darjean?
8      A.    He's working for office for a long -- long
9  time ago, but I don't remember what is this.
10     Q.    Okay.  Did he ever work for you?
11     A.    Not for me.  I'm not working.
12     Q.    Okay.  I just want to make sure.
13          Do you have any recollection of doing any
14  work for or with Houston Real Estate Properties, LLC?
15     A.    No, I don't know.  I don't remember.
16     Q.    If you would have done work with or for that
17  company, that would have been way back at the beginning
18  that we talked about with your husband the first two or
19  three years early, correct?
20     A.    No, I don't know.
21     Q.    Okay.  When do you think -- strike that.
22          And I think you answered this, but just to be
23  clear.  So you don't have a recollection of ever doing
24  any business with or for Houston Real Estate
25  Properties?

Shahnaz Choudhri
November 25, 2024                                              30 to 33

Page 30

1   A.   I don't remember.
2   Q.   Okay.
3   A.   There's a lot of paperwork I don't want to
4   follow this everything for long time.
5   Q.   I understand.
6        Do you know who Scarlet MacGeorge is?
7   A.   No.
8   Q.   Was -- if you are the manager or president of
9   Skaneateles, did you ever authorize Scarlet MacGeorge
10  to sign documents on behalf of --
11  A.   No.
12  Q.   -- Skaneateles RDX, LLC?
13       MS. HOOD:  Let him -- let him finish
14  asking his question.
15       THE WITNESS:  Okay.
16  Q.   (BY MR. BALLASES:)  So if you turn to Exhibit
17  14, please.  Right there.  There you go.
18       So Exhibit 14 is a "Proof of Claim" that was
19  filed by Skaneateles RDX.  Do you see that under Box
20  No. 1?
21  A.   Uh-huh.
22  Q.   Okay.  And if you look on the last page, it's
23  got an E-signature -- yeah, last page.  There you go.
24       So if you look on the last page, it has an
25  E-signature and it says "Scarlet MacGeorge" and it

Page 31

1   lists her as the Authorized Agent for Skaneateles RDX,
2   LLC; do you see that?
3   A.   Yes.
4   Q.   You certainly didn't make her the authorized
5   agent of Skaneateles, did you?
6   A.   No.
7   Q.   Okay.  And I notice it says email address, it
8   says "legal@jetallcompanies.com"; do you see that?
9   A.   I don't know about that.
10  Q.   And if you turn to the second page, just one
11  page over, I can help you, if you need it.
12       Okay.  So right there at the top, it says
13  that the claim is $450,000; do you see that?
14  A.   Yes.
15  Q.   Okay.  And as you sit here today, you've told
16  us you don't recall any loan or debt that Houston Real
17  Estate Properties owes to Skaneateles, do you?
18  A.   Yes.
19  Q.   Do you recall anything?
20  A.   No.
21  Q.   Okay.  So this 450,000 noted on this proof of
22  claim, you have no idea where this number came from?
23  A.   Yeah, I don't know.
24  Q.   Okay.  We could turn to Exhibit 16, please.
25  There you go.

Page 32

1        So Exhibit 16 to your deposition are bank
2   statements at Bancorp South for an account that
3   yourself and Mr. Ali Choudhri have at that bank; do you
4   see that?
5   A.   Yes.
6   Q.   Okay.  And are you familiar -- and you may
7   not know this because this isn't common knowledge, but
8   so BankCorp South, Cadence Bank, and Icon are all the
9   same bank; do you know that or no?  And it's okay if
10  you don't.
11  A.   No, I don't know.
12  Q.   Okay.  Well, so this bank statement is for
13  BankCorp South and you can see the statement date is
14  January 21st of 2022.  Do you see that at the top
15  right?
16  A.   Yes, I can see.
17  Q.   Okay.  And the account number is "0076620";
18  do you see that?
19  A.   Yes, but I don't -- I don't remem-- check
20  all my statement.  And I don't know which one is on,
21  what is going on.  I never do.
22  Q.   Okay.  Well let me ask you this:  Do you have
23  a -- a primary bank that you utilize for day-to-day
24  spending?
25  A.   No.

Page 33

1   Q.   Okay.  Well, when you need like to go to the
2   grocery store, what -- what -- what funds do you
3   utilize?  Do you have a debit card or how do you --
4   A.   Credit card.
5   Q.   Okay.  Is the credit card affiliated with a
6   particular bank or account?
7   A.   No.
8   Q.   What --
9   A.   Not -- some bank account.  Bank -- under some
10  bank, but I'm using this one.
11  Q.   Okay.  So which bank is it?
12  A.   I don't remember.
13  Q.   Okay.  Well, so Exhibit 16, these Bancorp
14  South statements, if you look on that very first page,
15  it's -- it's Bates stamped BRIDGECO 78 on the very
16  first page.
17  A.   This one?
18  Q.   Yeah.  So if you look down here at the
19  bottom, it says "Deposits and other credits" and on
20  December 21st of -- I'm going to guess that's 2021, it
21  shows a deposit of "$5,029,527.91" from "Capital Title
22  of Texas"; do you see that?
23  A.   Yes.
24  Q.   Okay.  My question to you is, do you know
25  from where these funds originated?

Shahnaz Choudhri
November 25, 2024                                    34 to 37

Page 34

1    A.  I don't know.
2    Q.  Okay.  If you turn to -- stay in Exhibit 16,
3 please, but if you turn to BRIDGECO 84 -- it's just a
4 few pages -- yeah, you got it, a couple of pages over.
5 There you go.
6        Okay.  So BRIDGECO 84, it's got some
7 debits -- first of all, this statement is dated March
8 21st of 2022.  Do you see that at the top right?
9    A.  Yes.
10   Q.  Okay.  And it's got some debits in this at
11 the bottom and one is a $60,000 payment to "Meandering
12 Bend, LLC"; do you recall -- do you see that?
13   A.  Yes.
14   Q.  Okay.  Can you tell the Judge what that
15 payment of monies to Meandering Bend, LLC, has to do
16 with?
17   A.  I don't know.
18   Q.  Okay.
19   A.  Because there's so much statements and I
20 would do the statement on that time.
21   Q.  Right.  And you told us at that point in time
22 in 2022 you weren't working, correct?
23   A.  No.
24   Q.  That's correct?
25   A.  Yes.

Page 35

1    Q.  Okay.  So certainly you weren't transacting
2 business with various LLCs and real estate deals,
3 right?
4    A.  I don't know.
5    Q.  Well, if you were at home and you weren't
6 working, you weren't doing deals then?
7    A.  Well, I don't know.
8        MR. CHOUDHRI:  Objection.  You're --
9 you're misstating her answer from before and that's
10 misleading.  That's not what she testified to.
11       MR. BALLASES:  Okay.  Make your
12 objection on the record.  No speaking objections.
13       MR. CHOUDHRI:  And pursuant to Rule
14 30, you're violating by not providing the exhibits
15 you're asking questions of the deponent.
16       I'm a party sitting here, and you're
17 refusing to provide exhibits to the other parties in
18 the deposition.
19       MR. BALLASES:  Okay.
20       MR. CHOUDHRI:  And you just say you
21 have no -- you have no excuse or reason.  You just
22 don't want to do it.
23       MR. BALLASES:  The deposition -- the
24 exhibits have all been given to everybody.
25       MR. CHOUDHRI:  I have not --

Page 36

1        MR. BALLASES:  If you didn't bring
2 them with you, I'm sorry if you're not prepared --
3        MR. CHOUDHRI:  You have not provided
4 me -- are you representing here on the record that you
5 gave me the exhibits at the last deposition?
6        MR. BALLASES:  They were produced to
7 your parties.  So, yes, you got them.
8        MR. CHOUDHRI:  No, they were not.  No,
9 they were not.
10       MR. BALLASES:  Okay.
11       MR. CHOUDHRI:  Mr. Ballases, are you
12 -- is that what you're representing on the record that
13 they were produced to all the parties, all the exhibits
14 in the deposition were produced to all the parties,
15 that's what you're saying?
16       MR. BALLASES:  They were produced.
17 There is a copy the court reporter has.  Everybody has
18 ordered them.
19       MR. CHOUDHRI:  No, sir.  Mr. Ballases,
20 --
21       MR. BALLASES:  Yeah.  I'm not going to
22 engage.  This isn't proper.
23       MR. CHOUDHRI:  I'm here in this
24 deposition.  I'm here in a deposition.  I'm a witness
25 and I am a party to this case.  You're refusing to hand

Page 37

1 me exhibits in this deposition.
2        MR. BALLASES:  Okay.
3        MR. CHOUDHRI:  And you cannot give me
4 any good reason why.
5        MR. BALLASES:  Okay.
6    Q.  (BY MR. BALLASES:) So if you look a little
7 bit further on BRIDGECO 84, which is still Exhibit 16
8 --
9        MR. CHOUDHRI:  Not sharing exhibits, I
10 object to you not sharing exhibits.
11       MR. BALLASES:  You said that five
12 times.  Thank you.
13       MR. CHOUDHRI:  And you're refusing to
14 do so.
15       MR. BALLASES:  Thank you for stating
16 your objection on the record.
17       MR. CHOUDHRI:  Is there a reason
18 you're refusing to do so?
19       MR. BALLASES:  Do you want to --
20       THE WITNESS:  Okay.  One thing is very
21 important.  People respect each other.  If he's telling
22 now, you have to answer it.  You both should be, but
23 this is not a way to do the things, not like that.  I'm
24 not this kind of person that I have to see these
25 things.

Shahnaz Choudhri
November 25, 2024                                    38 to 41

Page 38

1          MR. BALLASES:  Okay.
2          MR. CHOUDHRI:  Hiding the exhibits
3 from the parties --
4          (Ms. Choudhri speaking foreign
5 language.)
6          MR. CHOUDHRI:  I'm putting my
7 objection on the record.
8          Mr. Ballases, is there some reason you
9 don't want to hand me the exhibits and I'm a party
10 here?  You're asking questions.  If the exhibits are
11 not shared and the objection --- and -- and -- and --
12 and it's a lack of foundation of the questions based on
13 the exhibit, there is not foundation for the questions
14 being asked.  You're refusing to hand me the exhibits
15 you're asking questions on.
16          MR. BALLASES:  Thank you for stating
17 your objection on the record.  So continuing on --
18          MR. CHOUDHRI:  And you're still going
19 to continue to not share the exhibits with me, correct?
20     Q.   (BY MR. BALLASES:) Do you --
21          MR. BALLASES:  Mr. Choudhri, with all
22 due respect, I've gone in front of this Judge I think
23 like four times having to do with this deposition.  If
24 I go in front of him again, it's going to be more bad
25 news for you.  Please, just let me conduct the

Page 39

1 deposition --
2          MS. HOOD:  Uh -- uh -- uh -- can we --
3 can we just stop threatening each other and let her
4 finish her deposition, please.
5          MR. BALLASES:  I'm trying, I'm trying.
6          THE WITNESS:  Yes, she can talk now.
7 Just both she can talk and they can talk.  Okay.  I am
8 listening.
9     Q.   (BY MR. BALLASES:) Okay.  So it's Exhibit 16
10 still, Bates label Page BRIDGECO 84.  There is another
11 entry that shows a debit or a payment of $213,500 --
12     A.   Where?
13     Q.   Sure.  I'll help you.  So Exhibit 16 and
14 BRIDGECO 84.  There you go.
15     A.   Okay.
16     Q.   Okay.  So if you look at the bottom of that
17 page, there's a debit in the amount of "$213,500" for
18 "PBAC 507 Holdings, LLC"; do you see that?
19     A.   Yes.
20     Q.   Okay.  Can you tell the Judge what that
21 payment to PBAC 507 Holdings, LLC, pertain to?
22     A.   I don't know of any -- I can't explain
23 anything because it's -- I don't know what for that.  I
24 don't know.
25     Q.   You certainly didn't authorize or make that

Page 40

1 payment, correct?
2          MS. HOOD:  Objection, it's not what
3 she said.
4     A.   I don't know.
5          MR. CHOUDHRI:  Mr. Ballases, please, I
6 object to you misstating her answers.  If her answers
7 are "I don't remember," don't misstate what they are.
8          And I'm going to have a running
9 objection for lack of foundation for any questions
10 because exhibits have not been provided to me.
11          Or would you like me to object every
12 time or can you agree that I have a running objection,
13 Mr. Ballases?
14          MR. BALLASES:  I'd like you to object
15 every time.
16          MR. CHOUDHRI:  Okay.
17     Q.   (BY MR. BALLASES:) Okay.  If you could turn
18 to the next page, BRIDGECO 88, just one page over?
19     A.   This one?
20     Q.   Yes, BRIDGECO 88.
21          MR. CHOUDHRI:  Objection, lack of
22 foundation.
23     Q.   (BY MR. BALLASES:) So if you look at BRIDGECO
24 88 --
25          MR. CHOUDHRI:  You're not sharing

Page 41

1 exhibits, Mr. Ballases.
2     Q.   (BY MR. BALLASES:) -- there, on there, there
3 is a deposit or credit in the amount of "$365,525.66"
4 from "Hudson Title Group, LLC."  And if you look a
5 little bit further down in the entry, it says "Seller
6 Proceeds Ali" and it says "CHOUDH," I'm assuming that
7 means Choudhri, but it doesn't say the full name; do
8 you see that?
9     A.   Yes.
10          MR. CHOUDHRI:  Objection.
11     Q.   (BY MR. BALLASES:) Okay.  And so can you see
12 -- or can you tell the Judge why this deposit of
13 365,000 some-odd dollars was made into this account on
14 or about June 24th?
15          MR. CHOUDHRI:  Objection, opposing
16 counsel's failed to lay the proper --
17     A.   I don't know --
18          MR. CHOUDHRI:  Wait -- wait -- let
19 me -- let me get my objection in before you answer the
20 question, please.
21          THE WITNESS:  Okay.
22          MR. CHOUDHRI:  Objection.  You failed
23 to lay the proper foundation for this question.  You
24 failed to provide the exhibits.  Objection, form.
25     Q.   (BY MR. BALLASES:) Okay.  Would you like me

Shahnaz Choudhri
November 25, 2024                                        42 to 45

Page 42

1  to restate the question, or do you want to -- do you
2  remember it?
3      A.   Okay.  Yes.
4      Q.   Okay.  So my --
5      A.   I don't know -- I don't know where the money
6  going and coming.  I don't remember because I don't
7  know.  Some accounts are closed.  Most accounts are
8  closed.
9      Q.   Okay.
10          MR. CHOUDHRI:  Objection.
11     A.   There's so many accounts.  You're asking
12  about any account, they're already closed.
13     Q.   (BY MR. BALLASES:) Okay.  So you're saying
14  this account with Bancorp South which is now Cadence is
15  closed?
16     A.   Yes.
17     Q.   Okay.  So did you -- so do you know on this
18  same page, there are entries and there throughout this
19  document of "Oasis Batch" and then it says "payroll";
20  do you see that?
21     A.   Where is?
22     Q.   Right there.  It says "Oasis Batch."
23          MR. CHOUDHRI:  Objection.
24     A.   Okay.  Maybe I help --
25          MR. CHOUDHRI:  Objection.

Page 43

1      A.   -- I help someone, but this account is closed
2  for long time.
3      Q.   (BY MR. BALLASES:) Okay.  I just --
4      A.   I don't check the -- no, I don't check this
5  anymore.
6      Q.   Okay.  But my question's a little bit
7  different and I appreciate that.
8           But so there's lots of entries that say
9  "Oasis Batch Payroll" --
10     A.   I don't remember.
11          MR. CHOUDHRI:  Objection, lack of
12  proper foundation.
13     Q.   (BY MR. BALLASES:) Okay.  So as you sit here
14  today, Ms. Choudhri, do you have any recollection of
15  making a payment to or receiving a payment from Oasis
16  Batch?
17     A.   I don't know.
18          MR. CHOUDHRI:  Objection.
19     Q.   (BY MR. BALLASES:) Can you tell the Judge
20  what Oasis Batch pertains to?
21     A.   Okay.  I don't remember.
22     Q.   Okay.
23          MR. CHOUDHRI:  Mr. Ballases, are you
24  going to refuse to provide me any of these exhibits
25  that you're asking questions on?  Is that going to be

Page 44

1  your answer for the whole depo?
2           MR. BALLASES:  I'm going to conduct
3  the deposition.  And the longer -- the more times you
4  interject, the longer this is going to take.
5           MR. CHOUDHRI:  I'm objecting --
6           MS. HOOD:  Okay.  So I just want to
7  let you know that I'm having a 35-minute break
8  schedule.
9           MR. BALLASES:  Do you want to take a
10 break?
11          MS. HOOD:  Yeah.
12          MR. BALLASES:  Ok, that's fine.
13 That's fine.
14          Let's go off the record.
15          THE VIDEOGRAPHER:  Off the record at
16 12:07.
17          (Off the record.)
18          THE VIDEOGRAPHER:  We are back on the
19 record at 12:20.
20     Q.   (BY MR. BALLASES:) Ms. Choudhri, we just took
21 a short break.  Are you ready to get going?
22     A.   Yeah.
23     Q.   Okay.  Thanks.
24          If you turn to Exhibit 17 in the exhibits in
25 front of you.  Yup, there you go.

Page 45

1           Okay.  Exhibit 17 is an account statement for
2  an Icon Bank bank account for it says, yourself and Ali
3  Choudhri.  Do you see that?
4      A.   Yes.
5           MR. CHOUDHRI:  Objection, form.
6      Q.   (BY MR. BALLASES:) Okay.  And this is for
7  account number 76620?
8           MR. CHOUDHRI:  Objection, form.
9      A.   I don't know.
10     Q.   (BY MR. BALLASES:) It says it right there.
11     A.   Yes, I don't remember.
12          MR. CHOUDHRI:  Objection, form.
13     Q.   (BY MR. BALLASES:) That's okay.
14          And this account it shows was opened it looks
15 like May 3rd of 2011?
16          MR. CHOUDHRI:  Objection, form.
17     A.   I don't know.  I don't remember.
18     Q.   Okay.
19          MR. CHOUDHRI:  Just wait until I get
20 my objection in, please, before you answer.
21     Q.   (BY MR. BALLASES:) Okay.  So it -- and it
22 shows that the email associated with this account is
23 "dward@jetallcompanies.com"; do you see that?
24     A.   Yes.
25          MR. CHOUDHRI:  Objection, form.

Shahnaz Choudhri
November 25, 2024                                    46 to 49

Page 46

1    A.   I don't remember this one.
2             MR. CHOUDHRI:  Well, before you
3  answer, let me get my objection on the record.
4    Q.   (BY MR. BALLASES) Do you have a recollection
5  of opening this bank account with your son, Ali
6  Choudhri?
7    A.   I don't --
8             MR. CHOUDHRI:  Objection, form.
9             MS. HOOD:  Okay.  He asked a question.
10  He's objecting.  When he finishes, then you answer.
11  Okay.  That way, the court reporter can get everybody's
12  comments.
13    Q.   (BY MR. BALLASES) Okay.  So let me re-ask
14  the question.
15         Do you have a recollection of opening this
16  bank account that is shown in Exhibit 17 with yourself
17  and your son Ali Choudhri?
18             MR. CHOUDHRI:  Objection, form.
19    A.   I don't know.
20    Q.   (BY MR. BALLASES) Okay.
21             MS. HOOD:  Just for clarity of the
22  record, is it "I don't know" or "I don't remember"?
23             MR. BALLASES:  She said "I don't
24  know."
25             MR. CHOUDHRI:  Is your answer for the

Page 47

1  record --
2             MS. HOOD:  I'm asking her.
3             Is it "I don't know" or "I don't
4  remember," your answer that you just gave?
5             THE WITNESS:  Okay.
6    Q.   (BY MR. BALLASES) What she wants you -- what
7  Ms. Hood is asking you to answer is, do you --
8             MS. HOOD:  I'm asking for
9  clarification.
10             Is it you don't know or is it that you
11  don't remember?
12    Q.   (BY MR. BALLASES) Okay.  Do you remember
13  opening an account with your son at this bank or do you
14  not know?
15    A.   I don't remember.
16    Q.   Okay.  If you turn to Exhibit 18 in front of
17  you.  There you go.  Okay.  Exhibit 18, yeah, this is
18  18, see, it says it right there.
19         Exhibit 18 is another bank account opened at
20  Icon Bank between it says yourself and Ali Choudhri.
21  Do you see that?
22    A.   Yes.
23             MR. CHOUDHRI:  Objection, form.
24    Q.   (BY MR. BALLASES) This one is for Account
25  No. 7662010.  Do you see that?

Page 48

1             MR. CHOUDHRI:  Objection, form.
2    A.   Uh-huh.
3    Q.   (BY MR. BALLASES) Okay.  And, again, the
4  email associated with this account is, again,
5  "dward@jetallcompanies.com"; do you see that?
6    A.   I don't remember.
7             MR. CHOUDHRI:  Objection, form.
8    Q.   (BY MR. BALLASES) Okay.
9             MR. CHOUDHRI:  Wait -- wait until
10  I give my objection.  So he'll ask the question.  I'll
11  object, then you can answer.  For the court reporter so
12  she doesn't get mixed up.  So we're not talking over
13  each other.
14    Q.   (BY MR. BALLASES) So I'm assuming your
15  answer will be the same as it was on the previous
16  account, but I want to ask.
17         So do you have a recollection of opening this
18  bank account with your son Ali Choudhri at Icon Bank
19  that's reflected in Exhibit 18?
20             MR. CHOUDHRI:  Objection, form.
21    A.   Yes.  I don't remember.
22    Q.   (BY MR. BALLASES) Okay.  Could you please
23  turn to Exhibit 19 from your previous deposition.
24  That's it.
25         So Exhibit 19 to your deposition is an

Page 49

1  account agreement with Cadence Bank and the account
2  holder is "Otisco RDX, LLC"; do you see that at the
3  top?
4    A.   Yes.
5             MR. CHOUDHRI:  Objection, form.
6    Q.   (BY MR. BALLASES) Okay.  And it's for
7  Account No. 81966681.  Do you see that?
8             MR. CHOUDHRI:  Objection, form.
9    A.   Yes.
10    Q.   (BY MR. BALLASES) Okay.  And it says at the
11  bottom of the page it's signed by the -- it says the
12  owner of Otisco RDX, LLC, which is -- looks like "S.
13  Choudhri"; is that right?
14             MR. CHOUDHRI:  Objection, form.
15    A.   Yes.  I don't remember about this.
16    Q.   (BY MR. BALLASES) Okay.  So I think I know
17  what your testimony is, which is that you don't
18  remember opening this account the way it's shown?
19             MR. CHOUDHRI:  Objection, form.
20    A.   I don't know about anything about this
21  account.
22             MR. CHOUDHRI:  Objection, form.
23    Q.   (BY MR. BALLASES) Is that your signature
24  on -- on Exhibit 19?
25             MR. CHOUDHRI:  Objection, form.

Shahnaz Choudhri
November 25, 2024                                    50 to 53

Page 50

1    A.   I don't know.
2    Q.   (BY MR. BALLASES:) Okay.  So does that look
3  like your signature?
4         MR. CHOUDHRI:  Objection, form.
5    A.   Maybe.  I don't remember.
6    Q.   (BY MR. BALLASES:) No.  I understand you
7  don't remember signing it and that's -- that's clear on
8  the record.  But my question is, does the signature
9  that purports to be Shahnaz Choudhri's signature on
10 Exhibit 19, does that look like your signature?
11        MR. CHOUDHRI:  Objection, form.
12        MS. HOOD:  I think she's answered your
13 question.
14   A.   I don't know.  I don't know.  I don't know
15 about that.
16   Q.   (BY MR. BALLASES:) Okay.  Could you please
17 turn to Exhibit 22.  Yeah, right there.  There you go.
18        So Exhibit 22 to your first deposition is a
19 document titled "Account Agreement" for "BancorpSouth
20 Bank (a division of Cadence Bank)"; do you see that?
21        MR. CHOUDHRI:  Objection, form.
22   A.   Yes.
23   Q.   (BY MR. BALLASES:) Okay.  And it says the
24 account holder is Shahnaz Choudhri; is that right?
25        MR. CHOUDHRI:  Objection, form.

