United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER MOOTING ECF NOS. 432 AND 438

Before the Court is the Motion for Continuance of Deadline to Respond to Motion for Summary Judgment (ECF No. 432) filed by Defendants Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, Shahnaz

Defendant and Galleria Loop Note Holder LLC (the "Co-Defendants") requesting continuance of the deadline to respond to Plaintiffs' Motion for Summary Judgment. Defendant Ali Choudhri copied this motion at ECF No. 438, which the Court will treat as a joinder to the motion filed at ECF No. 432. The Co-defendants filed a response at ECF No. 434 and Defendant Ali Choudhri filed a response at ECF No. 436, making these motions moot.

**ACCORDINGLY, IT IS ORDERED** that the Motions for Continuance of Deadline to Respond to Motion for Summary Judgment at ECF Nos. 432 and 438 are denied as moot.

SIGNED 01/07/2025

_____
Jeffrey Norman
United States Bankruptcy Judge