**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| *In re:* | § | |
| | § | |
| **HOUSTON REAL ESTATE PROPERTIES, LLC** | § | **Case No. 22-32998** |
| | § | **(Chapter 7)** |
| | § | |
| *Debtor,* | § | |
| | § | |
| **JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | **ADVERSARY NO. 23-03141** |
| **v.** | § | |
| | § | |
| **HOUSTON REAL ESTATE PROPERTIES, LLC, et al.,** | § | |
| *Defendants.* | § | |

---

**ORDER GRANTING MOTION FOR LEAVE, OR IN THE ALTERNATIVE TO EXTEND DEADLINE, OR IN THE ALTERNATIVE TO ALLOW LATE FILED RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

---

The Court considered OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, JETALL/CROIX GP, LLC'S and ALI CHOUDHRI,'s Motion for Leave, or in the alternative Extend Deadline, or in the alternative to Allow Late Filed Response to Motion for Summary Judgment (ECF 441) , and the Court being apprised of the premises is of the opinion that the Motion should be granted. Therefore it is:

**ORDERED** that the Response to Motion for Summary Judgment filed by OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, JETALL/CROIX GP, LLC'S and ALI CHOUDHRI, at Docket No.: 436 shall be allowed.


_____
Hon. Jeffrey Norman
United States Bankruptcy Judge