United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § § | CASE NO. 22-32998 |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § | |
| Plaintiffs, | § | ADVERSARY NO. 23-03141 |
| | § | |
| v. | § | |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al., | § § | |
| Defendants. | § § | |

# ORDER GRANTING PLAINTIFFS'
# MOTION TO DISMISS TEXAS REIT, LLC

This Order resolves and allows Plaintiffs, John Quinlan, Omar Khawaja, and Osama Abdullatif ("Plaintiffs"), to dismiss all causes action in the Complaint (ECF No. 1) as to only TEXAS REIT, LLC, with prejudice.

IT IS ORDERED THAT TEXAS REIT, LLC is dismissed with prejudice as Plaintiffs no longer wish to prosecute their claims against TEXAS REIT, LLC.

Signed: January 16, 2025

_____
Jeffrey P. Norman
United States Bankruptcy Judge

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: */s/ Angeline V. Kell*
Steven A. Leyh
Texas Bar No. 12318300
Leyh@hooverslovacek.com
T. Michael Ballases
State Bar No. 24036179
Ballases@hooverslovacek.com
Angeline Kell
Texas Bar No. 24040009
Kell@hooverslovacek.com
Brice B. Beale
State Bar No. 24031855
Beale@hooverslovacek.com
Chris J. Kronzer
State Bar No. 24060120
Kronzer@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
(713) 977-8686 (Telephone)
(713) 977-5395 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**