United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 24, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| **HOUSTON REAL ESTATE** | § | **Case No. 22-32998** |
| **PROPERTIES, LLC,** | § | |
| | § | |
| *Debtor.* | § | |
| | § | |
| | § | |
| **JOHN QUINLAN, OMAR KHAWAJA,** | § | |
| **AND OSAMA ABDULLATIF,** *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | **Adversary No. 23-03141** |
| **v.** | § | |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES, LLC,** *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING EMERGENCY MOTION TO EXPUNGE LIS PENDENS

(ECF No. 457)

Cypress BridgeCo, LLC's Emergency Motion to Expunge Lis Pendens is granted.

**IT IS THEREFORE ORDERED** that the *Notice of Lis Pendens* recorded on December

10, 2024, as Instrument No. RP-2024-459259 in the real property records of Harris County,

Texas pertaining to the real property legally described as:

A tract of land containing 1.34 acres being out of Lot 4, Peter Wilson Tract
Division, and Lot 2 of Bayou Woods Subdivision in Harris County, Texas as
recorded in Volume 18, Page 46 of the Map Records of said Harris County, Texas,
and being the same tract of land as described in deed to James Tang under Clerk's
File Number L423456 of the Real Property Records of said Harris County, Texas.

and commonly known as 9201 Memorial Drive, Houston, Texas 77024 is hereby

**EXPUNGED** pursuant to Section 12.0071 of the Texas Property Code.

Signed: January 24, 2025

Jeffrey P. Norman
United States Bankruptcy Judge