United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § § § | **CHAPTER 7** |
| Debtor. | § § § | |
| JOHN QUINLAN, OMAR KHAWAJA, and OSAMA ABDULLATIF, | § § § | |
| Plaintiffs, | § § § | |
| VS. | § § | **ADVERSARY NO. 23-3141** |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, and JETALL/CROIX GP, LLC, | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER**
*Resolving ECF No. 462, 466, 467, 470*

Pending before the Court are two matters self-styled as "Emergency Motion To Quash Subpoena To Appear And Testify At Hearing"[1] filed by George M. Lee on January 29, 2025, and referred to the instant Court by the Hon. Jeffrey P. Norman, and (2) "Amended Motion to Continue"[2] (the "*Motion to Continue*") filed by Ali Choudhri ("*Choudhri*") on January 30, 2025.[3]

---
[1] ECF No. 462.
[2] ECF No. 470.
[3] The Amended Motion to Continue purports to amend ECF No. 466 and ECF No. 467.

On January 30, 2025, the Court held a hearing and after considering the pleadings on file, arguments of counsel, evidence in the record, applicable law and for the reasons stated on the record, it is therefore:

**ORDERED**: that

1. The "Amended Motion to Continue"[4] filed by Ali Choudhri on January 30, 2025, is DENIED.

2. The "Emergency Motion To Quash Subpoena To Appear And Testify At Hearing"[5] filed by George M. Lee on January 29, 2025, is DENIED.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

   SIGNED January 30, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[4] ECF No. 470.
[5] ECF No. 462.