United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER REFERRING MOTIONS TO COMPEL

Before the Court is an Emergency Motion to Compel Testimony of Omar Khawaja (ECF No. 472) filed by Ali Choudhri, seeking to compel the testimony of Omar Khawaja at a hearing. The hearing is in front of Judge Eduardo V. Rodriguez, and this Court refers the motion to Judge Rodriguez.

**IT IS THEREFORE ORDERED** that the Emergency Motion to Compel Testimony of Omar Khawaja (ECF No. 472) is referred to Judge Eduardo V. Rodriguez.

**SO ORDERED.**

SIGNED 01/30/2025

_____
Jeffrey Norman
United States Bankruptcy Judge