## AFFIDAVIT OF SERVICE

| Case: 23-03141 | Court: United States Bankruptcy Court Southern District of Texas | County: | Job: 12508718 |
|---|---|---|---|
| **Plaintiff / Petitioner:** John Quinian | | **Defendant / Respondent:** Jetall Companies | |
| **Received by:** Security Integrity Solutions | | **For:** Jetall Companies | |
| **To be served upon:** Omar Khawaja | | | |

I, Nicholas Ory, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Wendy Seel Omar Case manger , Company: 5177 Richmond Avenue Suite 1065, Houston, TX 77056
**Manner of Service:** Authorized, Jan 15, 2025, 11:36 am CST
**Documents:** Subpoena to Appear and Testify

**Additional Comments:**
1) Successful Attempt: Jan 15, 2025, 11:36 am CST at Company: 5177 Richmond Avenue Suite 1065, Houston, TX 77056 received by Wendy Seel Omar Case manger . Ethnicity: Caucasian; Gender: Female;
Case Manager Wendy Seel. Accepted for Omar Khawaja

On January 15,2024 at 11:36 am Nicholas Ory served Wendy Seel at the office of Omar Khawaja. Upon arrival to the office Nicholas Ory asked for Omar Khawaja. The receptionist at the front desk stated he was on a call and Wendy Seel , Omar's case Manager can help you. Moments later, A female came from the back office and introduced herself as Wendy Seel the case Manager for Omar Khawaja. Nicholas Ory advised her he had a Subpoena to Appear and Testify for Omar Khawaja. Wendy Seel stated to Nicholas Ory she would accept it for him and accepted the Subpoena to Appear and Testify from Nicholas Ory

_/s/ Nicholas Ory_                              01/29/2025

Nicholas Ory                                    Date
PSC-21535

Security Integrity Solutions
25807 Westheimer Parkway Suite 415
Katy, TX 77494
832-370-8844