IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-32998 |
| HOUSTON REAL ESTATE | § § | |
| PROPERTIES, LLC, | § § | Chapter 7 |
| Debtor, | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § § § § § | |
| Plaintiffs | § | **Adversary Case No. 23-0314** |
| v. | § § | |

| | |
|---|---|
| HOUSTON REAL ESTATE PROPERTIES, LLC, et al. | § § § § |
| Defendants | |

## SUPPLEMENTAL WITNESS & EXHIBIT LIST FOR JANUARY 31S, 2025 HEARING ON ALI CHOUHDRI'S MOTION FOR DISQUALIFICATION/RECUSAL OF JUDGE JEFFREY P. NORMAN

Ali Choudhri files this Witness and Exhibit List for the emergency hearing to be held January 31, 2025 at 9:00 a.m. (prevailing Central Time) (the "Hearing") on Ali Choudhri's Motion for Disqualification/Recusal of Judge Jeffrey P. Norman (ECF No. 245).

### WITNESS LIST

Ali intends to call the following witnesses at the hearing:

1. Steve Sather
2. James Pope
3. Beth Mendez
4. Nicholas Ory
5. Larry White

| Exhibit | Description | Offer | Object | Admit | Disposition | Case#/ECF |
|---|---|---|---|---|---|---|
| 93 | Order Cancelling *Lis Pendens* Recorded as Instrument Nos. RP-2024-477576, RP-2025-23705, and RP-2025-25888 | | | | | 958 |

## RESERVATION OF RIGHTS

Jetall Companies, Inc. reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List before the Hearing.

DATED: January 29, 2025

Respectfully Submitted,
By: *Isl Ali Choudhri*
Ali Choudhri
2425 West Loop,
Suite I100 77027
Phone:281-630-6627
Email: ali@jetallcapital.com
Defendant, *Pro se*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on January 29, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties who are deemed to have consented to ECF electronic service.

**Thomas Michael Ballases**
Hoover Slovacek LLP
5051 Westheimer
Ste 1200
Houston, TX 77056
713 977.;8686
Email: ballases@hooverslovacek.com
*LEADAITORNEY*

                                          *ls/Ali Choudhri*
                                          Ali Choudhri