United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § § | CHAPTER 7 |
| | § | |
| Debtor. | § § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, and OSAMA ABDULLATIF, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | ADVERSARY NO. 23-3141 |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, and JETALL/CROIX GP, LLC, | § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**ORDER
SETTING IN PERSON HEARING
TO SHOW CAUSE WHY MR. JUSTIN RAYOME
SHOULD NOT BE HELD IN CIVIL CONTEMPT OF THIS COURT**

On January 31, 2025, the Court held a hearing on "Ali Choudhri's Motion For the Recusal/Disqualification of Judge Jeffrey P. Norman"[1] (the "*Motion*") filed by Mr. Ali Choudhri ("*Choudhri*") on October 21, 2024, and "Ali Choudhri's Supplemental Motion For the Recusal/Disqualification of Judge Jeffrey P. Norman"[2] filed by Mr. Choudhri on December 18, 2024. During the hearing, Mr. Justin Rayome ("*Rayome*"), an attorney licensed in the State of Texas

---
[1] ECF No. 245.
[2] ECF No. 404.

purportedly working as a law clerk for Mr. Choudhri, was permitted to be present during Mr. Choudhri's evidentiary presentation of the Motion to assist with the handling of documents and exhibits. Mr. Rayome was admonished that he was to provide no assistance to Mr. Choudhri in his role as an attorney as Mr. Choudhri was appearing pro-se. Nevertheless, Mr. Rayome provided case law to Mr. Choudhri for him to recite during the hearing. The Court thereafter ordered Mr. Rayome to leave the room and provide no further assistance to Mr. Choudhri for the remainder of the hearing (the "*Order*").

However, during the hearing, Mr. Rayome filed, apparently on behalf of Mr. Choudhri, a "Second Amended Motion to Continue Hearing on Motion to Disqualify/Recuse judge Jeffrey P. Norman" (the "*Motion to Continue*") replete with legal citation in reference to questions posed to Mr. Choudhri during the hearing. Mr. Choudhri asserted that he drafted the entire Motion to Continue, and that Mr. Rayome only filed the Motion to Continue on his behalf. Nevertheless, the Court, alarmed that its Order may have been violated finds it necessary to set the instant matter for a hearing. Accordingly, it is therefore:

**ORDERED:** that

1. Mr. Justin Rayome and Mr. Ali Choudhri, shall personally appear at a hearing which shall be conducted before the before the United States Bankruptcy Court, Houston Division, Courtroom #8B on **Monday, March 17, 2025 at 3:30 p.m.** (Central Standard Time). Mr. Rayome must be prepared to show cause as to why he is not in contempt of this Court's Order prohibiting him from providing legal assistance to Mr. Choudhri during the January 31, 2025 hearing before this Court, and why he should not be referred Chief United States District Judge Randy Crane for possible disciplinary action pursuant to the Southern District of Texas Rule of Disciplinary Conduct 8.04(a)(4).[3]

2. Failure of Mr. Justin Rayome to personally appear at the Monday, March 17, 2025 hearing may result in the issuance of further orders including an automatic referral to Chief United States District Judge Randy Crane for possible disciplinary action without further notice or hearing.

3. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

4. By **Monday, February 17, 2025** Mr. Ali Choudhri must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED February 12, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[3] "A lawyer shall not: …engage in conduct constituting obstruction of justice."