IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON REAL ESTATE PROPERTIES LLC,<br><br>Debtor. | § § § § § § § | CASE NO: 22-32998<br><br>CHAPTER 7 |
| JOHN QUINLAN, OMAR KHAWAJA, and OSAMA ABDULLATIF,<br><br>Plaintiffs,<br><br>VS.<br><br>JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, and JETALL/CROIX GP, LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § | ADVERSARY NO. 23-3141 |

**NOTICE OF ORDER
SETTING IN PERSON HEARING
TO SHOW CAUSE WHY MR. JUSTIN RAYOME
SHOULD NOT BE HELD IN CIVIL CONTEMPT OF THIS COURT**

    NOTICE is hereby given that a hearing will be held *To Show Cause Why Mr. Justin Rayome Should Not Be Held in Civil Contempt of this Court* filed in the above entitled and numbered adversary proceeding on Monday, March 17, 2025, at 3:00 p.m. A copy of the Order is attached as Exhibit 1.

                                                              Respectfully submitted,

*/s/ Ali Choudhri*
Ali Choudhri
1001 West Loop South
Suite 700
Houston, Texas 77027
Tel: 281-630-6627
ali@jetallcapital.com
**Defendant,** ***Pro Se***

## CERTIFICATE OF SERVICE

      I hereby certify that, February 17, 2025, a true and correct copy of this filing was served electronically via the Court's CM/ECF system and/or as evidenced below. Case No. 23-03141 Notice will be electronically mailed to:

Thomas Michael Ballases
Hoover Slovacek LLP
5051 Westheimer
Suite 1200
Houston, TX 77056
713-977-8686
Email: ballases@hooverslovacek.com
LEAD ATTORNEY

Angeline Vachris Kell
Hoover Slovacek LLP
5051 Westheimer
Suite 1200
Houston, TX 77056
713-977-5395
Email: kell@hooverslovacek.com

Christopher James Kronzer
Hoover Slovacek LLP
5051 Westheimer
Suite 1200
Houston, TX 77056
713-977-8686
Email: kronzer@hooverslovacek.com

Steven A. Leyh
Hoover Slovacek LLP
5051 Westheimer
Suite 1200
Houston, TX 77056
713-977-8686
Email: leyh@hooverslovacek.com

                                                                    */s/ Ali Choudhri*
                                                                    Ali Choudhri