Case 23-03141   Document 528   Filed in TXSB on 02/20/25   Page 1 of 1

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 2727 KIRBY 26L LLC, *et al*, | § § | CIVIL ACTION NO 4:23-cv-04273 |
| Appellants, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| JOHN QUINLAN, *et al* Appellees. | § § § | |

ORDER

The bankruptcy record on appeal was received on December 29, 2023. Dkt 4. Nothing further appears on the docket since then.

Appellants are ORDERED to show cause why this matter shouldn't be dismissed in accordance with Rule 8003(a)(2) of the Federal Rules of Bankruptcy Procedure.

Such filing must be made by March 5, 2025. SO ORDERED.

Signed on February 20, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge