# EXHIBIT A

RP-2024-444892
11/27/2024   RP2   $29.00

| STATE OF TEXAS | § | |
|---|---|---|
| | § | NOTICE OF *LIS PENDENS* |
| COUNTY OF HARRIS | § | |

Take notice that on June 21, 2024, George M. Lee, as Plaintiff, filed suit v. Ali Choudhri and 2727 Kirby 26L LLC., as Defendant. This lawsuit styled, "George M. Lee v. Ali Choudhri and 2727 Kirby 26L LLC., and is filed under Cause Number 2024 - 39592 in the records of the honorable 127th District Court of Harris County, Texas, which affects the property located on 9201 Memorial Dr., Houston, Texas 77024 and legally described as:

> A tract of Land Containing 1.34 Acres Being out of Lot 4, Peter Wilson Tract Division, and Lot 2 of Bayou Woods Subdivision, Section 2, a Subdivision in Harris County, Texas, as recorded in Volume 18, Page 46, of the Map Records of Harris County, Texas, and being the same tract of land as Described in Deed to James Tang under Clerk's File Number L423456 of the Real Property Records of said Harris County, Texas.

Signed on   November 26, 2024.

_____
Ali Choudhri

| STATE OF TEXAS | § | |
|---|---|---|
| | § | |
| COUNTY OF HARRIS | § | |

This instrument was acknowledged before me on the 26th of November 2024 by Ali Choudhri.

_____
Notary Public, State of Texas

Seal (if any)

[Notary Seal: Tammy Luu, Exp. 10/15/2028, ID No. 135130114]

[Type here]



**AFTER RECORDING, please RETURN INSTRUMENT TO:**

        Ali Choudhri
        2425 West Loop South, 1100
        Houston, Texas 77027

RP-2024-444892

[Type here]

FILED FOR RECORD

12:45:10 PM

Wednesday, November 27, 2024

*Leneshia Hudspeth*

COUNTY CLERK, HARRIS COUNTY, TEXAS

RP-2024-444892

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Wednesday, November 27, 2024

*Leneshia Hudspeth*

COUNTY CLERK
HARRIS COUNTY, TEXAS