# EXHIBIT B

RP-2024-477035
12/23/2024  RP2  $29.00

STATE OF TEXAS §
§   NOTICE OF *LIS PENDENS*
COUNTY OF HARRIS §
§

Take notice that on February 20, 2023, Osama Abdullatif, as Plaintiff, filed suit v. Ali Choudhri, as Defendant. This lawsuit styled, "Abdullatif, Osama vs. Choudhri, Ali" and is filed under Cause Number 2023 - 10986 currently in the honorable 133rd District Court of Harris County, Texas, which affects the property located on 9201 Memorial Dr., Houston, Texas 77024 and legally described as:

> A tract of Land Containing 1.34 Acres Being out of Lot 4, Peter Wilson Tract Division, and Lot 2 of Bayou Woods Subdivision, Section 2, a Subdivision in Harris County, Texas, as recorded in Volume 18, Page 46, of the Map Records of Harris County, Texas, and being the same tract of land as Described in Deed to James Tang under Clerk's File Number L423456 of the Real Property Records of said Harris County, Texas.

Signed on December 23, 2024.

_____
Gene McCubbin

STATE OF TEXAS §
§
COUNTY OF HARRIS §
§

This instrument was acknowledged before me on the 23rd of December by Gene McCubbin.



_____
Notary Public, State of Texas

Seal (if any)

1

**AFTER RECORDING, please RETURN INSTRUMENT TO:** 

Gene McCubbin
P.O. Box 79214,
Houston, Texas 77279

RP-2024-477035

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blackouts, additions and changes were present at the time the instrument was filed and recorded.

FILED FOR RECORD

10:34:49 AM

Monday, December 23, 2024

*Teneshia Hudspeth*

COUNTY CLERK, HARRIS COUNTY, TEXAS

RP-2024-477035

UNOFFICIAL COPY

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS
 I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Monday, December 23, 2024

*Teneshia Hudspeth*

COUNTY CLERK
HARRIS COUNTY, TEXAS