# EXHIBIT C

RP-2024-479403
12/26/2024  RP1  $29.00

| STATE OF TEXAS | § | |
|---|---|---|
| | § | NOTICE OF *LIS PENDENS* |
| COUNTY OF HARRIS | § | |

Take notice that on December 23, 2024, 2727 Kirby 26L, LLC et al., as Plaintiff, filed suit v. Cypress BridgeCo, LLC, as Defendant. This lawsuit styled, "*Kirby 26L, LLC vs. Cypress BridgeCo, LLC*" and is filed under Cause Number 202488794 currently in the honorable 129th District Court of Harris County, Texas, which affects the property located on 9201 Memorial Dr., Houston, Texas 77024 and legally described as:

> A tract of Land Containing 1.34 Acres Being out of Lot 4, Peter Wilson Tract Division, and Lot 2 of Bayou Woods Subdivision, Section 2, a Subdivision in Harris County, Texas, as recorded in Volume 18, Page 46, of the Map Records of Harris County, Texas, and being the same tract of land as Described in Deed to James Tang under Clerk's File Number L423456 of the Real Property Records of said Harris County, Texas.

Signed on December 24, 2024.

_____
2727 Kirby 26L, LLC Representative
Dward Darjean

| STATE OF TEXAS | § | |
|---|---|---|
| | § | |
| COUNTY OF HARRIS | § | |

This instrument was acknowledged before me on the 24rd of December 2024 by Dward Darjean.

SEAN LEDER
Notary Public, State of Texas
Comm. Expires 07-13-2026
Notary ID 133856326

_____
Notary Public, State of Texas

Seal (if any)

1

**AFTER RECORDING, please RETURN INSTRUMENT TO:**

Dward Darjean

1001 West Loop South, Suite 700

Houston, Texas 77027

RP-2024-479403

2

FILED FOR RECORD

10:39:16 AM

Thursday, December 26, 2024

*Teneshia Hudspeth*

COUNTY CLERK, HARRIS COUNTY, TEXAS

RP-2024-479403

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS
  I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Thursday, December 26, 2024

*Teneshia Hudspeth*

COUNTY CLERK
HARRIS COUNTY, TEXAS