# EXHIBIT G

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 7** |
| | § | |
| **HOUSTON REAL ESTATE** | § | **Case No. 22-32998** |
| **PROPERTIES, LLC,** | § | |
| | § | |
| *Debtor.* | § | |
| | § | |
| | § | |
| **JOHN QUINLAN, OMAR KHAWAJA,** | § | |
| **AND OSAMA ABDULLATIF,** *et al.,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | **Adversary No. 23-03141** |
| **v.** | § | |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES, LLC,** *et al.,* | § | |
| | § | |
| *Defendants.* | | |

## <u>DECLARATION OF CASEY MARCIN</u>

I, Casey Marcin, declare as follows:

1.      My name is Casey Marcin.  I am over the age of eighteen (18) years, of sound mind, and I am fully competent to testify to the matters set forth herein. I have never been convicted of a felony. I have personal knowledge of the statements contained herein and the facts stated herein are true and correct.

2.      Since June 2023, I have served as General Counsel for Cypress BridgeCo, LLC. Due to my time in this role, I am familiar with Cypress BridgeCo's business operations and day-to-day legal matters.

3.      BridgeCo has not been served with the following *Notices of Lis Pendens*:

   a.   Instrument No. RP-2024-444892 recorded in the real property records of Harris County, Texas on November 27, 2024;

      b.   Instrument No. RP-2024-477035 recorded in the real property records of Harris County, Texas on December 23, 2024; and

      c.   Instrument No. RP-2024-479403 recorded in the real property records of Harris County, Texas on December 26, 2024.

4.     BridgeCo only became aware of these *Notices of Lis Pendens* when they appeared in a title report generated as part of an ongoing sale process for the property at 9210 Memorial Dr., Houston, TX 77024 (the "Property").

5.     If the Lis Pendens is not immediately expunged, BridgeCo will suffer significant harm to its business operations. BridgeCo is currently in the process of attempting to sell the Property, and the presence of the Lis Pendens has clouded the title, complicating any future transaction and potentially deterring committed buyers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2025.

*/s/ Casey Marcin* – with permission
Casey Marcin