IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § § § | Case No. 22-32998 |
| *Debtor*. | § § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, *et al.*, | § § § | |
| *Plaintiffs*, | § § | Adversary No. 23-03141 |
| v. | § § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, *et al.*, | § § § | |
| *Defendants*. | § | |

### ORDER GRANTING EMERGENCY MOTION TO EXPUNGE LIS PENDENS

Cypress BridgeCo, LLC's Emergency Motion to Expunge Lis Pendens is **GRANTED**.

**IT IS THEREFORE ORDERED** that the following *Notices of Lis Pendens*:

a. Instrument No. RP-2024-444892 recorded in the real property records of Harris County, Texas on November 27, 2024;

b. Instrument No. RP-2024-477035 recorded in the real property records of Harris County, Texas on December 23, 2024; and

c. Instrument No. RP-2024-479403 recorded in the real property records of Harris County, Texas on December 26, 2024.

pertaining to the real property legally described as:

A tract of land containing 1.34 acres being out of Lot 4, Peter Wilson Tract Division, and Lot 2 of Bayou Woods Subdivision in Harris County, Texas as recorded in Volume 18, Page 46 of the Map Records of said Harris County, Texas, and being the same tract of land as described in deed to James Tang under Clerk's File Number L423456 of the Real Property Records of said Harris County, Texas.

and commonly known as 9201 Memorial Drive, Houston, Texas 77024 are hereby **EXPUNGED** pursuant to Section 12.0071 of the Texas Property Code.

SIGNED: _____                                    _____
                                                                                                    Jeffrey Norman
                                                                                                    United States Bankruptcy Judge