United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, JETALL/CROIX GP, LLC, | § | |
| Defendants. | § | |

**ORDER SETTING HEARING AND REQUIRING PERSONAL APPEARANCE**

    Hearing is set on the Emergency Motion to Expunge Lis Pendens (ECF No. 533) at 1:30 p.m. on March 3, 2025, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. All parties must appear in person in front of the Court. The response deadline is 5:00 p.m. on February 28, 2025. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties via electronic and/or

telephonic notice as soon as possible and file a certificate of service; **or** file and serve a hearing notice by 5:00 p.m. today, which must include the response deadline.

**SO ORDERED**.

SIGNED 02/27/2025

_____
Jeffrey Norman
United States Bankruptcy Judge