United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3141 |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC JETALL/CROIX PROPERTIES LP AND JETALL/CROIX GP, LLC, | § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR CONTINUANCE

This matter is before the Court on the Motion for Continuance (ECF No. 537) filed by the defendant, Ali Choudhri. The movant has failed to follow this court's procedures regarding continuances. Continuances may be requested 1) by agreement without a motion; 2) by an agreed motion; or 3) by a contested motion. When all parties do not agree to a continuance, a motion to

1 / 2

continue is appropriate. However, that motion must include an affidavit indicating the efforts the party took to obtain consent to the continuance. The instant motion does not include an affidavit.[1] In addition, the movant failed to attach a proposed order to the instant motion as required by Bankruptcy Local Rule 9013-1(h).[2] Lastly, counsel for the defendant failed to attach a certificate of service to the instant motion as required by Bankruptcy Local Rule 9013-1(d)

**THEREFORE, IT IS ORDERED** that the Motion for Continuance is denied without prejudice.

SIGNED 03/03/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court Procedures can be found at the following website: http://www.txs.uscourts.gov/page/united-statesbankruptcy-judge-jeffrey-p-norman. "Continuances may be requested and granted without a motion, if all parties are in agreement. Parties seeking a continuance must jointly email chambers consenting to a continuance. Emails should be addressed to tracey_conrad@txs.uscourts.gov. The parties will receive a reply email indicating whether the Court grants or denies the continuance request. If the parties do not receive a reply email, they should assume that the hearing will go forward as scheduled. When all parties do not agree to a continuance, a continuance may only be requested by motion, and such motion requires an affidavit indicating the efforts the parties took to obtain consent to the continuance. The Court may deny a continuance request even if all parties have agreed to the continuance."

[2] "Each motion, application, objection, and response filed with the court must be accompanied by a proposed order."