United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 03, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 22-32998** |
| **HOUSTON REAL ESTATE PROPERTIES** | § | |
| **LLC,** | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| **JOHN QUINLAN** | § | |
| and | § | |
| **OMAR KHAWAJA** | § | |
| and | § | |
| **OSAMA ABDULLATIF,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 23-3141** |
| | § | |
| **JETALL COMPANIES, INC.** | § | |
| and | § | |
| **ARABELLA PH 3201 LLC** | § | |
| and | § | |
| **9201 MEMORIAL DR. LLC** | § | |
| and | § | |
| **2727 KIRBY 26L LLC** | § | |
| and | § | |
| **DALIO HOLDINGS I, LLC** | § | |
| and | § | |
| **DALIO HOLDINGS II, LLC** | § | |
| and | § | |
| **HOUSTON REAL ESTATE PROPERTIES,** | § | |
| **LLC** | § | |
| and | § | |
| **SHAHNAZ CHOUDHRI** | § | |
| and | § | |
| **ALI CHOUDHRI** | § | |
| and | § | |
| **SHEPHERD-HULDY DEVELOPMENT I,** | § | |
| **LLC** | § | |
| and | § | |
| **SHEPHERD-HULDY DEVELOPMENT II,** | § | |
| **LLC** | § | |
| and | § | |

**GALLERIA LOOP NOTE HOLDER LLC**     §
**and**                               §
**MOUNTAIN BUSINESS CENTER, LLC**     §
**and**                               §
**RANDY W WILLIAMS CH7 TRUSTEE**      §
**and**                               §
**OTISCO RDX LLC**                    §
**and**                               §
**MCITBE, LLC**                       §
**and**                               §
**JETALL/CROIX PROPERTIES LP**        §
**and**                               §
**JETALL/CROIX GP, LLC,**             §
                                      §
     **Defendants.**      §

## ORDER

Before the Court is an Emergency Motion to Expunge Lis Pendens (ECF No. 533) filed by Cypress BridgeCo, LLC and the Amended Motion for Continuance (ECF No. 543) filed by Ali Choudhri. Hearing was held on March 3, 2025.  The expunging of the Lis Pendens does not require an evidentiary hearing therefore, the Motion to Continue is denied as moot, as the Court grants until 5:00 p.m. on Wednesday, March 5, 2025, for the filing of any additional pleadings and/or briefing by the parties.  A ruling on the Motion to Expunge shall thereafter be made on an expedited basis after the briefing deadline set forth herein.

**SO ORDERED.**

     SIGNED 03/03/2025

_____
Jeffrey Norman
United States Bankruptcy Judge