United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 05, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § | Case No. 22-32998 |
| *Debtor*. | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, *et al.*, | § | |
| *Plaintiffs*, | § | Adversary No. 23-03141 |
| v. | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, *et al.*, | § | |
| *Defendants*. | § | |

## ORDER GRANTING EMERGENCY MOTION TO EXPUNGE LIS PENDENS

(ECF No. 549)

Cypress BridgeCo, LLC's Amended and Supplement to Emergency Motion to Expunge Lis Pendens is **GRANTED** based on the Court's review of its Order (ECF No. 547) and the lack of further filings or briefing by the 5:00 p.m. emergency deadline set for March 5, 2025.

**IT IS THEREFORE ORDERED** that the *Notices of Lis Pendens* recorded in the real property records of Harris County, Texas on March 3, 2025, under Instrument Nos. RP-2025-74340, RP-2025-74341, and RP-2025-74342 pertaining to the real property legally described as:

A tract of land containing 1.34 acres being out of Lot 4, Peter Wilson Tract Division, and Lot 2 of Bayou Woods Subdivision in Harris County, Texas as recorded in Volume 18, Page 46 of the Map Records of said Harris County, Texas, and being the same tract of land as described in deed to James Tang under Clerk's File Number L423456 of the Real Property Records of said Harris County, Texas.

and commonly known as 9201 Memorial Drive, Houston, Texas 77024 (the "Property") are hereby

**EXPUNGED** pursuant to Section 12.0071 of the Texas Property Code.

**IT IS FURTHER ORDERED** that Defendants Ali Choudhri, 2727 Kirby 26L, LLC, 9201 Memorial Dr., LLC (the "Choudhri Defendants"), and any entities directly or indirectly controlled by them, are hereby **PROHIBITED** from filing or recording any future notice of lis pendens, affidavit of interest, or any other instrument purporting to affect title to 9201 Memorial Drive, Houston, Texas 77024 without first obtaining leave of this Court.

**IT IS FURTHER ORDERED** that as a condition of seeking leave to file any future lis pendens or similar instrument affecting the Property, the Choudhri Defendants must post a bond in an amount to be determined by the Court to secure BridgeCo against damages, attorneys' fees, and costs arising from any wrongful filing or improper clouding of title.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to enforce this Order and address any further violations or disputes related to the Property.

Signed at 5:10 p. m. on March 5, 2025.

Signed: March 05, 2025

Jeffrey P. Norman
United States Bankruptcy Judge