United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3141 |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § | |
| Defendants. | § | |

**ORDER SETTING STATUS CONFERENCE [VIRTUAL APPEARANCE]**

On March 6, 2025, this Court converted Case No. 24-35761, the Chapter 11 case of Jetall Companies to a Chapter 7 case.[1]  Christopher R. Murray has been appointed as the Chapter 7 trustee.  Trial is set in this matter for March 25, 2025.  As Jetall Companies, Inc. is a defendant in

---

[1] Case No. 24-35761, ECF No. 68.

this case, the Court sets a status conference to allow the parties an opportunity to advise the Court how they wish to proceed and whether the trial setting should be upset.

**IT IS THEREFORE ORDERED** that a virtual status conference is set in this case for March 17, 2025, at 9:30 a.m. in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.

This is a virtual hearing; however, parties may appear in person.  Connection instructions are available on the Court's website.[2]

**SO ORDERED**.

SIGNED 03/07/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[2] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman