United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § | |
| Defendants. | § | |

## ORDER DENYING MOTIONS

Before the Court is an Emergency Motion to Dismiss Complaint (ECF No. 557) filed by the defendants, OTISCO RDX LLC, MCITBE, LLC, Jetall/Croix Properties LP, and Jetall/Croix GP, LLC (the Emergency Motion), and the Joinder to the Emergency Motion filed by defendants, Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Dalio Holdings I, LLC,

Dalio Holdings II, LLC, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, Shahnaz Choudhri, and Galleria Loop Note Holder LLC (ECF No. 559). The Court notes that the movants which filed the Emergency Motion failed to attach a proposed order to the instant motion as required by Bankruptcy Local Rule 9013-1(h),[1] and failed to comply with Bankruptcy Local Rule 9013-1(i) regarding the filing of emergency motions.

More importantly, the Court entered a trial scheduling order on March 5, 2024 (ECF No. 149) providing for a deadline of October 31, 2024, for dispositive motions. Trial was reset on December 9, 2024 to March 25, 2025 (ECF No. 373). That order resetting trial specifically advised that "[A]ll other deadlines in the Order Scheduling Trial (ECF 149) remain in effect." This motion was filed well past that deadline, and only 14 days prior to the scheduled trial set for March 25, 2025. Accordingly, these motions are untimely.

**THEREFORE**, **IT IS ORDERED** that the Emergency Motion to Dismiss Complaint (ECF No. 557) and the Joinder (ECF No. 559) are both **DENIED**.

SIGNED 03/11/2025

Jeffrey Norman
United States Bankruptcy Judge

---

[1] "Each motion, application, objection, and response filed with the court must be accompanied by a proposed order."