United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER STRIKING JURY DEMAND

On March 10, 2025, defendants OTISCO RDX LLC, MCITBE, LLC, Jetall/Croix Properties LP, Jetall/Croix GP, filed their Answer to Complaint with Jury Demand (ECF No. 558). The Fifth Circuit has held that "because of the equitable nature of bankruptcy proceedings, there

is generally no constitutional right to a jury trial."[1] Trial in this matter is scheduled in 14 days, March 25, 2025.

**THEREFORE, IT IS ORDERED** that the Jury Demand set forth in the style of the Answer is struck and the Demand for Jury Trial is stricken from the docket.

SIGNED 03/11/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] *Matter of Merrill*, 594 F.2d 1064, 1067 (5th Cir. 1979) (internal citation omitted).