United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC. HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, ANDJETALL/CROIX GP, LLC, | § | |
| Defendants. | § | |

## ORDER DENYING EMERGENCY MOTION TO DISMISS

Before the Court is an Emergency Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 563) filed by Ali Choudhri.

This is the 3rd emergency motion to dismiss filed by various defendants in this case today. As set forth in two prior orders,[1] the Court entered a trial scheduling order on March 5, 2024 (ECF No. 149) providing for a deadline of October 31, 2024, for dispositive motions. Trial was reset on March 25, 2025, on December 9, 2024 (ECF No. 373). That order resetting trial specifically advised that "[A]ll other deadlines in the Order Scheduling Trial (ECF 149) remain in effect." This motion was filed over four months past that deadline, and only 14 days prior to the scheduled trial set for March 25, 2025. Accordingly, this motion is untimely.

T**HEREFORE, IT IS ORDERED** that the Emergency Motion to Dismiss Complaint (ECF No. 563) is **DENIED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all parties are barred from filing any dispositive motions in this case.[2]

SIGNED 03/11/2025

Jeffrey Norman
United States Bankruptcy Judge

---

[1] ECF No. 560 and 564.
[2] Parties violating this order are subject to sanction.