United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-3141** |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC; HOUSTON REAL ESTATE PROPERTIES, LLC; SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER ABATING ADVERSARY PROCEEDING, UPSETTING TRIAL DATE
AND SETTING STATUS CONFERENCE**

This adversary proceeding was filed on August 1, 2023. On March 6, 2025, one of the defendants, Jetall Companies, Inc.'s Chapter 11 case was converted to a Chapter 7 bankruptcy case (Case No. 24-35761 at ECF No. 68). Based on this pending Chapter 7 case, this Court abates

Adversary No. .23-3141 pending further order of this Court. The trial set for March 25, 2025, (ECF No. 373) is canceled.  A status conference is set for March 3, 2026, at 11:00 a.m.

**THEREFORE, IT IS ORDERED** that Adversary No. 23-3141 is abated pending further order of this Court.

**IT IS FURTHER ORDERED** that the trial set for March 25, 2025, is canceled.

**IT IS FURTHER ORDERED** that a status conference is set for 11:00 a.m. on March 3, 2026 in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.

Parties may seek appropriate relief by motion during the period of abatement.

SIGNED 03/17/2025

_____
Jeffrey Norman
United States Bankruptcy Judge