# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: <br><br> HOUSTON REAL ESTATE PROPERITES, LLC. <br><br> *Debtor*. | Chapter 7 <br><br> Case No. 22-32998 <br><br> Adversary No. 23-03141 |

## NOTICE OF APPEAL

Notice is hereby given that OTISCO RDX LLC, MCITBE, LLC, Jetall/Croix Properties LP, and Jetall/Croix GP, LLC ("Appellants") appeal to the United States District Court for the Southern District of Texas from the following order:

a. Order dated March 11, 2025, *Order Denying Motion to Dismiss* (ECF No. 564), attached as **Exhibit 1**;

The other parties to the appeal and their attorneys include the following:

| | |
|---|---|
| John Quinlan, Omar Khawaja, and Osama Abdullatif <br><br> *Plaintiffs* | **Thomas Michael Ballases** <br> Hoover Slovacek LLP <br> 5051 Westheimer <br> Ste 1200 <br> Houston, TX 77056 <br> 713-977-8686 <br> Email: ballases@hooverslovacek.com <br> *LEAD ATTORNEY* <br><br> **Angeline Vachris Kell** <br> Hoover Slovacek LLP <br> 5051 Westheimer, Suite 1200 <br> Houston, TX 77056 |

1

713-977-8686
Fax : 713-977-5395
Email: kell@hooverslovacek.com
*LEAD ATTORNEY*

**Christopher James Kronzer**
Hoover Slovacek LLP
5051 Westhemier
Ste 1200
Houston, TX 77056
713-977-8686
Email: kronzer@hooverslovacek.com

**Steven Leyh**
5051 Westheimer, Suite 1200
Houston, Tx 77056
713-977-8686
Email: leyh@hooverslovacek.com
*LEAD ATTORNEY*

This appeal is timely pursuant to Fed. R. Bankr. Pr. 8002(a)(1) because the Appellants timely filed a notice of appeal on March 25, 2025, 14 days after the Order Denying Emergency Motion to Dismiss was entered (*see* Dkt. No. 564). Accordingly, this notice is filed within 14 days from the entry of that order.

    Respectfully submitted,

*/s/ Justin Rayome*
JUSTIN RAYOME
State Bar No. 24130709
Fed. Bar No. 3873342
1001 West Loop South, Suite 700
Houston, TX 77027
Telephone: 214-934-934
justin.rayome.law@gmail.com
**Attorney for Appellants**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of March 2025, a true and correct copy of the foregoing was served via the CM/ECF e-filing system in accordance with the Federal Rules of Bankruptcy Procedure.

/s/ *Justin Rayome*
Justin Rayome