United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3141 |
| | § | |
| JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC 2727 KIRBY 26L LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY W WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC, | § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO DISMISS

Before the Court is the Amended[1] Emergency Motion to Dismiss Complaint (ECF No. 562) filed by the defendants, OTISCO RDX LLC, MCITBE, LLC, Jetall/Croix Properties LP, and Jetall/Croix GP, LLC.

---

[1] The term "Amended" is a misnomer. There was no pleading to amend. The previous Motion to Dismiss had been denied (ECF No. 560).

As set forth in the Order denying the previous motion to dismiss (ECF No. 560), this motion was filed in violation of the Court's trial scheduling order entered on March 5, 2024 (ECF No. 149), which required dispositive motions to be filed by October 31, 2024. Accordingly, this motion is untimely.

**THEREFORE, IT IS ORDERED** that the Amended Emergency Motion to Dismiss Complaint (ECF No. 562) is **DENIED WITH PREJUDICE.**

SIGNED 03/11/2025

_____
Jeffrey Norman
United States Bankruptcy Judge