Page 51

1    A.   I don't know.
2    Q.   (BY MR. BALLASES:) It says it right there?
3    A.   Yes.
4    Q.   Okay.
5         MR. CHOUDHRI:  Objection, form.
6    Q.   (BY MR. BALLASES:) And this is for Account
7  No. 79714333.  Do you see that?
8         MR. CHOUDHRI:  Objection, form.
9    A.   Yes.
10   Q.   (BY MR. BALLASES:) Okay.  And it says that
11 this account was opened August 29th of 2022.
12        MR. CHOUDHRI:  Objection, form.
13   A.   I don't know.
14   Q.   (BY MR. BALLASES:) It says it right up there.
15        MR. CHOUDHRI:  Objection, form.
16   A.   Yeah, I don't remember.
17   Q.   (BY MR. BALLASES:) Yeah.  I understand if you
18 don't remember.  I'm just asking you to verify certain
19 things right now.
20   A.   Okay.
21   Q.   So as you sit here today, with respect to
22 Exhibit 22 and the account that's described there in
23 that account agreement, do you recall opening this
24 account with the bank?
25        MR. CHOUDHRI:  Objection, form.

Page 52

1    A.   I don't remember.
2    Q.   (BY MR. BALLASES:) Okay.  Do you recall
3  having a bank account with Cadence Bank at all?
4    A.   Yes.
5         MR. CHOUDHRI:  Objection, form.
6    A.   Since I have -- not feeling good, my memory
7  has gone bad and that's why I don't remember most of
8  things.  And then this is old things that I don't take
9  it, no, easily.
10   Q.   (BY MR. BALLASES:) Okay.
11   A.   You can understand my situation now.
12   Q.   I understand.  I appreciate you telling me.
13        Could you turn to -- let me tab it.  So I'm
14 going to tab Exhibit 22 for you so you can get back to
15 it easy.  But can you turn to Exhibit 23, please.
16        Okay.  So Exhibit 23 is another account
17 agreement with Cadence Bank for the account holder
18 Shahnaz Choudhri.  Do you see that at the top?
19        MR. CHOUDHRI:  Objection, form.
20   A.   Yes.
21   Q.   (BY MR. BALLASES:) Okay.  And this is for the
22 same account that we just looked at in Exhibit 22,
23 which is 79714333.  Do you see that?
24        MR. CHOUDHRI:  Objection, form.
25   A.   Yes.

Page 53

1    Q.   (BY MR. BALLASES:) Okay.  This one, though,
2  this account agreement is dated October 13th, 2022,
3  though, which is a few months after the -- the August
4  date that we saw on Exhibit 22; is that right?
5         MR. CHOUDHRI:  Objection, form.
6    A.   Yes.
7    Q.   (BY MR. BALLASES:) Okay.  This one here, if
8  you look at the bottom, it's got a -- it says
9  "Convenience Signer Designation"; do you see that?
10   A.   Uh-huh.
11   Q.   Okay.  And it says "You have designated" --
12 I'm going to read it.  That "You have designated ALI
13 CHOUDHRI to act on your behalf as Convenience Signer,
14 assessing the account solely for the convenience of the
15 parties."  Do you see that?
16        MR. CHOUDHRI:  Objection, form.
17   A.   Yes, I can see.
18   Q.   (BY MR. BALLASES:) Okay.  Do you have a
19 recollection of going to the bank -- going to Cadence
20 Bank and telling Cadence Bank that Ali Choudhri can now
21 sign for checks on your behalf for this account that's
22 in your name?
23        MR. CHOUDHRI:  Objection, form.
24   Q.   (BY MR. BALLASES:) Do you remember that or
25 not?

Shahnaz Choudhri
November 25, 2024                                54 to 57

Page 54

1    A.   No.  I don't know what you're talking about.
2  I don't remember.
3    Q.   Okay.  Do you remember going to a bank just
4  generally and saying, you know what, Bank, I want it so
5  my son Ali Choudhri can sign my name on checks?
6              MR. CHOUDHRI:  Objection, form.
7    A.   No.
8    Q.   (BY MR. BALLASES:) Did you ever do that?
9              MR. CHOUDHRI:  Objection, form.
10   A.   No.
11   Q.   (BY MR. BALLASES:) Okay.  Okay.  Would you
12 mind turning to Exhibit 24.  There you go.
13        Okay.  Exhibit 24 is a Cadence Bank statement
14 for Otisco RDX, LLC.  Do you see that?
15             MR. CHOUDHRI:  Objection, form.
16   A.   Yes.
17   Q.   (BY MR. BALLASES:) Okay.  And it looks like
18 the statement date for the first page of this exhibit
19 is May 31st, 2023.  Do you see that?
20   A.   Yes.
21             MR. CHOUDHRI:  Objection, form.
22   Q.   (BY MR. BALLASES:) And the Account Number is
23 81966681.  Do you see that?
24   A.   Yes.
25             MR. CHOUDHRI:  Objection, form.

Page 55

1    Q.   (BY MR. BALLASES:) Okay.  On this particular
2  page, the first page of Exhibit 24, it says that there
3  is a deposit or credit of $100,000 from Checking
4  Account 79714333.  Do you see that?
5              MR. CHOUDHRI:  Objection, form.
6  Objection, form.
7    A.   Yeah.  I don't know which one this is.
8    Q.   (BY MR. BALLASES:) Sure.
9    A.   Yes, I can see.
10   Q.   Okay.  So do you -- can you tell Judge Norman
11 why this money was transferred from this particular
12 account, the 79714333 account, which is your account,
13 into this Otisco bank account that's shown on Exhibit
14 24?
15             MR. CHOUDHRI:  Objection, form.
16   A.   Yes.  I don't know.
17   Q.   (BY MR. BALLASES:) Okay.  You don't remember?
18   A.   Yes.  I don't know what I --
19   Q.   Okay.  That's okay.
20        And so if you look in the next entry, which
21 is also May 18th of 2023 on the first page of Exhibit
22 24, it shows a deposit of 454,261.51 from Fidelity
23 National Title Agency, Inc. Do you see that entry?
24             MR. CHOUDHRI:  Objection, form.
25   A.   Which one?

Page 56

1    Q.   (BY MR. BALLASES:) Sure.  So we're still on
2  Exhibit 24.
3    A.   25th or 24?
4    Q.   24.  And see that entry right there.  It's --
5  and I'll just repeat it since you've got -- so you've
6  got it in front of you.  It's $454,261.50 from Fidelity
7  National Title Agency, Inc. Do you see that?
8              MR. CHOUDHRI:  Objection, form.
9    A.   Since I don't know about anything.
10   Q.   (BY MR. BALLASES:) Okay.  So I think what
11 you're telling me is, you cannot tell the Judge why
12 that money was deposited into Otisco RDX, LLC's account
13 as reflected on Page 1 of Exhibit 24?
14             MR. CHOUDHRI:  Objection, form.
15   A.   Yes.  I don't know about.
16   Q.   (BY MR. BALLASES:) Okay.  If you turn to the
17 bank statement in Exhibit 24 that is June 30th, 2023.
18 And I can help you.  That may be it.  Yes, that's it.
19        On this particular bank statement, the June
20 30th, 2023 bank statement in Exhibit 24, it shows a
21 debit or a payment of $150,000 to Akin Gump Strauss
22 Hauer & Field -- Feld, LLP.  Do you see that?
23   A.   Yes.
24             MR. CHOUDHRI:  Objection, form.
25   Q.   (BY MR. BALLASES:) Okay.  Did you ever

Page 57

1  authorize Otisco to make $150,000 payment to the law
2  firm of Akin Gump Strauss Hauer & Feld?
3              MR. CHOUDHRI:  Objection, form.
4    A.   I don't know about it.
5    Q.   (BY MR. BALLASES:) Okay.  So as you sit here
6  today, you can't remember authorizing that payment?
7    A.   I don't know.
8    Q.   Okay.
9              MR. CHOUDHRI:  Is your answer, just to
10 clarify, he's asking if you remember.  Is your answer
11 you don't remember or you don't know because he just
12 asked you if you remember.
13   A.   Yes.  I don't remember.
14             MR. CHOUDHRI:  I want to make sure the
15 record is clear.
16   Q.   (BY MR. BALLASES:) Okay.  So if you turn to
17 --
18             MR. CHOUDHRI:  So your answer was you
19 don't remember?
20             MS. HOOD:  I think that's what she
21 said.
22             MR. CHOUDHRI:  Okay.  I just want to
23 make sure the court report has it clear.
24   Q.   (BY MR. BALLASES:) If you turn to -- stay on
25 the same exhibit, Exhibit 24, but if you turn to the

Shahnaz Choudhri
November 25, 2024                                    58 to 61

Page 58

1  bank statement that is August 31st, 2023. I can help
2  you. There you go.
3           Okay. So the August 31st, 2023 bank
4  statement for Otisco shows a debit, which means a
5  payment, of $50,000 to Jetwall Companies. I think it
6  means Jetall, but it says J-E-T-W-A-L-L Companies. Do
7  you see that entry?
8           MR. CHOUDHRI: Objection, form.
9           MS. HOOD: Let me see. What did you
10 say?
11          THE WITNESS: The Jetall --
12          MR. BALLASES: Jetwall. I think it
13 means Jetall, but it says Jetwall.
14          MS. HOOD: Okay. But now you're
15 testifying about what a document says. So I'm going to
16 object --
17          MR. BALLASES: I'm just asking her if
18 she sees it.
19          MS. HOOD: I'm going to object to
20 form.
21          MR. CHOUDHRI: Objection. Objection,
22 form.
23    Q.   (BY MR. BALLASES): Okay. Do you see the
24 entry?
25    A.   Yes.

Page 59

1     Q.   Can you tell Judge Norman why this bank
2  account, the Otisco RDX, LLC, bank account paid Jetall
3  $50,000 on August 14th of 2023?
4           MR. CHOUDHRI: Object to form.
5           MS. HOOD: Object to form. That's not
6  what the document says.
7     A.   No. I don't know.
8     Q.   (BY MR. BALLASES): Okay. Did you authorize
9  this payment or this -- or this payment that's
10 transferred of $50,000 to Jetall Companies?
11          MS. HOOD: Objection. Object to form.
12          MR. CHOUDHRI: Objection, form.
13          MS. HOOD: That's not what the
14 document says.
15          MR. BALLASES: Okay. Make your
16 objection to form and move on.
17          MR. CHOUDHRI: Misstates what the
18 document says. And I don't even have the document, so
19 I object to asking questions without providing the
20 document.
21          MS. HOOD: You can answer --
22          MR. BALLASES: Thank you.
23          MS. HOOD: -- if you know. If you
24 know, you can answer.
25    Q.   (BY MR. BALLASES): Right. So my -- my

Page 60

1  question is -- and I'll restate it for you because
2  everyone wanted to talk.
3           The $50,000 debit to Jetall Companies that
4  came from this particular bank account, the Otisco RDX
5  Cadence Bank account on August 14th of 2023, did you
6  authorize that payment to be made?
7           MR. CHOUDHRI: Objection, form.
8     A.   I don't remember.
9     Q.   (BY MR. BALLASES): Okay. If you turn to --
10 stay on that same exhibit, Exhibit 24, but turn to the
11 September 30th bank statement. There you go.
12          So the Exhibit 24 Cadence Bank, Otisco RDX,
13 LLC, account statement date September 30th, 2023 shows
14 a couple of debits that I want to talk about.
15          The first one is on September 21st of 2023
16 and it's $50,000 to Akin Gump Strauss Hauer & Feld. Do
17 you see that?
18          MR. CHOUDHRI: Objection, form.
19    A.   Yes.
20    Q.   (BY MR. BALLASES): Okay. Can you tell the
21 Court what that payment was for?
22          MR. CHOUDHRI: Objection, form.
23    A.   I don't know. I don't remember.
24    Q.   (BY MR. BALLASES): Okay. Did you authorize
25 that payment to be made from this account?

Page 61

1           MR. CHOUDHRI: Objection, form.
2     A.   No.
3     Q.   (BY MR. BALLASES): Okay. If you go just a
4  little bit two -- two entries down on September 29th,
5  2023, it shows a debit in the amount of $187,235.60 to
6  Caz Creek Holdings. Do you see that?
7     A.   Yes.
8           MR. CHOUDHRI: Objection, form.
9     Q.   (BY MR. BALLASES): Okay. Can you tell the
10 Judge what that payment has to do with?
11          MR. CHOUDHRI: Objection, form.
12    A.   I don't know.
13    Q.   (BY MR. BALLASES): Did you authorize that
14 payment to be made from this account to Caz Creek
15 Holdings?
16          MR. CHOUDHRI: Objection, form.
17    A.   I don't remember.
18    Q.   (BY MR. BALLASES): Okay. Okay. If you could
19 turn to Exhibit 25 from your first deposition. This is
20 now -- it's a -- it's a -- it's another Cadence Bank
21 bank statement, but it's from the Account No. 79714333.
22 Do you see that?
23    A.   Yes.
24          MR. CHOUDHRI: Objection, form.
25    Q.   (BY MR. BALLASES): And so this account is in

Shahnaz Choudhri
November 25, 2024                                                62 to 65

Page 62

1  your name.  It's not in Otisco anymore.  It's in
2  Shahnaz Choudhri's name.  Do you see that?
3      A.  Yes.
4          MR. CHOUDHRI:  Objection, form.
5      Q.  (BY MR. BALLASES:) Okay.  When look at the
6  first page of Exhibit 25, it's a statement dated
7  September 12th, 2022, it shows a deposit of one million
8  dollars made on August 29th of 2022.  Do you see that
9  entry?
10     A.  Yes.
11         MR. CHOUDHRI:  Objection, form.
12     Q.  (BY MR. BALLASES:) Okay.  Can you tell the
13 Court from where that million dollars originated?
14         MR. CHOUDHRI:  Objection, form.
15     A.  I don't know.
16     Q.  (BY MR. BALLASES:) Okay.  Do you have a
17 recollection of making this one-million-dollar deposit
18 into this account?
19     A.  I don't remember.
20         MR. CHOUDHRI:  Objection, form.
21     Q.  (BY MR. BALLASES:) Okay.
22         MR. CHOUDHRI:  And for the record,
23 Beth Mendez is still in this room in this deposition
24 over our objection.  Yet, she has no right to be here.
25 And she's here making gestures to the other parties,

Page 63

1  and she should not be in this deposition and she's not
2  a party.
3          MR. BALLASES:  Okay.  Thank you for
4  your speaking objection and, no, she's not making
5  gestures to anybody.
6      Q.  (BY MR. BALLASES:) Ms. Choudhri, --
7          MR. CHOUDHRI:  What -- what grounds
8  does she have a right to be here, Mr. Ballases?
9      Q.  (BY MR. BALLASES:) -- if you turn to the
10 statement dated October 13th -- I think this is it --
11 2022, yes -- of this -- of the same exhibit, Exhibit
12 25, there are a few entries I want to discuss.
13         The first one is a deposit in the amount of
14 $50,000 -- or excuse me -- $50,010 made on September
15 20th of 2022.  Do you see that first one?
16         MR. CHOUDHRI:  Objection, form.
17     A.  Yes.
18     Q.  (BY MR. BALLASES:) Okay.  Can you tell the
19 Judge where that money originated from?
20         MR. CHOUDHRI:  Objection, form.
21     A.  I don't remember.
22         MR. CHOUDHRI:  Do I need a mic or I'm
23 okay?
24     Q.  (BY MR. BALLASES:) Okay.
25         MR. CHOUDHRI:  Are you getting my

Page 64

1  objections?
2          THE REPORTER:  I'm getting them, but you
3  can --
4          MR. CHOUDHRI:  You are?  Okay.  I want to
5  make sure you are.  All right.  Thanks.
6      Q.  (BY MR. BALLASES:) Okay.  So a little bit
7  further down, the next entry on that same day,
8  September 20th, it shows a $2 million deposit into your
9  account.  Do you see that?
10     A.  Yes.
11         MR. CHOUDHRI:  Objection, form.
12     Q.  (BY MR. BALLASES:) Okay.  Can you tell Court
13 from where this $2 million originated from?
14         MR. CHOUDHRI:  Objection, form.
15     A.  I don't remember.
16     Q.  (BY MR. BALLASES:) Do you have a recollection
17 of making this two-million-dollar deposit into this
18 particular account that is reflected in Exhibit 25?
19         MR. CHOUDHRI:  Objection, form.
20     A.  I don't know.
21     Q.  (BY MR. BALLASES:) Okay.  If we look a little
22 bit further down, the next entry is from October 3rd,
23 2022 and it shows a deposit or credit of $1,901,054.13
24 from Fidelity National Title, Inc. Do you see that?
25         MR. CHOUDHRI:  Objection, form.

Page 65

1      A.  Yeah.
2      Q.  (BY MR. BALLASES:) Okay.  Can you tell the
3  Court from where this 1.9 million originated from?
4          MR. CHOUDHRI:  Objection, form.
5      A.  I don't remember.
6      Q.  (BY MR. BALLASES:) Okay.  Can you -- do you
7  have a recollection of making this particular $1.9
8  million deposit into this account?
9          MR. CHOUDHRI:  Objection, form.
10     A.  I don't.
11     Q.  (BY MR. BALLASES:) Okay.  It's okay.
12         If you go a little bit further down, there's
13 a debit -- it says "other debits" and it also shows on
14 September 20th a one-million-dollar or $1,000,010
15 checking withdrawal from this same account.
16     Q.  (BY MR. BALLASES:) And this is the same bank
17 statement, which is October 13th, 2023.  Do you see
18 that entry?
19     A.  Yes.
20         MR. CHOUDHRI:  Objection, form.
21     Q.  (BY MR. BALLASES:) Do you remember
22 withdrawing a little over a million dollars on
23 September 20th from this bank account?
24         MR. CHOUDHRI:  Objection, form.
25

Shahnaz Choudhri
November 25, 2024                                                66 to 69

Page 66

1   A.   I don't.
2        Q.   (BY MR. BALLASES:) You don't remember
3   withdrawing --
4             MS. HOOD:  Was it, I don't remember --
5        A.   I don't remember.
6             MS. HOOD:  Okay.  Thank you.
7        Q.   (BY MR. BALLASES:) And then it shows one
8   entry down on October 3rd of 2022, it shows $747,000
9   payment to Fidelity National Title Insurance, and it
10  references "Shepherd-Huldy Development"; do you see
11  that?
12            MR. CHOUDHRI:  Objection, form.
13       A.   Yes.
14       Q.   (BY MR. BALLASES:) Okay.  Can you tell the
15  Court why this $747,000 was paid to Fidelity National
16  Title Agency?
17            MR. CHOUDHRI:  Objection, form.
18       A.   I don't remember.
19       Q.   (BY MR. BALLASES:) Okay.  Did you authorize
20  this payment to come out of your account?
21            MR. CHOUDHRI:  Objection, form.
22       A.   I don't remember.
23       Q.   (BY MR. BALLASES:) Okay.  If we turn to the
24  bank statement that is December 9th, 2022.  And I'll
25  get it for you real quick.  Oops.  Missed it.  Here you

Page 67

1   go.  There you go.
2             So still looking at Exhibit 25, which is your
3   Cadence Bank bank account or one of your Cadence Bank
4   bank accounts, Account No. 79714333, I see a debit on
5   the December 9th, 2022 statement of half a million
6   dollars to "Romspen US Master Mortgage LP"; do you see
7   that?
8             MR. CHOUDHRI:  Objection, form.
9        A.   Yes.
10       Q.   (BY MR. BALLASES:) Right here.
11       A.   Okay.
12       Q.   Okay.  My question is to you, Ms. Choudhri,
13  do you have a recollection of why this
14  half-a-million-dollar payment to Romspen was made?
15            MR. CHOUDHRI:  Objection, form.
16       A.   I don't remember.
17       Q.   (BY MR. BALLASES:) Okay.  Did you authorize
18  this half a million dollars to come out of this
19  account, your personal account, to go to Romspen?
20            MR. CHOUDHRI:  Objection, form.
21            MS. HOOD:  Objection, form.
22       A.   I don't remember.
23       Q.   (BY MR. BALLASES:) Okay.  If you turn to the
24  February 9th, 2023 bank statement within Exhibit 25,
25  I'll get it for you.  I keep going one too far here.

Page 68

1   Here you go.
2             Okay.  So still looking at Exhibit 25, it is
3   your Cadence Bank bank statements from Account No.
4   79714333.  There are a couple of -- there's one entry I
5   want to discuss on here.
6             It shows a debit made on January 30th of 2023
7   in the amount of $2,551,000 to Heritage Title
8   Commercial of Austin.  And it references a GF number
9   and then says "JPB, PBAC 507"; do you see that?
10       A.   Yes.
11            MR. CHOUDHRI:  Objection, form.
12       Q.   (BY MR. BALLASES:) Can you tell the Court
13  where this $2.551 million payment was made to Heritage
14  Title Commercial of Austin?
15            MR. CHOUDHRI:  Objection, form.
16       A.   I don't remember.
17       Q.   (BY MR. BALLASES:) Okay.  Did you authorize
18  this 2.5 some-odd million-dollar payment to be made out
19  of your personal account?
20            MR. CHOUDHRI:  Objection, form.
21       A.   I don't know.
22       Q.   (BY MR. BALLASES:) Okay.  Do you recall or
23  you don't recall?
24            MR. CHOUDHRI:  Objection, form.
25       A.   No.  I don't want to -- I don't know about

Page 69

1   anything.
2        Q.   (BY MR. BALLASES:) Okay.  Of course, you've
3   never done business with PBAC 507 Holdings, LLC; isn't
4   that right?
5             MR. CHOUDHRI:  Objection, form.
6        A.   I don't know.
7        Q.   (BY MR. BALLASES:) Okay.
8             MS. HOOD:  She said I don't know or I
9   don't remember.
10            Ms. Choudhri, is it "I don't know" or
11  "I don't remember," your answer you just said?  Is it
12  "I don't know" or "I don't remember"?
13            MR. BALLASES:  I'll repeat the
14  question.
15            MS. HOOD:  Okay.
16       Q.   (BY MR. BALLASES:) So --
17            MR. CHOUDHRI:  Her question was, is
18  your answer "I don't know" or "I don't remember"
19  because it wasn't clear.
20            MR. BALLASES:  So let me re-ask the
21  question.
22       Q.   (BY MR. BALLASES:) So PBAC 507 Holdings, LLC,
23  you don't have a recollection of ever doing business
24  with that company; isn't that right?
25       A.   No.  I don't know.  I don't remember.

Shahnaz Choudhri
November 25, 2024
70 to 73

Page 70

1    Q.   Okay.  Are you familiar that PBAC or do you
2  know that PBAC 507 Holdings, LLC, is a company that Ali
3  Choudhri is a member of?
4    A.   I don't remember.
5              MR. CHOUDHRI:  Objection, form.
6    Q.   (BY MR. BALLASES:)  Okay.  If you turn to
7  Exhibit 27 of your deposition.  Okay.  Exhibit 27 to
8  your deposition are more Cadence Bank statements.  This
9  one is for Account No. 0076620.  Do you see that?
10             MR. CHOUDHRI:  Objection, form.
11   A.   Yes.
12   Q.   (BY MR. BALLASES:)  Okay.  And this account is
13  in the name of yourself and Mr. Ali Choudhri, correct?
14             MR. CHOUDHRI:  Objection, form.
15   A.   Yes.
16   Q.   (BY MR. BALLASES:)  Okay.  I would like for
17  you to turn to the statement in Exhibit 27, that is
18  dated April 22nd, 2019.  And I can help you.  April
19  22nd, 2019.  There you go.
20        All right.  April 22nd, 2019, there are a
21  couple of entries that I wanted to ask you about.
22        The first one -- well, strike that.
23        So you see this is a statement dated April
24  22nd, 2019?
25             MR. CHOUDHRI:  Objection, form.

Page 71

1    A.   Yes.
2    Q.   (BY MR. BALLASES:)  Okay.  And the first entry
3  I want to ask you about is a debit and it's dated March
4  26th of 2019, and it shows $30,000 and it says "Jetall
5  Companies, Inc., Operating"; do you see that entry?
6              MR. CHOUDHRI:  Objection, form.
7    A.   Yes.
8    Q.   (BY MR. BALLASES:)  Okay.  Do you have any
9  idea what that $30,000 payment was for?
10             MR. CHOUDHRI:  Objection, form.
11   A.   I don't know.
12   Q.   (BY MR. BALLASES:)  Did you authorize that
13  payment to be made?
14   A.   I don't know.
15             MR. CHOUDHRI:  Objection, form.
16             MS. HOOD:  Again, is it "I don't know"
17  or "I don't remember"?  I want to make the record
18  clear.
19             Do you not remember --
20             THE WITNESS:  I don't remember.  I
21  don't know.
22             MS. HOOD:  Okay.
23   Q.   (BY MR. BALLASES:)  Okay.  If you turn to May
24  22nd, 2019, that bank statement.  Okay.  There you go.
25        So staying within Exhibit 27, turning to the

Page 72

1  bank statement that is labeled May 22nd, 2019, there is
2  a credit listed of $90,000 that was made on May 20th of
3  2019 for "BDFI, LLC"; do you see that?
4    A.   Yes.
5              MR. CHOUDHRI:  Objection, form.
6    Q.   (BY MR. BALLASES:)  Okay.  Do you have any --
7  strike that.
8        Can you tell the Court why that $90,000
9  payment was made to BDFI, LLC?
10             MR. CHOUDHRI:  Objection, form.
11   A.   I don't know.
12             MS. HOOD:  Again, is it "I don't know"
13  or "I don't remember"?
14             Ms. Choudhri, is your answer is "I
15  don't know" or "I don't remember"?
16             THE WITNESS:  Okay.
17             MS. HOOD:  No, no, no.  Which one is
18  it, "I don't know" or "I don't remember"?
19             MR. BALLASES:  She said "I don't
20  know."
21             MS. HOOD:  Okay.  But I'm trying --
22  Okay.  But every time she says, "I don't know," I think
23  she means "I don't remember."  I'm just trying to
24  clarify the record because I don't want you coming back
25  and putting words in her mouth.  Right?

Page 73

1              MR. BALLASES:  I'm just --
2              MS. HOOD:  Is it -- is it you don't
3  know or you don't remember?
4              THE WITNESS:  Okay.
5              MS. HOOD:  No, no.  Don't "okay" me.
6  Is it -- is your answer "I don't know" or "I don't
7  remember"?  Is it "I don't remember"?
8              THE WITNESS:  I don't remember.
9              MS. HOOD:  Okay.
10   Q.   (BY MR. BALLASES:)  Okay.  So as you sit here
11  today, can you tell the Court whether or not you
12  particularly -- you, specifically, authorized this
13  $90,000 payment --
14             MR. CHOUDHRI:  Objection, form.
15   Q.   (BY MR. BALLASES:)  -- to be made to BDI --
16  BDFI, LLC, from this account?
17             MR. CHOUDHRI:  Objection, form.
18   A.   I don't remember.
19   Q.   (BY MR. BALLASES:)  Okay.  Okay.  If you turn
20  to the April 22nd, 2020 statement of Exhibit 27 -- went
21  too far again.  Here you go.
22        Okay.  So still looking at Exhibit 27, which
23  is a Cadence Bank bank account with you and Ali
24  Choudhri, Account No. 0076620.  On the April 22nd, 2020
25  statement, there is a deposit on April 6th of 2020 of

Shahnaz Choudhri
November 25, 2024                                    74 to 77

Page 74

1  $160,000 from "VGRP Holdings, LLC"; do you see that
2  entry?
3          MR. CHOUDHRI: Objection, form.
4      A.  Yes.
5      Q.  (BY MR. BALLASES:) Okay.  Can you tell the
6  Court from where this $160,000 originated?
7          MR. CHOUDHRI: Objection, form.
8      A.  I don't know about it.
9      Q.  (BY MR. BALLASES:) Okay.  Can you tell the
10 Court why it was made?
11     A.  I don't remember.
12         MR. CHOUDHRI: Objection, form.
13     Q.  (BY MR. BALLASES:) Okay.  So could you turn
14 to -- staying within Exhibit 27, could you turn to the
15 bank statement that is dated June 19th, 2020.  I can
16 help you find it.  There you go.
17         So, Ms. Choudhri, on this particular bank
18 statement there is a deposit or credit that was made on
19 June 17th of 2020 in the amount of $87,129.38 from
20 "Greenville Tower Medical Investors."  It says "Final
21 Distribution"; do you see that?
22         MR. CHOUDHRI: Objection, form.
23     A.  Yes.
24     Q.  (BY MR. BALLASES:) Okay.  Can you tell the
25 Court why this $87,000 deposit was made?

Page 75

1          MR. CHOUDHRI: Objection, form.
2      A.  I don't know.
3          MS. HOOD:  Again, is it "I don't know"
4  or "I don't remember"?
5          Ms. Choudhri, --
6          MR. BALLASES:  She said "I don't
7  know," I mean.
8          MR. CHOUDHRI:  We're trying to
9  clarify, Mr. Ballases.
10         MR. BALLASES:  I think it's very
11 clear.  I mean, y'all are trying to coach her.
12         MS. HOOD:  No, it's not --
13         MR. CHOUDHRI:  We're not --
14         MS. HOOD:  We're not trying to coach
15 her.  When she says "I don't know," I think she's
16 saying "I don't remember."
17         MR. BALLASES:  Okay.
18         MS. HOOD:  And she's confusing me.
19 Okay.
20         So when he asked you a question, you
21 say "I don't know," is it because you don't know or you
22 don't remember?
23         THE WITNESS:  I don't know.
24         MS. HOOD:  You don't know?
25         THE WITNESS:  Yes.

Page 76

1          MS. HOOD:  Because you don't remember?
2          THE WITNESS:  I don't remember even.
3          MS. HOOD:  Okay.  Well, you need to be
4  clear when you answer his questions.  Okay.
5          THE WITNESS:  Okay.  I will.
6          MS. HOOD:  Okay.
7          MR. BALLASES:  For the record, I think
8  you're doing great.
9          MS. HOOD:  For the record, you're not
10 being fair to her, but keep going.
11         MR. BALLASES:  Objection, sidebar.
12         MS. HOOD:  I object to your sidebars.
13 That's all you've been doing.
14     Q.  (BY MR. BALLASES:) If you -- staying within
15 Exhibit 27, if you could turn to the --
16         MS. HOOD:  Okay.  We're taking a
17 break.  It's at 35 minutes.
18         MR. BALLASES:  Okay.
19         THE VIDEOGRAPHER:  Off the record at
20 12:55.
21         (Off the record.)
22         THE VIDEOGRAPHER:  We are back on the
23 record at 1:11.
24     Q.  (BY MR. BALLASES:) Okay.  Hi, Ms. Choudhri,
25 how are you?

Page 77

1      A.  I'm fine.
2      Q.  Good.  We just took a short break.  Are you
3  ready to get started?
4      A.  Sure.
5      Q.  Okay.  I'm trying to find the bank statement
6  for you.  Okay.  Here we go.
7          Okay.  So when we left off, we were still
8  talking about Exhibit 27, which are Cadence Bank
9  statements for yourself and your son Ali Choudhri and
10 specifically there for Account No. 0076620.
11         MR. CHOUDHRI: Object to form.
12         MS. HOOD:  Object to form.
13     Q.  (BY MR. BALLASES:) If you turn to the
14 statement dated January 22nd, 2021, within that set of
15 documents which you have in front of you, I want to
16 talk about a couple of deposits that were made.
17         If you look down at the bottom of the page,
18 there is a deposit that was made on December 31st of
19 2020, and it was in the amount of 135,000 from "Harbor
20 Healthcare SYS, LP" and it references "Fall Creek Plaza
21 Settlement"; do you see that credit?
22         MR. CHOUDHRI: Objection, form.
23     A.  Which one?
24     Q.  (BY MR. BALLASES:) The $135,000 credit.  Let
25 me see.  There you go.  A page over.

Shahnaz Choudhri
November 25, 2024                                           78 to 81

Page 78

1                    MR. CHOUDHRI:  Objection, form.
2        Q.   (BY MR. BALLASES:) Okay.  So first page of
3   the bank statement that is January 22nd, 2021 in
4   Exhibit 27, there shows a deposit that was made on
5   December 31st in the amount of 135,000 from Harbor
6   Healthcare and there's a reference of Fall Creek Plaza
7   Settlement.  Do you see that amount?
8                    MR. CHOUDHRI:  Objection, form.
9        A.   Yes.
10       Q.   (BY MR. BALLASES:) Okay.  Can you tell the
11  Court why that $135,000 deposit was made into this
12  account?
13                   MR. CHOUDHRI:  Objection, form.
14       A.   I don't remember.
15       Q.   (BY MR. BALLASES:) Okay.  Do you -- okay.
16  The next entry down is also on December 31st of 2020,
17  but this one's for half-a-million dollars and it's from
18  also "Harbor Healthcare" and it references the "Fall
19  Creek Plaza Settlement."  Do you know what that
20  half-million-dollar deposit into this account pertain
21  to?
22                   MR. CHOUDHRI:  Objection, form.
23       A.   I don't know.
24       Q.   (BY MR. BALLASES:) Okay.  If you turn to the
25  next page of that statement.  So the second page, still

Page 79

1   on the January 22nd, 2021 statement, there is a debit
2   to "Jetall Companies" made on January 14th of 2021 in
3   the amount of $31,000.  Do you see that entry?
4        A.   Yes.
5                    MR. CHOUDHRI:  Objection, form.
6        Q.   (BY MR. BALLASES:) Okay.  Did you -- do you
7   know what that entry pertain to?
8                    MR. CHOUDHRI:  Objection, form.
9        A.   No, I don't remember.
10       Q.   (BY MR. BALLASES:) Okay.  Did you authorize
11  that transfer to Jetall Companies?
12                   MR. CHOUDHRI:  Objection, form.
13       A.   I don't know about it.
14       Q.   (BY MR. BALLASES:) Okay.  If we turn to the
15  May 20th, 2021 statement, I can get it for you.
16            Okay.  So still on Exhibit 27, looking at the
17  statement dated May, 20th of 2021, there are a couple
18  of entries that I want to talk about with you.
19            I'll give you a second to put your glasses
20  on.
21            Okay.  On that particular statement, there is
22  a deposit or credit made on May 5th of 2021 in the
23  amount of $850,000.  Do you see that deposit?
24                   MR. CHOUDHRI:  Objection, form.
25       A.   Yes.

Page 80

1        Q.   (BY MR. BALLASES:) Okay.  Can you tell the
2   Court from where that money originated?
3                    MR. CHOUDHRI:  Objection, form.
4        A.   I don't remember.
5        Q.   (BY MR. BALLASES:) Okay.  Then I see another
6   entry, it's five days later, on May 10th of 2021 of
7   $850,000 and this one says it's from -- or at least it
8   indicates -- it's from Al Choudhri.  Do you know what
9   that deposit pertained to?
10                   MR. CHOUDHRI:  Objection, form.
11       A.   I don't know about it.
12       Q.   (BY MR. BALLASES:) If you turn to the
13  next page of that same statement, so it's Page 2 of the
14  May 20 of 2021 statement, it shows a couple of debits.
15  One is in the amount of $850,006 and it was made on May
16  3rd of 2021.  Do you know what that withdrawal pertain
17  to?
18                   MR. CHOUDHRI:  Objection, form.
19       A.   I don't know.
20       Q.   (BY MR. BALLASES:) Did you authorize that
21  withdrawal?
22       A.   I don't know.
23       Q.   Okay.
24                   MR. CHOUDHRI:  Objection, form.
25                   MS. HOOD:  Again, I want to be clear.

Page 81

1   When you say you don't remember, is that the same thing
2   as "I don't know," because you need to be clear for the
3   man to answer his questions.
4                    MR. BALLASES:  Did she say "I don't
5   know"?
6                    THE REPORTER:  "I don't know" is what
7   I have.
8                    MR. BALLASES:  Yeah, that's what
9   I thought.
10                   MS. HOOD:  Okay.  But do you not
11  remember or do you not know?  I'm just trying to make
12  the record clear.
13                   THE WITNESS:  Okay.
14                   MS. HOOD:  All right.
15       Q.   (BY MR. BALLASES:) Okay.  So shortly a little
16  bit further down on that same page on May 5th of 2021,
17  it shows an $850,000 debit going to "Stewart Title
18  Guaranty Company."  Do you know what that money was
19  sent for?
20                   MR. CHOUDHRI:  Objection, form.
21       A.   I don't remember.
22       Q.   (BY MR. BALLASES:) Okay.  Did you authorize
23  that money to be sent?
24                   MR. CHOUDHRI:  Objection, form.
25       A.   I don't remember.

Page 82

1    Q.   (BY MR. BALLASES:) Okay.  In 2021, when this
2  statement was made, you weren't working anymore, right?
3               MR. CHOUDHRI:  Objection, form.
4    A.   No.
5    Q.   (BY MR. BALLASES:) You weren't working?
6    A.   I don't remember.  I know I don't -- I didn't
7  work.
8    Q.   Yeah.  Okay.
9               (Reporter clarification.)
10              MR. CHOUDHRI:  For clarification, your
11 answer was, "I don't remember"?  Is that correct?
12              THE WITNESS:  Yes.
13              (Brief interruption.)
14              MS. HOOD:  Sorry.
15   Q.   (BY MR. BALLASES:) Okay.  If you could turn
16 to the bank statement that is June 22nd of 2021, of
17 that same Exhibit 27.  Okay.  So still looking at
18 Exhibit 27, which is a Cadence Bank statement, Account
19 No. 0076620 for Shahnaz Choudhri and Ali Choudhri, and
20 turning specifically in that exhibit to the statement
21 dated June 22nd of 2021.
22          The question I have for you is, on that page
23 or on that bank statement on June 3rd there is a --
24 June 3rd of 2021, there is a $870,000 deposit into this
25 account.  Can you tell the Court what that specific

Page 83

1  deposit pertained to?
2               MR. CHOUDHRI:  Objection, form.
3    A.   I don't remember.
4    Q.   (BY MR. BALLASES:) Do you know where it
5  originated from?
6    A.   I don't remember.
7               MR. CHOUDHRI:  Objection, form.
8    Q.   (BY MR. BALLASES:) I see -- and we've
9  talked about this a little bit because I've seen these
10 on other bank statements, but on that same bank
11 statement there's "Oasis Batch, Payroll"; do you see
12 that entry?
13              MR. CHOUDHRI:  Objection, form.
14   Q.   (BY MR. BALLASES:) See, "Oasis Batch,
15 Payroll" and "Oasis Batch, Payroll."  It's on there
16 twice.
17              MR. CHOUDHRI:  Objection, form.
18   Q.   (BY MR. BALLASES:) Do you see that?
19   A.   Yes.
20              MR. CHOUDHRI:  Objection, form.
21   Q.   (BY MR. BALLASES:) Okay.  So can you tell the
22 Court what those deposits pertain to?
23              MR. CHOUDHRI:  Objection, form.
24   A.   I don't remember.
25   Q.   (BY MR. BALLASES:) Do you know what Oasis

Page 84

1  Batch is?
2               MR. CHOUDHRI:  Objection, form.
3    A.   I don't know about it.  I don't remember this
4  statement.
5    Q.   (BY MR. BALLASES:) Okay.  So you have no
6  knowledge of what Oasis Batch pertains to?
7               MR. CHOUDHRI:  Objection, form.
8               MS. HOOD:  Object to form.  That
9  wasn't her answer.  She said she doesn't remember.
10              MR. BALLASES:  Okay.
11              MS. HOOD:  Which is different.
12   Q.   (BY MR. BALLASES:) Do you have any knowledge
13 as to what Oasis Batch pertains to?
14              MR. CHOUDHRI:  Objection, form.
15              MS. HOOD:  Objection.  You've asked
16 the question.  She's answered it.  And now you're
17 trying to put words in her mouth.
18   A.   I don't know.  I don't remember.
19   Q.   (BY MR. BALLASES:) Okay.  If you turn to the
20 second page of that bank statement, which is a June
21 20th, 2021 bank statement, there is a debit in the
22 amount of $172,046.49 that was made on June 17th of
23 2021 and paid to "CCI Holdings, LLC" and there's a
24 reference to "Shepherd Huldy" on that entry.  Do you
25 see that?

Page 85

1               MR. CHOUDHRI:  Objection, form.
2    A.   Yes.
3    Q.   (BY MR. BALLASES:) Okay.  Can you tell the
4  Court what this payment was for?
5               MR. CHOUDHRI:  Objection, form.
6    A.   I don't know.  I don't remember it at all.
7    Q.   (BY MR. BALLASES:) Okay.  You had no
8  involvement with any entity known as Shepherd-Huldy?
9               MR. CHOUDHRI:  Objection, form.
10   A.   I don't remember.
11   Q.   (BY MR. BALLASES:) Yeah.  Okay.  If you could
12 turn -- staying within Exhibit 27, if you could turn to
13 the bank statement that is dated November 19th, 2021.
14 Here you go.
15          Okay.  This particular bank statement in
16 Exhibit 27 shows a deposit that was made on November,
17 12th, 2021 in the amount of $9,483,411.74 from
18 "Transact Title" and it shows an entry of "Seller
19 Proceeds 1708 River O" is what it says.  Do you see
20 that?
21              MR. CHOUDHRI:  Objection, form.
22   A.   Yes.
23   Q.   (BY MR. BALLASES:) Okay.  Can you tell the
24 Court where this money originated from?
25              MR. CHOUDHRI:  Objection, form.

Shahnaz Choudhri
November 25, 2024                              86 to 89

Page 86

1    A.  I don't remember at all.
2        Q.  (BY MR. BALLASES:) Okay.  Could we turn to
3  the -- in the Exhibit 27, the statement dated December
4  20th of 2021, so the next statement over.  Here you go.
5           Okay.  The statement dated December 20th of
6  2021 in Exhibit 27, shows a deposit on December 14th of
7  2021 of $7 million from "Transact Title" and it says
8  "Returning Buyer Funds."  Do you see that?
9        A.  Yes.
10                MR. CHOUDHRI:  Objection, form.
11       Q.  (BY MR. BALLASES:) Can you tell the Court
12  what that deposit pertained to?
13                MR. CHOUDHRI:  Objection, form.
14       A.  I don't remember.
15       Q.  (BY MR. BALLASES:) Okay.  If you turn to the
16  second page of that same December 20th, 2021 bank
17  statement, there is a debit that was made on December
18  15th of 2021 of $3,584,669.23 that went to
19  "Independence Title," and there's a GF number noted.
20  Do you see that?
21                MR. CHOUDHRI:  Objection, form.
22       A.  Yes.
23       Q.  (BY MR. BALLASES:) Okay.  Can you tell the
24  Court what that payment was made for?
25                MR. CHOUDHRI:  Objection, form.

Page 87

1    A.  I don't remember at all.
2        Q.  (BY MR. BALLASES:) Okay.  On that same date,
3  December 15th of 2021, there was also a $5,029,527.91
4  payment or transfer to "Capital Title of Texas, LLC";
5  do you see that?
6        A.  Yes.
7                MR. CHOUDHRI:  Objection, form.
8        Q.  (BY MR. BALLASES:) Can you tell the Judge why
9  that transfer of funds was made?
10                MR. CHOUDHRI:  Objection, form.
11       A.  I don't remember.
12       Q.  (BY MR. BALLASES:) Okay.  If we turn to the
13  January 21st, 2022 bank statement, next one over.
14  There you go.
15           Okay.  On this page, still looking at Exhibit
16  27, this is a statement dated January 21st, 2022.
17  There is a deposit of that same number we just talked
18  about.  It was made on December 21st of '22.  It's
19  $5,029,527.91 from Capital Title of Texas, LLC"; do you
20  see that?
21       A.  Yes.
22                MR. CHOUDHRI:  Objection, form.
23       Q.  (BY MR. BALLASES:) Can you tell the Court why
24  that money is now coming into the account?
25                MR. CHOUDHRI:  Objection, form.

Page 88

1    A.  I don't remember at all.
2        Q.  (BY MR. BALLASES:) Okay.  If we turn to the
3  May 19, 2022 statement.  Here we go.  I'm going to tab
4  this one just so in case it flips over, we know where
5  we were.  Okay.
6           So within Exhibit 27, looking at the
7  statement dated May 19th of 2022, there is a deposit
8  and other credit of $1 million that was made into this
9  account on April 21st of 2022.  Do you see that?
10                MR. CHOUDHRI:  Objection, form.
11       A.  Yes.
12       Q.  (BY MR. BALLASES:) Okay.  Can you tell the
13  Court from where that money originated?
14                MR. CHOUDHRI:  Objection, form.
15       A.  I don't remember.
16       Q.  (BY MR. BALLASES:) Okay.  There is also a
17  credit or deposit made on May 18th of 2022 on that bank
18  statement in the amount of $150,000 from "Benjamin
19  Gubernick."  Do you recall or do you know what that
20  deposit pertained to?
21                MR. CHOUDHRI:  Objection, form.
22       A.  I don't remember.
23       Q.  (BY MR. BALLASES:) Okay.  If you look at
24  the -- a little bit further down that page, there was a
25  debit or a transfer or payment that was made on April

Page 89

1  21st of 2022 in the amount of half a million dollars
2  for "Benchmark Title, LLC" and it references "Buyer
3  Meandering Bend" and has a GF number.  Do you see that?
4        A.  Yes.
5                MR. CHOUDHRI:  Objection, form.
6        Q.  (BY MR. BALLASES:) Okay.  Do you know what
7  that half-a-million-dollar payment related to?
8                MR. CHOUDHRI:  Objection, form.
9        A.  I don't remember.
10       Q.  (BY MR. BALLASES:) Okay.  Did you authorize
11  that payment to be made?
12                MR. CHOUDHRI:  Objection, form.
13       A.  No.  I don't remember.
14       Q.  (BY MR. BALLASES:) Okay.  If you turn to the
15  next page of that statement, Page 2 of that statement,
16  still on the May 19th, 2022 date, there is a debit or a
17  payment that was made on April 25th of 2022.  It was a
18  half million dollars to "Austin San Gabriel Corner,
19  LLC" and it has a GF number.  Do you see that entry?
20       A.  Yes.
21                MR. CHOUDHRI:  Objection, form.
22       Q.  (BY MR. BALLASES:) Okay.  Do you know what
23  that payment was made for?
24                MR. CHOUDHRI:  Objection, form.
25       A.  I don't know.  I don't know.

Page 90

1     Q.   (BY MR. BALLASES:) Okay.  Did you authorize
2  that payment?
3              MR. CHOUDHRI:  Objection, form.
4     A.   I don't remember.
5     Q.   (BY MR. BALLASES:) Okay.  If we turn to the
6  June 21st statement, which is two -- there you go.
7          So looking at Exhibit 27, still looking at
8  the now June 21st, 2022 bank statement, there is a
9  credit or deposit of $200,000 from "The Fit Foods LL"
10 that was made on May 31st of 2022.  Do you see that?
11    A.   Yes.
12             MR. CHOUDHRI:  Objection, form.
13    Q.   (BY MR. BALLASES:) Okay.  Do you have a
14 recollection of why that deposit was made?
15    A.   I don't remember.
16             MR. CHOUDHRI:  Objection, form.
17    Q.   (BY MR. BALLASES:) There are three
18 other deposits that were made in the -- over the next
19 few days, June 1st, June 2nd and June 3rd for different
20 amounts that are reflected on this particular bank
21 statement that's dated June 21st, 2022.
22             MR. CHOUDHRI:  Objection, form.
23    Q.   (BY MR. BALLASES:) Do you have -- do you know
24 at all -- can you tell the Court why those deposits
25 were made?

Page 91

1              MR. CHOUDHRI:  Objection, form.
2     A.   I don't know at all.
3     Q.   (BY MR. BALLASES:) Okay.  Does The Fit Foods,
4  does that ring a bell to you at all?  Do you have any
5  recollection?
6     A.   Yes.  I don't remember.
7              MR. CHOUDHRI:  Objection, form.
8     Q.   (BY MR. BALLASES:) Can you turn to the
9  July 22nd -- there you go.
10         If you look at the -- on Exhibit 27, the bank
11 statement that is July 22nd, 2022, there is a deposit
12 or credit that was made on June 24th of '22 in the
13 amount of $365,525.66 from "Hudson Title Group, LLC"
14 and it says "Seller Proceeds Ali" and it says
15 "C-H-O-U-D-H"; do you see that?
16             MR. CHOUDHRI:  Objection, form.
17    A.   Which one is?
18    Q.   (BY MR. BALLASES:) Go one over.  There you
19 go.  365.  "Hudson Title Group."  It says "Seller
20 Proceeds Ali" and then it says "C-H-O-U-D-H."  Do you
21 see that?
22    A.   Yes.
23             MR. CHOUDHRI:  Objection, form.
24    Q.   (BY MR. BALLASES:) Okay.  Do you know what
25 this deposit pertained to?

Page 92

1              MR. CHOUDHRI:  Objection, form.
2     A.   I don't know.
3     Q.   (BY MR. BALLASES:) Okay.  And have you -- let
4  me ask you this, have you ever had to hire Jennifer
5  MacGeorge for any legal work?
6              MR. CHOUDHRI:  Objection, form.
7     A.   I don't know.
8     Q.   (BY MR. BALLASES:) Okay.  If you look a
9  little bit further down on that same bank statement,
10 the July 22nd, 2022 bank statement, it shows a payment
11 or a debit or a transfer on July 18th of 2022 of
12 $160,000 to "JLM Law, PLLC, Jennifer MacGeorge."  Do
13 you see that entry?
14    A.   Yes.
15             MR. CHOUDHRI:  Objection, form.
16    Q.   (BY MR. BALLASES:) Do you know what that
17 payment was related to?
18    A.   I don't know.
19             MR. CHOUDHRI:  Objection, form.
20    Q.   (BY MR. BALLASES:) Did you authorize that
21 payment to be made?
22    A.   I don't know.
23             MR. CHOUDHRI:  Objection, form.
24    Q.   (BY MR. BALLASES:) Okay.  If you turn to the
25 second page of that statement.  Okay.  On that same

Page 93

1  bank statement dated July 22nd, 2022, there is a debit
2  or a payment or transfer of -- you got it -- that was
3  made on July 19th of 2022 and it shows a $300,000
4  payment or transfer to "Veritex Community Bank Loan
5  OPS" and it says -- there's a reference that says "to
6  further credit loan in the name of BDFI, LLC."  Do you
7  see that?
8              MR. CHOUDHRI:  Objection, form.
9     A.   Yes.
10    Q.   (BY MR. BALLASES:) Okay.  Do you know what
11 that $300,000 transfer related to?
12             MR. CHOUDHRI:  Objection, form.
13    A.   I don't -- I don't recognize this.
14    Q.   (BY MR. BALLASES:) Okay.  BDFI, LLC, do you
15 recognize that?
16             MR. CHOUDHRI:  Objection, form.
17    A.   No.
18    Q.   (BY MR. BALLASES:) Okay.  And if you see on
19 that same date on that same statement on July 19th,
20 2022, there was also a $300,000 checking withdrawal.
21 Do you know who withdrew that money, that $300,000
22 money?
23             MR. CHOUDHRI:  Objection, form.
24             MS. HOOD:  Object to form.
25    A.   I don't remember.

Page 94

1     Q.   (BY MR. BALLASES:) Okay.  If you turn to the
2  second page of the bank statement that is dated August
3  22nd of 2022.  I can help you here.  Okay.  Here is the
4  second page, August 22nd, 2022.
5          Okay.  Still within Exhibit 27 and looking at
6  the bank statement dated August 22nd, 2022 and
7  specifically on the second page of that bank statement,
8  there are several debits that I wanted to ask about.
9          The first one is dated July 29th of 2022 and
10  it's a $200,000 payment to Hanif Jhaveri.  And I'll
11  spell it.  It's J-H-A-V-E-R-I.  Do you have a
12  recollection of why this transfer was made to Hanif?
13              MR. CHOUDHRI:  Objection, form.
14              MS. HOOD:  Objection, form.
15     A.   I don't know.  I don't remember at all.
16     Q.   (BY MR. BALLASES:) Okay.  You didn't ever
17  have to hire -- did you ever hire Anthony Buzbee, Tony
18  Buzbee, for any legal work?
19              MR. CHOUDHRI:  Objection, form.
20     A.   I don't know.
21     Q.   (BY MR. BALLASES:) Okay.  So this -- a little
22  bit further down on that same page on August 1st, 2022,
23  there's a $50,000 payment to "Anthony G. Buzbee, LP."
24  Do you know what that $50,000 related to?
25     A.   I don't know.

Page 95

1              MR. CHOUDHRI:  Objection, form.
2     Q.   (BY MR. BALLASES:) Okay.  Also on that same
3  page on August 4th of 2022, there's a $50,000 payment
4  to Jesse Mamuhewa.  And I'll spell it.  It's
5  M-A-M-U-H-E-W-A.  Do you know what that $50,000 payment
6  relates to?
7              MR. CHOUDHRI:  Objection, form.
8     A.   I don't -- I don't recognize this.
9     Q.   (BY MR. BALLASES:) Okay.  And the last entry
10  I want to talk about on that page is on August 19th of
11  2022.  It's a $400,000 payment or transfer to "Romspen
12  US Master Mortgage LP" and there's a note that says
13  "Loan Extension."  Do you see that?
14     A.   Yes.
15              MR. CHOUDHRI:  Objection, form.
16     Q.   (BY MR. BALLASES:) Do you know what that
17  $400,000 payment was made for?
18     A.   I can't recognize this.
19     Q.   (BY MR. BALLASES:) Okay.  If we could turn to
20  the September 22nd, 2022 bank statement.  I'll help
21  you.
22              MR. CHOUDHRI:  Objection, form.
23     Q.   (BY MR. BALLASES:) Okay.  Looking at the
24  first page of the September 22nd, 2022 bank statement
25  and within Exhibit 27, there is a credit or deposit

Page 96

1  made on September 20th of 2022 for $2.8 million and it
2  says "Ali Choudhri."  Do you see that?
3              MR. CHOUDHRI:  Objection, form.
4     A.   Yes.
5     Q.   (BY MR. BALLASES:) Okay.  Can you tell the
6  Court from where that money originated or why it was
7  deposited in this account?
8              MR. CHOUDHRI:  Objection, form.
9     A.   I don't recognize.
10     Q.   (BY MR. BALLASES:) Okay.  If you turn to the
11  next page, the second page of that same September 22nd,
12  2022 statement, I see -- and we're looking at the
13  debits now.  And I see there is a entry on August 24th
14  of 2022 in the amount of $97,086 to A-V-I, R-E-D-D-Y,
15  Avi Reddy, and it says "Loan payoff."  Do you see that?
16              MR. CHOUDHRI:  Objection, form.
17     A.   Yes.
18     Q.   (BY MR. BALLASES:) Okay.  Can you tell the
19  Court what that payment pertained to?
20              MS. HOOD:  Object to form.
21     A.   I don't know.
22     Q.   (BY MR. BALLASES:) Okay.
23              MR. CHOUDHRI:  Objection, form.
24              MS. HOOD:  Again, is it you don't know
25  or you don't remember?  I want the record to be clear.

Page 97

1     Q.   (BY MR. BALLASES:) Do you have any knowledge
2  of why $97,000- --
3              MS. HOOD:  Let me finish.
4              Ms. Choudhri, --
5              MR. BALLASES:  It's not your
6  deposition.  I'm letting you do this.
7              MS. HOOD:  Okay.  Thank you.
8              MR. BALLASES:  You're welcome.
9              MS. HOOD:  Bless your heart.  Aren't
10  you sweet?
11              MR. BALLASES:  I appreciate it.  I am.
12              MS. HOOD:  No, you're not.
13              For the record, --
14              THE WITNESS:  Yes.  I don't remember.
15              MS. HOOD:  Okay.  Thank you.
16     Q.   (BY MR. BALLASES:) Okay.  So do you ever
17  remember hiring an attorney Manfred Steinberg?
18     A.   Not at all.
19     Q.   (BY MR. BALLASES:) Okay.  What about an
20  attorney Steve Roberts?  Did you ever hire --
21     A.   I don't know.
22     Q.   Okay.  So there's a $10,000 payment made to
23  Manfred Steinberg on August 29th, 2022.  Do you have --
24  do you have any knowledge of that?
25     A.   No, I don't.

Shahnaz Choudhri
November 25, 2024                                              98 to 101

Page 98

1     Q.   Okay.  There's also on August 29th, $25,000
2  payment or transfer made to "Steven A Roberts PC."  It
3  says "Legal Fees."  Do you have any knowledge of that?
4              MS. HOOD:  Object to form.
5     A.   No, I don't remember.
6     Q.   (BY MR. BALLASES:)  Okay.  Also on August
7  29th, 2022 there is a $1 million checking -- there's a
8  $1 million withdrawal.  Do you know about that
9  particular withdrawal?
10             MS. HOOD:  Object to form.
11             MR. CHOUDHRI:  Objection, form.
12    A.   I don't remember.
13    Q.   (BY MR. BALLASES:)  Okay.  If we turn on to --
14  let me see -- two pages further.  Hold -- let's put a
15  tab on this page.  We're going to come back to it.  But
16  if we turn just a little bit further.
17             There's some checks there associated with
18  this bank statement and it shows the million-dollar
19  withdrawal that's referenced that we just discussed.
20  And it says that you made the withdrawal in the amount
21  of a million dollars.  Do you see that?
22             MR. CHOUDHRI:  Objection, form.
23    A.   Yes.
24    Q.   (BY MR. BALLASES:)  Okay.  Is that your
25  signature on the withdrawal slip?

Page 99

1              MR. CHOUDHRI:  Objection, form.
2              MS. HOOD:  Object to form.
3     A.   I don't remember.
4     Q.   (BY MR. BALLASES:)  Okay.  And then if we turn
5  back to this page.  If we look a little bit further
6  down that page on August 31st, 2022, there is
7  $150,000 -- sorry.  There's a $150,000 debit on August
8  31st, 2022 to "Romspen."  It says "Mortgage Payment."
9              Do you have any recollection of why that
10  payment was made?
11             MR. CHOUDHRI:  Objection, form.
12    A.   I don't know about it.
13    Q.   (BY MR. BALLASES:)  Okay.  And then if we go a
14  little bit further down that same page, there's a
15  $150,000 transfer made on September 16th to "Akin Gump
16  Strauss Hauer & Feld."  Do you know what that transfer
17  of funds was about?
18             MR. CHOUDHRI:  Objection, form.
19             MS. HOOD:  Objection, form.
20    A.   I don't know.
21    Q.   (BY MR. BALLASES:)  Okay.
22             MR. CHOUDHRI:  Asked and answered.
23    Q.   (BY MR. BALLASES:)  And then if we look a
24  little bit further on the page, there's on September
25  20th, 2022, there are two withdrawals.  One is in the

Page 100

1  amount of $50,010.  And the other one is in the amount
2  of $2 million.  Do you see that?
3              MR. CHOUDHRI:  Objection, form.
4     A.   Yes.
5     Q.   (BY MR. BALLASES:)  Do you know what those two
6  withdrawals pertain to?
7     A.   I don't remember.
8              MR. CHOUDHRI:  Objection, form.
9     Q.   (BY MR. BALLASES:)  Okay.  And if we turn back
10  two pages forward to the check page, we can see that
11  those two withdrawals -- I got this page.  Yup.  There
12  you go.
13             Okay.  So we look at this particular page of
14  this statement, it shows the $2 million withdrawal and
15  the $50,000 withdrawal were made by -- by you.  Do you
16  see that?
17             MR. CHOUDHRI:  Objection, form.
18    A.   Yes.
19    Q.   (BY MR. BALLASES:)  Does that jog your memory
20  about what those pertain to?
21             MR. CHOUDHRI:  Objection, form.
22    A.   No, I don't know.
23             MR. CHOUDHRI:  Objection, form.
24    Q.   (BY MR. BALLASES:)  Okay.  Do you know what
25  happened with that money?

Page 101

1              MR. CHOUDHRI:  Objection, form.
2     A.   I don't remember.
3     Q.   (BY MR. BALLASES:)  Okay.  If we turn to --
4  we're done with this one.
5              MS. HOOD:  Thank God.
6              MR. BALLASES:  I know.  It was too
7  long.
8              THE WITNESS:  You don't need it?
9              MR. BALLASES:  No, we don't need that
10  right now.  You can move it right here.  We might need
11  it later, but I don't think we do right now.
12             Okay.  We're on 30, right?  Yeah, 30
13  is the next one.
14             (Exhibit No. 30 marked.)
15    Q.   (BY MR. BALLASES:)  Okay.  Handing you now
16  what is marked 30 to your deposition.  You-all can
17  decide who gets it.  Okay.  Exhibit 30 to your
18  deposition is a Frost Bank statement that is in the
19  name of yourself and Mobeen Naeem Choudhri.  Do you see
20  that?
21             MR. CHOUDHRI:  Objection, form.
22    A.   Yes.
23    Q.   (BY MR. BALLASES:)  Okay.  And you told us in
24  your last deposition Mobeen Naeem Choudhri; that is
25  your daughter, correct?

Shahnaz Choudhri
November 25, 2024                                    102 to 105

Page 102

1           MR. CHOUDHRI:  Objection, form.
2      A.   Yes.
3      Q.   (BY MR. BALLASES:) Okay.
4           MR. CHOUDHRI:  Mr. Ballases, is this a
5  continuation of the deposition?
6           MR. BALLASES:  Sure.
7      Q.   (BY MR. BALLASES:) And so this particular --
8  this particular account at Frost Bank is in the name
9  of -- strike that.
10          Is for Account No. 100686328.  Do you see
11 that?
12     A.   Yes.
13          MR. CHOUDHRI:  Objection, form.
14     Q.   (BY MR. BALLASES:) Okay.  And it says that
15 this particular account was opened on November 14th,
16 2017.  Do you see that?
17     A.   Yes.
18          MR. CHOUDHRI:  Objection, form.
19     Q.   (BY MR. BALLASES:) Okay.  And then it notes
20 under -- if you go a little bit further down the page
21 under "Signer 2," it's got your name, "Shahnaz" -- and
22 I'm going to -- can you tell me how to pronounce
23 your -- your maiden name?
24     A.   Shahnaz Akhter Choudhri.
25     Q.   (BY MR. BALLASES:) Akhter.  Okay.  Shahnaz

Page 103

1  Akhter Choudhri.  And it says -- it says "Employer," it
2  says "Jetalli Company," but then it says "Occupation
3  Retired."  Do you see that?
4           MR. CHOUDHRI:  Objection, form.
5      A.   Yes.
6      Q.   (BY MR. BALLASES:) Okay.  So this is a bank
7  account that is for you and your daughter only; is that
8  right?
9           MR. CHOUDHRI:  Objection, form.
10     A.   I don't remember.
11     Q.   (BY MR. BALLASES:) Well, I mean, the account
12 is only in the name of Mobeen Naeem Choudhri and
13 yourself, right?
14     A.   Yes.
15          MR. CHOUDHRI:  Objection, form.
16          MS. HOOD:  Object to form.
17     Q.   (BY MR. BALLASES:) Okay.  I'm now going to
18 hand you Exhibit 31 to your deposition.  This is a new
19 exhibit.
20          (Exhibit No. 31 marked.)
21          MR. BALLASES:  Here you go.
22          There you go for y'all.
23     Q.   (BY MR. BALLASES:) Okay.  Okay.  Exhibit 31
24 to your deposition is just a -- looks like it's a
25 "Account Select Form Notice" for the same account we

Page 104

1  just referenced in Exhibit 30.  It says the account
2  holders are "Mobeen Naeem Choudhri or Shahnaz Akhter
3  Choudhri."  Do you see that?
4           MR. CHOUDHRI:  Object to form.
5           MS. HOOD:  Object to form.
6      Q.   (BY MR. BALLASES:) Okay.  And it's for the
7  same Account No., which is 100686328.  Do you see that?
8           MR. CHOUDHRI:  Objection, form.
9           MS. HOOD:  Object to form.
10     Q.   (BY MR. BALLASES:) Okay.  And the date of
11 this Account Selection Form Notice is November 19th,
12 2020.  Do you see that?
13     A.   Yes.
14          MR. CHOUDHRI:  Objection, form.
15     Q.   (BY MR. BALLASES:) Okay.  And it indicates
16 that it is a "Multi-Party Account With Right of
17 Survivorship" under No. 4?  Do you see that on the
18 first page?
19          MR. CHOUDHRI:  Objection, form.
20 Objection, form.
21     Q.   (BY MR. BALLASES:) Right there.
22     A.   Okay.
23     Q.   Okay.  And do you recognize those initials?
24          MR. CHOUDHRI:  Objection, form.
25     A.   I don't remember.

Page 105

1      Q.   (BY MR. BALLASES:) Okay.  If you turn to the
2  second page of that exhibit.
3           MR. CHOUDHRI:  Objection, form.
4      Q.   (BY MR. BALLASES:) It's signed by -- it says
5  "Mobeen Naeem Choudhri and Shahnaz Akhter Choudhri."
6  Do you see that?
7      A.   Yes.
8           MR. CHOUDHRI:  Object to form.
9           MS. HOOD:  Object to form.
10     Q.   (BY MR. BALLASES:) Okay.  I'm now going to
11 hand you what is marked Exhibit 32 to your deposition.
12 Here you go.  This is a new exhibit.
13          (Exhibit No. 32 marked.)
14          MR. CHOUDHRI:  Objection, form.
15     Q.   (BY MR. BALLASES:) Okay.  So if you look at
16 Exhibit 32 to your deposition, these are transfers,
17 wire transfers, to and from the same account we just
18 looked at.
19          MR. CHOUDHRI:  Objection, form.
20          MS. HOOD:  Objection, form.
21     Q.   (BY MR. BALLASES:) Do you recognize that?
22          MR. CHOUDHRI:  Objection, form.
23          MS. HOOD:  Objection, form.
24     A.   No.
25     Q.   (BY MR. BALLASES:) Okay.  If you look at the

Shahnaz Choudhri
November 25, 2024                                      106 to 109

Page 106

1  top left-hand corner, it's got the Account No.
2  100686328.  Do you see that?
3       A.   Yes.
4                 MR. CHOUDHRI:  Objection, form.
5                 MS. HOOD:  Object to form.
6       Q.   (BY MR. BALLASES:)  Okay.  And that's the same
7  account number that we looked at for the last two
8  exhibits, --
9                 MR. CHOUDHRI:  Objection, form.
10                MS. HOOD:  Objection, form.
11      Q.   (BY MR. BALLASES:)  -- right?
12           The same two account numbers that we have
13  there and there?
14                MR. CHOUDHRI:  Objection, form.
15                MS. HOOD:  Objection, form.
16      Q.   (BY MR. BALLASES:)  Okay.  So I want to ask
17  you about some of these transfers.  If you look at the
18  first page of Exhibit 32, there is a transfer in the
19  amount of $869,000 from your account here at Frost
20  Bank.  It says "Originator" right down there.  It says
21  "Orginator" is "Mobeen Naeem Choudhri or Shahnaz Akhter
22  Choudhri."
23                MR. CHOUDHRI:  Objection, form.
24                MS. HOOD:  Object to form.
25      A.   This one?

Page 107

1       Q.   (BY MR. BALLASES:)  Yeah.
2                 MR. CHOUDHRI:  Objection, form.
3                 MS. HOOD:  Is there a question?
4                 MR. BALLASES:  Yes.
5                 MS. HOOD:  Because I can't tell who's
6  testifying; you or her?
7                 MR. BALLASES:  Yeah.  Okay.
8                 MR. CHOUDHRI:  Mr. Ballases, please
9  stop testifying.
10      Q.   (BY MR. BALLASES:)  Do you see the
11  beneficiary?
12      A.   Yes.
13                MR. CHOUDHRI:  Objection, form.
14      Q.   (BY MR. BALLASES:)  And the beneficiary is
15  "Caz Creek Holdings, LLC"; do you see that?
16                MS. HOOD:  Object to form.
17                MR. CHOUDHRI:  Objection, form.
18      A.   Yes.
19      Q.   (BY MR. BALLASES:)  Okay.  Can you -- and if
20  you go down a little bit further where it says "Bank to
21  Bank Info:  Purpose:  Business Distribution"; do you
22  see that?
23      A.   Yes.
24                MS. HOOD:  Object to form.
25      Q.   (BY MR. BALLASES:)  Okay.  Can you tell --

Page 108

1  well, strike that.
2           Do you know what Caz Creek Holdings, LLC is?
3                 MR. CHOUDHRI:  Objection, form.
4                 MS. HOOD:  Object to form.
5       A.   I don't remember.
6       Q.   (BY MR. BALLASES:)  Have you ever done
7  business with Caz Creek Holdings, LLC?
8                 MS. HOOD:  Object to form.
9                 MR. CHOUDHRI:  Objection, form.
10      A.   I don't remember.
11      Q.   (BY MR. BALLASES:)  Okay.  Can you tell the
12  Court why this $869,000 went from your account to Caz
13  Creek Holdings, LLC?
14                MR. CHOUDHRI:  Objection, form.
15      A.   Yes.  I don't remember, I don't.
16                MS. HOOD:  Objection, form.
17      Q.   (BY MR. BALLASES:)  Okay.  Did you authorize
18  this transfer to be made from your account to Caz Creek
19  Holdings?
20      A.   I don't remember.
21                MR. CHOUDHRI:  Objection, form.
22                MS. HOOD:  Object to form.
23      Q.   (BY MR. BALLASES:)  Okay.  And you can see the
24  send date on that at the top is -- it looks like August
25  24th of 2021?

Page 109

1                 MR. CHOUDHRI:  Objection, form.
2                 MS. HOOD:  Same objection.
3                 MR. BALLASES:  Okay.
4                 MS. HOOD:  We're at 40 minutes.
5                 MR. BALLASES:  Do you want to take a
6  break?
7                 MS. HOOD:  Yes.
8                 MR. BALLASES:  Okay.
9                 THE VIDEOGRAPHER:  Off the record at
10  1:50.
11                (Off the record.)
12                THE VIDEOGRAPHER:  We are back on the
13  record at 2:11.
14      Q.   (BY MR. BALLASES:)  Ms. Choudhri, we're back
15  from a short break.  Are you ready to get started?
16      A.   Yes, please.
17      Q.   Okay.  Still looking at Exhibit 32 to your
18  deposition.
19      A.   Uh-huh.
20      Q.   I'd like to turn to the page that is dated --
21  has a send date at the top of November 22nd, 2022.
22                MS. HOOD:  Object to form.
23      Q.   (BY MR. BALLASES:)  I can get to it for you.
24           Okay.  So looking at Exhibit 32 and looking
25  at the wire statement that's got the send date of

Shahnaz Choudhri
November 25, 2024                110 to 113

Page 110

1  November 22nd, 2022, do you see -- well, do you see
2  that page, first of all?
3       A.  Yes.
4            MS. HOOD:  Object to form.
5       Q.  (BY MR. BALLASES.) Okay.  On this particular
6  page, it shows that a wire was made from this account
7  where it says "Originator"; do you see that?
8       A.  Yes.
9            MS. HOOD:  Object to form.
10      Q.  (BY MR. BALLASES.) Okay.  And do you see a
11 little above that, it says the "Beneficiary"?
12           MS. HOOD:  Object to form.
13      A.  Yes.
14      Q.  (BY MR. BALLASES.) Okay.  And it shows the
15 "Beneficiary" as "Cazenovia Creek Funding II LLC"; do
16 you see that?
17           MS. HOOD:  Object to form.
18      A.  Yes.
19      Q.  (BY MR. BALLASES.) Okay.  You have not done
20 any business with Cazenovia Creek Funding II, LLC, have
21 you?
22           MS. HOOD:  Object to form.
23      A.  No.
24      Q.  (BY MR. BALLASES.) Okay.  And the amount of
25 that wire transfer from this account to Cazenovia is

Page 111

1  $1,125,203.56.  Do you see that?
2            MS. HOOD:  Object to form.
3       A.  Where is this?
4       Q.  (BY MR. BALLASES.) Sure.  Right there.  The
5  amount.
6       A.  Okay, yes.
7       Q.  Okay.  Could you tell the Court why this
8  1.125 some-odd million was wired from -- from this
9  particular account, from your account, to Cazenovia
10 Creek Funding?
11           MS. HOOD:  Object to form.
12      A.  I don't remember it.
13      Q.  (BY MR. BALLASES.) Your daughter, Mobeen
14 Naeem Choudhri, she's a doctor, correct?
15      A.  Yes.
16      Q.  She has her own medical clinic?
17      A.  Yes.
18      Q.  Okay.  She doesn't participate in real estate
19 deals with her brother?
20      A.  No.
21      Q.  Okay.  If we turn to the wire statement
22 that's dated January 30th, has a send date of January
23 30th, 2023.  I'll find it for you.  I don't like when
24 they print these so small.
25      A.  Uh-huh.

Page 112

1       Q.  Okay.  Do you see the wire out send date
2  statement that's dated January 30th of 2023?
3            MS. HOOD:  Object to form.
4       A.  Where is it?
5       Q.  (BY MR. BALLASES.) Right there.
6       A.  Okay.
7       Q.  Okay.  So this particular statement shows
8  that the originator, if you go down to the bottom where
9  it says "Originator," is your account, "Mobeen Naeem
10 Choudhri or Shahnaz Akhter Choudhri"; do you see that?
11      A.  Yes.
12           MS. HOOD:  Object to form.
13      Q.  (BY MR. BALLASES.) Okay.  And the
14 "Beneficiary" is "Heritage Title Company of Austin"; do
15 you see that?
16      A.  Yes.
17           MS. HOOD:  Object to form.
18      Q.  (BY MR. BALLASES.) Okay.  And if you look
19 down a little bit further at the bottom, it says, "Bank
20 to Bank Info:  Purchase for business"; do you see that?
21           MS. HOOD:  Object to form.
22      A.  I don't remember.
23      Q.  (BY MR. BALLASES.) So right down here it
24 says, "Bank to Bank Info" and it says "Purchase for
25 Business"; do you see that?

Page 113

1       A.  I want to verify these things.  I don't
2  remember.
3       Q.  Okay.  So as you sit here today -- well,
4  let's get to the amount.
5            So the amount of this wire transfer from your
6  account was $4 million.  Do you see that?
7            MS. HOOD:  Object to form.
8       A.  Yes.
9       Q.  (BY MR. BALLASES.) Okay.  So can you tell the
10 Court why $4 million was wired from your account to
11 Heritage Title Company of Austin?
12      A.  I don't remember.
13           MS. HOOD:  Object to form.
14      Q.  (BY MR. BALLASES.) Okay.  And if you noticed,
15 when it says "Originator to Beneficiary Info," down
16 here at the bottom, it says "GF # JPB PBAX 507
17 Holdings, LLC"; do you see that?
18      A.  Where it is?
19           MS. HOOD:  Object to form.
20      Q.  (BY MR. BALLASES.) Right here.
21      A.  Yeah, okay.
22      Q.  Right there.
23      A.  Okay.
24      Q.  So it says "Originator to Beneficiary Info."
25      A.  Okay.

Shahnaz Choudhri
November 25, 2024                                    114 to 117

Page 114

1    Q.   Okay.  You told us earlier in your deposition
2  you've had no involvement with a company called PBAX,
3  P-B-A-X, 507 Holdings, LLC.  Do you recall that
4  testimony?
5              MS. HOOD:  Object to form.
6    A.   I don't remember at all.
7    Q.   (BY MR. BALLASES) Right.  You've never done
8  business with --
9    A.   No.
10             MS. HOOD:  Object to form.
11   Q.   (BY MR. BALLASES) And you've told us when
12 this wire took place in January of 2023, you weren't
13 working, correct?
14   A.   Yeah.
15   Q.   Okay.  If you turn to -- let's see.  It's
16 another wire statement.  It's got the send date of
17 April 28th, 2023.  I'll find it for you.
18        Okay.  So we're now looking still at Exhibit
19 32, which are wire statements from your Frost Bank
20 account.  And --
21             MS. HOOD:  Object to form.
22   Q.   (BY MR. BALLASES) -- on this particular wire
23 statement that is -- that shows the send date of April
24 28th of 2023, it shows that a wire was made from this
25 particular account.  Do you see where it says

Page 115

1  "Originator"?
2              MS. HOOD:  Object to form.
3    Q.   (BY MR. BALLASES) And it says "Mobeen Naeem
4  Choudhri or Shahnaz Akhter Choudhri"?
5    A.   Yes.
6              MS. HOOD:  Object to form.
7    Q.   (BY MR. BALLASES) Okay.  And it shows the
8  "Beneficiary" as "Bridgeco Financial, LLC"; do you see
9  that?
10             MS. HOOD:  Object to form.
11   A.   Yes.
12   Q.   (BY MR. BALLASES) You have never done any
13 business with Bridgeco, have you?
14   A.   I don't remember.
15             MS. HOOD:  Object to form.
16   Q.   (BY MR. BALLASES) Right.  And it shows the
17 amount is "$244,923.29"; do you see that?
18             MS. HOOD:  Object to form.
19   A.   Yes.
20   Q.   (BY MR. BALLASES) Okay.  And if you go to
21 the bottom again, it says "Bank to Bank Info."  It says
22 "Purpose:  Deal of Property"; do you see that?
23             MS. HOOD:  Object to form.
24   Q.   (BY MR. BALLASES) It says "Purpose:  Deal of
25 Property"; do you see that?

Page 116

1    A.   Yes.
2              MS. HOOD:  Object to form.
3    Q.   (BY MR. BALLASES) Okay.  As you sit here
4  today, you cannot tell the Court why this $244,000 and
5  some-odd payment in April of '23 was made from your
6  account to Bridgeco Financial, can you?
7              MS. HOOD:  Object to form.
8    A.   Yes.  I don't recognize this.
9    Q.   (BY MR. BALLASES) Okay.  You certainly
10 didn't authorize this, did you?
11   A.   I don't remember.
12             MS. HOOD:  Object to form.
13   Q.   (BY MR. BALLASES) Okay.  I want to stay
14 within Exhibit 32, but I want to go to the wire
15 statement that was dated October 27th, 2023.  I'll find
16 it for you.  October 27, 2023.
17        Okay.  I'm now showing you a wire statement
18 from Frost Bank that has the send date of October 27th,
19 2023.  Do you see that document?
20   A.   Yes.
21   Q.   Okay.  And do you see that this was another
22 wire payment and the Originator is your account.  It
23 says "Mobeen Naeem Choudhri or Shahnaz Akhter
24 Choudhri"?
25             MS. HOOD:  Object to form.

Page 117

1    A.   Yes.
2    Q.   (BY MR. BALLASES) Okay.  And it shows the
3  "Beneficiary" is "Gibb, Dunn & Crutcher LLP"; do you
4  see that?
5              MS. HOOD:  Object to form.
6    A.   Where is?
7    Q.   (BY MR. BALLASES) "Beneficiary," right
8  there.
9    A.   Okay.
10   Q.   Okay.  So it shows the "Beneficiary" as
11 "Gibb, Dunn & Crutcher, LLP"; do you see that?
12             MS. HOOD:  Object to form.
13   A.   Yes.
14   Q.   (BY MR. BALLASES) Okay.  Have you -- as you
15 sit here today, have you ever had to hire the law firm
16 of Gibson, Dunn & Crutcher, LLP?
17             MS. HOOD:  Object to form.
18   A.   I don't remember.
19   Q.   (BY MR. BALLASES) Okay.  If you had to hire
20 -- I think you've told us previously in your deposition
21 that your only lawyer you recall hiring is Ms. Hood; is
22 that right?
23             MS. HOOD:  Object to form.
24   A.   Yes.
25   Q.   (BY MR. BALLASES) Okay.  And if we look a

Shahnaz Choudhri
November 25, 2024                                    118 to 121

---

Page 118

1  little bit higher on this bank -- on this wire
2  statement, it shows that a wire in the amount of
3  $59,511 was wired out from this account.  Do you see
4  that?
5              MS. HOOD:  Object to form.
6       A.   What's --
7       Q.   (BY MR. BALLASES:) Yeah, there's a number,
8  the amount.
9       A.   Oh, yes.
10      Q.   Yeah.  See, it says "Amount" and then it's
11  got the --
12      A.   Uh-huh.
13      Q.   Okay.  So as you sit here today, can you tell
14  the Court why this $59,000 some-odd wire was made on
15  October 27th, 2023 from your account to this particular
16  law firm?
17             MS. HOOD:  Object to form.
18      A.   Yes.  I can't recognize this at all.
19      Q.   (BY MR. BALLASES:) Okay.  If we turn to --
20  staying within Exhibit 32, but going to the wire
21  statement dated October 31st of 2023, so we're looking
22  at Halloween of last year.  There you go.
23             So looking at this particular wire payment
24  from this account -- see, it says "Originator," and it
25  says "Mobeen Naeem Choudhri or Shahnaz Akhter

---

Page 119

1  Choudhri"; do you see that?
2       A.   Yes.
3       Q.   Okay.  And it shows the "Beneficiary" is
4  "Akin Gump Strauss Hauer & Feld LLP"; do you see that?
5       A.   Yes.
6              MS. HOOD:  Object to form.
7       Q.   (BY MR. BALLASES:) Right there.
8       A.   Okay.
9       Q.   Yeah, see "Beneficiary" there.
10      A.   Yes.
11      Q.   Okay.  And you've told us you've never hired
12  Akin Gump Strauss Hauer & Feld, LLP, those lawyers,
13  have you?
14             MS. HOOD:  Object to form.
15      A.   Yes.  I don't remember at all.
16      Q.   (BY MR. BALLASES:) Yeah.  And the amount of
17  the wire transfer from this account is $50,000.  Do you
18  see that?
19      A.   Yes.
20             MS. HOOD:  Object to form.
21      Q.   (BY MR. BALLASES:) As you sit here today, you
22  cannot tell the Court why this $50,000 payment from
23  your account was made to the law firm of Akin Gump
24  Strauss Hauer & Feld, can you?
25             MS. HOOD:  Object to form.

---

Page 120

1       A.   Yes.  I don't have a -- a problem memory, I
2  don't remember.
3       Q.   (BY MR. BALLASES:) Yeah.  Okay.  If we turn
4  to the same exhibit, Exhibit 32 and looking at the wire
5  statement dated November 16th of 2023.  And I'll find
6  it for you to make it easy.
7              Okay.  So looking at the wire statement dated
8  November 16th, 2023, it's another wire out from this
9  account.  And it says the "Originator" and it lists
10  yourself and your daughter as the originators.  Do you
11  see that?
12      A.   Yes.
13             MS. HOOD:  Object to form.
14      Q.   (BY MR. BALLASES:) Okay.  And it says the
15  "Beneficiary" is "Jetall Croix Properties, LL- -- LP"
16  -- excuse me.  Do you see that?
17      A.   Yes.
18      Q.   Okay.  And this wire transfer was in the
19  amount of $109,202.53.  Do you see that?
20             MS. HOOD:  Object to form.
21      A.   Yes.
22      Q.   (BY MR. BALLASES:) Can you tell the Court why
23  you wired 109,000 some-odd dollars to Jetall Croix
24  Properties, LP, in November of '23?
25             MS. HOOD:  Object to form.

---

Page 121

1       A.   I don't remember.
2       Q.   (BY MR. BALLASES:) Okay.  If we turn now,
3  staying in Exhibit 32, but turn to the wire statement
4  that has a send date of February 26th of 2024.  So just
5  about a few months ago.
6              Okay.  So looking at the wire statement that
7  has a send date of February 26th of 2024 in Exhibit 38,
8  (sic) do you see this is another wire out from your
9  account where Originator is stated?
10      A.   Yes.
11      Q.   Okay.  And this wire is to -- the
12  "Beneficiary" is "Jetall Companies"; do you see that?
13             MS. HOOD:  Object to form.
14      Q.   (BY MR. BALLASES:) Right there.
15      A.   Yeah.
16      Q.   Okay.  And that is a wire of $100,000 from
17  your account to Jetall Companies; is that right?
18             MS. HOOD:  Object to form.
19      A.   I don't remember.
20      Q.   (BY MR. BALLASES:) Okay.  Did you instruct
21  your bank to this wire or do you not recall?
22             MS. HOOD:  Object to form.
23      A.   I don't remember.
24      Q.   (BY MR. BALLASES:) Okay.  If you stay on
25  Exhibit 32, but go to the wire send date of March 15th,

---

Shahnaz Choudhri
November 25, 2024                              122 to 125

Page 122

1 2024, which I can help you get to.
2          Okay.  So on Exhibit 32, looking at the wire
3 statement that has a send date of March 15th, 2024, it
4 shows another wire from your account.  The "Originator"
5 is "Mobeen Naeem Choudhri or Shahnaz Akhter Choudhri";
6 do you see that?
7     A.   Yes.
8     Q.   Okay.  The "Beneficiary" is "Holland & Knight
9 LP"; do you see that?
10          MS. HOOD:  Object to form.
11    A.   Yes.
12    Q.   (BY MR. BALLASES:) Right there.
13    A.   Okay.
14    Q.   Okay.  And it says "Retainer Account" there.
15 Do you see that right next to their name?
16    A.   Yes.
17          MS. HOOD:  Object to form.
18    Q.   (BY MR. BALLASES:) Okay.  Have you ever had
19 to hire a lawyer at the law firm of Holland & Knight,
20 LLP?
21          MS. HOOD:  Object to form.
22    A.   No.
23    Q.   (BY MR. BALLASES:) Okay.  And it shows that
24 the amount wired from your account to that law firm was
25 $30,000.  Do you see that?

Page 123

1          MS. HOOD:  Object to form.
2     A.   Okay.
3     Q.   (BY MR. BALLASES:) Okay.  So as you sit here
4 today, you cannot tell the Court why there was a wire
5 made in March of 2024 for $30,000 from your account to
6 the law firm of Holland & Knight, LLP, can you?
7          MS. HOOD:  Object to form.
8     A.   Yes.  I don't recognize this.
9     Q.   (BY MR. BALLASES:) Okay.  You didn't
10 authorize this to be made?
11    A.   I don't remember.
12          MS. HOOD:  Object to form.
13    Q.   (BY MR. BALLASES:) Okay.  Can you turn to the
14 next wire statement.  Okay.  This one's March 20th of
15 2024, still within Exhibit 32.  It's another wire
16 statement that has a send date of March 20th, 2024 and
17 you can see the Originator is this account, it's your
18 account with "Mobeen Naeem Choudhri or Shahnaz Akhter
19 Choudhri"; do you see that?
20    A.   Yes.
21          MS. HOOD:  Object to form.
22    Q.   (BY MR. BALLASES:) Okay.  And the
23 "Beneficiary" is "Select Portfolio Servicing, Inc."; do
24 you see that?
25    A.   Yes.

Page 124

1     Q.   Okay.  Do you know what Select Portfolio
2 Servicing, Inc., is?
3          MS. HOOD:  Object to form.
4     A.   Yes.
5     Q.   (BY MR. BALLASES:) Do you recognize the name
6 Select Portfolio Servicing, Inc.?
7          MS. HOOD:  Object to form.
8          MR. CHOUDHRI:  Objection, form.
9     A.   Maybe there's a loan.  I don't remember.
10    Q.   (BY MR. BALLASES:) Okay.  Have you ever done
11 business with Select Portfolio Servicing, Inc.?
12    A.   No.  No.
13          MR. CHOUDHRI:  Objection, form.
14          MS. HOOD:  Object to form.
15    Q.   (BY MR. BALLASES:) Okay.  And so you can see
16 this wire was in the amount of $17,191.98.  Do you see
17 that?
18    A.   Yes.
19          MS. HOOD:  Object to form.
20    Q.   (BY MR. BALLASES:) Okay.  As you sit here
21 today, you cannot tell the Court why this wire payment
22 was made to Select Portfolio Servicing, Inc., can you?
23    A.   Yes.
24          MR. CHOUDHRI:  Object to form.
25          MS. HOOD:  Object to form.

Page 125

1     A.   I can't.  I don't remember.
2     Q.   (BY MR. BALLASES:) You didn't authorize this
3 wire to be made, did you?
4     A.   I don't remember.
5          MR. CHOUDHRI:  Objection, form.
6          MS. HOOD:  Objection, form.
7     Q.   (BY MR. BALLASES:) Okay.  And then if we turn
8 to the same Exhibit 32, but if we turn to the wire
9 statement that was made on April 12th of 2024.  And
10 I'll find it for you.
11         So looking at Exhibit 32 at the wire
12 statement that has a send date of April 12th of 2024.
13 Do you see that?
14    A.   Yes.
15          MR. CHOUDHRI:  Objection, form.
16    Q.   (BY MR. BALLASES:) Okay.  And this is another
17 wire out of your account here at Frost, it says
18 "Originator" and it lists the account number and it
19 says "Mobeen Naeem Choudhri or Shahnaz Akhter
20 Choudhri"; do you see that?
21          MR. CHOUDHRI:  Objection, form.
22          MS. HOOD:  Object to form.
23    Q.   (BY MR. BALLASES:) Okay.  And it says the
24 "Beneficiary" --
25          THE REPORTER:  I didn't get her

Page 126

1  answer.
2          I didn't get your answer.  I'm sorry.
3          MR. BALLASES:  I'll ask again.
4      Q.   (BY MR. BALLASES) So do you see,
5  Ms. Choudhri, that the Originator for this particular
6  wire transfer is this particular account, your account,
7  at Frost Bank that we've been discussing?
8          MR. CHOUDHRI:  Objection to form.
9          MS. HOOD:  Object to form.
10     A.   Yes.  I don't remember.
11     Q.   (BY MR. BALLASES:) Yeah, but do you see it's
12  from your account?
13         MR. CHOUDHRI:  Objection, form.
14     A.   I don't know.
15     Q.   (BY MR. BALLASES:) Okay.  Do you see that it
16  shows your account number right there?
17     A.   Yes.
18         MS. HOOD:  Objection, form.
19         MR. CHOUDHRI:  Objection, form.
20     Q.   (BY MR. BALLASES:) And we looked earlier at
21  Exhibit 30 and 31 and it had that same account number?
22     A.   Yes.
23         MR. CHOUDHRI:  Objection, form.
24         MS. HOOD:  Objection, form.
25     Q.   (BY MR. BALLASES:) Okay.  And then it shows

Page 127

1  that the "Beneficiary" is "Jetall Companies"; do you
2  see that?
3      A.   Yes.
4          MS. HOOD:  Object to form.
5          MR. CHOUDHRI:  Objection, form.
6      Q.   (BY MR. BALLASES:) Okay.  And then it shows
7  the amount is $30,000?
8          MS. HOOD:  Objection, form.
9          MR. CHOUDHRI:  Objection, form.
10     Q.   (BY MR. BALLASES:) Okay.  So let me ask you,
11  did you authorize this particular wire to be made from
12  your account to Jetall Companies for $30,000?
13     A.   Yes.  I don't remember.
14         MR. CHOUDHRI:  Objection, form.
15         MS. HOOD:  Objection, form.
16     Q.   (BY MR. BALLASES:) Okay.  I'm now going to
17  hand you Exhibit 23 -- excuse me -- Exhibit 33 to your
18  deposition.  Here you go.
19         (Exhibit No. 33 marked.)
20     A.   Okay.
21     Q.   (BY MR. BALLASES:) Okay.  Ms. Choudhri, so
22  I'll represent to you, these are wires into your Frost
23  Bank account that we're going to discuss next.  That is
24  Exhibit 33.  Do you see that?
25     A.   Yes.

Page 128

1          MS. HOOD:  Object to form.  I object
2  to your representation --
3          MR. CHOUDHRI:  Objection, form.
4          MS. HOOD:  -- of what this document
5  is.
6      Q.   (BY MR. BALLASES:) Okay.  So if we look at
7  the first page of exhibit -- strike that.
8          If we look at the -- the wire statement that
9  has a send date of February 3rd of 2021, which I'll go
10  to you.
11         Okay.  So what you can see now in Exhibit 33
12  is a wire statement dated February 3rd, 2021.  Do you
13  see that?
14     A.   Yes.
15         MS. HOOD:  Object to form.
16     Q.   (BY MR. BALLASES:) And here it shows that the
17  originator of the wire, if you look at the bottom, is
18  "Meandering Bend LLC"; do you see that?
19         MS. HOOD:  Object to form.
20         MR. CHOUDHRI:  Objection, form.
21     A.   Okay.
22     Q.   (BY MR. BALLASES:) Okay.  So you see where it
23  says "Originator" and "Meandering Bend LLC"?
24     A.   Yes.
25         MR. CHOUDHRI:  Objection, form.

Page 129

1      Q.   (BY MR. BALLASES:) Okay.  And then it says
2  the "Beneficiary" is this account, it lists this
3  account, and it lists Mobeen Choudhri.  Do you see
4  that?
5      A.   Yes.
6          MR. CHOUDHRI:  Objection, form.
7          MS. HOOD:  Object to form.
8      Q.   (BY MR. BALLASES:) Okay.  And the amount is
9  one million dollars.  Do you see that?
10         MR. CHOUDHRI:  Objection, form.
11     A.   Yes.
12     Q.   (BY MR. BALLASES:) Okay.  Can you tell the
13  Court as you sit here today why this one-million-dollar
14  wire was made into your account that was made in
15  February of 2021?
16         MS. HOOD:  Object to form.
17         MR. CHOUDHRI:  Objection, form.
18     A.   I don't remember at all.
19     Q.   (BY MR. BALLASES:) Okay.  You've told us
20  already that you never did business with or for
21  Meandering Bend, LLC, do you remember?
22         MS. HOOD:  Object to form.
23         MR. CHOUDHRI:  Objection, form.
24  Misstates the answer.  She says "I don't remember."
25     Q.   (BY MR. BALLASES:) Do you even -- do you even

Page 130

1  -- do you have any recollection of -- or have you --
2  strike that.
3      Have you ever heard of Meandering Bend, LLC,
4  outside of this deposition?
5              MR. CHOUDHRI:  Objection, form.
6              MS. HOOD:  Objection, form.
7      A.   I don't remember.
8      Q.   (BY MR. BALLASES:) Okay.  Are you familiar
9  with Meandering Bend or do you know -- I think you
10  don't know, but I want to ask.  Do you know if
11  Meandering Bend is Mr. -- is one of Mr. Ali Choudhri's
12  businesses?
13      A.   I don't know.
14              MR. CHOUDHRI:  Objection to form.
15              MS. HOOD:  Object to form and the
16  representation.
17      Q.   (BY MR. BALLASES) Because I want to refresh
18  your recollection, so if you look at Exhibit 34 to your
19  deposition, this is a "Texas Franchise Tax Public
20  Information Report"; do you see that?
21              (Exhibit No. 34 marked.)
22      A.   Yes.
23              MR. CHOUDHRI:  Objection, form.
24      Q.   (BY MR. BALLASES:) It's from the year 2022.
25      A.   Yes.

Page 131

1              MR. CHOUDHRI:  Objection, form.
2      Q.   (BY MR. BALLASES:) Okay.  And it's for the
3  taxpayer name Meandering Bend, LLC?
4              MR. CHOUDHRI:  Objection, form.
5      A.   I don't know.
6      Q.   (BY MR. BALLASES:) Right there.  Do you see
7  that?
8      A.   Yes.
9      Q.   Okay.  And if you look a little down under
10  Section A, it says under name, it says "Ali Choudhri,
11  manager"; do you see that?
12              MR. CHOUDHRI:  Objection, form.
13      A.   Yes.
14      Q.   (BY MR. BALLASES:) Okay.  Getting back to
15  Exhibit 33 and turning to the wire statement dated
16  November 9th, 2022, I'll turn to it for you.  Okay.  So
17  I jumped ahead of myself.
18      If we could look at the wire statement dated
19  11/15/22.  Okay.  So Exhibit 33 still we're looking at,
20  it shows a wire statement date or send date of 11 --
21  November 15, 2021.  Do you see that at the top?
22              MR. CHOUDHRI:  Objection, form.
23              MS. HOOD:  Same objection.
24      A.   It is.  Okay.
25      Q.   (BY MR. BALLASES:) Okay.  And this one shows

Page 132

1  that -- this wire shows the "Originator" of the wire
2  was a company called "PBAC 507 Holdings, LLC"; do you
3  see that?
4              MR. CHOUDHRI:  Objection, form.
5      A.   Yes.
6      Q.   (BY MR. BALLASES:) Okay.  And it says the
7  "Beneficiary" is your account.  It says the account
8  number and it says "Shahnaz Choudhri"; do you see that?
9      A.   Yes.
10              MS. HOOD:  Object to form.
11      Q.   (BY MR. BALLASES:) Okay.  And this transfer
12  is in the amount of $1 million.  Do you see that?
13              MR. CHOUDHRI:  Objection, form.
14      A.   Yes.
15      Q.   (BY MR. BALLASES:) Okay.  Do you have a
16  recollection of why PBAC 507 Holdings, LLC, wired $1
17  million into your account on or about November 15th of
18  2021?
19              MR. CHOUDHRI:  Objection, form.
20              MS. HOOD:  Objection, form.
21      A.   No, I don't remember.
22      Q.   (BY MR. BALLASES:) Okay.  You've never done
23  -- and you told us this before, but just so it's clear,
24  you've never done any business with or for PBAC 507,
25  have you?

Page 133

1      A.   Yes.
2              MS. HOOD:  Objection, form.
3              MR. CHOUDHRI:  Objection, form.
4  That's not -- you're misstating the answer.  Her answer
5  was "I don't remember."  Don't misstate the answer.
6              MR. BALLASES:  Object to form.
7      Q.   (BY MR. BALLASES:) So my recollection from
8  your first deposition is that you've never done --
9              MR. CHOUDHRI:  I thought this was a
10  continuation of the deposition, Mr. Ballases.
11      Q.   (BY MR. BALLASES:) My recollection from your
12  first deposition is that you stated that you've never
13  done business with or for PBAC 507 Holdings, LLC.
14      A.   Yes.
15              MS. HOOD:  Object to form.
16      Q.   (BY MR. BALLASES:) Okay.  You don't know --
17  you don't recognize that name?
18      A.   No.  No.
19      Q.   Okay.
20              MR. CHOUDHRI:  Objection, form.
21      Q.   (BY MR. BALLASES:) So as you sit here today
22  --
23              MR. CHOUDHRI:  You're misstating the
24  testimony.  Her testimony was she doesn't remember.
25  You're misstating the --

Page 134

1          MR. BALLASES:  Please --
2          MR. CHOUDHRI:  -- testimony.
3          MR. BALLASES:  -- please object to the
4   form of the objection as the rules require and you can
5   take it up with the Judge.
6          MR. CHOUDHRI:  Objection, you're
7   misstating the -- her answer from her prior deposition.
8          MR. BALLASES:  Okay.
9          MR. CHOUDHRI:  And this is a
10  continuation of that deposition.
11      Q.  (BY MR. BALLASES)  Okay.  So as you sit here
12  today, you cannot tell Judge Norman why PBAC 507
13  Holdings, LLC, wired $1 million into your account
14  around November of 2021?
15      A.  I don't remember it at all.
16          MR. CHOUDHRI:  Objection, form.
17      Q.  (BY MR. BALLASES)  Okay.  If we turn to
18  the -- staying within Exhibit 33, but we turn to the
19  wire statement -- wire send date statement of 11,
20  November, 9th, 2022.  I'll find it for you to make it
21  easy.  Okay.
22          Okay.  So looking at the wire statement with
23  the send date of November 9th, 2022, do you see that in
24  front of you?
25          MR. CHOUDHRI:  Objection, form.

Page 135

1      A.  Yeah.
2      Q.  (BY MR. BALLASES)  Okay.  And it shows the
3   "Originator" is -- the bottom of this wire is "Ali
4   Choudhri"; do you see that?
5          MR. CHOUDHRI:  Objection, form.
6      A.  Oh, okay.
7      Q.  (BY MR. BALLASES)  Do you see it?
8      A.  Yes.
9      Q.  Okay.  And it shows, by the way, his Account
10  No. 7110232.  Do you see that above his name?
11          MR. CHOUDHRI:  Objection, form.
12      A.  I don't know.
13      Q.  (BY MR. BALLASES)  Do you see that right
14  above his name?
15      A.  Yeah.
16      Q.  Do you know what bank that is?
17      A.  I don't know.
18          MS. HOOD:  Objection, form.
19          MR. CHOUDHRI:  Objection, form.
20      Q.  (BY MR. BALLASES)  Okay.  And the amount of
21  this wire into this account is $4,650,000"; do you see
22  that?
23      A.  Yes.
24      Q.  Okay.  As you sit here today, can you tell
25  Judge Norman why Ali Choudhri wired 4.65 million into

Page 136

1   your account in or around November of 2022?
2      A.  I don't remember.
3          MR. CHOUDHRI:  Objection, form.
4          MS. HOOD:  Object to form.
5      Q.  (BY MR. BALLASES)  Okay.  If we stay on
6   Exhibit 33, but turn to the wire statement with the
7   send date of December 14th, 2022.
8          Okay.  Ms. Choudhri, Exhibit 33 still we're
9   now looking at the wire statement that has a send date
10  of December 14th, 2022.  Do you see that send date at
11  the top?
12          MS. HOOD:  Object to form.
13      A.  Okay.
14      Q.  (BY MR. BALLASES)  Okay.  Do you see that the
15  Originator of this wire, if you look at the bottom
16  where it says "Originator" is "Caz Creek Holdings,
17  LLC"?
18          MR. CHOUDHRI:  Objection, form.
19          MS. HOOD:  Objection, form.
20      Q.  (BY MR. BALLASES)  Do you see that?
21      A.  Yes.
22      Q.  Okay.  And the "Beneficiary" is this account?
23  Do you see that?
24      A.  Yes.
25          MR. CHOUDHRI:  Objection, form.

Page 137

1      Q.  (BY MR. BALLASES)  Okay.  And the amount of
2   wire is 1.125 -- well, let me just say it.  The amount
3   of the wire is $1,125,203.56.  Do you see that?
4          MR. CHOUDHRI:  Objection, form.
5      A.  No.  I don't know.
6      Q.  (BY MR. BALLASES)  Right there?
7      A.  No, I don't know.
8      Q.  Okay.  But you see the amount of the wire --
9      A.  Yes.
10          MR. CHOUDHRI:  Objection, form.
11      Q.  (BY MR. BALLASES)  -- is $1,125,203.56?
12      A.  Yes.
13      Q.  Okay.  My question to you is, could you tell
14  the Court why Caz Creek Holdings, LLC, was wiring about
15  $1.1 million into your account in December of 2022?
16          MR. CHOUDHRI:  Objection, form.
17          MS. HOOD:  Objection, form.
18      A.  I don't know.
19      Q.  (BY MR. BALLASES)  Okay.  You've told us
20  previously Caz Creek Holdings, LLC, you don't have any
21  recollection of what that company is, do you?
22          MR. CHOUDHRI:  Objection, form.
23      A.  Yes.  I don't remember.
24      Q.  (BY MR. BALLASES)  Yeah.  Have you even heard
25  of Caz Creek Holdings, LLC, aside from your deposition?

Page 138

1            MR. CHOUDHRI: Objection, form.
2            MS. HOOD: Objection, form. Asked and
3  answered.
4       A.   No.
5       Q.   (BY MR. BALLASES:) Okay. Continuing on with
6  Exhibit 33, but if we turn to the wire statement with
7  the send date of January 30th, 2023.
8            Okay. So still on Exhibit 33, looking at the
9  wire statement with the send date of January 30th,
10 2023, do you see that document?
11           MR. CHOUDHRI: Objection, form.
12           MS. HOOD: Objection, form.
13      Q.   (BY MR. BALLASES:) Okay. And this document,
14 if you look at the bottom, it shows the "Originator" of
15 this wire and it says the "Originator" is "Heritage
16 Title Company of Austin Inc."; do you see that?
17           MR. CHOUDHRI: Objection, form.
18           MS. HOOD: Object to form.
19      A.   Yes. Oh, yes.
20      Q.   (BY MR. BALLASES:) Right there where it says
21 "Originator."
22           MR. CHOUDHRI: Objection, form.
23      Q.   (BY MR. BALLASES:) Okay. And the
24 "Beneficiary" is this account. It says the Account No.
25 100686328. Do you see that?

Page 139

1            MR. CHOUDHRI: Objection, form.
2       A.   Yes.
3       Q.   (BY MR. BALLASES:) Okay. And this wire from
4  the title company was in the amount of half-a-million
5  dollars. Do you see that?
6       A.   Yes.
7            MR. CHOUDHRI: Objection, form.
8       Q.   (BY MR. BALLASES:) Okay. Can you tell the
9  Court why Heritage Title Company wired half-a-million
10 dollars into your account on January -- or in January
11 of 2023?
12           MR. CHOUDHRI: Objection, form.
13           MS. HOOD: Objection, form.
14      A.   Yes. I don't remember.
15      Q.   (BY MR. BALLASES:) And you've told us in 2023
16 you were retired?
17           MR. CHOUDHRI: Objection, form.
18 Misstates the answer. She never said that.
19           MR. BALLASES: Please object to the
20 form of your questions. Stick to the Rules.
21           MR. CHOUDHRI: Objection, form.
22 Sidebar.
23      Q.   (BY MR. BALLASES:) If you turn to -- stay on
24 Exhibit 33, but turn to the wire statement with the
25 send date of February 14th, 2023.

Page 140

1            MR. CHOUDHRI: Objection, form.
2       Q.   (BY MR. BALLASES:) It's Valentine's Day.
3            Okay. So looking at Exhibit 33 and the wire
4  statement with the send date of February 14th, 2023; do
5  you see that document?
6       A.   Yes.
7            MR. CHOUDHRI: Objection, form.
8       Q.   (BY MR. BALLASES:) Okay. If you look at the
9  bottom where it says the "Originator" it says the
10 "Originator" is "Heritage Title Company of Austin,
11 Inc."; do you see that?
12      A.   Yes.
13           MR. CHOUDHRI: Objection, form.
14      Q.   (BY MR. BALLASES:) Okay. And it shows the
15 "Beneficiary" and it shows your account number again?
16      A.   Yes.
17      Q.   (BY MR. BALLASES:) Okay. And it shows this
18      Q.   (BY MR. BALLASES:) Okay. And it shows this
19 wire amount is $6,051,000. Do you see that?
20      A.   Yes.
21           MS. HOOD: Objection, form.
22           MR. CHOUDHRI: Objection, form.
23      Q.   (BY MR. BALLASES:) Can you tell the Court why
24 this particular title company wired in excess of $6
25 million into your account in February of 2023?

Page 141

1       A.   I don't know.
2            MS. HOOD: Object to form.
3            MR. CHOUDHRI: Objection, form.
4       Q.   (BY MR. BALLASES:) Okay. You at that time
5  were retired, you weren't transacting business, were
6  you?
7       A.   I don't remember at all.
8            MR. CHOUDHRI: Objection, form.
9       Q.   (BY MR. BALLASES:) Yeah. If we could turn,
10 staying in Exhibit 33, if we could turn to the wire
11 statement dated February 26th of 2024. And I'll go to
12 --
13           MR. CHOUDHRI: Objection, form.
14      Q.   (BY MR. BALLASES:) -- it for you.
15           Okay. So still within Exhibit 33, but
16 looking at the wire statement with a send date of
17 February 26th of 2024, so a few months ago. Do you
18 see -- are you looking at that page?
19      A.   Yes.
20      Q.   Okay. On it, when you look at the bottom, it
21 says the "Originator" of this wire transfer was
22 "Fidelity National Title Agency Inc."; do you see that?
23           MS. HOOD: Object to form.
24           A.   Yes.
25      A.   Yes.

Shahnaz Choudhri
November 25, 2024                                         142 to 145

Page 142

1    Q.   (BY MR. BALLASES:) Okay.  And it says the
2   "Beneficiary" and it lists your account number?
3    A.   Yes.
4            MR. CHOUDHRI:  Objection, form.
5            MS. HOOD:  Objection, form.
6    Q.   (BY MR. BALLASES:) Okay.  And the amount is
7   $100,000?
8            MR. CHOUDHRI:  Objection, form.
9            MS. HOOD:  Objection, form.
10   A.   Yes.
11   Q.   (BY MR. BALLASES:) Can you tell Judge Norman
12  why the title company -- Fidelity National Title Agency
13  was wiring $100,000 into your account in February of
14  2024?
15           MR. CHOUDHRI:  Objection, form.
16           MS. HOOD:  Object to form.
17   A.   I don't know.  I don't remember at all.
18   Q.   (BY MR. BALLASES:) Right.  You were retired
19  at that point?
20   A.   I don't know.
21           MR. CHOUDHRI:  Objection, form.
22   Q.   (BY MR. BALLASES:) Okay.  I'm now going to
23  hand you Exhibit 35 to your deposition.  Ms. Choudhri,
24  and these are checks that were -- I'll represent to
25  you, these are checks that were written from this

Page 143

1   account to third parties.  There's only a few of them
2   I'm going to talk about.
3            MR. BALLASES:  Is this 35 or 34?
4            MS. HOOD:  I have it as 35.
5            MR. BALLASES:  Okay.  Yeah, you're
6   right.
7            (Exhibit No. 35 marked.)
8    Q.   (BY MR. BALLASES:) Okay.  Exhibit 35, you can
9   see just looking at the first page, you can see these
10  are checks from your account says "Mobeen N. Choudhri
11  or Shahnaz A. Choudhri" and it's got the Account No.
12  100686328?
13   A.   Yes.
14           MR. CHOUDHRI:  Objection, form.
15   Q.   (BY MR. BALLASES) And it says "Frost Bank" on
16  it?
17           MR. CHOUDHRI:  Objection, form.
18           MS. HOOD:  Object to form.  You have
19  not --
20   Q.   (BY MR. BALLASES:) Do you see that?
21           MS. HOOD:  -- produced anything that
22  shows where this came from --
23           MR. BALLASES:  Okay.
24           MS. HOOD:  -- and I object to our
25  assertion that is from her bank accounts.

Page 144

1    Q.   (BY MR. BALLASES:) Okay.
2            MR. CHOUDHRI:  Mr. Balles, where did
3   you obtain these bank records?  Are these bank records
4   that you obtained?
5    Q.   (BY MR. BALLASES:) So if you look --
6            MR. CHOUDHRI:  Mr. Balles, can you
7   identify where these records are from?
8            MR. BALLASES:  No.
9    Q.   (BY MR. BALLASES:) If you -- can you look at
10  the check date September 20th of 2022?
11           MS. HOOD:  Object to form.
12   A.   Yes.
13   Q.   (BY MR. BALLASES:) I can help you find it.
14  Yeah.  You got it.  Perfect.
15           MR. CHOUDHRI:  Mr. Ballases, --
16   Q.   (BY MR. BALLASES:) Okay.
17           MR. CHOUDHRI:  -- why are you refusing
18  --
19           MR. BALLASES:  This is my deposition.
20  This is not the time to discuss this.  You have already
21  gone in front of the Judge repeatedly.
22           MR. CHOUDHRI:  You have --
23           MR. BALLASES:  So --
24           MS. HOOD:  No, we haven't, but ask
25  your questions and we'll keep objecting.

Page 145

1            MR. CHOUDHRI:  Mr. Ballases, are you
2   refusing to provide where you received these documents
3   from?
4    Q.   (BY MR. BALLASES:) So if look on this
5   particular check --
6            MR. CHOUDHRI:  You're going to ignore
7   my --
8    Q.   (BY MR. BALLASES:) -- within Exhibit 35,
9   there is a check written.  It says the "Remitter" is
10  you, "Shahnaz Choudhri," and the date is September
11  20th, 2002.  And it's "Pay to the order of:  George
12  Lee, 35 River Crest."  Do you see that?
13   A.   Yes.
14           MR. CHOUDHRI:  Object to form.
15           MS. HOOD:  Objection, form.
16   Q.   (BY MR. BALLASES:) Okay.  And the amount is
17  half a million dollars.  Do you see that?
18           MR. CHOUDHRI:  Objection, form.
19           MS. HOOD:  Object to form.
20   Q.   (BY MR. BALLASES:) Okay.  Have you ever done
21  any business with George Lee?
22           MR. CHOUDHRI:  Objection, form.
23           MS. HOOD:  Objection, form.
24   A.   I don't know.
25   Q.   (BY MR. BALLASES:) Okay.  Do you know who

Page 146

1  George Lee is?
2                  MS. HOOD:  Object to form.
3                  MR. CHOUDHRI:  Objection, form.
4      A.   No.
5      Q.   (BY MR. BALLASES:) Okay.  So as you sit here
6  today, do you recall making a cashier's check or
7  instructing your bank to make a cashier's check for
8  half a million dollars in September of 2022 to pay
9  George Lee?
10     A.   I don't know --
11                 MS. HOOD:  Object to form.
12                 MR. CHOUDHRI:  Objection, form.
13     Q.   (BY MR. BALLASES:) Okay.  You didn't
14  authorize this payment, did you?
15                 MS. HOOD:  Object to form.
16                 MR. CHOUDHRI:  Objection, form.
17                 Let's -- let's clarify the answer.
18  Her answer is "I don't recall."  I just want to make
19  sure that you're not misunderstanding her answer.
20     Q.   (BY MR. BALLASES:) Okay.  So if we turn to
21  the next check, which is dated February 17th, 2023 or
22  to the check that's dated February 17th, 2023.  There
23  you go.  Okay.
24                 MS. HOOD:  Just -- just a minute.  Are
25  we close to getting to the end because we're at 38

Page 147

1  minutes.
2                  MR. BALLASES:  Do you want to take a
3  break?
4                  MS. HOOD:  Yes.
5                  MR. BALLASES:  Okay.  Let's take a
6  break.
7                  THE VIDEOGRAPHER:  Off the record at
8  2:50.
9                  (Off the record.)
10                 THE VIDEOGRAPHER:  We're back on the
11  record at 2:56.
12     Q.   (BY MR. BALLASES:) Ms. Choudhri --
13                 MS. HOOD:  Just for a minute --
14                 MR. CHOUDHRI:  Sure.
15                 MS. HOOD:  Can -- Ms. Mendez, can you
16  identify who your employer is for me because I don't
17  think that was ever stated.  And I'd like to have it as
18  attendance on the -- at the depo.
19                 MS. MENDEZ:  Osama Abdullatif.
20                 MS. HOOD:  Personally or for his
21  company?
22                 MS. MENDEZ:  For his company.
23                 MS. HOOD:  Okay.  Thank you.
24     Q.   (BY MR. BALLASES:) Ms. Choudhri, we're back
25  from a short break.  Are you ready to get started?

Page 148

1      A.   Yes.
2      Q.   Okay.  If you wee -- when we left we were
3  looking at check dated February 17th of 2023.  It's
4  found within Exhibit 35 to your deposition.  Do you see
5  that check in front of you?
6                  MR. CHOUDHRI:  Objection to form.
7                  MS. HOOD:  Object to form.
8      A.   Yes.
9      Q.   (BY MR. BALLASES:) Okay.  So this is a
10  cashier's check and, again, it says the "Remitter" is
11  yourself.  It says "Shahnaz Akhter Choudhri"; do you
12  see that?
13     A.   Yes.
14                 MR. CHOUDHRI:  Objection, form.
15     Q.   (BY MR. BALLASES:) And it's in the amount of
16  One million, seven hundred twenty-six dollars -- or
17  excuse me -- $1,726,200.14.  Do you see that?
18     A.   Yes.
19                 MR. CHOUDHRI:  Objection, form.
20     Q.   (BY MR. BALLASES:) Okay.  And it's payable to
21  "Marilyn Burgess, Harris County District Clerk."
22                 MR. CHOUDHRI:  Objection, form.
23                 MS. HOOD:  Objection, form.
24     Q.   (BY MR. BALLASES:) Do you see that?
25     A.   I don't remember.

Page 149

1      Q.   Right there?  Do you see that, though?
2      A.   Yes.
3      Q.   Okay.
4                  MR. CHOUDHRI:  Objection form.
5      Q.   (BY MR. BALLASES:) You -- you don't have a
6  recollection of -- well, strike that.
7                  Do you know why this check was written?
8                  MR. CHOUDHRI:  Objection, form.
9                  MS. HOOD:  Object to form.
10     A.   One thing I'm telling you, it's hard to --
11  it's hard to answer the question now because I'm -- I'm
12  not in the position to answer it because I have really
13  bad situation right now.  And that's so hard to
14  understand it now because my memory is not working
15  about since last month and because of this Lee.
16                 He give me the hard time.  But the name is
17  George Lee.  He closed my account for three months.  I
18  was also paying a lot of money for the attorney and I
19  couldn't use it at this Frost Bank account.  That's why
20  there's a lot of stress of these things.
21     Q.   (BY MR. BALLASES:) Okay.  I appreciate --
22     A.   When I don't feel comfortable, I get tired.
23  That's why we make some break to start it over.
24     Q.   Right.  And I'm fine.  Like, we've been
25  taking breaks --

Page 150

1    A.  Yes.  You are very cooperative.  But I'm
2  telling you to my position.
3    Q.  Yeah, I appreciate that.
4    A.  I like what you're doing --
5    Q.  Thank you.
6    A.  -- but I have to answer the question which
7  I'm not able to do it.
8    Q.  That's okay.  All you can do is -- is tell --
9    A.  Yes.
10   Q.  -- the truth and that's if it's "I don't
11  know," I don't know.
12   A.  Yes.  Are you going to -- you don't know my
13  position.  I know what I'm dealing, that's the main
14  thing.
15   Q.  Yeah.
16   A.  That's why I'm telling you, it's too much for
17  me.
18   Q.  Okay.  Well, I'm going to push through fast.
19  We're almost done.  We have this --
20   A.  Okay.  Okay.
21   Q.  -- document and that one and that one's
22  barely --
23   A.  Thank you.  Thank you for being so
24  cooperative.  Thank you.
25   Q.  Sure.  If you need a break, just tell me,

Page 151

1  please, and I'm happy to oblige.
2    A.  Okay.  Okay.  That's fine.
3    Q.  Okay.  So looking at this check that was
4  dated February 17th of 2023 in the amount of
5  $1,726,200.14.
6    A.  Uh-huh.
7    Q.  It was written out, it says "Pay to the order
8  of:  Marilyn Burgess, Harris County District Court."
9  And you at that time in February of 2023, you didn't
10  have any business personally before the Harris County
11  District Court, did you?
12              MR. CHOUDHRI:  Objection, form.
13              MS. HOOD:  Object to form.
14   A.  I don't know.
15   Q.  (BY MR. BALLASES:)  Okay.  Do you know -- do
16  you know why this particular check was written?
17              MR. CHOUDHRI:  Objection, form.
18              MS. HOOD:  Object to form.
19   A.  No, I don't remember at all.
20   Q.  (BY MR. BALLASES:)  Okay.  Did you -- do you
21  recall instructing your bank to make this cashier's
22  check?
23              MS. HOOD:  Objection, form.
24              MR. CHOUDHRI:  Objection, form.
25   A.  I don't know.

Page 152

1    Q.  (BY MR. BALLASES:)  Okay.  If we turn a little
2  bit further on, it's the same date, I believe -- yeah,
3  right here.
4        So there's a check, a few pages beyond that
5  we were just looking at in Exhibit 35.  It's also dated
6  February 23rd, 2023, but this particular cashier's
7  check is in the amount of "$133,717.40"; do you see
8  that?
9    A.  Yes.
10              MR. CHOUDHRI:  Objection, form.
11              MS. HOOD:  Objection, form.
12   Q.  (BY MR. BALLASES:)  Okay.  And the "Remitter"
13  is -- it says "Shahnaz Choudhri"; do you see that?
14              MR. CHOUDHRI:  Objection, form.
15              MS. HOOD:  Objection, form.
16   A.  Yes.
17   Q.  (BY MR. BALLASES:)  And it's "Pay to the order
18  of Marilyn Burgess, Harris County District Clerk"; do
19  you see that?
20   A.  Yes.
21              MR. CHOUDHRI:  Objection, form.
22              MS. HOOD:  Object to form.
23   Q.  (BY MR. BALLASES:)  Okay.  My question is, and
24  I think I know the answer, but do you have a
25  recollection of why this particular check was written

Page 153

1  from your account to the Harris County District Clerk?
2              MR. CHOUDHRI:  Objection, form.
3              MS. HOOD:  Object to form.
4    A.  No.  I don't remember.
5    Q.  (BY MR. BALLASES:)  Okay.  Do you have a
6  recollection of instructing your bank, Frost Bank, in
7  February of '23 to prepare this particular cashier's
8  check?
9              MR. CHOUDHRI:  Objection, form.
10              MS. HOOD:  Objection, form.
11   A.  I don't know.
12   Q.  (BY MR. BALLASES:)  Okay.  Staying in Exhibit
13  35, and turning a few payments beyond, there's another
14  check, another cashier's check, that was written on the
15  same date, February 23rd, 2023, but it was in the
16  amount of $200,000.  Do you see that?
17   A.  Yes.
18              MR. CHOUDHRI:  Objection, form.
19              MS. HOOD:  Object to form.
20   Q.  (BY MR. BALLASES:)  Okay.  And this one, the
21  "Remitter" again, is yourself, it's "Shahnaz Choudhri";
22  do you see that?
23              MR. CHOUDHRI:  Objection, form.
24              MS. HOOD:  Objection, form.
25   A.  Yes.

Page 154

```
1      Q.   (BY MR. BALLASES) And this time it says "Pay
2  to the order of:  Jetall Company"; do you see that?
3            MS. HOOD:  Objection, form.
4            MR. CHOUDHRI:  Objection, form.
5      Q.   (BY MR. BALLASES) Okay.  Can you tell Judge
6  Norman why in February of '23 you wrote a -- or there
7  was a cashier's check from your account to Jetall
8  Company in the amount of $200,000?
9            MR. CHOUDHRI:  Objection, form.
10           MS. HOOD:  Objection, form.
11     A.   I don't know.
12     Q.   (BY MR. BALLASES) Okay.  Did you instruct
13 your bank to create this cashier's check in the amount
14 of $200,000 or do you recall?
15           MS. HOOD:  Object to form.
16           MR. CHOUDHRI:  Objection, form.
17     A.   No.
18     Q.   (BY MR. BALLASES) Okay.
19           MS. HOOD:  No, you don't or no, you
20 don't recall?
21     A.   I don't recall.
22     Q.   (BY MR. BALLASES) Stay on Exhibit 35, but we
23 turn to the check that has a date of February 2nd,
24 2024.
25           Okay.  So looking at check -- the check dated
```

Page 155

```
1  February 2nd, 2024 in Exhibit 35 in the amount of half
2  a million dollars.  Do you see that?
3            MS. HOOD:  Objection, form.
4            MR. CHOUDHRI:  Object to form.
5      Q.   (BY MR. BALLASES) Okay.  This check, it says
6  the "Remitter" it says is -- here it says "Mobeen Naeem
7  Choudhri or Shahnaz Akhter Choudhri"; do you see that?
8            MR. CHOUDHRI:  Objection, form.
9            MS. HOOD:  Object to form.
10     A.   Yes.
11     Q.   (BY MR. BALLASES) Okay.  And it says "Pay to
12 the order of" and it lists yourself and Mobeen again.
13 It says "Pay to the order of:  Mobeen Choudhri or
14 Shahnaz Akhter Choudhri"; do you see that?
15           MR. CHOUDHRI:  Objection, form.
16           MS. HOOD:  Objection, form.
17     A.   I don't remember.
18     Q.   (BY MR. BALLASES) Okay.  But what I -- so
19 you -- as you sit here today, you have no recollection
20 of why this particular check was created?
21     A.   Yes.  I don't know.
22           MR. CHOUDHRI:  Objection, form.
23           MS. HOOD:  Objection, form.
24     Q.   (BY MR. BALLASES) Okay.  If you look at the
25 reverse side of the check, which is the second image on
```

Page 156

```
1  that page.
2      A.   Yeah.
3      Q.   It has your signature at the top; is that
4  right?
5            MS. HOOD:  Objection, form.
6            MR. CHOUDHRI:  Object to form.
7      A.   This one?
8      Q.   (BY MR. BALLASES) Yeah.  Right there.  Is
9  that your signature?
10           MR. CHOUDHRI:  Objection, form.
11           MS. HOOD:  Object to form.
12     A.   I don't know.
13     Q.   (BY MR. BALLASES) Okay.  And it says -- it
14 lists an account and it says "Paid to 50BH Acquisition,
15 LLC"; do you see that?
16           MR. CHOUDHRI:  Objection, form.
17     A.   Yes.
18     Q.   (BY MR. BALLASES) Okay.  Do you have any
19 recollection of what 50BH Acquisition, LLC, is?
20           MR. CHOUDHRI:  Objection, form.
21           MS. HOOD:  Object to form.
22     A.   I don't know.
23     Q.   (BY MR. BALLASES) You've never done business
24 with that company, have you?
25     A.   I don't know.
```

Page 157

```
1            MR. CHOUDHRI:  Objection, form.
2      Q.   (BY MR. BALLASES) Okay.  You're not -- you
3  don't have any interest in 50BH Acquisition, LLC, do
4  you?
5      A.   I don't know.
6            MR. CHOUDHRI:  Objection, form.
7            MS. HOOD:  Object to form.
8      A.   I don't know.
9      Q.   (BY MR. BALLASES) Okay.  Do you have a
10 recollection of ever -- well, strike that.
11           I'm now handing you Exhibit 36 to your
12 deposition.
13           (Exhibit No. 36 marked.)
14     Q.   (BY MR. BALLASES) Okay.  Exhibit 36, I will
15 tell you -- you know, we're going to stay on this,
16 but -- okay.
17           Exhibit 36 is a document titled "Certificate
18 of Formation."  Do you see that at the top?
19     A.   Yeah.
20           MR. CHOUDHRI:  Objection, form.
21     Q.   (BY MR. BALLASES) And then it says that the
22 "Entity" is "50BH Acquisition, LLC"; do you see that?
23     A.   Yes.
24           MR. CHOUDHRI:  Objection, form.
25           MS. HOOD:  Object to form.
```

Shahnaz Choudhri
November 25, 2024                                          158 to 161

Page 158

1    Q.   (BY MR. BALLASES:) Okay.  And if you look at
2  the top right, it says this was filed in June of 2023.
3  Do you see that?
4    A.   Yes.
5            MR. CHOUDHRI:  Objection, form.
6    Q.   (BY MR. BALLASES:) Okay.  You were retired at
7  that point --
8    A.   I don't know.
9            MR. CHOUDHRI: -- objection, form.
10   Q.   (BY MR. BALLASES:) And it says the
11 "Manager" is "Shahnaz Choudhri"; do you see that?
12           MR. CHOUDHRI:  Objection, form.
13   Q.   (BY MR. BALLASES:) At the bottom?
14   A.   Yes.
15   Q.   Do you have any recollection of ever creating
16 a company called 50BH Acquisition, LLC?
17   A.   I don't remember.
18           MR. CHOUDHRI:  Objection, form.
19           MS. HOOD:  Object to form.
20   Q.   (BY MR. BALLASES:) Did you ever authorize
21 anybody to create this company and list yourself as a
22 manager?
23   A.   I don't know.
24           MR. CHOUDHRI:  Objection, form.
25           MS. HOOD:  Object to form.

Page 159

1    Q.   (BY MR. BALLASES:) Okay.  I'm going to point
2  you, still on Exhibit 35, I'm going to point you to
3  another check that was dated February 2nd of 2024.
4        Okay.  So we're still on Exhibit 35, we're
5  now looking at another check that was written in
6  February --
7    A.   This is the same check you show me before?
8            MR. CHOUDHRI:  Objection, form.
9    Q.   (BY MR. BALLASES:) No.  It's actually not.
10 If you look at the check number, I was going to
11 specify the check number this time because it is
12 different.
13       So if you look, there are several
14 half-a-million-dollar checks made the same date, so
15 here's 833, there's 834.
16   A.   Okay.  That's fine.
17   Q.   Okay.
18   A.   I don't remember at all.
19   Q.   That's okay.  Okay.
20   A.   Okay.
21   Q.   So looking at the February 2nd, 2024 check,
22 which is Check No. 569008834, it's in the amount of
23 $500,000.  Do you see that?
24   A.   Yes.
25           MR. CHOUDHRI:  Objection, form.

Page 160

1            MS. HOOD:  Objection, form.
2    Q.   (BY MR. BALLASES:) This is now the second
3  check we've seen for half a million dollars written on
4  this date from yourself to yourself.
5            MS. HOOD:  Objection, form.
6            MR. CHOUDHRI:  Objection, form.
7    Q.   (BY MR. BALLASES:) Do you recall that?
8    A.   Yes.
9    Q.   Okay.  And so as you sit here today, it shows
10 -- well, strike that.
11       As you look at it, it shows the "Remitter" is
12 "Mobeen Naeem Choudhri or Shahnaz Akhter Choudhri"; do
13 you see that?
14           MR. CHOUDHRI:  Objection, form.
15           MS. HOOD:  Object to form.
16   A.   Yes.
17   Q.   (BY MR. BALLASES:) Okay.  And the "Payee,"
18 pay to the order of, is either "Mobeen Naeem Choudhri
19 or Shahnaz Akhter Choudhri"; do you see that?
20   A.   Yes.
21           MR. CHOUDHRI:  Objection, form.
22           MS. HOOD:  Object to form.
23   Q.   (BY MR. BALLASES:) Okay.  Do you have
24 recollection of instructing your bank to make this
25 cashier's check in February of 2024 for half a million

Page 161

1  dollars?
2            MS. HOOD:  Object to form.
3            MR. CHOUDHRI:  Objection, form.
4    A.   Yes.
5    Q.   (BY MR. BALLASES:) You do have a
6  recollection?
7    A.   No.
8    Q.   So do you recall telling the bank --
9            MR. CHOUDHRI:  Objection, form.
10   Q.   (BY MR. BALLASES:) -- to make this check?
11   A.   No.
12           MR. CHOUDHRI:  Objection, form.
13           MS. HOOD:  Object to form.
14   A.   I think I have a problem with the banker with
15 --
16           MR. CHOUDHRI:  Objection, form.
17   A.   -- George Lee.
18   Q.   (BY MR. BALLASES:) Okay.
19   A.   He's giving me too much confusion.  He give
20 me a hard time.  I don't -- on that time, there was
21 something going wrong.
22   Q.   Okay.
23   A.   I don't know what's going on.  I don't
24 remember.
25   Q.   That's okay.  If we look here on this check

Shahnaz Choudhri
November 25, 2024                               162 to 165

Page 162

1  also at the reverse side of the check on the bottom
2  image, it says -- it's got your signature on it.  Do
3  you see that?
4      A.    Yes.
5      Q.    Okay.  And then it says paid to "50BH
6  Acquisition, LLC"; do you see that?
7                MR. CHOUDHRI:  Objection, form.
8      A.    Yes.
9      Q.    (BY MR. BALLASES:) Okay.  Can you tell the
10 Court why this 50 -- this half a million dollars was
11 paid to BH Acquisition, LLC?
12               MR. CHOUDHRI:  Objection, form.
13               MS. HOOD:  Objection, form.
14     A.    I don't know.
15     Q.    (BY MR. BALLASES:) Okay.  Let me see how to
16 best do this.  Okay.  I'm going to ask you to -- I've
17 done a poor job making this clear so I want to clear
18 this up.
19           So one of the first -- one of the earlier
20 check we looked at today was one of the
21 half-million-dollar checks written on February 2nd of
22 2024 from yourself to yourself and it has the "Pay to:
23 50BH Acquisition"; do you see that?
24     A.    Yes.
25               MS. HOOD:  Object to form.

Page 163

1                MR. CHOUDHRI:  Objection, form.
2      Q.    (BY MR. BALLASES:) The first check I see has
3  the Check No. 569008832; do you see that?
4      A.    Yes.
5                MS. HOOD:  Object to form.
6                MR. CHOUDHRI:  Objection, form.
7      Q.    (BY MR. BALLASES:) Okay.  Then we flip a
8  little bit further, we see a second -- in that same
9  exhibit, Exhibit 35, we see a second check, same date,
10 same amount, same remitter, same payee, half a million
11 dollars, but this one is -- and it's paid to BH 50
12 Acquisition, LLC, but this one is Check No. 569008835.
13 Do you see that?
14     A.    Yes.
15               MR. CHOUDHRI:  Objection, form.
16               MS. HOOD:  Objection, form.
17     Q.    (BY MR. BALLASES:) Okay.  So that's a second
18 one.  And then if we flip a few pages further, we see
19 another half-million-dollar check, same date, February
20 2nd, 2024.  The "Remitter" is yourself, this account,
21 and you're paying to yourself and it says "Paid to:
22 50BH Acquisitions, LLC"; do you see that?
23               MR. CHOUDHRI:  Objection, form.
24               MS. HOOD:  Objection, form.
25     Q.    (BY MR. BALLASES:) But this one is Check No.

Page 164

1  569008833.  Do you see that?
2      A.    Yes.
3                MR. CHOUDHRI:  Objection, form.
4                MS. HOOD:  Object to form.
5      Q.    (BY MR. BALLASES:) Okay.  So that's a third
6  check that we've looked at in the same amount on the
7  same date.  And then the final check in that amount
8  that we see, that we just spoke about, is also dated,
9  same date, February 2nd, 2024, same amount, half a
10 million dollars.  The "Remitter" is yourself from your
11 account, "Payee" is yourself and it says "Paid to 50BH
12 Acquisitions, LLC."
13               MR. CHOUDHRI:  Objection, form.
14               MS. HOOD:  Objection, form.
15           I'm also going to object to the sidebar
16 commentary and testimony about what the checks are.
17     Q.    (BY MR. BALLASES:) Okay.  And so this check
18 number is 569008834.  Do you see that?
19     A.    Yes.
20               MR. CHOUDHRI:  Objection, form.
21               MS. HOOD:  Objection, form.
22     Q.    (BY MR. BALLASES:) Okay.  So that's four
23 checks each in the amount of half a million dollars to
24 BH Acquisitions, LLC, written on the same date,
25 February 2nd of 2024.  Do you have a recollection of

Page 165

1  why those checks were written?
2                MR. CHOUDHRI:  Objection, form.
3                MS. HOOD:  Object to form.
4      A.    I don't know.
5      Q.    (BY MR. BALLASES:) Okay.  Bear with me.
6  Okay.  Sorry about that.
7            Still looking at Exhibit 35 to your
8  deposition, there's another check that is Check No.
9  569008836.
10               MR. CHOUDHRI:  Objection, form.
11     Q.    (BY MR. BALLASES:) It's dated February 2nd of
12 2024, it's in the amount of 300,000.  Do you see that?
13     A.    Yes.
14               MR. CHOUDHRI:  Objection, form.
15     Q.    (BY MR. BALLASES:) Okay.  And the "Remitter"
16 is from your account.  It says "Mobeen Naeem Choudhri
17 or Shahnaz Akhter Choudhri"; do you see that?
18     A.    Yes.
19               MS. HOOD:  Objection, form.
20               MR. CHOUDHRI:  Objection, form.
21     Q.    (BY MR. BALLASES:) "Payee" is the same
22 people.  It's "Mobeen Naeem Choudhri or Shahnaz Akhter
23 Choudhri."  Do you see that?
24     A.    Yes.
25               MR. CHOUDHRI:  Objection, form.

Page 166

1          MS. HOOD:  Objection, form.
2      Q.   (BY MR. BALLASES:) And if you look at the
3  back of the check, which is the image below, on that
4  same page, it's got your signature?
5      A.   Yes.
6          MR. CHOUDHRI:  Objection, form.
7          MS. HOOD:  Object to form.
8      Q.   (BY MR. BALLASES:) Okay.  And this one also
9  says "Paid to:  50BH Acquisitions, LLC"; do you see
10  that?
11          MR. CHOUDHRI:  Objection, form.
12          MS. HOOD:  Object to form.
13      A.   Yes.  I don't know.
14      Q.   (BY MR. BALLASES:) Okay.  This one's but
15  300,000 so it's less.  And so do you have any
16  recollection as to why you're pulling this money out of
17  your account in February of 2024 to pay BH
18  Acquisitions, LLC?
19          MR. CHOUDHRI:  Objection, form.
20          MS. HOOD:  Objection, form.
21      A.   I don't know.  I don't remember.
22      Q.   (BY MR. BALLASES:) Do you have a
23  recollection -- do you remember instructing your bank
24  to make this cashier's check?
25      A.   I don't.

Page 167

1          MR. CHOUDHRI:  Objection, form.
2          MS. HOOD:  Objection, form.  Asked and
3  answered.
4      Q.   (BY MR. BALLASES:) Okay.  And then if we
5  turn, staying within Exhibit 35, if we turn to Check
6  No. 569008837.  Do you see that?
7      A.   Yes.
8      Q.   Okay.  This is the another check dated
9  February 2nd of 2024.
10          MR. CHOUDHRI:  Objection, form.
11          MS. HOOD:  Object to form.
12      Q.   (BY MR. BALLASES:) Do you see it?
13      A.   Yes.
14          MR. CHOUDHRI:  Objection, form.
15      Q.   (BY MR. BALLASES:) Okay.  It's in the amount
16  of $200,000?
17          MR. CHOUDHRI:  Objection, form.
18          MS. HOOD:  Object to form.
19      Q.   (BY MR. BALLASES:) Okay.  And, again, the
20  "Remitter" so this account, so it's yourself or Mobeen
21  Naeem Choudhri.  Do you see that?
22          MR. CHOUDHRI:  Objection, form.
23          MS. HOOD:  Objection, form.
24      A.   Yes.
25      Q.   (BY MR. BALLASES:) Okay. "Payee" is the same

Page 168

1  people.  It's either "Mobeen Naeem Choudhri or Shahnaz
2  Akhter Choudhri"; do you see that?
3          MR. CHOUDHRI:  Objection, form.
4      A.   Yes.
5      Q.   (BY MR. BALLASES:) Okay.  And if look at the
6  back side of the check, the image beneath it, it shows
7  it's signed by you; is that right?
8      A.   Yes.
9          MR. CHOUDHRI:  Objection, form.
10          MS. HOOD:  Object to form.
11      Q.   (BY MR. BALLASES:) But I know you don't
12  remember signing it, but do you recall if that's your
13  -- or can you see that that's your signature?
14      A.   I don't remember.
15          MR. CHOUDHRI:  Objection, form.
16          MS. HOOD:  Object to form.
17      Q.   (BY MR. BALLASES:) Okay.  And, see, it says
18  "Paid to:  50BH Acquisitions, LLC"?
19      A.   No.
20          MR. CHOUDHRI:  Objection, form.
21      Q.   (BY MR. BALLASES:) Do you see that right
22  there?  It says "Paid to:  50" --
23      A.   I don't remember.
24          MS. HOOD:  Objection, form.
25          MR. CHOUDHRI:  Objection, form.

Page 169

1      Q.   (BY MR. BALLASES:) I know you don't remember.
2  But I'm asking if you see -- do you see here, it says
3  "50BH Acquisitions, LLC"?
4      A.   Yes.
5          MR. CHOUDHRI:  Objection, form.
6          MS. HOOD:  Object to form.
7      Q.   (BY MR. BALLASES:) So this is another
8  $200,000 paid to that particular business on the same
9  date, February 2nd, 2024.
10          MR. CHOUDHRI:  Objection, form.
11      A.   Yes.
12      Q.   (BY MR. BALLASES:) Can you tell the Judge why
13  all of these checks are being written on the same date
14  for, I think it's 2.5 million now?
15          MS. HOOD:  Objection, form.
16          MR. CHOUDHRI:  Objection, form.
17      A.   Yes.  I can't -- don't recognize these
18  things.
19      Q.   (BY MR. BALLASES:) Okay.  Can you even -- do
20  you know if you instructed the bank to prepare that
21  check?
22      A.   I don't know.
23          MR. CHOUDHRI:  Objection, form.
24          MS. HOOD:  Object to form.
25      Q.   (BY MR. BALLASES:) Okay.  If we stay on this

Shahnaz Choudhri
November 25, 2024                                    170 to 173

Page 170

1  exhibit, but we turn to Check No. -- I was on it.
2          So if we stay on Exhibit 35, but we turn to
3  Check No. 569008838.  Do you see that page?
4          MR. CHOUDHRI:  Objection, form.
5      A.  Yes.
6          MS. HOOD:  Object to form.
7      Q.  (BY MR. BALLASES:) Okay.  This is another
8  check that's dated February 2nd, 2024.  Do you see
9  that?
10     A.  Yes.
11         MR. CHOUDHRI:  Objection, form.
12         MS. HOOD:  Objection, form.
13     Q.  (BY MR. BALLASES:) Okay.  And the date is --
14  or excuse me.  The amount is $200,000?
15         MR. CHOUDHRI:  Objection, form.
16     A.  Yes.
17     Q.  (BY MR. BALLASES:) Do you see that?
18         MR. CHOUDHRI:  Objection, form.
19     A.  Yes.
20     Q.  (BY MR. BALLASES:) And "Remitter" is, again,
21  it's this account.  So it's "Mobeen Naeem Choudhri or
22  Shahnaz Akhter Choudhri"; do you see that?
23         MR. CHOUDHRI:  Objection, form.
24     A.  There's an objection so I don't want to
25  answer it.

Page 171

1      Q.  (BY MR. BALLASES:) I know.  They can object
2  to the form which means they don't like my question,
3  but you still have to answer it.
4          MR. CHOUDHRI:  Objection, form.
5          MS. HOOD:  Thanks to the Judge, but go
6  ahead.
7      Q.  (BY MR. BALLASES:) So you see the "Remitter"
8  of the check is either "Shahnaz Akhter Choudhri or
9  Mobeen Naeem Choudhri."  It's from your Frost account.
10         MR. CHOUDHRI:  Objection, form.
11         MS. HOOD:  Objection, form.
12     Q.  (BY MR. BALLASES:) Okay.
13         MS. HOOD:  And objection to the
14  statement that it's from her Frost account.
15     Q.  (BY MR. BALLASES:) Okay.  And you see it says
16  "Pay to the order of:  Mobeen Naeem Choudhri or Shahnaz
17  Akhter Choudhri"?
18         MR. CHOUDHRI:  Objection, form.
19         MS. HOOD:  Object to form.
20     A.  Yes.
21     Q.  (BY MR. BALLASES:) Okay.  And if you look at
22  the reverse side of the check, again, it has your
23  signature?
24         MS. HOOD:  Object to form.
25         MR. CHOUDHRI:  Objection, form.

Page 172

1      Q.  (BY MR. BALLASES:) Okay.  And it says "Pay
2  to:  50" -- "Pay to:  50BH" --
3          MR. CHOUDHRI:  Objection, form.
4      Q.  (BY MR. BALLASES:) -- "Acquisitions, LLC"?
5      A.  Yes.
6          MR. CHOUDHRI:  Objection, form.
7      Q.  (BY MR. BALLASES:) So this is another
8  200,000 paid on that same date to this particular
9  entity.  Do you see that?
10         MR. CHOUDHRI:  Objection, form.
11     A.  Yes.
12         MS. HOOD:  Object to form.
13     Q.  (BY MR. BALLASES:) Can you tell the Judge why
14  all these checks are being written on the same date
15  in -- some in differing amounts, some in the same
16  amounts to be paid to 50BH Acquisition, LLC?
17         MR. CHOUDHRI:  Object to form.
18         MS. HOOD:  Object to form.
19     A.  Yes.  I don't want to -- I don't know.  I
20  don't know anything about it.
21     Q.  (BY MR. BALLASES:) Okay.  And that's because
22  you've never done any work with --
23     A.  Okay.
24         MR. CHOUDHRI:  Objection, form.
25     Q.  (BY MR. BALLASES:) -- 50BH Acquisitions; is

Page 173

1  that right?
2      A.  Okay.  I don't know.
3          MS. HOOD:  Object to form.
4      A.  No.  No.
5          MS. HOOD:  It's because she doesn't
6  remember.
7          MR. BALLASES:  Okay.
8          MS. HOOD:  How many times does she
9  have to tell you?
10         MR. BALLASES:  Objection, sidebar.
11     Q.  (BY MR. BALLASES:) Okay.  So if we turn to
12  exhibit -- staying on Exhibit 35, but turning to Check
13  No. 569008839.  Do you see that check?
14     A.  Yes.
15         MR. CHOUDHRI:  Objection, form.
16         MS. HOOD:  Objection, form.
17     Q.  (BY MR. BALLASES:) Okay.  This is another
18  check also written on February 2nd of 2024.  Do you see
19  that?
20     A.  Yes.
21         MS. HOOD:  Object to form.
22     Q.  (BY MR. BALLASES:) Okay.  And this one is
23  written in the amount of $200,000.  Do you see that?
24     A.  Yes.
25         MS. HOOD:  Object to form.

Shahnaz Choudhri
November 25, 2024                    174 to 177

Page 174

1    Q.  (BY MR. BALLASES:) Okay.  Again, the
2  "Remitter" is yourself or Mobeen Naeem Choudhri.  Do
3  you see that?
4    A.  Yes.
5              MS. HOOD:  Object to form.
6    Q.  (BY MR. BALLASES:) Okay.  And the pay is --
7  "Pay to the order of," it's yourself Shahnaz Akhter
8  Choudhri or Mobeen Naeem Choudhri.  Do you see that?
9              MR. CHOUDHRI:  Objection, form.
10             MS. HOOD:  Objection, form.
11   A.  I don't know about anything.
12   Q.  (BY MR. BALLASES:) Okay.  And if you look on
13 the reverse side of it, it was signed by you, correct?
14             MS. HOOD:  Objection, form.
15   Q.  (BY MR. BALLASES:) Is that right?
16   A.  I don't know.
17             MR. CHOUDHRI:  Objection, form.
18   Q.  (BY MR. BALLASES:) Do you recognize your
19 signature at the bottom --
20   A.  I'm not sure.
21             MR. CHOUDHRI:  Objection, form.
22             MS. HOOD:  Object to form.
23   A.  I don't recognize anything.
24   Q.  (BY MR. BALLASES:) You don't recognize your
25 signature?

Page 175

1    A.  I don't.
2              MR. CHOUDHRI:  Objection, form.
3              MS. HOOD:  Object to form.
4    Q.  (BY MR. BALLASES:) And then do you see
5  beneath that, it says "Paid to:  50BH Acquisitions,
6  LLC"?
7              MR. CHOUDHRI:  Objection, form.
8              MS. HOOD:  Same objection.
9    A.  Okay.  I don't know.
10   Q.  (BY MR. BALLASES:) Okay.  But do you see it
11 says that?
12   A.  Yes.
13   Q.  Okay.
14             MR. CHOUDHRI:  Objection, form.
15             MS. HOOD:  Objection, form.
16   Q.  (BY MR. BALLASES:) My question is again, do
17 you have any recollection of why all these checks are
18 being written on the same day in differing amounts to
19 yourself and then being paid to some other company?
20             MS. HOOD:  Objection, form.
21             MR. CHOUDHRI:  Objection, form.
22   A.  No.  I don't want to know.  I don't know
23 about anything.
24   Q.  (BY MR. BALLASES:) Okay.
25             MS. HOOD:  Is that because you don't

Page 176

1  remember or you don't know?
2              THE WITNESS:  I don't remember.
3              MR. BALLASES:  Objection to sidebar.
4              THE WITNESS:  That's the same thing.
5  I don't know.
6              MS. HOOD:  Thank you.
7              THE WITNESS:  I don't know --
8              MS. HOOD:  That's not a sidebar.
9              THE WITNESS:  That's for the same
10 thing.
11             MS. HOOD:  I'm allowed to clarify her
12 testimony.
13   Q.  (BY MR. BALLASES:) Okay.  I'm now going to
14 hand you Exhibit 37 to your deposition.
15             (Exhibit No. 37 marked.)
16   Q.  (BY MR. BALLASES:) Here you go.  I'll put
17 this right there.  Exhibit 37.
18        Okay.  So Exhibit 37 to your deposition are
19 deposit slips from your Frost Bank account.  Do you see
20 that?
21   A.  Yes.
22             MS. HOOD:  Object to form.  Object to
23 the statement that and the testimony that it's from her
24 Frost Bank account.  There's been no, absolutely no --
25             MR. BALLASES:  Okay.  You stated your

Page 177

1  objection.
2              MS. HOOD:  -- foundation --
3              MR. BALLASES:  You don't need to give
4  sidebar.
5              MS. HOOD:  -- to this document.
6              MR. BALLASES:  Okay.
7              MS. HOOD:  Yes, I do.  Because you
8  keep doing it.  So stop doing it.
9              MR. BALLASES:  Okay.  Do you know how
10 the Rules work?  I mean, do you want to get your client
11 sanctioned again?
12             MS. HOOD:  I do know how the Rules
13 work.
14             MR. BALLASES:  I hope you paid her
15 sanctions before --
16             MS. HOOD:  I also know --
17             MR. BALLASES:  -- because she
18 shouldn't have.
19             MS. HOOD:  I also -- I object to the
20 sidebar there.
21             MR. BALLASES:  Okay.
22             MS. HOOD:  -- I also note that in your
23 question is a representation that's not correct.
24             MR. BALLASES:  All right.
25             (Parties continue speaking simultaneously.)

Page 178

1     Q.   (BY MR. BALLASES:) Okay.  So looking at
2  Exhibit 37, if you turn to -- if you turn to the
3  deposit slip that is 68094, which I will pull for you.
4          Okay.  So within Exhibit 37 there's a deposit
5  slip marked 68094.  Do you see that --
6              MR. CHOUDHRI:  Objection, form.
7              MS. HOOD:  -- objection, form.
8     A.   Yes.
9     Q.   (BY MR. BALLASES:) -- okay.  Do you see it?
10             MR. CHOUDHRI:  Objection, form.
11             MS. HOOD:  Object to form.
12    A.   Yes.
13    Q.   (BY MR. BALLASES:) Okay.  And this is -- it
14  looks like a check to the -- from -- excuse me --
15  "Transact Title Galleria."  Do you see that at the top
16  left?
17             MS. HOOD:  Objection, form.
18             MR. CHOUDHRI:  Objection, form.
19    A.   Yes.
20    Q.   (BY MR. BALLASES:) Okay.  And it says "Paid
21  to:  Ali Choudhri."  Do you see that?
22    A.   Yes.
23             MS. HOOD:  Objection, form.
24             MR. CHOUDHRI:  Objection, form.
25    Q.   (BY MR. BALLASES:) Okay.  And it's in the

Page 179

1  amount of $82,786.96.  Do you see that?
2     A.   Yes.
3              MS. HOOD:  Form.
4              MR. CHOUDHRI:  Objection, form.
5     Q.   (BY MR. BALLASES:) And the date is February
6  1st of 2021.  Do you see that?
7     A.   Yes.
8              MS. HOOD:  Form.
9              MR. CHOUDHRI:  Objection, form.
10    Q.   (BY MR. BALLASES:) Okay.  And you see on the
11  reverse page, it was signed -- it says, I think,
12  "S. Choudhri" there?
13             MS. HOOD:  Form.
14             MR. CHOUDHRI:  Objection, form.
15    Q.   (BY MR. BALLASES:) Can you tell the Court why
16  Mr. Choudhri was depositing -- Mr. Ali Choudhri was
17  deposition $82,786.96 into your account at Frost Bank?
18             MR. CHOUDHRI:  Objection, form.
19             MS. HOOD:  Form.
20    A.   I don't remember at all.
21    Q.   (BY MR. BALLASES:) Okay.  If Mr. Choudhri was
22  trying to hide money from creditors, would it make
23  sense for him to deposit the funds into this account in
24  the name of his mom and sister?
25             MS. HOOD:  Object to form.

Page 180

1              MR. CHOUDHRI:  Objection, form.
2     A.   I don't know.
3              MS. HOOD:  Also asked her a legal
4  conclusion.
5     Q.   (BY MR. BALLASES:) Okay.
6     A.   I know my son.  He's not doing that wrong,
7  anything.
8     Q.   If you turn to -- let's see, deposit slip
9  that's dated March 15th of 2024.  Here we go.
10         So Exhibit 37, looking at the deposit slip
11  that's dated March 15th, 2024.  Do you see that?
12    A.   Yes.
13             MR. CHOUDHRI:  Objection, form.
14             MS. HOOD:  Object to form.
15    Q.   (BY MR. BALLASES:) Okay.  This shows that it
16  says the -- well, strike that.
17         It shows a 140 -- excuse me -- strike that.
18         It says a $14,000 cash deposit into that
19  account.  Do you have any recollection --
20             MR. CHOUDHRI:  Objection, form.
21             MS. HOOD:  Form.
22    Q.   (BY MR. BALLASES:) -- of depositing cash
23  within this account?
24             MS. HOOD:  Form.
25    A.   Yes.

Page 181

1     Q.   (BY MR. BALLASES:) Okay.  What can you tell
2  me about the deposit of 14,000 cash?
3              MS. HOOD:  Form.
4              MR. CHOUDHRI:  Objection, form.
5     A.   I don't remember.
6     Q.   (BY MR. BALLASES:) Okay.  You don't remember.
7     A.   And the one thing, is my son is not hiding
8  money anywhere.  He is doing everything okay.  And I
9  have a problem, the memory.  Otherwise, I'm doing the
10  same thing and I would do it all.
11    Q.   Okay.
12    A.   The only thing, I'm not in the position to
13  answer the question because I'm not in good shape.
14    Q.   I appreciate that and we're almost done.
15         If we turn, staying within Exhibit 37, but we
16  turn to -- Okay.  So looking at towards the back of
17  Exhibit 37, there is a -- looks like a cashier's check.
18  It's number -- Cashier's Check No. 569009012.  Do you
19  see that?
20             MS. HOOD:  Form.
21             MR. CHOUDHRI:  Objection, form.
22    A.   Yes.
23    Q.   (BY MR. BALLASES:) Okay.  And it shows that
24  this a -- the "Remitter" is yourself, "Shahnaz A.
25  Choudhri."  Do you see that?

Shahnaz Choudhri
November 25, 2024          182 to 185

Page 182

1          MS. HOOD: Objection, form.
2          MR. CHOUDHRI: Objection, form.
3     Q.   (BY MR. BALLASES:) Okay.  And this is "Pay to
4  the order of:  JLM Law, PLLC, Jennifer MacGeorge"; do
5  you see that?
6     A.   Yes.
7          MR. CHOUDHRI: Objection, form.
8          MS. HOOD: Form.
9     Q.   (BY MR. BALLASES:) Okay.  Can you -- and it's
10  dated April 2nd of 2024.  Do you see that?
11         MS. HOOD: Form.
12         MR. CHOUDHRI: Objection, form.
13    A.   Yes.
14    Q.   (BY MR. BALLASES:) Okay.  Can you tell the
15  Court why you were paying $50,000 in April of 2024
16  for -- or to Jennifer MacGeorge?
17         MS. HOOD: Form.
18         MR. CHOUDHRI: Objection, form.
19    A.   I know, but I don't remember it.
20    Q.   (BY MR. BALLASES:) So do you remember why --
21    A.   No.  I said I don't remember it.  I know this
22  one is this, but I don't remember when it happened.
23    Q.   Yeah.  You've, I think, told us that you've
24  never hired Jennifer MacGeorge as your attorney?
25    A.   Yes.

Page 183

1          MS. HOOD: Form.
2     A.   No.
3     Q.   (BY MR. BALLASES:) That's right?  Have you
4  ever hired Jennifer MacGeorge as an attorney?
5     A.   No.  I don't know.
6          MS. HOOD: Form.
7     A.   I don't remember.
8     Q.   (BY MR. BALLASES:) Is the only attorney
9  you've ever hired Ms. Lori Hood that's here today?
10    A.   I don't remember.  I don't remember.
11    Q.   Okay.  Turn to looks like the last page of
12  Exhibit 37.  Yes.
13         Okay.  If we turn to the last page of Exhibit
14  37.
15    A.   Uh-huh.
16    Q.   It shows an official check from Metro City
17  Bank, Check No. 1800000023.  Do you see that?
18    A.   Yes.
19         MR. CHOUDHRI: Objection, form.
20    Q.   (BY MR. BALLASES:) Okay.  And it shows the
21  "Remitter" is "50BH Acquisitions, LLC"; do you see
22  that?
23    A.   Yes.
24         MR. CHOUDHRI: Objection, form.
25         MS. HOOD: Form.

Page 184

1     Q.   (BY MR. BALLASES:) Okay.  And it says it's
2  "Paid to the order" of yourself, "Shahnaz Akhter
3  Choudhri."  Do you see that?
4          MS. HOOD: Objection, form.
5     A.   Yes.
6     Q.   (BY MR. BALLASES:) Okay.  And the amount is
7  $100,000?
8     A.   Yes.
9          MS. HOOD: Form.
10         MR. CHOUDHRI: Objection, form.
11    Q.   (BY MR. BALLASES:) Okay.  Dated April 24th,
12  of 2024 --
13    A.   I don't recognize anything.
14         MS. HOOD: Form.
15         MR. CHOUDHRI: Objection, form.
16    A.   I don't know what's going on.
17    Q.   (BY MR. BALLASES:) Okay.  Let me finish the
18  statement -- the question.
19         So the check is dated April 24th, 2024.  Do
20  you see that?
21    A.   Yes.
22         MR. CHOUDHRI: Objection, form.
23         MS. HOOD: Objection, form.
24    Q.   (BY MR. BALLASES:) Okay.  I think I know what
25  you're going to say, but could you tell the Court why

Page 185

1  you're getting $100,000 in April of '24 from 50BH
2  Acquisition, LLC --
3     A.   I don't know.
4          MS. HOOD: -- form and sidebar.
5          MR. CHOUDHRI: Objection, form.
6     Q.   (BY MR. BALLASES:) Okay.  As we sit here
7  today, we've talked about this Frost Bank account of
8  yours and your daughter Mobeen and we've seen, you
9  know, and I'm ballparking this, but transactions
10  exceeding -- exceeding $6 million go out of this
11  account in the last few years.
12         And as I understand your testimony, you
13  cannot tell us -- you do not recall what any of those
14  transfers pertain to; is that right?
15         MR. CHOUDHRI: Objection, form.
16         MS. HOOD: Object to the form and I
17  object to the sidebar and object to the testimony and
18  her -- you misrepresenting her testimony.
19    Q.   (BY MR. BALLASES:) Is that right, ma'am?
20         MR. CHOUDHRI: Objection, form.
21    A.   Yes.  I only know --
22         MR. CHOUDHRI: Objection, form.
23    A.   -- I owe (sic) the money to my daughter and
24  she's returning, but she's not authorized to sign in my
25  account, in this one.  But she's also, we are trying

Shahnaz Choudhri
November 25, 2024                186 to 189

Page 186

1   to, but she's not authorized on this account and she
2   pay me the money, whatever I loan it.
3          MR. CHOUDHRI: Objection, form.
4      Q.   (BY MR. BALLASES) Okay.  So regarding all
5   these transfers regarding real property, you -- even
6   though it's in excess of $6 million, you can't tell us
7   what those pertain to?
8          MR. CHOUDHRI: Objection, form.
9          MS. HOOD: Object to form.  Object to
10  the misrepresentation of her testimony.  She says she
11  doesn't remember, not she can't tell you.
12         MR. BALLASES: Thank you.
13     Q.   (BY MR. BALLASES) And if we look at the
14  wires that were made into your Frost Bank account --
15     A.   One thing --
16         MS. HOOD: Huh-uh, huh-uh.  Don't --
17         MR. CHOUDHRI: There's no question on
18  the table.
19         MS. HOOD: Don't say anything.
20         THE WITNESS: Okay.
21     Q.   (BY MR. BALLASES) So if we look at Exhibit
22  33, which are the wires into your Frost Bank account,
23  we see in excess of $14 million wired into this account
24  over the last several years.  And you can not tell us,
25  as you sit here today, why those wires were made into

Page 187

1   this account, can you?
2          MS. HOOD: Objection, form.
3          MR. CHOUDHRI: Objection, form.
4          MS. HOOD: Objection to the
5   misrepresentation of her testimony.
6          MR. CHOUDHRI: Asked and answered.
7      A.   I don't know.  I've already explain to you.
8      Q.   (BY MR. BALLASES) Okay.
9      A.   And you'll notice --
10         MS. HOOD: Huh-uh, huh-uh.  Don't --
11         MR. CHOUDHRI: Objection.  There's no
12  question on the table.
13     Q.   (BY MR. BALLASES) So when we spoke in your
14  last deposition, you talked to me about that you filed
15  income tax returns.  Do you remember that?
16     A.   Yes.
17         MR. CHOUDHRI: Objection, form.
18     Q.   (BY MR. BALLASES) Okay.  So in -- in 2018,
19  did you have income such that you filed an income tax
20  return?
21     A.   I don't remember.
22         MS. HOOD: Object to form.
23         MR. CHOUDHRI: Objection, form.
24     Q.   (BY MR. BALLASES) Okay.  What about in 2019,
25  did you have income --

Page 188

1          MR. CHOUDHRI: Objection, form.
2      Q.   (BY MR. BALLASES: -- such that you filed an
3   income tax return?
4      A.   I don't remember.
5          MS. HOOD: Form.
6      Q.   (BY MR. BALLASES) Okay.  What about if I
7   asked you that same question from 2020 through 2023 if
8   you -- if you earned income and filed a tax return,
9   would your answer be the same?
10         MS. HOOD: Form.
11         MR. CHOUDHRI: Objection, form.
12     A.   Yes.
13     Q.   (BY MR. BALLASES) Okay.  I think I recall
14  you telling me when you do file tax returns, you do it
15  at Anderson Tax; is that right --
16     A.   Yes.
17         MR. CHOUDHRI: -- objection, form.
18         MS. HOOD: Form.
19     Q.   (BY MR. BALLASES) As you sit here today, can
20  you tell us your primary bank that you bank at --
21     A.   I don't know.
22         MS. HOOD: -- form.
23         MR. CHOUDHRI: Objection, form.
24     Q.   (BY MR. BALLASES) Do you have a recollection
25  of any other bank accounts in which money from

Page 189

1   Mr. Choudhri's business endeavors have gone into that
2   account?
3      A.   I don't know.
4          MS. HOOD: Objection, form.
5      Q.   (BY MR. BALLASES) Do you have any
6   recollection of another bank account that we haven't
7   discussed in which you were the owner of the account
8   and monies are going out to pay for Mr. Ali Choudhri's
9   business endeavors?
10         MR. CHOUDHRI: Objection, form.
11         MS. HOOD: Form.
12     A.   I don't know.
13         MR. BALLASES: Okay.  Okay.  Well,
14  Ms. Choudhri, I appreciate your time.  You are done.
15  Have a great --
16         THE WITNESS: Thank you so much.  This
17  is hard for me.
18         MR. BALLASES: I -- I understand.
19  Have a great Thanksgiving.
20         THE WITNES: Okay.  You too.
21         MR. BALLASES: Rest easy.
22         THE WITNESS: Okay.
23         MR. BALLASES: Feel better.
24         THE VIDEOGRAPHER: Off the record at
25  3:34.

Page 190

1                    (Back on the record without video.)

2                    THE REPORTER:  Back on the record at

3  3:35 p.m.

4                    MS. HOOD:  Counsel, we had an

5  agreement, I believe, the first day of her deposition

6  that she'd be allowed to read and sign it.

7                    MR. BALLASES:  I mean, I don't recall

8  having her read or not, but I'm fine with her reading

9  and signing.

10                   MS. HOOD:  Okay.

11                   THE REPORTER:  If it wasn't said, I'm

12 going to say this for me, because if it wasn't said, I

13 didn't do it.  But I know it was sent to the people

14 that ordered it.

15                   MR. BALLASES:  Yeah.

16                   MS. HOOD:  She's going to be able to

17 read and sign.

18                   MR. CHOUDHRI:  So the record is clear,

19 the deposition from last time and today's a

20 continuation and this is read and sign, so the deponent

21 will be provided a copy of the deposition so she can

22 read it and sign it pursuant to the Rules and that's

23 what I believe the parties have agreed to.

24                   MS. HOOD:  Okay.

25                   MR. BALLASES:  Yeah, this one is going

Page 191

1  to be sent to her.  I mean, the other one has already

2  been sent out to everybody, but this one is going to go

3  to her.

4                    MS. HOOD:  I didn't --

5                    MR. CHOUDHRI:  It wasn't sent to her.

6  So it will get sent to her.  The continuation of the

7  deposition from last time is as we agreed --

8                    THE REPORTER:  Whoever ordered on the

9  record was Ms. MacGeorge --

10                   MS. HOOD:  Okay.  She's my witness so

11 you have to send it to me to read and sign.

12                   THE REPORTER:  Not if it's not said.

13                   MS. HOOD:  Okay.  Well, I don't want

14 to play games with you, we always say it.  We said it

15 now.

16                   MR. CHOUDHRI:  We said it today.  We

17 said it now.  So we're clear, this is a continuation

18 and we'll have one complete depo and we'll read and

19 sign.

20                   MS. HOOD:  Okay.  Now we're off the

21 record.

22                   MR. CHOUDHRI:  Thank you.  Now we're

23 off the record.

24                   (Proceedings concluded.)

25

Page 192

1                 WITNESS CORRECTIONS AND SIGNATURE
2  Please indicate changes on this sheet of paper, giving
   the change, page number, line number and reason for the
3  change.  Please sign each page of changes.
4
   PAGE/LINE          CORRECTION      REASON FOR CHANGE
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

                      Shahnaz Choudhri

Page 193

1      I, Shahnaz Choudhri, have read the foregoing

2  deposition and hereby affix my signature that same is

3  true and correct, except as noted above.

4                    _____

5                         Shahnaz Choudhri

   STATE OF TEXAS      )

6                      )

7  COUNTY OF _____ )

8                    Before me,_____, on this day

9  personally appeared Shahnaz Choudhri, known to me (or

10 proved to me under oath through_____) to be the

11 person whose name is subscribed to the foregoing

12 instrument and acknowledged to me that they executed

13 the same for the purposes and consideration therein

14 expressed.

15     GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this,

16 _____ day of _____, 2024.

17

18                    _____

19                    Notary Public, State of Texas

   My Commission Expires:_____

20

21

22

23

24

25

Shahnaz Choudhri
November 25, 2024                                    194 to 196

Page 194

```
1              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
2                        HOUSTON DIVISION
3  IN RE:                    )
                             )
4  HOUSTON REAL ESTATE PROPERTIES) CASE NO: 22-32998
   LLC,                      )
5                            ) CHAPTER 7
           Debtor.          )
6  _____)
7  JOHN QUINLAN             )
   and                      )
8  OMAR KHAWAJA             )
   and                      )
9  OSAMA ABDULLATIF,        )
                            )
10       Plaintiffs,        )
                            )
11 vs.                      ) ADVERSARY NO. 23-3141
                            )
12 JETALL COMPANIES, INC.   )
   and                      )
13 ARABELLA PH 3201 LLC     )
   and                      )
14 9201 MEMORIAL DR. LLC    )
   and                      )
15 2727 KIRBY 26L LLC       )
   and                      )
16 DALIO HOLDINGS I, LLC    )
   and                      )
17 DALIO HOLDINGS II, LLC   )
   and                      )
18 HOUSTON REAL ESTATE PROPERTIES)
   LLC                      )
19 and                      )
   SHAHNAZ CHOUDHRI         )
20 and                      )
   ALI CHOUDHRI             )
21 and                      )
   SHEPHERD-HULDY DEVELOPMENT I, )
22 LLC                      )
   and                      )
23 SHEPHERD-HULDY DEVELOPMENT II,)
   LLC                      )
24 and                      )
   GALLERIA LOOP NOTE HOLDER LLC )
25 and                      )
                            )
```

Page 195

```
1  A. KELLY WILLIAMS        )
   and                      )
2  MOUNTAIN BUSINESS CENTER, LLC )
   and                      )
3  RANDY W. WILLIAMS CH7 TRUSTEE )
   and                      )
4  OTISCO RDX LLC           )
   and                      )
5  MCITBE, LLC              )
   and                      )
6  JETALL/CROIX PROPERTIES LP )
   and                      )
7  JETALL/CROIX GP, LLC,    )
                            )
8      Defendants.          )
9            REPORTER'S CERTIFICATE
         ORAL VIDEOTAPED DEPOSITION OF
10              SHAHNAZ CHOUDHRI
                NOVEMBER 25, 2024
11
      I, NILDA CODINA, Notary in and for the State of
12
   Texas, hereby certify to the following:
13
      That the witness, SHAHNAZ CHOUDHRI, was duly sworn
14
   by the officer and that the transcript of the oral
15
   deposition is a true record of the testimony given by
16
   the witness;
17
      I further certify that pursuant to FRCP Rule 30
18
   (e)(1) that the signature of the deponent:
19
      ____X_____was requested by the deponent or a party
20
   before the completion of the deposition and returned
21
   within 30 days from the date of receipt of the
22
   transcript.  If returned, the attached Changes and
23
   Signature Page contains any changes and the reason
24
   therefor;
25
      _____was not requested by the deponent or a
```

Page 196

```
1  party before the completion of the deposition.
2      I further certify that I am neither attorney nor
3  counsel for, related to, nor employed by any of the
4  parties to the action in which this testimony was
5  taken.
6      Further, I am not a relative or employee of any
7  attorney of record in this cause, nor do I have a
8  financial interest in the action.
9      Subscribed and sworn to on this 16th day of
10 December, 2024.
11
                    _____
12                  NILDA CODINA
                    Notary in and
13                  for the State of Texas
                    My Commission No. 12878135-3
14                  Expires: 10/24/2027
15
                    U.S. Legal Support, Inc.
16                  Firm Registration No. 122
                    16825 Northchase Dr.
17                  Suite 800
                    Houston, Texas 77060
18                  Phone:(713)653-7100
19
20
21
22
23
24
25
```

U.S. LEGAL SUPPORT, INC
713-653-7100